**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No.:  1:22-cv-578-LMB-IDD |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PEGASYSTEMS INC., ALAN TREFLER, and KENNETH STILLWELL, | ) ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

## DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

Defendants Pegasystems Inc., Alan Trefler, and Kenneth Stillwell (collectively, the "Defendants"), through undersigned counsel, respectfully submit this Motion under 28 U.S.C. § 1404(a) and, for the reasons set forth in the accompanying Memorandum in Support and Declaration of Efstathios A. Kouninis in Support of Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), hereby move this Court to transfer this case to the United States Court for the District of Massachusetts.  Venue is proper in the District of Massachusetts and a transfer will best serve the convenience of parties and witnesses and the interests of justice.

Dated: July 6, 2022

<div style="margin-left: 40%;">

Respectfully submitted,

/s/ *Catherine Carroll*
Catherine Carroll (VSB No. 50939)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6072
Fax: (202) 663 6363
catherine.carroll@wilmerhale.com

</div>

Daniel W. Halston (*pro hac vice* pending)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
daniel.halston@wilmerhale.com

*Attorneys for Defendants Pegasystems Inc., Alan Trefler, and Kenneth Stillwell*

2