**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No.:  1:22-cv-578-LMB-IDD |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PEGASYSTEMS INC., ALAN TREFLER, and KENNETH STILLWELL, | ) ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

**[PROPOSED] ORDER**

Before this Court is Defendants Pegasystems Inc., Alan Trefler, and Kenneth Stillwell's

Motion to Transfer Venue to the District of Massachusetts.  Upon due consideration, and for the

convenience of parties and witnesses, and in the interest of justice, the Court **GRANTS**

Defendants' Motion and **TRANSFERS** the above-captioned case to the United States District

Court for the District of Massachusetts.

IT IS SO ORDERED.

Date:

_____
The Honorable Leonie M. Brinkema
United States District Judge