**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No.:  1:22-cv-578-LMB-IDD |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PEGASYSTEMS INC., ALAN TREFLER, and KENNETH STILLWELL, | ) ) ) | |
| Defendants, | ) ) ) | |

**DECLARATION OF EFSTATHIOS A. KOUNINIS IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

I, Efstathios A. Kouninis, declare as follows:

1.      I am the Vice President of Finance, Chief Accounting Officer, and Treasurer of Pegasystems Inc. ("Pegasystems" or the "Company").  I joined Pegasystems in April 2008 as Vice President of Finance.  The Board of Directors appointed me as Pegasystems' Chief Accounting Officer in May 2008 and Treasurer in 2014.

2.      I am over the age of eighteen years, and I am competent to testify about the matters set forth in this declaration based upon personal knowledge, my experience working for Pegasystems, and review of information taken from records kept by Pegasystems in the regular course of business.  If called as a witness I could and would testify as stated herein.

**Pegasystems**

3.      Pegasystems is a Massachusetts corporation, with its corporate headquarters located at One Main Street, Cambridge, Massachusetts and its other principal place of business

1

located in Waltham, Massachusetts, both within the District of Massachusetts. Pegasystems was incorporated in Massachusetts in 1983.

4.      Pegasystems develops, markets, licenses, hosts, and supports enterprise software that helps organizations simplify business complexity. This includes a low-code platform for artificial-intelligence decisioning and workflow automation that has applications in customer relationship management and business process management.

5.      Approximately two-thirds of Pegasystems' Section 16 officers in the United States are based in Massachusetts. Approximately 903 or 37.8% of the 2,386 employees employed by Pegasystems and its subsidiaries in the United States are located in Massachusetts.

6.      Pegasystems' single office in Virginia is located at 21000 Atlantic Boulevard, Suite 401, Sterling, Virginia. The Virginia office first opened in 2019 and is dedicated to support of our government business and Technical Service Operations (*e.g.*, Cloud Security Monitoring and Incident Response / Engineering Infrastructure Support). None of Pegasystems Section 16 officers in the United States are based in Virginia. Only 97 or 4% of the 2,386 employees employed by Pegasystems and its subsidiaries in the United States are located in Virginia.

**Individual Defendants**

7.      Defendant Alan Trefler resides in Massachusetts and works out of Pegasystems' corporate headquarters in Cambridge, Massachusetts or his home in Massachusetts, when he works remotely.

8.      Defendant Kenneth Stillwell resides in Massachusetts and works out of Pegasystems' corporate headquarters in Cambridge, Massachusetts or his home in Massachusetts, when he works remotely.

**<u>Location of Events and Witnesses Relevant to Allegations in the Complaint</u>**

9.    Pegasystems' annual and quarterly reports on SEC Forms 10-K and 10-Q for 2020 through 2022 were prepared and issued from Pegasystems' corporate headquarters in Cambridge, Massachusetts or by the Finance team from their homes in Massachusetts or, in my case, New Hampshire, when they were working remotely.  No one who works on those reports works or resides in Virginia.

10.    Pegasystems' internal controls over financial reporting and disclosure controls have always been designed, reviewed, and evaluated by personnel located in Cambridge, Massachusetts who reported to Pegasystems' Chief Accounting Officer also located in Cambridge, Massachusetts, until I relocated to our Salem, New Hampshire office in 2021.  No one who designed, reviewed, or evaluated Pegasystems' internal controls over financial reporting or disclosure controls works or resides in Virginia.

11.    The disclosure and certification committees with governance responsibilities for Pegasystems' public disclosures are also based in Cambridge, Massachusetts and are principally comprised by Pegasystems officers located in Cambridge, Massachusetts.  No one who served on the disclosure and certification committees with governance responsibilities for Pegasystems' public disclosures works or resides in Virginia.

12.    Pegasystems' outside auditors at Deloitte responsible for auditing Pegasystems' annual financial reports, and internal controls over financial reporting, are based in Boston, Massachusetts and issued their report attesting to the fair presentation and conformity with accounting principles of Pegasystems' financial statements and the effectiveness of Pegasystems' internal controls over financial reporting in Pegasystems' SEC Form 10-K for 2020 through 2022 from Boston, MA.

13.    To the best of my knowledge and belief, the substantial majority of all discussions between Pegasystems and Deloitte concerning Pegasystems' litigation disclosures for the 2020 and 2021 SEC Form 10-K occurred in Massachusetts or principally involved individuals based in Massachusetts.

14.    To the best of my knowledge and belief, in addition to myself, the primary individuals who most likely will have knowledge concerning the Company's litigation disclosures, financial reporting in the Forms 10-K and 10-Q for 2020 through 2022, and interactions with the Company's auditors include the following, each of which work and reside in Massachusetts:

    a.  Alan Trefler, Founder and CEO

    b.  Kenneth Stillwell, Chief Operating Officer and Chief Financial Officer

    c.  Matt Cushing, Chief Commercial Officer & General Counsel

    d.  Tom Sorrentino, Senior Director and Corporate Controller

    e.  John Kenneally, Senior Director, Finance and Treasury

    f.  Warren Suckerman, Partner, Deloitte

15.    To the best of my knowledge and belief, no one at Pegasystems' office in Virginia has any meaningful connection to the facts or allegations of this litigation concerning the SEC reporting made by Pegasystems during the putative class period.

16.    To the best of my knowledge and belief, all documents regarding Pegasystems' representations to the investing public concerning its litigation or financial condition and prospects or general financial reporting are ordinarily generated, stored, and issued at Pegasystems' principal place of business in Cambridge, Massachusetts.

17.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DocuSigned by:

16791237853845C...

Date: _05 July 2022_

Efstathios A. Kouninis