UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | | |
|---|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>PEGASYSTEMS INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:22-cv-00578-LMB-IDD<br><br>CLASS ACTION |

THE PENSION AND RETIREMENT FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund (the "Pension and Retirement Funds"), hereby move this Court for an order: (1) appointing the Pension and Retirement Funds as Lead Plaintiff in this action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4; and (2) approving the Pension and Retirement Funds' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel. The grounds and reasons for granting this relief are stated with particularity in the accompanying memorandum.

  DATED: July 18, 2022

PHELAN PETTY PLC

/s/ Jonathan M. Petty

- 1 -

JONATHAN M. PETTY (VSB No. 43100)
BRIELLE M. HUNT (VSB No. 87652)
3315 W. Broad Street
Richmond, VA 23230
Telephone: 804/980-7100
804/767-4601 (fax)
jpetty@phelanpetty.com
bhunt@phelanpetty.com

*Local Counsel*

ROBBINS GELLER RUDMAN & DOWD LLP
DANIELLE S. MYERS
TRICIA L. MCCORMICK
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
triciam@rgrdlaw.com

*Proposed Lead Counsel for Proposed Lead
Plaintiff*

- 2 -

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2022, I filed the foregoing pleading or paper through the

Court's CM/ECF system, which sent a notice of electronic filing to all registered users.

/s/ Jonathan M. Petty

Jonathan M. Petty (VSB No. 43100)
Brielle M. Hunt (VSB No. 87652)
PHELAN PETTY, PLC
3315 West Broad Street
Richmond, VA  23230
Telephone:  804/980-7100
804/767-4601 (fax)
jpetty@phelanpetty.com
bhunt@phelanpetty.com

*Local Counsel*