UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | | |
|---|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 1:22-cv-00578-LMB-IDD |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| PEGASYSTEMS INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

ORDER

UPON CONSIDERATION OF the motion filed by Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund (the "Pension and Retirement Funds") for appointment as Lead Plaintiff and approval of selection of Lead Counsel, and good cause appearing therefore, it is hereby ordered:

1.      The Motion is GRANTED.

2.      The Pension and Retirement Funds are appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

3.      The Pension and Retirement Funds' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)      the preparation and filing of all pleadings;

- 1 -

4883-7862-9162.v1

- 2 -

(b)      the briefing and argument of all motions;

(c)      the conduct of all discovery proceedings and depositions;

(d)      settlement negotiations;

(e)      the pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

(f)      the supervision of all other matters concerning the prosecution or resolution of this action.

SO ORDERED this ___ day of _____ 2022.

_____
IVAN D. DAVIS
UNITED STATES MAGISTRATE JUDGE

4883-7862-9162.v1