UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | | |
|---|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 1:22-cv-00578-LMB-IDD <br><br> CLASS ACTION |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| PEGASYSTEMS INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

DECLARATION OF JONATHAN M. PETTY IN SUPPORT OF THE PENSION AND
RETIREMENT FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD COUNSEL

I, Jonathan M. Petty, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the Commonwealth of Virginia.  I am local counsel for Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund  (the "Pension and Retirement Funds") and the class in the above-entitled action.

2.      I make this declaration in support of the Pension and Retirement Funds' motion for appointment as lead plaintiff and for approval of selection of lead counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

- 1 -

4891-2503-3769.v1

- 2 -

3.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of the pendency of the action, published on *Globe Newswire* on May 19, 2022;

Exhibit B:      The Pension and Retirement Funds' Sworn Certifications;

Exhibit C:      The Pension and Retirement Funds' loss estimate, prepared by counsel; and

Exhibit D:      The Pension and Retirement Funds' Joint Declaration.

I declare under penalty of perjury under the laws that the foregoing is true and correct.

Executed this 18th day of July, 2022, at Richmond, Virginia.


                                            /s/ Jonathan M. Petty
                                            JONATHAN M. PETTY

4891-2503-3769.v1

- 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 18, 2022, I filed the foregoing pleading or paper through the

Court's CM/ECF system, which sent a notice of electronic filing to all registered users.

/s/ Jonathan M. Petty
Jonathan M. Petty (VSB No. 43100)
Brielle M. Hunt (VSB No. 87652)
PHELAN PETTY, PLC
3315 West Broad Street
Richmond, VA  23230
Telephone:  804/980-7100
804/767-4601 (fax)
jpetty@phelanpetty.com
bhunt@phelanpetty.com

*Local Counsel*

- 3 -