# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Alagappan v. Baidu, Inc.*, No. 1:20-cv-03794 (E.D.N.Y.)
*Allison v. Oak Street Health, Inc.*, No. 1:22-cv-00149 (N.D. Ill.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of July, 2022.

CENTRAL PENNSYLVANIA
TEAMSTERS PENSION FUND –
DEFINED BENEFIT PLAN

By: _____
Joseph J. Samolewicz, Administrator

PEGASYSTEMS

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 04/29/2021 | 2,952 | $128.71 |
| 04/30/2021 | 3,448 | $128.59 |
| 06/11/2021 | 20 | $129.02 |
| 06/11/2021 | 1,340 | $130.67 |
| 06/14/2021 | 80 | $132.44 |
| 06/14/2021 | 210 | $132.81 |
| 06/14/2021 | 330 | $132.44 |
| 06/14/2021 | 410 | $134.87 |
| 06/14/2021 | 1,680 | $133.87 |
| 06/15/2021 | 330 | $132.86 |
| 06/15/2021 | 430 | $133.92 |
| 06/15/2021 | 460 | $133.72 |
| 06/16/2021 | 90 | $134.01 |
| 06/16/2021 | 450 | $132.81 |
| 06/16/2021 | 590 | $133.16 |
| 06/16/2021 | 1,810 | $134.15 |
| 06/30/2021 | 1,120 | $140.26 |
| 06/30/2021 | 3,114 | $140.20 |
| 07/14/2021 | 20 | $133.12 |
| 07/14/2021 | 1,470 | $135.57 |
| 07/29/2021 | 1,046 | $130.42 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 05/06/2021 | 471 | $117.08 |
| 05/27/2021 | 826 | $121.07 |
| 07/23/2021 | 1,006 | $136.24 |
| 02/24/2022 | 440 | $76.19 |
| 04/05/2022 | 370 | $80.39 |

Prices listed are rounded up to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987 ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Alagappan v. Baidu, Inc.*, No. 1:20-cv-03794 (E.D.N.Y.)
*Allison v. Oak Street Health, Inc.*, No. 1:22-cv-00149 (N.D. Ill.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of July, 2022.

CENTRAL PENNSYLVANIA
TEAMSTERS PENSION FUND –
RETIREMENT INCOME PLAN 1987

By:  _____
Joseph J. Samolewicz, Administrator

PEGASYSTEMS

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
| --- | --- | --- |
| 04/29/2021 | 2,697 | $127.89 |
| 04/30/2021 | 3,064 | $128.59 |
| 06/11/2021 | 20 | $129.02 |
| 06/11/2021 | 1,270 | $130.67 |
| 06/14/2021 | 80 | $132.44 |
| 06/14/2021 | 200 | $132.81 |
| 06/14/2021 | 310 | $132.44 |
| 06/14/2021 | 390 | $134.87 |
| 06/14/2021 | 1,590 | $133.87 |
| 06/15/2021 | 310 | $132.86 |
| 06/15/2021 | 410 | $133.92 |
| 06/15/2021 | 430 | $133.72 |
| 06/16/2021 | 80 | $134.01 |
| 06/16/2021 | 420 | $132.81 |
| 06/16/2021 | 550 | $133.16 |
| 06/16/2021 | 1,720 | $134.15 |
| 07/14/2021 | 10 | $133.12 |
| 07/14/2021 | 1,230 | $135.57 |
| 07/29/2021 | 586 | $130.42 |
| 08/19/2021 | 1,571 | $130.12 |
| 09/08/2021 | 16 | $138.75 |

| Date Disposed | Amount of Shares Disposed | Price |
| --- | --- | --- |
| 05/06/2021 | 424 | $117.08 |
| 05/27/2021 | 743 | $121.07 |
| 07/23/2021 | 557 | $136.24 |
| 11/12/2021 | 720 | $117.76 |
| 11/17/2021 | 850 | $119.23 |
| 12/13/2021 | 136 | $115.44 |
| 12/13/2021 | 380 | $115.68 |
| 12/14/2021 | 97 | $112.08 |
| 12/15/2021 | 58 | $107.25 |
| 01/14/2022 | 270 | $98.07 |
| 01/18/2022 | 134 | $96.49 |
| 01/20/2022 | 82 | $100.21 |

Prices listed are rounded up to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Construction Industry Laborers Pension Fund ("Plaintiff") declares:

1.  Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.  Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.  Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.  Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.  Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*In re Grand Canyon Education, Inc., Sec. Litig.*, No. 1:20-cv-00639 (D. Del.)
*Burbige v. ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II*, No. 1:21-cv-04349 (N.D. Ill.)

6.  Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of June, 2022.

Construction Industry Laborers Pension Fund

By: _____
Patrick Pryor, Chairman

SCHEDULE A

SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 09/10/2020 | 501 | $122.30 |
| 09/14/2020 | 452 | $121.73 |
| 10/05/2020 | 390 | $125.26 |
| 10/14/2020 | 625 | $131.80 |
| 02/05/2021 | 254 | $138.38 |
| 02/05/2021 | 2,713 | $139.54 |
| 02/08/2021 | 1,077 | $143.33 |
| 02/08/2021 | 249 | $142.43 |
| 02/09/2021 | 646 | $142.79 |
| 02/10/2021 | 265 | $142.04 |
| 02/12/2021 | 61 | $145.99 |
| 02/16/2021 | 408 | $146.83 |
| 02/16/2021 | 1,346 | $146.34 |
| 03/12/2021 | 1,075 | $123.14 |
| 03/15/2021 | 89 | $122.37 |
| 03/24/2021 | 763 | $114.87 |
| 05/07/2021 | 923 | $120.21 |
| 01/06/2022 | 379 | $100.94 |
| 01/07/2022 | 496 | $99.64 |
| 01/11/2022 | 508 | $104.08 |
| 01/14/2022 | 437 | $99.48 |
| 01/27/2022 | 698 | $91.51 |
| 02/22/2022 | 2,800 | $80.01 |
| 02/22/2022 | 42 | $80.89 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 01/07/2021 | 759 | $136.11 |
| 02/03/2021 | 1,142 | $134.80 |
| 02/09/2021 | 67 | $143.73 |
| 03/16/2021 | 175 | $121.68 |
| 06/09/2021 | 398 | $127.43 |
| 02/04/2022 | 704 | $97.92 |
| 02/08/2022 | 476 | $98.21 |
| 02/11/2022 | 527 | $97.67 |
| 02/15/2022 | 432 | $100.59 |

Prices listed are rounded up to two decimal places.