# EXHIBIT D

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | | |
|---|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 1:22-cv-00578-LMB-IDD<br><br>CLASS ACTION |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| PEGASYSTEMS INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| | ) | |

**JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

We, the representatives of Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund (collectively, "the Pension and Retirement Funds"), pursuant to 28 U.S.C. §1746, declare as follows:

1.     We respectfully submit this Joint Declaration in support of the Pension and Retirement Funds' motion for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, and for approval of our selection of Robbins Geller Rudman & Dowd LLP as lead counsel. We each have personal knowledge about the information in this Joint Declaration relating to our own activities, actions, and beliefs.

2.     I, Joseph J. Samolewicz, am the Administrator of the Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan and the Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and am authorized to make this declaration on their behalves. The

- 1 -

- 2 -

Plans are multiemployer plans with over $2 billion in collective assets under management for the benefit of over 35,000 participants and their beneficiaries.  As reflected in their Certifications, the Plans suffered substantial losses as a result of the alleged violations of the federal securities laws in this action.

3.      I, Patrick Pryor, am the Chairman of Construction Industry Laborers Pension Fund and am authorized to make this declaration on behalf of the Pension Fund.  The Pension Fund is a multiemployer defined benefit pension plan with over $900 million in assets under management for the benefit of approximately 12,000 participants and their beneficiaries.  As reflected in its Certification, the Pension Fund suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action.

4.      Representatives of the Pension and Retirement Funds decided to collaborate and seek appointment as lead plaintiff based on the funds' comprehensive and complementary investments in Pegasystems Inc. securities throughout the Class Period, the ability to share and combine resources, and our perspectives as fiduciaries to our respective members and shared goals and interests in protecting and maximizing pension fund assets.  Before filing our lead plaintiff motion, we communicated with our counsel and each other about the merits of the claims, the lead plaintiff process, and the Pension and Retirement Funds' strategy to jointly prosecute this case to ensure our shared goal of maximizing the outcome for all putative class members.  We also exchanged contact information and discussed how we would coordinate with each other to exercise joint decision-making on matters pertaining to this litigation (including our agreement to make decisions jointly by majority vote, taking into consideration proposed lead counsel's advice).

5.      We believe our joint service as lead plaintiff, if approved by the Court, and oversight of counsel will result in an optimal recovery for the putative class.

4854-3539-5370.v1

6.      We understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members. We are aware that the lead plaintiff's responsibilities include interacting with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings and trial as necessary, participating in discovery, overseeing settlement discussions, and authorizing any potential settlement on behalf of the class. We are willing and able to undertake these responsibilities on behalf of the class.

7.      As our Certifications attest, the Pension and Retirement Funds will actively oversee this case by, among other things, continuing to confer with each other and counsel regarding litigation strategy and other matters, attending court proceedings, depositions, settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents. As we have already done, we will continue to communicate with each other and provide guidance, insight, and direction to our counsel on major litigation events.

8.      We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Robbins Geller Rudman & Dowd LLP as Lead Counsel because of the Firm's securities litigation experience and history successfully prosecuting securities class actions as Lead Counsel, including in *Knurr v. Orbital ATK, Inc*, 2019 WL 3317976 (E.D. Va. June 7, 2019), where, in 2019, the Firm recovered $108 million for investors.

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED: July 18, 2022

Joseph J. Samolewicz, Administrator

CENTRAL PENNSYLVANIA TEAMSTERS PENSION
FUND – DEFINED BENEFIT PLAN AND THE
CENTRAL PENNSYLVANIA TEAMSTERS PENSION
FUND – RETIREMENT INCOME PLAN 1987

- 3 -

4854-3539-5370.v1

I declare, under penalty of perjury that the foregoing is true and correct.

DATED: July 18, 2022

Patrick Pryor, Chairman

CONSTRUCTION INDUSTRY LABORERS
PENSION FUND

4854-3539-5370.v1