**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PEGASYSTEMS INC., ALAN TREFLER, and KENNETH STILLWELL, <br><br> Defendants. | Case No. 1:22-cv-578-LMB-IDD |

**MOTION OF BOSTON RETIREMENT SYSTEM AND NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL**

Pursuant to Local Civil Rule 7, Boston Retirement System ("Boston") and New York City District Council of Carpenters Pension Fund ("NYC Carpenters") hereby move the Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an order: (i) appointing Boston and NYC Carpenters as Lead Plaintiff; (ii) approving their selection of Labaton Sucharow LLP and Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for the Class; and (iii) granting any further relief as the Court may deem just and proper.

This Motion is made on the grounds that Boston and NYC Carpenters believe they are "the most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Boston and NYC Carpenters believe that they have the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the over $2.2 million in losses they incurred on their purchases of 31,837 shares of Pegasystems Inc. common stock between May 29, 2020 and May 9, 2022, inclusive. Further, Boston and NYC Carpenters also satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class. Moreover, Boston and NYC Carpenters are a paradigmatic Lead Plaintiff under the PSLRA because they are a small, cohesive partnership of sophisticated institutional investors with a substantial financial stake in the litigation, which guarantees effective monitoring and supervision of counsel.

This Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of Steven J. Toll filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Boston and NYC Carpenters respectfully request that the Court: (i) appoint them as Lead Plaintiff; (ii) approve their selection of Lead Counsel and Liaison Counsel for the Class; and (iii) grant any further relief as the Court may deem just and proper.

Dated: July 18, 2022

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Steven J. Toll*
Steven J. Toll (Va. Bar No. 15300)
S. Douglas Bunch
Norhan Bassiouny
1100 New York Avenue, N.W., Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dbunch@cohenmilstein.com
nbassiouny@cohenmilstein.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**

Francis P. McConville
Guillaume Buell
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
gbuell@labaton.com

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Hannah Ross
Avi Josefson
Scott R. Foglietta
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

2

hannah@blbglaw.com
avi@blbglaw.com
scott.foglietta@blbglaw.com

*Counsel for Proposed Lead Plaintiff Boston Retirement System and New York City District Council of Carpenters Pension Fund, and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/ Steven J. Toll*
Steven J. Toll (Va. Bar No. 15300)

4