**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PEGASYSTEMS INC., ALAN TREFLER, and KENNETH STILLWELL,<br><br>Defendants. | Case No. 1:22-cv-578-LMB-IDD |

**[PROPOSED] ORDER APPOINTING BOSTON RETIREMENT SYSTEM AND NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND AS LEAD PLAINTIFF AND APPROVING THEIR SELECTION OF COUNSEL**

Upon consideration of (1) the Motion of Boston Retirement System ("Boston") and New York City District Council of Carpenters Pension Fund ("NYC Carpenters") for appointment as Lead Plaintiff and approval of their selection of Counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of Steven J. Toll in support thereof; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1.      The Motion of Boston and NYC Carpenters is **GRANTED**.

2.      Boston and NYC Carpenters are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 5 of this Order.

3.      Boston's and NYC Carpenters' selection of Lead Counsel is **APPROVED** and Labaton Sucharow LLP and Bernstein Litowitz Berger & Grossmann LLP are **APPOINTED** as Lead Counsel for the Class.

4.      Boston's and NYC Carpenters' selection of Liaison Counsel is **APPROVED** and Cohen Milstein Sellers & Toll PLLC is **APPOINTED** as Liaison Counsel for the Class.

5.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

6.      This action shall be captioned "*In re Pegasystems Inc. Securities Litigation*" and the file shall be maintained under Master File No. 1:22-cv-578-LMB-IDD.

2

**IT IS SO ORDERED**.

Dated: _____, 2022

                                        _____
                                        HON. LEONIE M. BRINKEMA
                                        UNITED STATES DISTRICT JUDGE