**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PEGASYSTEMS INC., ALAN TREFLER, and KENNETH STILLWELL, <br><br> Defendants. | Case No. 1:22-cv-00578-LMB-IDD <br><br> **CLASS ACTION** |

**MOTION OF GENERAL RETIREMENT SYSTEM OF CITY OF DETROIT**
**FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that proposed Lead Plaintiff, General Retirement System of

the City of Detroit ("Detroit GRS"), respectfully moves this Court for the entry of an order: (i)

appointing Detroit GRS as Lead Plaintiff for the class pursuant to Section 21D(a)(3) of the

Securities Act of 1934, 15 U.S.C §78u-4(a)(3), as amended by the Private Securities Litigation

Reform Act of 1995 (the "PSLRA"); (ii) approving Detroit GRS's selection of Abraham, Fruchter

& Twersky, LLP as Lead Counsel and Butler Curwood, PLC as Local Counsel for the putative

class; and (iii) such other relief as the Court may deem to be just and proper.

This Motion is made on the basis that Detroit GRS is  the "most adequate plaintiff" pursuant to the PSLRA.  In support of its motion, Detroit GRS submits: (i) the accompanying Memorandum of Law; and (ii) the Declaration of Paul M. Falabella.

DATED: July 18, 2022

**BUTLER CURWOOD PLC**

By: */s/ Paul M. Falabella*
Paul M. Falabella (VSB No. 81199)
Zev Antell (VSB No. 74634)
140 Virginia Street, Suite 302
Richmond, VA 23219
Telephone: (804) 648-4848
Facsimile: (804) 237-0413
Email: paul@butlercurwood.com
   zev@butlercurwood.com

*Local Counsel for General Retirement System of the City of Detroit*

**ABRAHAM FRUCHTER & TWERSKY, LLP**
Mitchell M.Z. Twersky (*pro hac vice* to be filed)
Atara Twersky (*pro hac vice* to be filed)
Sean M. Handron-O'Brien (*pro hac vice* to be filed)
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone: (212) 279-5050
Facsimile: (212) 279-3655
MTwersky@aftlaw.com
ATwerslu@aftlaw.com
SHandronobrien@aftlaw.com

*Counsel for General Retirement System of the City of Detroit and Proposed Lead Counsel*

**VANOVERBEKE,MICHAUD
 & TIMMONY, P.C.**
MICHAEL VANOVERBEKE
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
mvanoverbeke@vmtlaw.com

*Additional Counsel for General Retirement System of the City of Detroit*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to counsel of record.

_/s/ Paul M. Falabella_
Paul M. Falabella (VSB No. 81199)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Tel: 804-648-4848
Fax: 804-237-0413
Email: paul@butlercurwood.com