**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PEGASYSTEMS INC., ALAN TREFLER, and KENNETH STILLWELL, <br><br> Defendants. | Case No. 1:22-cv-00578-LMB-IDD <br><br> **CLASS ACTION** |

**DECLARATION OF PAUL M. FALABELLA IN SUPPORT OF MOTION OF GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Paul M. Falabella, hereby declare as follows:

1.      I am an attorney with the law firm Butler Curwood PLC, counsel for proposed Lead Plaintiff General Retirement System of the City of Detroit ("Detroit GRS") and proposed Local Counsel for the class in the above-captioned action. I make this declaration in support of the Motion of General Retirement System of the City of Detroit for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits.

**Exhibit A:**      Notice of Pendency of class action published in *Globe Newswire* on May 19, 2022;

**Exhibit B:**      General Retirement System of the City of Detroit's Sworn Certification;

**Exhibit C:**       The firm resume of Abraham, Fruchter & Twersky, LLP; and

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of July, 2022.

                                        _/s/ Paul M. Falabella_
                                        PAUL M. FALABELLA

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of July 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to counsel of record.

_/s/ Paul M. Falabella_
Paul M. Falabella (VSB No. 81199)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Tel: 804-648-4848
Fax: 804-237-0413
Email: paul@butlercurwood.com