# EXHIBIT B

**CERTIFICATION OF PLAINTIFF**
**PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, David Cetlinski, as Executive Director of the General Retirement System of the City of Detroit ("Detroit GRS"), having the authority to enter into and execute this Certification on behalf of Detroit GRS, hereby certify as follows:

1.      I have reviewed the Complaint filed in *City of Fort Lauderdale Police And Firefighters' Retirement System v. Pegasystems Inc. et al.*, No. 1:22-cv-00578-LMB-IDD (E.D. Vir.), and authorize the filing of a similar complaint and a motion for Detroit GRS's appointment as lead plaintiff.

2.      Detroit GRS did not engage in transactions of the Pegasystems Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any other private action arising under the federal securities laws.

3.      Detroit GRS is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      Detroit GRS's transactions in the Pegasystems Inc. securities that are the subject of this action are set forth in the attached Schedule A.

5.      During the three-year period preceding the date of this Certification, Detroit GRS has sought to serve or served as a representative party on behalf of a class in the following cases filed under the federal securities laws: *In re: Diebold Nixdorf, Inc., Securities Litigation,* No. 1:19-cv-06180-LAP (S.D.N.Y.)[1]; *Allegheny County Employees Retirement System v. Energy Transfer LP et al.*, No. 2:20-cv-00200-GAM (E.D. Pa.); *Safron Capital Corporation et al. v. Elanco Animal Health Inc., et al.*, No. 49D01-2010-CT-036760 (Marion Sup. Ct.); and *General Retirement System of the City of Detroit v. Sea Limited et al.*, No. 155162/2022 (N.Y. Sup. Ct.).

6.      Detroit GRS will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered by the Court.

---

[1]      This action was consolidated with *City of Livonia Retiree Health and Disability Benefits Plan v. Diebold Nixdorf, Incorporated et al.*, No. 5:19-cv-01887 (N.D. Ohio).

I declare under penalty of perjury that the foregoing is true and correct. Executed this __18th__ day of July, 2022.

**DAVID CETLINSKI**
Executive Director
General Retirement System of the City of Detroit

## SCHEDULE A

### GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT
### Transactions in Pegasystems Inc. (PEGA)

| Transaction Date | Transaction Type | Quantity of Shares | Price Per Share |
|---|---|---|---|
| 03/31/2021 | Sale | (101) | 114.3400 |
| 06/11/2021 | Purchase | 10 | 129.0180 |
| 06/11/2021 | Purchase | 980 | 130.6722 |
| 06/14/2021 | Purchase | 60 | 132.4355 |
| 06/14/2021 | Purchase | 240 | 132.4406 |
| 06/14/2021 | Purchase | 1,230 | 133.8661 |
| 06/14/2021 | Purchase | 160 | 132.8100 |
| 06/14/2021 | Purchase | 300 | 134.8730 |
| 06/15/2021 | Purchase | 320 | 133.9183 |
| 06/15/2021 | Purchase | 240 | 132.8601 |
| 06/15/2021 | Purchase | 340 | 133.7238 |
| 06/16/2021 | Purchase | 430 | 133.1600 |
| 06/16/2021 | Purchase | 330 | 132.8082 |
| 06/16/2021 | Purchase | 60 | 134.0090 |
| 06/16/2021 | Purchase | 1,320 | 134.1481 |
| 06/25/2021 | Sale | (7) | 140.3700 |
| 07/14/2021 | Purchase | 10 | 133.1150 |
| 07/14/2021 | Purchase | 950 | 135.5712 |
| 09/17/2021 | Purchase | 1 | 131.9300 |
| 12/17/2021 | Sale | (14) | 105.1000 |
| 05/10/2022 | Sale | (2,470) | 42.7241 |
| 05/10/2022 | Sale | (320) | 40.7500 |
| 05/10/2022 | Sale | (500) | 47.0590 |
| 05/10/2022 | Sale | (970) | 42.9874 |
| 05/10/2022 | Sale | (2,720) | 41.2129 |