**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PEGASYSTEMS INC., ALAN TREFLER, and KENNETH STILLWELL,<br><br>Defendants. | Case No. 1:22-cv-578-LMB-IDD |

**DECLARATION OF STEVEN J. TOLL IN SUPPORT OF THE MOTION OF
BOSTON RETIREMENT SYSTEM AND NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF THEIR SELECTION OF COUNSEL**

I, Steven J. Toll, declare as follows:

1.      I am a member in good standing of the bar of the Commonwealth of Virginia and am admitted to practice before this Court.  I am Managing Partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein").  I submit this declaration in support of the Motion of Boston Retirement System ("Boston") and New York City District Council of Carpenters Pension Fund ("NYC Carpenters") for: (i) appointment as Lead Plaintiff; (ii) approval of their selection of Labaton Sucharow LLP  ("Labaton Sucharow") and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel and Cohen Milstein as Liaison Counsel for the Class; and (iii) any further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through M are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Certifications of Boston and NYC Carpenters; |
| EXHIBIT B: | Charts of transactions and losses of Boston and NYC Carpenters; |
| EXHIBIT C: | Joint Declaration of Natacha Thomas and Kristin O'Brien in Support of the Motion of Boston Retirement System and New York City District Council of Carpenters Pension Fund for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel; |
| EXHIBIT D: | Notice of pendency of *City of Fort Lauderdale Police and Firefighters' Retirement System v. Pegasystems Inc.*, No. 1:22-cv-578 (E.D. Va.), published on *Globe Newswire* on May 19, 2022; |
| EXHIBIT E: | Firm Résumé of Labaton Sucharow; |
| EXHIBIT F: | Firm Résumé of Bernstein Litowitz; |
| EXHIBIT G: | Order re Conflict Dispute, *SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021); |
| EXHIBIT H: | Order Appointing the Public Pension Funds as Lead Plaintiff and Approving Their Selection of Lead Counsel, *City of Riviera Beach Gen. Emps.' Ret. Sys. v. Vertiv Holdings Co*, No. 1:22-cv-03572-GHW, ECF No. 16 (S.D.N.Y. June 22, 2022); |

EXHIBIT I:　　　Order Granting Motion to Consolidate, Appointing Lead Plaintiff, and Approving Selection of Counsel, *Homyk v. ChemoCentryx, Inc.*, No. 4:21-cv-03343-JST, ECF No. 32 (N.D. Cal. Jan. 28, 2022);

EXHIBIT J:　　　Stipulation and Order Appointing IBEW Local 353 Pension Plan and Xiaobin Cai as Lead Plaintiff, Approving Their Selection of Lead Counsel, and Consolidating Actions, *Chung v. Eargo, Inc.*, No. 3:21-cv-08597-CRB, ECF No. 36 (N.D. Cal. Jan. 5, 2022);

EXHIBIT K:　　　Order, *Emps.' Ret. Fund of the City of Fort Worth v. James River Grp. Holdings, Ltd.*, No. 3:21-cv-00444-MHL, ECF No. 20 (E.D. Va. Sept. 22, 2021);

EXHIBIT L:　　　Order, *Yoshikawa v. Exxon Mobil Corp.*, No. 3:21-cv-00194-N, ECF No. 43 (N.D. Tex. June 10, 2021); and

EXHIBIT M:　　　Firm Résumé of Cohen Milstein.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of July, 2022.

　　　　　　　　　　　　　　　　　　/s/ Steven J. Toll
　　　　　　　　　　　　　　　　　　Steven J. Toll (Va. Bar No. 15300)
　　　　　　　　　　　　　　　　　　**COHEN MILSTEIN SELLERS & TOLL PLLC**
　　　　　　　　　　　　　　　　　　1100 New York Avenue, N.W., Suite 500
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　Telephone: (202) 408-4600
　　　　　　　　　　　　　　　　　　Facsimile: (202) 408-4699
　　　　　　　　　　　　　　　　　　stoll@cohenmilstein.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Steven J. Toll
Steven J. Toll (Va. Bar No. 15300)

3