# EXHIBIT A

## CERTIFICATION

I, Timothy Smyth, as Executive Director of Boston Retirement System ("Boston"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Boston. I have reviewed a complaint filed against Pegasystems Inc. ("PEGA") alleging violations of the federal securities laws, and authorize the filing of a motion for lead plaintiff appointment;

2.      Boston did not purchase common stock of PEGA at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Boston is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Boston fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Boston's transactions in PEGA common stock during the Class Period are reflected in Exhibit A, attached hereto;

5.      Boston sought to serve or currently serves as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*In re Cloudera Inc. Securities Litigation*, No. 5:19-cv-3221 (N.D. Cal.)
*Eberts v. Eldorado Resorts, Inc.*, No. 2:19-cv-18230 (D.N.J.)
*Boston Retirement System v. Uber Technologies, Inc.*, No. 3:19-cv-06361 (N.D. Cal.)
*In re Luckin Coffee Inc. Securities Litigation*, No. 1:20-cv-01293 (S.D.N.Y.)
*Allison v. Oak Street Health, Inc.*, No. 1:22-cv-0149 (N.D. Ill.)
*Nyy v. Telefonaktiebolaget LM Ericsson*, No. 1:22-cv-1167 (E.D.N.Y.)

6.      Beyond its pro rata share of any recovery, Boston will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 9 day of June, 2022.

_Timothy Smyth_
Executive Director
Boston Retirement System

## EXHIBIT A

### TRANSACTIONS IN PEGASYSTEMS INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
| --- | --- | --- | --- | --- |
| Purchases | 6/11/2021 | 40 | $129.02 | ($5,160.73) |
| Purchases | 6/11/2021 | 2,650 | $130.67 | ($346,281.33) |
| Purchases | 6/14/2021 | 170 | $132.44 | ($22,514.04) |
| Purchases | 6/14/2021 | 650 | $132.44 | ($86,086.39) |
| Purchases | 6/14/2021 | 3,310 | $133.87 | ($443,096.79) |
| Purchases | 6/14/2021 | 420 | $132.81 | ($55,780.20) |
| Purchases | 6/14/2021 | 820 | $134.87 | ($110,595.86) |
| Purchases | 6/15/2021 | 640 | $132.86 | ($85,030.46) |
| Purchases | 6/15/2021 | 850 | $133.92 | ($113,830.56) |
| Purchases | 6/15/2021 | 900 | $133.72 | ($120,351.42) |
| Purchases | 6/16/2021 | 170 | $134.01 | ($22,781.53) |
| Purchases | 6/16/2021 | 880 | $132.81 | ($116,871.22) |
| Purchases | 6/16/2021 | 1,160 | $133.16 | ($154,465.60) |
| Purchases | 6/16/2021 | 3,580 | $134.15 | ($480,250.20) |
| Purchases | 7/14/2021 | 2,551 | $135.57 | ($345,842.13) |
| Purchases | 7/14/2021 | 39 | $133.12 | ($5,191.49) |
| Sales | 12/14/2021 | -110 | $114.27 | $12,570.00 |
| Sales | 2/7/2022 | -60 | $99.74 | $5,984.69 |

**CERTIFICATION PURSUANT TO
THE FEDERAL SECURITIES LAWS**

I, Kristin O'Brien, on behalf of New York City District Council of Carpenters Pension Fund ("NYC Carpenters"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of NYC Carpenters. I have reviewed a complaint filed in this matter. NYC Carpenters has authorized the filing of this motion for appointment as lead plaintiff.

2. NYC Carpenters did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. NYC Carpenters is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. NYC Carpenters fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. NYC Carpenters' transactions in the Pegasystems Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. NYC Carpenters has sought to serve and was appointed as a lead plaintiff and representative NYC Carpenters party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re SolarWinds Corporation Securities Litigation*, No. 21-cv-00138 (W.D. Tex.)

6. NYC Carpenters has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

   *Burbige v. ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp II.,*
   No. 21-cv-04349 (N.D. Ill.)

7.  NYC Carpenters will not accept any payment for serving as a representative party on behalf of the Class beyond NYC Carpenters' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.


I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of July, 2022.

_____
Kristin O'Brien
Executive Director
*New York City District Council of*
*Carpenters Pension Fund*

**New York City District Council of Carpenters Pension Fund
Transactions in Pegasystems Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 2/4/2021 | 2,319 | 136.8770 |
| Purchase | 2/5/2021 | 2,632 | 138.9069 |
| Purchase | 2/11/2021 | 1,992 | 144.9915 |
| Purchase | 3/9/2021 | 2,760 | 119.3700 |
| Purchase | 3/22/2021 | 2,684 | 118.5504 |
| Purchase | 3/25/2021 | 415 | 112.6822 |
| Purchase | 10/29/2021 | 205 | 116.9146 |
| Sale | 7/1/2021 | (3,248) | 138.3361 |
| Sale | 9/9/2021 | (97) | 136.4300 |