**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

CITY OF FORT LAUDERDALE POLICE
AND FIREFIGHTERS' RETIREMENT
SYSTEM, Individually and on Behalf of All
Others Similarly Situated,

      Plaintiff,

          v.

PEGASYSTEMS INC., ALAN TREFLER,
and KENNETH STILLWELL,

      Defendants.

Case No: 1:22-cv-00578-LMB-IDD

**DEKALB COUNTY PENSION FUND'S MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPOVAL OF ITS
SELECTION OF LEAD AND LIAISON COUNSEL**

Movant DeKalb County Pension Fund ("DeKalb"), through undersigned counsel, respectfully submit this Motion pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), to appoint DeKalb as Lead Plaintiff and to appoint DeKalb's counsel Faruqi & Faruqi, LLP as Lead Counsel and Scott Simmons Law PC ("Simmons Law") as Liaison Counsel.

DATED:  July 18, 2022

Respectfully submitted,

 **SIMMONS LAW**

*/s/ Scott A. Simmons*
Scott A. Simmons (VSB 37744)
Scott Simmons Law PC
116 B Walton Park Lane
Midlothian, VA 23114
Telephone: (804) 486-6128

Facsimile: (804) 486-5000
Email: simmons@scottsimmonslaw.com

*Attorneys for Proposed Lead Plaintiff DeKalb County Pension Fund and Proposed Liaison Counsel for the Class*

Robert W. Killorin (*pro hac vice* forthcoming)
James M. Wilson (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
685 Third Ave., 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: rkillorin@faruqilaw.com
Email: jwilson@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff DeKalb County Pension Fund and Proposed Lead Counsel for the Class*