**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>       v.<br><br>PEGASYSTEMS INC., ALAN TREFLER, and KENNETH STILLWELL,<br><br>    Defendants. | Case No: 1:22-cv-00578-LMB-IDD |

**DECLARATION OF SCOTT A. SIMMONS IN SUPPORT OF DEKALB COUNTY PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOVAL OF ITS SELECTION OF LEAD AND LIAISON COUNSEL**

I, SCOTT A. SIMMONS, declare as follows:

1. I am a duly licensed attorney in the Commonwealth of Virginia and the Founder of Scott Simmons Law PC ("Simmons Law"), and am admitted to practice law before this Court.

2. I submit this Declaration in support of Movant DeKalb County Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Lead and Liaison Counsel.

3. In support hereof, attached is a true and accurate copy of the following documents:

> Exhibit A: First Notice of Pendency of a Class Action
>
> Exhibit B: PSLRA Certification of DeKalb County Pension Fund
>
> Exhibit C: Firm Resume of Faruqi & Faruqi, LLP
>
> Exhibit D: Women's Business Enterprise National Counsel Certificate
>
> Exhibit E: Firm Resume of Simmons Law

1

4.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

DATED:  July 18, 2022

Respectfully submitted,

**SIMMONS LAW**

*/s/ Scott A. Simmons*
Scott A. Simmons (VSB 37744)