# EXHIBIT B

## CERTIFICATION OF PROPOSED
## LEAD PLAINTIFF

I, Robert Robertson, as representative for DeKalb County Pension Fund ("Movant"), declare as to the claims asserted under the federal securities laws against Pegasystems Inc., *et al.*, that:

1.      Movant has reviewed a complaint against Pegasystems Inc., *et al*, in the action filed and adopts the allegations therein.

2.      Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.      Movant did not purchase any security that is the subject of this action at the direction of Movant's counsel or in order to participate in any private action arising under the federal securities laws.

4.      Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.      Movant's transactions in Pegasystems Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto as Exhibit A.

6.      Movant has sought to serve as a representative party on behalf of a class in the following actions filed the 3-year period preceding the date of this certification:

> *Halman Aldubi Provident and Pension Funds Ltd v. Teva Pharmaceuticals Industries Limited, et al.*, 2:20-cv-04660 (Sept. 23, 2020) – not selected to be Lead Plaintiff.

> *In re Wells Fargo & Co. Securities Ltig.*, 1:20-cv-04494-GHW (S.D.N.Y. June 11, 2020) – not selected to be Lead Plaintiff.

> *Lowthorp v. Mesa Air Group, Inc.*, 2:20-cv-00648-DLR (D. Ariz. Apr. 1, 2020) – selected to be Lead Plaintiff.

> *In re Mattel Securities Litig.*, CV 19-10860-AB-PLA (C.D. Cal. Dec. 24, 2020) – selected to be Lead Plaintiff.

> *Harper v. 2U, Inc., et al.*, Case No. 1:19-cv-07390-RA (S.D.N.Y. Aug. 7, 2019) – not selected to be Lead Plaintiff.

7.      Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed this 15 day of July, 2022.

Robert Robertson
Vice-Chairman of the Board
DeKalb County Pension Fund

# Exhibit A

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 09/17/2020 | 534 | 119.0606 |
| Purchase | 09/18/2020 | 1,189 | 119.1167 |
| Purchase | 02/01/2021 | 1,130 | 129.4178 |
| Purchase | 04/29/2021 | 781 | 133.36 |
| Sale | 05/19/2021 | 289 | 116.8085 |
| Sale | 07/02/2021 | 31 | 140.2318 |
| Sale | 07/16/2021 | 157 | 132.9416 |
| Purchase | 09/01/2021 | 611 | 140.3783 |
| Sale | 01/19/2022 | 128 | 97.6572 |
| Sale | 03/29/2022 | 3,640 | 82.084 |