# EXHIBIT E



Scott grew up traveling the world as the son of a career Air Force officer. He returned to Virginia for college at the University of Virginia, and he settled in Richmond in December 1985 as a medical sales and marketing representative for Abbott Laboratories' diagnostics division. Scott's clients appreciate his practical business experience prior to becoming a lawyer.

In 1991, Scott returned to the University of Virginia to attend law school, where he was Executive Editor of the Virginia Law Review and was admitted to the Order of the Coif by graduating in the top 10% of his class in 1994. After a one-year federal court clerkship in Norfolk, Virginia, Scott has practiced law based in Richmond ever since.

In his spare time, Scott enjoys spending time with his wife Elaine and their two sons. He has given back to the community as a Big Brother and has been active in the Boy Scout program in the Midlothian area. He enjoys golf and other sports, music, reading, and photography in his spare time.

Professional Experience

- Scott Simmons Law PC, 2021-Present
- MeyerGoergen PC, 2004-2021
- McGuireWoods LLP, 1995-2000 & 2001-2004
- Homebytes, Inc., 2000-20001
- U.S. District Court for the Eastern District of Virginia, the Honorable Robert G. Doumar, Law Clerk, 1994-1995

Education

- University of Virginia School of Law, J.D., 1994
- Executive Editor, Virginia Law Review
- Order of the Coif
- University of Virginia, B.A., 1984



Boards and Activities

- The Bar Association of the City of Richmond
- Virginia State Bar
- Boy Scouts Troop of America: Former Cubmaster for Cub Scout Pack 876 in Midlothian, Assistant Scoutmaster for Boy Scout Troop 876 in Midlothian, Unit Commissioner for Huguenot Trail District


- Youth Services Citizens Board for Chesterfield County; Midlothian Magisterial District Representative, 2009-2015
- Omicron Chapter House Society, Board of Directors, 2003-2009
- Big Brothers and Big Sisters Services, Inc: Big Brother, 1988-1994; Board of Directors, 1990-1993
- Church of the Good Shepherd Episcopal: Senior Warden 2013; Vestry 2000-20003 & 2010-2013

Publications

- Co-author, Revised Antitrust Guidelines: Will They Ease the Formation of Provider Networks? Dispatch: Virginia Chapter-Healthcare Financial Management Association, February/March 1997
- Co-author, Revised Health Care Antitrust Guidelines Improve Ability to Form Provider Networks, September 1996
- Co-author, FTC and Justice Department Issue New Policy Statements, Virginia Medical Quarterly, Fall 1996