**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>v.<br><br>PEGASYSTEMS INC., ALAN TREFLER, and KENNETH STILLWELL,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:22-cv-00578-LMB-IDD |

**PLAINTIFF'S RESPONSE TO**
**DEFENDANTS' MOTION TO TRANSFER VENUE**

Plaintiff the City of Fort Lauderdale Police and Firefighters' Retirement System ("Plaintiff") hereby responds to Defendants' Motion to Transfer Venue to the District of Massachusetts made pursuant to 28 U.S.C. § 1404(a) and filed on July 6, 2022. (*See* ECF No. 10.)

On May 19, 2022, Plaintiff filed this putative securities class action. (ECF No. 1.) On July 18, 2022, pursuant to Section 21(D)(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), several putative class members filed motions for appointment as lead plaintiff in this action. (*See* ECF Nos. 15, 18, 19, 25.)  The motions for lead plaintiff are pending, and the Court presumably will appoint from among the movants a lead plaintiff to represent the class.  *See* 15 U.S.C. § 78u-4(a)(3)(B) (directing courts to consider lead plaintiff motions within 30 days of filing); (*see also* ECF No. 24 (scheduling hearing on lead plaintiff motions for August 12, 2022)).  Plaintiff respectfully proposes that the Court defer ruling on the Motion to Transfer Venue until the Court selects a lead plaintiff and affords that person or entity an opportunity to respond to the motion.

1

Plaintiff did not file a motion for appointment as lead plaintiff and takes no position with respect to the merits of the Motion to Transfer Venue.

Dated: July 20, 2022

Respectfully submitted,

*/s/ Walter D. Kelley, Jr.*
Walter D. Kelley, Jr. (VA Bar No. 21622)
Tara Zurawski (VA Bar No. 73602)
**HAUSFELD, LLP**
888 16th Street N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
wkelley@hausfeld.com
tzurawski@hausfeld.com

Robert D. Klausner
**KLAUSNER KAUFMAN JENSEN &
LEVINSON**
7080 NW 4th Street
Plantation, FL  33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com

Maya Saxena
Joseph E. White, III
Lester R. Hooker
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

Steven B. Singer
Rachel A. Avan
**SAXENA WHITE P.A.**
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com

2

ravan@saxenawhite.com

**Counsel for Plaintiff City of Fort Lauderdale**
**Police and Firefighters' Retirement System**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Walter D. Kelley, Jr.*
Walter D. Kelley, Jr. (VA Bar No. 21622)

4