UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>PEGASYSTEMS INC., et al.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:22-cv-00578-LMB-IDD<br><br>CLASS ACTION |

THE PENSION AND RETIREMENT FUNDS' RESPONSE TO DEFENDANTS' MOTION
TO CHANGE VENUE (ECF 10)

As the presumptive lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund (collectively, "the Pension and Retirement Funds"), respectfully submit that they do not oppose defendants' Motion to Change Venue Pursuant to 28 U.S.C. § 1404(a) (ECF 10).[1]

If the Court transfers this case to the District of Massachusetts, the Pension and Retirement Funds respectfully request that the Court either grant the Pension and Retirement Funds' motion

---

[1]   Four lead plaintiff motions were filed.  *See* ECF 15, 18, 19, 25.  The Pension and Retirement Funds suffered $3.4 million in losses, the Boston Retirement System and New York District Council of Carpenters Pension Fund suffered $2.2 million in losses, the General Retirement System of the City of Detroit suffered approximately $565,997 in losses, and the DeKalb County Pension Fund suffered $171,112 in losses.

- 1 -

4861-4760-8618

before transfer or leave the motion active on the docket to avoid the case languishing in procedural limbo during the transfer process. The basis for the request to leave the lead plaintiff motions open is that the PSLRA required the motions to be filed "not later than" July 18, 2022 and to be considered by the Court "[n]ot later than" August 17, 2022. *See* 15 U.S.C. §78u-4(a)(3)(A) and (B). Leaving the motions active on the docket will allow the Pension and Retirement Funds to ensure the briefing process continues uninterrupted upon transfer to the District of Massachusetts.

The Pension and Retirement Funds appreciate the Court's consideration of their request.

DATED: July 20, 2022

PHELAN PETTY PLC


/s/ Jonathan M. Petty
JONATHAN M. PETTY (VSB No. 43100)
BRIELLE M. HUNT (VSB No. 87652)
3315 W. Broad Street
Richmond, VA  23230
Telephone:  804/980-7100
804/767-4601 (fax)
jpetty@phelanpetty.com
bhunt@phelanpetty.com

*Local Counsel*

ROBBINS GELLER RUDMAN & DOWD LLP
DANIELLE S. MYERS
TRICIA L. MCCORMICK
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
triciam@rgrdlaw.com

*Proposed Lead Counsel for Proposed Lead Plaintiff*

4861-4760-8618

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2022, I filed the foregoing pleading or paper through the

Court's CM/ECF system, which sent a notice of electronic filing to all registered users.


/s/ Jonathan M. Petty
Jonathan M. Petty (VSB No. 43100)
Brielle M. Hunt (VSB No. 87652)
PHELAN PETTY, PLC
3315 West Broad Street
Richmond, VA  23230
Telephone:  804/980-7100
804/767-4601 (fax)
jpetty@phelanpetty.com
bhunt@phelanpetty.com

*Local Counsel*

- 3 -

4861-4760-8618