IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CITY OF FORT LAUDERDALE POLICE AND )
   FIREFIGHTERS' RETIREMENT SYSTEM, )
                                   )
        Plaintiff, )
                                   )   1:22-cv-578 (LMB/IDD)
   v. )
                                   )
PEGASYSTEMS INC., et al., )
                                   )
        Defendants.

## ORDER

Pending before the Court is defendants' Motion to Change Venue [Dkt. No. 10], which is unopposed. Finding good cause for the relief requested, in the interest of justice and for the convenience of parties and witnesses, defendant's Motion is GRANTED; and it is hereby

ORDERED that this civil action be and is TRANSFERRED to the United States District Court for the District of Massachusetts; and it is further

ORDERED that the hearing currently scheduled for July 29, 2022 be and is CANCELLED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 27 day of July, 2022.

Alexandria, Virginia

                                         /s/
                                  Leonie M. Brinkema
                                  United States District Judge