CLOSED,JURY

# U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:22–cv–00578–LMB–IDD

| | |
|---|---|
| City of Fort Lauderdale Police And Firefighters' Retirement System v. Pegasystems Inc. et al | Date Filed: 05/19/2022 |
| Assigned to: District Judge Leonie M. Brinkema | Date Terminated: 07/27/2022 |
| Referred to: Magistrate Judge Ivan D. Davis | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **City of Fort Lauderdale Police And Firefighters' Retirement System** | represented by | **Tara Lynn Renee Zurawski** <br> Hausfeld LLP <br> 888 16th St., NW <br> Suite 300 <br> Washington, DC 20006 <br> (804) 786–6549 <br> Fax: (804) 786–0081 <br> Email: tzurawski@hausfeld.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Walter Kelley , Jr** <br> Hausfeld LLP <br> 1700 K St NW <br> Suite 650 <br> Washington, DC 20006 <br> (202) 540–7200 <br> Fax: (202) 540–7201 <br> Email: wkelley@hausfeld.com <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan** | represented by | **Jonathan Monroe Petty** <br> Phelan Petty PLC <br> 3315 West Broad Street <br> Richmond, VA 23230 <br> (804) 980–7100 <br> Fax: 804–767–4601 <br> Email: jpetty@phelanpetty.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987** | represented by | **Jonathan Monroe Petty** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

**Construction Industry Laborers Pension Fund**

**Jonathan Monroe Petty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**General Retirement System of the City of Detroit**

represented by **Paul Mark Falabella**
Butler Curwood PLLC
140 Virginia Street
Suite 302
Richmons, VA 23219
(804) 648−4848
Fax: (804) 648−6814
Email: paul@butlercurwood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pegasystems Inc.**

represented by **Catherine Mary Agnes Carroll**
Wilmer Cutler Pickering Hale & Dorr, LLP (DC)
1875 Pennsylvania Avenue NW
Washington, DC 20006
202−663−6000
Fax: 202−663−6363
Email: Catherine.Carroll@wilmerhale.com

**Daniel W. Halston**
Wilmer Cutler Pickering Hale & Dorr LLP (MA−NA)
60 State Street
Boston, MA 02109
**NA**
617−526−6000
Fax: 617−526−5000
Email: daniel.halston@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alan Trefler**

represented by **Catherine Mary Agnes Carroll**
(See above for address)

**Daniel W. Halston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kenneth Stillwell**

represented by **Catherine Mary Agnes Carroll**
(See above for address)

**Daniel W. Halston**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Boston Retirement System**                    represented by **Steven Jeffrey Toll**
Cohen Milstein Sellers & Toll PLLC (DC)
1100 New York Ave NW
Suite 500, West Tower
Washington, DC 20005–3965
(202) 408–4600
Email: stoll@cohenmilstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**New York City District Council of**            represented by **Steven Jeffrey Toll**
**Carpenters Pension Fund**                      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**DeKalb County Pension Fund**                   represented by **Scott Andrew Simmons**
Scott Simmons Law PC
116 B Walton Park Lane
Midlothian, VA 23114
804–486–6128
Fax: 804–486–6500
Email: simmons@scottsimmonslaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2022 | Ï 1 | Complaint ( Filing fee $ 402, receipt number AVAEDC–8398628.), filed by City of Fort Lauderdale Police And Firefighters' Retirement System. (Attachments: # 1 Civil Cover Sheet)(Kelley, Walter) (Entered: 05/19/2022) |
| 05/19/2022 | Ï 2 | Proposed Summons *to Pagasystems Inc.* by City of Fort Lauderdale Police And Firefighters' Retirement System. (Kelley, Walter) (Entered: 05/19/2022) |
| 05/19/2022 | Ï 3 | Proposed Summons *to Alan Trefler* by City of Fort Lauderdale Police And Firefighters' Retirement System. (Kelley, Walter) (Entered: 05/19/2022) |
| 05/19/2022 | Ï 4 | Proposed Summons *to Kenneth Stillwell* by City of Fort Lauderdale Police And Firefighters' Retirement System. (Kelley, Walter) (Entered: 05/19/2022) |
| 05/20/2022 | Ï | Initial Case Assignment to District Judge Leonie M. Brinkema and Magistrate Judge Ivan D. Davis. (kgall) (Entered: 05/20/2022) |
| 05/20/2022 | Ï 5 | Summons Issued as to Pegasystems Inc., Kenneth Stillwell, Alan Trefler, NOTICE TO ATTORNEY: Please remove the headers and print two duplexed copies of the electronically issued summons for each Defendant. Please serve one copy of the summons and a copy of the Complaint upon each Defendant. Please ensure that your process server returns the service copy (executed or |

