UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>        v.<br><br>PEGASYSTEMS INC., ALAN TREFLER, and KENNETH STILLWELL,<br><br>    Defendants. | Case No: 1:22-cv-11220-PGL |

**NOTICE OF DEKALB COUNTY PENSION FUND'S NON-OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS**

DeKalb County Pension Fund ("DeKalb") respectfully submits this non-opposition to competing motions filed in the above captioned actions for appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). After reviewing the competing motions for Lead Plaintiff, it appears that DeKalb does not possess the largest financial interest among the movants. DeKalb recognizes that the Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund appear to have the largest financial losses among the movants and that their selection of counsel is adequate to represent the class.

    DeKalb's non-opposition shall have no effect on, and is without prejudice to, its rights as a member of the proposed class, including, but not limited to, the right to share in any

recovery from the resolution of this litigation through settlement, judgment, or otherwise. However, should the Court determine that any of the other movants with larger financial interests are incapable and/or inadequate to serve as Lead Plaintiff, DeKalb is ready, willing and able to assume the role and take on all the responsibilities of Lead Plaintiff on behalf of the proposed class.

DATED:  August 1, 2022

Respectfully submitted,

**MATORIN LAW OFFICE, LLC**
By:_____*/s/ Mitchell J. Matorin*
Mitchell J. Matorin (BBO #649304)
18 Grove Street, Suite 5
Wellesley, MA 02482
Ph: (781) 453-0100
Email: mmatorin@matorinlaw.com

Robert W. Killorin
James M. Wilson
**FARUQI & FARUQI, LLP**
685 Third Ave., 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: rkillorin@faruqilaw.com
Email: jwilson@faruqilaw.com

*Attorneys for DeKalb County Pension Fund*