**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PEGASYSTEMS INC., ALAN TREFLER, and KENNETH STILLWELL, <br><br> Defendants, | Case No.: 1:22-cv-11220-WGY |

**DECLARATION OF DANIEL W. HALSTON IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

I, Daniel W. Halston, hereby declare under penalty of perjury as follows:

1.      I am a partner with the firm Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Pegasystems Inc. ("Pega"), Alan Trefler, and Kenneth Stillwell in the above-captioned matter.  I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and have personal knowledge of, and am competent to testify about, the factual matters asserted herein.  If called as a witness, I could and would competently testify thereto.  I submit this Declaration in support of Defendants' Motion to Dismiss the Consolidated Amended Complaint.

**Pega's SEC Filings & Earnings Calls**

2.      Attached as Exhibit 1 is a true and correct copy of an excerpt of Pega's Form 10-K for the Fiscal Year Ended December 31, 2018, filed with the SEC on February 20, 2019.

3.      Attached as Exhibit 2 is a true and correct copy of an excerpt of Pega's Form 10-K for the Fiscal Year Ended December 31, 2019, filed with the SEC on February 12, 2020 (cited at ¶¶ 136–37 of the Consolidated Amended Complaint).

4.    Attached as Exhibit 3 is a true and correct copy of the transcript of Pega's Earnings Call for the Quarterly Period Ended June 30, 2020, dated July 28, 2020 (cited at ¶¶ 123–24 of the Consolidated Amended Complaint).

5.    Attached as Exhibit 4 is a true and correct copy of an excerpt of Pega's Form 10-K for the Fiscal Year Ended December 31, 2020, filed with the SEC on February 17, 2021 (cited at ¶¶ 128–130, 133–34, 138–39, 142, 148–49, 273 of the Consolidated Amended Complaint).

6.    Attached as Exhibit 5 is a true and correct copy of an excerpt of Pega's Form 10-Q for the Quarterly Period Ended September 30, 2021, filed with the SEC on October 27, 2021 (cited at ¶¶ 140, 142, 144, 162, 166 of the Consolidated Amended Complaint).

7.    Attached as Exhibit 6 is a true and correct copy of an excerpt of Pega's Form 10-K for the Fiscal Year Ended December 31, 2021, filed with the SEC on February 16, 2022 (cited at ¶¶ 114–15, 145, 147–49, 162, 166, 169–70, 243, 273 of the Consolidated Amended Complaint).

8.    Attached as Exhibit 7 is a true and correct copy of the transcript of Pega's Earnings Call for the Quarterly Period and Fiscal Year Ended December 31, 2021, dated February 16, 2022.

9.    Attached as Exhibit 8 is a true and correct copy of an excerpt of Pega's Form 10-Q for the Quarterly Period Ended March 31, 2022, filed with the SEC on April 28, 2022 (cited at ¶¶ 115, 146, 162, 166 of the Consolidated Amended Complaint).

10.    Attached as Exhibit 9 is a true and correct copy of Pega's Form 8-K, filed with the SEC on September 16, 2022 (cited at ¶ 247 of the Consolidated Amended Complaint).

### Appian's SEC Filings

11.    Attached as Exhibit 10 is a true and correct copy of an excerpt of Appian's Form 10-K for the Fiscal Year Ended December 31, 2021, filed with the SEC on February 17, 2022.

**Analyst Conferences and Research Notes**

12.    Attached as Exhibit 11 is a true and correct copy of a research note published by Barclays entitled *Pegasystems, Inc.: Better, but Not Out of the Woods Yet*, dated February 17, 2022.

13.    Attached as Exhibit 12 is a true and correct copy of a research note published by JMP entitled *Pegasystems Inc. (PEGA): Revenue and EPS Miss but Strong Backlog Performance*, dated February 17, 2022.

