# Exhibit 4

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

# FORM 10-K

_____

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT of 1934**

**For the fiscal year ended December 31, 2020**

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT of 1934**

**Commission File No. 1-11859**
_____

# PEGASYSTEMS INC.

*(Exact name of Registrant as specified in its charter)*
_____

| | |
|---|---|
| **Massachusetts** | **04-2787865** |
| *(State or other jurisdiction of incorporation or organization)* | *(IRS Employer Identification No.)* |

**One Rogers Street, Cambridge, MA 02142-1209**
*(Address of principal executive offices, including zip code)*

**(617) 374-9600**
*(Registrant's telephone number, including area code)*
_____

**Securities registered pursuant to Section 12(b) of the Act:**

| <u>Title of each class</u> | <u>Trading symbol(s)</u> | <u>Name of each exchange on which registered</u> |
|---|---|---|
| Common Stock, $.01 par value per share | **PEGA** | **NASDAQ Global Select Market** |

**Securities registered pursuant to Section 12(g) of the Act:**
**None**
_____

Indicate by check mark if the Registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes ☐ No ☒

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging company," in Rule 12b-2 of the Exchange Act.

Large accelerated filer  ☒      Accelerated filer  ☐      Non-accelerated filer  ☐  Smaller reporting company  ☐  Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the Registrant's common stock held by non-affiliates, based upon the closing price of the Registrant's common stock on the NASDAQ Global Select Market of $101.17, on June 30, 2020 was approximately $4.0 billion.

There were 80,900,637 shares of the Registrant's common stock, $0.01 par value per share, outstanding on February 5, 2021.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the Registrant's definitive proxy statement related to its 2021 annual meeting of stockholders to be filed subsequently are incorporated by reference into Part III of this report.

*Employee Development*

Employee development underpins our efforts to execute our strategy and continue to create and sell innovative products and services. We continually invest in our employees' career growth and provide employees with a wide range of development opportunities, including formal and informal learning, mentoring, and coaching. Pega Academy helps employees as well as clients and partners more rapidly gain and advance Pega software skills. To ensure our business's long-term continuity, we actively manage the development of talent to fill the roles most critical to our success. To support our current and future leaders' development, Pega currently offers five programs addressing the development of people managers and leaders in a cohort format comprised of all functions and geographies. We also provide educational resources and classes, career training, and education reimbursement programs. In 2020, more than 90% of our employees participated in a formal education program.

**Corporate Information**

Pegasystems Inc. was incorporated in Massachusetts in 1983. Our stock is traded on the NASDAQ Global Select Market under the symbol "PEGA." Our website is located at www.pega.com, and our investor relations website is located at www.pega.com/about/investors.

**Available Information**

We make available our Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and amendments to these reports, free of charge through our website as soon as reasonably practicable after we electronically file such material with or furnish such material to the SEC. We also make available on our website reports filed by our executive officers and directors on Forms 3, 4, and 5 regarding their ownership of our securities. Our Code of Conduct is available on our website in the "Governance" section.

The SEC maintains a website that contains reports, proxy and information statements, and other information regarding issuers that file electronically with the SEC at www.sec.gov.

## ITEM 1A. RISK FACTORS

The risks and uncertainties described below are not the only ones we face. Events that we do not currently anticipate or that we currently expect to be immaterial may also affect our results of operations, cash flows, and financial condition.

**Risks Related to Our Business and Industry**

*If we fail to manage our transition to a more subscription-based business model successfully, our results of operations and/or cash flows could be negatively impacted.*

We are transitioning to a more subscription-based business model, which may have negative revenue and/or cash flow implications. The subscription model prices and delivers our software differently than a perpetual license model. These changes reflect a significant shift from perpetual license sales in favor of providing our clients the right to access our software in a hosted environment or use downloaded software for a specified subscription period. The potential shift of our clients' preference to a cloud-based subscription model requires a considerable investment of technical, financial, legal, managerial and sales resources, and a scalable organization.

Market acceptance of our subscription-based offering will depend on our ability to continue to:

•innovate and include new functionality and improve the usability of our products in a manner that addresses our clients' needs and requirements; and

•optimally price our products in light of marketplace conditions, competition, our costs, and client demand.

Our cloud-based subscription model also requires that we rely on third parties to host our products for our clients. We incur significant recurring third-party hosting expenses to deliver our Pega Cloud offering that we do not incur for our perpetual and term license products. These expenses may cause the gross margin we realize from our Pega Cloud sales to be lower than the gross margin we realize from our perpetual and term license products. If we are unable to meet these challenges effectively, our operating results and financial condition could be materially adversely affected.

The transition to a subscription-based business model gives rise to several risks, including the following:

•our revenues and cash flows may fluctuate more than anticipated in the near term;

•if the increased demand for our offerings does not continue, we could experience decreased profitability or losses and reduced or negative cash flow because of our continued significant investments in our Pega Cloud offering;

•if new or current clients desire only perpetual licenses, our subscription sales may lag behind our expectations;

•we may be unsuccessful in maintaining or implementing our target pricing or new pricing models, product adoption and projected renewal rates, or we may select a target price or new pricing model that is not optimal and could negatively affect our sales or earnings;

•if our clients do not renew their subscriptions, our revenue may decline, and our business may be materially adversely affected; and

•we may incur sales compensation costs at a higher than forecasted rate if the pace of our subscription transition is faster than anticipated.

