# Exhibit 5

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

# FORM 10-Q
_____

☒ **Quarterly Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the quarterly period ended September 30, 2021**

**OR**

☐ **Transition Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Commission File Number: 1-11859**
_____

# PEGASYSTEMS INC.

*(Exact name of Registrant as specified in its charter)*
_____

| **Massachusetts** | **04-2787865** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(IRS Employer Identification No.)* |

**One Main Street, Cambridge, MA 02142**
*(Address of principal executive offices, including zip code)*

**(617) 374-9600**
*(Registrant's telephone number, including area code)*
_____

Securities registered pursuant to Section 12(b) of the Act:

| <u>Title of each class</u> | <u>Trading symbol(s)</u> | <u>Name of each exchange on which registered</u> |
|---|---|---|
| **Common Stock, $.01 par value per share** | **PEGA** | **NASDAQ Global Select Market** |

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒   No ☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files). Yes ☒   No ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐    Emerging growth company ☐

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☒

There were 81,675,315 shares of the Registrant's common stock, $0.01 par value per share, outstanding on October 19, 2021.

**PEGASYSTEMS INC.**

**QUARTERLY REPORT ON FORM 10-Q**

**TABLE OF CONTENTS**

| | Page |
|---|---|
| **PART I - FINANCIAL INFORMATION** | |
| **Item 1. Financial Statements** | |
| Unaudited Condensed Consolidated Balance Sheets as of September 30, 2021 and December 31, 2020 | 3 |
| Unaudited Condensed Consolidated Statements of Operations for the three and nine months ended September 30, 2021 and 2020 | 4 |
| Unaudited Condensed Consolidated Statements of Comprehensive (Loss) for the three and nine months ended September 30, 2021 and 2020 | 5 |
| Unaudited Condensed Consolidated Statements of Stockholders' Equity for the nine months ended September 30, 2021 and 2020 | 6 |
| Unaudited Condensed Consolidated Statements of Cash Flows for the nine months ended September 30, 2021 and 2020 | 8 |
| Notes to Unaudited Condensed Consolidated Financial Statements | 9 |
| **Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations** | 20 |
| **Item 3. Quantitative and Qualitative Disclosures About Market Risk** | 27 |
| **Item 4. Controls and Procedures** | 27 |
| **PART II - OTHER INFORMATION** | |
| **Item 1A. Risk Factors** | 28 |
| **Item 2. Unregistered Sales of Equity Securities and Use of Proceeds** | 28 |
| **Item 6. Exhibits** | 28 |
| Signature | 29 |

2

# PART I - FINANCIAL INFORMATION

## ITEM 1. FINANCIAL STATEMENTS

**PEGASYSTEMS INC.**
**UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEETS**
**(in thousands)**

| | September 30, 2021 | December 31, 2020 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 116,411 | $ 171,899 |
| Marketable securities | 235,437 | 293,269 |
| Total cash, cash equivalents, and marketable securities | 351,848 | 465,168 |
| Accounts receivable | 143,445 | 215,827 |
| Unbilled receivables | 239,774 | 207,155 |
| Other current assets | 93,819 | 88,760 |
| Total current assets | 828,886 | 976,910 |
| Unbilled receivables | 132,147 | 113,278 |
| Goodwill | 81,954 | 79,231 |
| Other long-term assets | 512,410 | 434,843 |
| Total assets | $ 1,555,397 | $ 1,604,262 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 25,604 | $ 24,028 |
| Accrued expenses | 46,583 | 59,261 |
| Accrued compensation and related expenses | 86,018 | 123,012 |
| Deferred revenue | 229,103 | 232,865 |
| Other current liabilities | 13,118 | 20,969 |
| Total current liabilities | 400,426 | 460,135 |
| Convertible senior notes, net | 589,769 | 518,203 |
| Operating lease liabilities | 87,088 | 59,053 |
| Other long-term liabilities | 18,482 | 24,699 |
| Total liabilities | 1,095,765 | 1,062,090 |
| Stockholders' equity: | | |
| Preferred stock, 1,000 shares authorized; none issued | - | - |
| Common stock, 200,000 shares authorized; 81,670 and 80,890 shares issued and outstanding at September 30, 2021 and December 31, 2020, respectively | 817 | 809 |
| Additional paid-in capital | 148,098 | 204,432 |
| Retained earnings | 316,150 | 339,879 |
| Accumulated other comprehensive (loss) | (5,433) | (2,948) |
| Total stockholders' equity | 459,632 | 542,172 |
| Total liabilities and stockholders' equity | $ 1,555,397 | $ 1,604,262 |

See notes to unaudited condensed consolidated financial statements.

3

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**Pegasystems Inc.**

Dated:    October 27, 2021                                    By:    _____/s/ KENNETH STILLWELL_____

**Kenneth Stillwell**
**Chief Operating Officer and Chief Financial Officer**
**(Principal Financial Officer)**