# Exhibit 9

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

## FORM 8-K

---

**Current Report**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): September 15, 2022**

---

# PEGASYSTEMS INC.
**(Exact name of Registrant as specified in its charter)**

---

| **Massachusetts** | **1-11859** | **04-2787865** |
|:---:|:---:|:---:|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**One Main Street, Cambridge, MA 02142**
**(Address of principal executive offices, including zip code)**

**(617) 374-9600**
**(Registrant's telephone number, including area code)**

**Not Applicable**
**(Former name or former address, if changed since last report)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| **Common Stock, $.01 par value per share** | **PEGA** | **NASDAQ Global Select Market** |

Indicate by check mark whether the Registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 8.01.        Other Events.**

As we indicated in our Form 8-K filed May 9, 2022, on May 9, 2022 the jury in the lawsuit styled *Appian Corp. v. Pegasystems Inc. & Youyong Zou* in Virginia state court returned a verdict against Pegasystems Inc. ("Pegasystems," "we" or the "Company").

On September 15, 2022, the Virginia state court took its final step in the trial portion of the case with formal entry of judgment in the amount of $2,060,479,287 for damages for the previously jury determined amount plus attorney's fees and costs, and which the court held is subject to post-judgment interest at a rate of 6.0% per annum.

This entry of judgment enabled us to file a notice of appeal, which we filed on September 15, 2022. As a reminder, the appeals process could potentially take years to complete, and no judgment would be payable until this process has ended.

As also indicated in our Form 8-K filed May 9, 2022, we strongly disagree with the claims asserted by Appian in the case and the trial court outcome. These are not supported by the facts of the case or the law and are the result of significant error by the court. We believe we have strong grounds to overturn this result.

As indicated in our Form 8-K filed May 10, 2022, the trial court outcome has no impact on our products or what we are able to sell and service. We will continue to focus on helping our clients address their most pressing digital transformation challenges so they're ready for what's next.

**Note Regarding Forward-Looking Statements**

The statements contained in this Form 8-K that are not purely historical may be "forward-looking statements" as defined in the Private Securities Litigation Reform Act of 1995. Words such as expects, anticipates, intends, plans, believes, will, could, should, estimates, may, targets, strategies, intends to, projects, forecasts, guidance, likely, and usually, or variations of such words and other similar expressions identify forward-looking statements, which are based on current expectations and assumptions.

These forward-looking statements are based on the Company's current expectations and beliefs concerning future developments and their potential effects on the Company. While the Company's expectations, beliefs and estimates are expressed in good faith and the Company believes there is a reasonable basis for them, there can be no assurance that future developments affecting the Company will be those that we have anticipated. These forward-looking statements involve a number of risks, uncertainties (some of which are beyond the control of the Company) or other assumptions that may cause actual results or performance to be materially different from those expressed or implied by such forward-looking statements. These risks and uncertainties include, but are not limited to: unfavorable outcomes of existing or future litigation or dispute resolution proceedings; risks and other uncertainties associated with assumptions and estimates used to prepare financial statements; and other risks and uncertainties discussed under the heading "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2021 filed on February 16, 2022, under the heading "Risk Factors" in our Quarterly Report on Form 10-Q for the quarter ended March 31, 2022 filed on April 28, 2022, under the heading "Risk Factors" in our Quarterly Report on Form 10-Q for the quarter ended June 30, 2022 filed on July 27, 2022, and in other reports that we file with the Securities and Exchange Commission from time to time. The Company undertakes no obligation to publicly update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required under applicable laws.

The forward looking statements in this Form 8-K represent our view as of September 16, 2022.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**Pegasystems Inc.**

Dated: September 16, 2022                    By:                    /s/ KENNETH STILLWELL

**Kenneth Stillwell**
Chief Operating Officer and Chief Financial Officer (Principal Financial Officer)