| | | |
|---|---|---|
| | | unexecuted) to your attention and electronically file it using the filing events, Summons Returned Executed or Summons Returned Unexecuted. (Attachments: # 1 Notice of Lawsuit)(kgall) (Entered: 05/20/2022) |
| 06/14/2022 | Ï 6 | NOTICE of Appearance by Tara Lynn Renee Zurawski on behalf of City of Fort Lauderdale Police And Firefighters' Retirement System (Zurawski, Tara) (Entered: 06/14/2022) |
| 07/05/2022 | Ï 7 | NOTICE of Appearance by Catherine Mary Agnes Carroll on behalf of Pegasystems Inc., Kenneth Stillwell, Alan Trefler (Carroll, Catherine) (Entered: 07/05/2022) |
| 07/05/2022 | Ï 8 | Motion to appear Pro Hac Vice by Daniel W. Halston and Certification of Local Counsel Catherine Carroll Filing fee $ 75, receipt number AVAEDC–8459517. by Pegasystems Inc., Kenneth Stillwell, Alan Trefler. (Carroll, Catherine) (Entered: 07/05/2022) |
| 07/05/2022 | Ï 9 | Financial Interest Disclosure Statement (Local Rule 7.1) by Pegasystems Inc.. (Carroll, Catherine) (Entered: 07/05/2022) |
| 07/06/2022 | Ï 10 | MOTION to Change Venue by Pegasystems Inc., Kenneth Stillwell, Alan Trefler. (Attachments: # 1 Proposed Order)(Carroll, Catherine) (Entered: 07/06/2022) |
| 07/06/2022 | Ï 11 | Memorandum in Support re 10 MOTION to Change Venue filed by Pegasystems Inc., Kenneth Stillwell, Alan Trefler. (Carroll, Catherine) (Entered: 07/06/2022) |
| 07/06/2022 | Ï 12 | Declaration re 10 MOTION to Change Venue *Declaration of Efstathios A. Kouninis* by Pegasystems Inc., Kenneth Stillwell, Alan Trefler. (Carroll, Catherine) (Entered: 07/06/2022) |
| 07/06/2022 | Ï 13 | Notice of Hearing Date set for July 29, 2022 at 10:00 AM re 10 MOTION to Change Venue (Carroll, Catherine) (Entered: 07/06/2022) |
| 07/06/2022 | Ï | Set Deadlines as to 10 MOTION to Change Venue . Motion Hearing set for 7/29/2022 at 10:00 AM in Alexandria Courtroom 700 before District Judge Leonie M. Brinkema. (clar, ) (Entered: 07/06/2022) |
| 07/07/2022 | Ï 14 | ORDER granting 8 Motion for Pro hac vice Appointed Daniel W. Halston for Pegasystems Inc.,Daniel W. Halston for Kenneth Stillwell,Daniel W. Halston for Alan Trefler. Signed by District Judge Leonie M. Brinkema on 07/07/2022. (clar, ) (Entered: 07/07/2022) |
| 07/18/2022 | Ï 15 | MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff* by Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, Construction Industry Laborers Pension Fund. (Attachments: # 1 Proposed Order)(Petty, Jonathan) (Entered: 07/18/2022) |
| 07/18/2022 | Ï 16 | Memorandum in Support re 15 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff* filed by Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, Construction Industry Laborers Pension Fund. (Petty, Jonathan) (Entered: 07/18/2022) |
| 07/18/2022 | Ï 17 | Declaration re 15 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff*, 16 Memorandum in Support, *of Jonathan M. Petty* by Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, Construction Industry Laborers Pension Fund. (Attachments: # 1 Exhibit A – Notice of Pendency of Action, # 2 Exhibit B – The Pension and Retirement Funds' Sworn Certifications, # 3 Exhibit C– The Pension and Retirement Funds' loss estimate, # 4 Exhibit D – The Pension and Retirement Funds' Joint Declaration)(Petty, Jonathan) (Entered: 07/18/2022) |
| 07/18/2022 | Ï 18 | MOTION to Appoint Counsel *Motion of Boston Retirement System and New York City District Council of Carpenters Pension Fund for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel* by Boston Retirement System, New York City District Council of Carpenters |