14.    Attached as Exhibit 13 is a true and correct copy of the transcript of Pega's presentation at the Needham Technology & Media Conference, dated May 18, 2022 (cited at ¶ 118 of the Consolidated Amended Complaint).

**Documents From and Related to the Virginia Litigation**

15.    Attached as Exhibit 14 is a true and correct copy of the Complaint in the Virginia Litigation, filed on May 29, 2020 (cited at ¶¶ 3, 12, 113, 164, 175–78, 196, 224 of the Consolidated Amended Complaint).

16.    Attached as Exhibit 15 is a true and correct copy of the First Amended Complaint in the Virginia Litigation, filed on October 21, 2021.

17.    Attached as Exhibit 16 is a true and correct copy of the Second Amended Complaint in the Virginia Litigation, filed on February 11, 2022.

18.    Attached as Exhibit 17 is a true and correct copy of Trial Exhibit 768 in the Virginia Litigation, which is an Appian forum registration confirmation email, dated December 21, 2013 (cited at ¶ 203 of the Consolidated Amended Complaint).

19.    Attached as Exhibit 18 is a true and correct copy of Trial Exhibit 766 in the Virginia Litigation, which is a spreadsheet dated July 27, 2015 that includes a list of registrants for a

webinar hosted by Business Process Management, Inc. (cited at ¶ 203 of the Consolidated Amended Complaint).

20.    Attached as Exhibit 19 is a true and correct copy of Trial Exhibit 648 in the Virginia Litigation, which is an email exchange among Pega employees Ben Baril, Matt Healy, and others, dated November 6, 2019 (cited at ¶ 67 of the Consolidated Amended Complaint).

21.    Attached as Exhibit 20 is a true and correct copy of an excerpt of the transcript of the deposition testimony of Mr. Trefler in the Virginia Litigation, dated January 12, 2022 (cited at ¶ 217 of the Consolidated Amended Complaint).

22.    Attached as Exhibit 21 is a true and correct copy of an excerpt of the transcript of the trial testimony of Mr. Trefler in the Virginia Litigation, dated March 28, 2022 (cited at ¶ 217 of the Consolidated Amended Complaint).[1]

23.    Attached as Exhibit 22 is a true and correct copy of an excerpt of the transcript of the trial testimony of Simon David John Platt, Pega's damages expert, in the Virginia Litigation, dated May 3, 2022 (cited at ¶¶ 180–81, 225 of the Consolidated Amended Complaint).

24.    Attached as Exhibit 23 is a true and correct copy of an excerpt of Pega's Motion to Set Aside the Verdict in the Virginia Litigation, filed on June 8, 2022.

### Other Litigation Filings

25.    Attached as Exhibit 24 is a true and correct copy of the Stipulation of Dismissal in *Pegasystems Inc. v. Appian Corp. & Bruce Maxwell*, No. 15-1229-BLS1 (Mass. Sup. Ct. 2015), filed on December 3, 2018.

---

[1] Plaintiffs cite the excerpted portion of Mr. Trefler's trial testimony at ¶ 217 of the Consolidated Amended Complaint as having occurred on February 1, 2022. In fact, the quoted testimony occurred on March 28, 2022.

26.     Attached as Exhibit 25 is a true and correct copy of an excerpt of the First Amended Complaint (ECF 55) in *Pegasystems Inc. v. Appian Corp. & Bus. Process Mgmt., Inc.*, No. 19-11461-PBS (D. Mass. 2019) (the "D. Mass. Litigation"), filed on December 4, 2019.

27.     Attached as Exhibit 26 is a true and correct copy of Pega's Motion to Continue Mediation (ECF 193) in the D. Mass. Litigation, filed on November 24, 2020.

28.     Attached as Exhibit 27 is a true and correct copy of the Stipulation of Dismissal with Prejudice (ECF 660) in the D. Mass. Litigation, filed on November 10, 2022.


I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th day of December, 2022, in Boston, Massachusetts.

*/s/ Daniel W. Halston*
Daniel W. Halston