The metrics our investors and we use to monitor our business model transition may evolve over the course of the transition as significant trends emerge. Therefore, it may be difficult to accurately determine the impact of this transition on our business on a contemporaneous basis or to clearly communicate the appropriate metrics to our investors.

***The market for our offerings is intensely and increasingly competitive, rapidly changing, and fragmented.***

We encounter significant competition from:

•customer engagement vendors, including CRM application vendors;

•DPA vendors and platforms, including BPM vendors, low code application development platforms, and service-oriented architecture middleware vendors;

•case management vendors;

•decision management, data science, and AI vendors, as well as vendors of solutions that leverage decision making and data science in managing customer relationships and marketing;

•robotic automation and workforce intelligence software providers;

•companies that provide application-specific software for financial services, healthcare, insurance, and other specific markets;

•mobile application platform vendors;

•co-browsing software providers;

•social listening, text analytics, and natural language processing vendors;

•commercialized open-source vendors;

•professional service organizations that develop their own products or create custom software in conjunction with rendering consulting services; and

•clients' in-house information technology departments, which may seek to modify their existing systems or develop their own proprietary systems.

Many of our competitors, such as Salesforce.com, Microsoft Corporation, Oracle Corporation, SAP SE, ServiceNow, and International Business Machines Corporation ("IBM"), have far greater resources than we do and may be able to respond more quickly and efficiently to new or emerging technologies, programming languages or standards, or changes in client requirements or preferences. Competitors may also be able to devote greater managerial and financial resources to develop, promote, and distribute products and to provide related consulting and training services.

We believe the principal competitive factors within our market include:

•product adaptability, scalability, functionality, and performance;

•proven success in delivering cost-savings and efficiency improvements;

•proven success in enabling improved customer interactions;

•ease-of-use for developers, business units, and end-users;

•timely development and introduction of new products and product enhancements;

•establishment of a significant base of reference clients;

•ability to integrate with other products and technologies;

•customer service and support;

•product price;

•vendor reputation; and

•relationships with systems integrators.

Competition for market share and pressure to reduce prices and make sales concessions is likely to increase. There can be no assurance that we will be able to compete successfully against current or future competitors or that the competitive pressures faced by us will not materially adversely affect our business, operating results, and financial condition.

See "Competition" in Item 1 of this Annual Report for additional information.

***Our Chief Executive Officer is our largest stockholder and can exert significant influence over matters submitted to our stockholders, which could materially adversely affect our other stockholders.***

As of December 31, 2020, our Chief Executive Officer beneficially owned 49% of our outstanding common stock. As a result, he has the ability to exert significant influence over all matters submitted to our stockholders for approval, including the election and removal of directors and any merger, consolidation, or sale of our assets. This concentration of ownership may delay or prevent a change in control, impede a merger, consolidation, takeover, or other business combination involving us, discourage a potential acquirer from making a tender offer or otherwise attempting to obtain control of us, or result in actions that may be opposed by other stockholders.

***If securities or industry analysts do not publish research or reports about our business, or publish negative reports about our business, our stock price and trading volume could decline.***

The trading market for our common stock depends, in part, on the research and reports that securities or industry analysts publish about us or our business. We do not have any control over these analysts. If our financial performance fails to meet analyst estimates or one or more of the analysts who cover us downgrade our shares or change their opinion of our shares, our share price would likely decline. If one or more of these analysts cease coverage of us or fail to publish reports on us regularly, we could lose visibility in the financial markets, which could cause our share price or trading volume to decline.

## ITEM 1B. UNRESOLVED STAFF COMMENTS

None.

## ITEM 2. PROPERTIES

Our principal administrative, sales, marketing, support, and research and development operations are in Cambridge, Massachusetts and Hyderabad, India. We also maintain offices elsewhere in the Americas, Europe, and the Asia-Pacific regions. On February 12, 2021, we entered into an agreement with our landlord to vacate our Cambridge, Massachusetts corporate headquarters on October 1, 2021, in exchange for a one-time payment to us of $18 million. We expect to enter into a new lease agreement for a facility within the greater Boston area. All of our properties are leased. We are currently assessing the impact of the COVID-19 pandemic and the increase in remote work on our future real estate needs. We believe we will be able to obtain future space as needed on acceptable and commercially reasonable terms.

See "Note 9. Leases" in Item 8 of this Annual Report for additional information.

## ITEM 3. LEGAL PROCEEDINGS

From time to time, we may be subject to legal proceedings and civil and regulatory claims that arise in the ordinary course of our business activities. Regardless of the outcome, litigation can have a material adverse effect on us because of defense and settlement costs, diversion of management resources, and other factors.

## ITEM 4. MINE SAFETY DISCLOSURES

Not applicable.