| | | | |
|---|---|---|---|
| | | | Pension Fund. (Attachments: # 1 Proposed Order)(Toll, Steven) (Entered: 07/18/2022) |
| 07/18/2022 | Ï | 19 | MOTION to Appoint Counsel *and Lead Plaintiff* by General Retirement System of the City of Detroit. (Falabella, Paul) (Entered: 07/18/2022) |
| 07/18/2022 | Ï | 20 | Memorandum in Support re 19 MOTION to Appoint Counsel *and Lead Plaintiff* filed by General Retirement System of the City of Detroit. (Falabella, Paul) (Entered: 07/18/2022) |
| 07/18/2022 | Ï | 21 | Memorandum in Support re 18 MOTION to Appoint Counsel *Motion of Boston Retirement System and New York City District Council of Carpenters Pension Fund for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel* filed by Boston Retirement System, New York City District Council of Carpenters Pension Fund. (Toll, Steven) (Entered: 07/18/2022) |
| 07/18/2022 | Ï | 22 | Declaration re 20 Memorandum in Support by General Retirement System of the City of Detroit. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Falabella, Paul) (Entered: 07/18/2022) |
| 07/18/2022 | Ï | 23 | Declaration re 18 MOTION to Appoint Counsel *Motion of Boston Retirement System and New York City District Council of Carpenters Pension Fund for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel* by Boston Retirement System, New York City District Council of Carpenters Pension Fund. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Toll, Steven) (Entered: 07/18/2022) |
| 07/18/2022 | Ï | 24 | Notice of Hearing Date re 18 MOTION to Appoint Counsel *Motion of Boston Retirement System and New York City District Council of Carpenters Pension Fund for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel* (Toll, Steven) (Entered: 07/18/2022) |
| 07/18/2022 | Ï | 25 | MOTION to Appoint Counsel *DeKalb County Pension Fund Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Lead and Liaison Counsel* by DeKalb County Pension Fund. (Attachments: # 1 Proposed Order)(Simmons, Scott) (Entered: 07/18/2022) |
| 07/18/2022 | Ï | 26 | Memorandum in Support re 25 MOTION to Appoint Counsel *DeKalb County Pension Fund Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Lead and Liaison Counsel* filed by DeKalb County Pension Fund. (Simmons, Scott) (Entered: 07/18/2022) |
| 07/18/2022 | Ï | 27 | Declaration re 25 MOTION to Appoint Counsel *DeKalb County Pension Fund Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Lead and Liaison Counsel* by DeKalb County Pension Fund. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Simmons, Scott) (Entered: 07/18/2022) |
| 07/18/2022 | Ï | | Set Deadlines as to 18 MOTION to Appoint Counsel *Motion of Boston Retirement System and New York City District Council of Carpenters Pension Fund for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel*. Motion Hearing set for 8/12/2022 at 10:00 AM in Alexandria Courtroom 700 before District Judge Leonie M. Brinkema. (clar, ) (Entered: 07/19/2022) |
| 07/20/2022 | Ï | 28 | RESPONSE to Motion re 10 MOTION to Change Venue *Plaintiff's Response to Defendants' Motion to Transfer Venue* filed by City of Fort Lauderdale Police And Firefighters' Retirement System. (Kelley, Walter) (Entered: 07/20/2022) |
| 07/20/2022 | Ï | 29 | NOTICE by General Retirement System of the City of Detroit *of Non–Opposition to Competing Motion of the Pension and Retirement Funds* (Falabella, Paul) (Entered: 07/20/2022) |
| 07/20/2022 | Ï | 30 | RESPONSE to Motion re 10 MOTION to Change Venue filed by Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, Construction Industry Laborers Pension Fund. (Petty, Jonathan) (Entered: 07/20/2022) |

| 07/25/2022 | ï 31 | REPLY to Response to Motion re 10 MOTION to Change Venue filed by Pegasystems Inc., Kenneth Stillwell, Alan Trefler. (Carroll, Catherine) (Entered: 07/25/2022) |
|---|---|---|
| 07/27/2022 | ï 32 | ORDER granting 10 Motion to Change Venue. ORDERED that this civil action be and is TRANSFERRED to the United States District Court for the District of Massachusetts. ORDERED that the hearing currently scheduled for July 29, 2022 be and is CANCELLED. Signed by District Judge Leonie M. Brinkema on 7/27/2022. (kgall) (Entered: 07/27/2022) |
| 07/27/2022 | ï | Case transferred to District of Massachusetts. Original file, certified copy of transfer order, and docket sheet sent. (kgall) (Entered: 07/27/2022) |