*Uncertain tax benefits*

A rollforward of the Company's gross unrecognized tax benefits is:

| (in thousands) | 2020 | 2019 | 2018 |
|---|---|---|---|
| Balance as of January 1, | $ 23,271 | $ 18,157 | $ 19,150 |
| Additions for tax positions related to the current year | 653 | 510 | 978 |
| Additions for tax positions of prior years | 962 | 4,917 | 174 |
| Reductions for tax positions of prior years | (1,085) | (313) | (2,145) |
| Balance as of December 31, | $ 23,801 | $ 23,271 | $ 18,157 |

As of December 31, 2020, the Company had $23.8 million of total unrecognized tax benefits, which would decrease the Company's effective tax rate if recognized.

As of December 31, 2020 and December 31, 2019, the Company's income tax receivable was $44.1 million and $25.9 million, respectively.

*Tax examinations*

The Company files federal and state income tax returns in the U.S. and in various foreign jurisdictions. In the ordinary course of business, the Company and its subsidiaries are examined by various tax authorities, including the Internal Revenue Service in the U.S. As of December 31, 2020, the Company's U.S. federal tax returns for the years 2014 through 2017 were under examination by the Internal Revenue Service. In addition, certain foreign jurisdictions are auditing the Company's income tax returns for periods ranging from 2010 through 2018. The Company does not expect the results of these audits to have a material effect on the Company's financial condition, results of operations, or cash flows. With few exceptions, the statute of limitations remains open in all jurisdictions for the tax years 2014 to the present.

## 17. (LOSS) EARNINGS PER SHARE

Basic earnings per share is calculated using the weighted-average number of common shares outstanding during the applicable period. Diluted earnings per share is calculated using the weighted-average number of common shares outstanding during the applicable period, plus the dilutive effect of outstanding stock options and RSUs, using the treasury stock method. In periods of loss, all stock options and RSUs are excluded from the weighted-average number of common shares, as their inclusion would be anti-dilutive.

| (in thousands, except per share amounts) | 2020 | 2019 | 2018 |
|---|---|---|---|
| Net (loss) income | $ (61,373) | $ (90,433) | $ 10,617 |
| Weighted-average common shares outstanding | 80,336 | 79,055 | 78,564 |
| **(Loss) earnings per share, basic** | **$ (0.76)** | **$ (1.14)** | **$ 0.14** |
| | | | |
| Net (loss) income | $ (61,373) | $ (90,433) | $ 10,617 |
| Stock options | - | - | 2,891 |
| RSUs | - | - | 1,609 |
| Effect of dilutive securities | - | - | 4,500 |
| Weighted-average common shares outstanding, assuming dilution | 80,336 | 79,055 | 83,064 |
| **(Loss) earnings per share, diluted** | **$ (0.76)** | **$ (1.14)** | **$ 0.13** |
| | | | |
| Outstanding anti-dilutive stock options and RSUs [1] | 6,278 | 5,911 | 188 |

(1) Certain outstanding stock options and RSUs were excluded from the computation of diluted earnings per share because they were anti-dilutive in the period presented. These awards may be dilutive in the future.

## 18. COMMITMENTS AND CONTINGENCIES

*Commitments*

See "Note 9. Leases" for additional information.

*Contingencies*

The Company is a party in various contractual disputes, litigation, and potential claims arising in the ordinary course of business. The Company does not believe that the resolution of these matters will have a material adverse effect on its financial position or results of operations.

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this Annual Report on Form 10-K to be signed on its behalf by the undersigned, thereunto duly authorized.

**Pegasystems Inc.**

Date:   February 17, 2021   By: _____ /s/ KENNETH STILLWELL _____

**Kenneth Stillwell**
**Chief Financial Officer and Chief Administrative Officer**
**(Principal Financial Officer)**

Pursuant to the requirements of the Securities Exchange Act of 1934, this Annual Report on Form 10-K has been signed below on February 17, 2021 by the following persons on behalf of the Registrant and in the capacities indicated.

| Signature | Title |
|---|---|
| /s/ ALAN TREFLER<br>**Alan Trefler** | Chairman and Chief Executive Officer<br>(Principal Executive Officer) |
| /s/ KENNETH STILLWELL<br>**Kenneth Stillwell** | Chief Financial Officer and Chief Administrative Officer<br>(Principal Financial Officer) |
| /s/ EFSTATHIOS KOUNINIS<br>**Efstathios Kouninis** | Chief Accounting Officer, Vice President of Finance, and Treasurer<br>(Principal Accounting Officer) |
| /s/ PETER GYENES<br>**Peter Gyenes** | Director |
| /s/ RONALD HOVSEPIAN<br>**Ronald Hovsepian** | Director |
| /s/ RICHARD JONES<br>**Richard Jones** | Director |
| /s/ CHRISTOPHER LAFOND<br>**Christopher Lafond** | Director |
| /s/ DIANNE LEDINGHAM<br>**Dianne Ledingham** | Director |
| /s/ SHARON ROWLANDS<br>**Sharon Rowlands** | Director |
| /s/ LARRY WEBER<br>**Larry Weber** | Director |