# Exhibit 12

**Software | Company Update**
February 17, 2022

**JMP** A CITIZENS COMPANY

# Pegasystems Inc. (PEGA)
Revenue and EPS Miss but Strong Backlog Performance

**MARKET OUTPERFORM**
Price: $97.52
Price Target: $155.00

## INVESTMENT HIGHLIGHTS

**Patrick Walravens**
pwalravens@jmpsecurities.com
(415) 835-8943

**Joe Goodwin**
jgoodwin@jmpsecurities.com
(415) 869-4477

**Joey Marincek**
jmarincek@jmpsecurities.com
415-869-4418

**Aaron Kimson, CFA**
akimson@jmpsecurities.com
(415) 835-8944

- **We maintain our Market Outperform rating but reduce our price target to $155 from $172 (reflecting the multiple compression we have seen broadly across software) on Pegasystems, after the company reported disappointing top- and bottom-line 4Q21 results yesterday that masked underlying bookings strength as non-GAAP EPS came in at $0.04 (consensus $0.13) on revenue of $316.2M (consensus $346.4M), but ACV (which reflects bookings) crossed the $1B mark for the first time and grew 20% (JMPe 20%), flat from 20% last quarter, and total RPO grew 25% (JMPe 22%), up from 23% last quarter.**

- The company guided to 2022 non-GAAP EPS of $0.75-$1.00 (consensus $0.84), on revenue of $1.460B-$1.490B (consensus of $1.475B), driven in part by strong RPO (backlog) and ACV (bookings) metrics, and to ACV growth of 20%-22% (JMPe 20%) — all of which left the stock down ~3% in the aftermarket after having decreased 13% YTD versus a 10% decrease for the Nasdaq.

- Overall, we continue to like Pegasystems for a number of reasons, including: 1) its advanced platform for customer engagement and intelligent automation offers customers a strong value proposition; 2) its core customer base of big enterprises, which includes 18 of the top 25 global banks, 10 of the top 10 healthcare players, and 9 of the top 10 telecommunications companies; 3) the leadership of CEO and founder Alan Trefler and COO and CFO Ken Stillwell; and 4) the company is leveraging its cloud choice differentiation to pursue a massive market opportunity, currently estimated at $65B+.

- We decrease our 2022 non-GAAP EPS estimate to $0.90 from $0.95 (consensus $0.84) on revenue of $1.465B, and decrease our 2023 non-GAAP EPS estimate to $1.50 from $1.55 (consensus $1.42) on revenue of $1.760B.

- Pegasystems currently trades at an EV/2023E revenue multiple of 4.9x, while our new $155 price target implies an EV/2023E revenue multiple of 7.7x (previously 7.9x), in-line with the peer group median multiple of 7.7x.

- Pegasystems is participating in the JMP Technology Conference being held in person March 7 and 8 at the Ritz Carlton Hotel in San Francisco.

### MARKET DATA

| | |
|---|---|
| Price | $97.52 |
| 52-Week Range: | $89.02 - $148.80 |
| Shares Out. (M): | 85.5 |
| Market Cap ($M): | $8,338.0 |
| Float (M): | 40.9 |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $313.5 | $367.7 | $440.2 |
| | 2Q | $325.7 | $386.6 | $463.1 |
| | 3Q | $256.3 | $318.3 | $386.1 |
| | 4Q | $316.2 | $392.4 | $470.6 |
| | **FY** | **$1,211.7** | **$1,465.0** | **$1,760.0** |
| EPS | 1Q | $0.25 | $0.22 | $0.40 |
| | 2Q | $0.23 | $0.15 | $0.44 |
| | 3Q | ($0.31) | $0.13 | $0.24 |
| | 4Q | $0.04 | $0.39 | $0.42 |
| | **FY** | **$0.22** | **$0.90** | **$1.50** |
| Previous FY | | $0.25 | $0.95 | $1.55 |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE

**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**
This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification.

**JMP** A CITIZENS COMPANY

## HIGHLIGHTS

- **Tone of business:** In regard to the tone of business, Founder & CEO Alan Trefler commented, *"I'm pleased that we ended the year with solid results by staying focused and leveraging our strengths. We grew ACV, Annual Contract Value, our most important metric, to over $1 billion for the first time ever. Our low-code software platform for workflow automation and AI power decisioning is unmatched in the industry… I'm especially excited to see that our revenue growth is now more closely aligned with our ACV growth, which, as I've said, we view as the critical measure. And the need for enterprise software to support digital transformation initiatives in our client base continues to grow. And I think we're in a great position to capitalize on that growth and provide solutions unmatched in the industry. We're really excited about the significant opportunity we have this year and beyond."* COO and CFO Ken Stillwell added, "*at the top of our business, Annual Contract Value, ACV grew just over 20% year over year, surpassing $1 billion, as Alan mentioned. Currency negatively affected our ACV growth by about 1%. So in constant currency, we would have been kind of in the 21% range. Total revenue reached $1.21 billion for the full year. Revenue would have been even higher if not for significant growth of 45% in our term license backlog. As many of you know, the timing of the revenue under our client cloud model is not – it can have some lumpiness between quarters and it's not as predictable as our Pega Cloud revenue recognition. So it's important to look at revenue and backlog because it tells a complete story."*

- **ACV:** Pega reported total ACV of $1.00B, up 20% y/y, versus the consensus of $1.01B, up 21% y/y, and our estimate of $1.00B, up 20% y/y.  In regard to ACV, Mr. Stillwell commented, *"Pega's annual revenue growth was flat in 2018, for example, and only grew 2% in 2019, but ACV was growing by over 20% in both of those years. Now when you fast forward to 2021, Pega's revenue grew 19% in 2021. Our subscription revenue grew 24% in 2021, and ACV grew just over 20%. So largely as we envision this playing out … it's important to remind you that $1 of incremental ACV is a $1 of incremental ACV. When the client purchases Pega Cloud or Client Cloud, the long-term economics for us are very consistent as we cross and upsell to our largest organizations. Our solid performance for the year is also evident in our remaining performance obligation or backlog. Total backlog represents expected future revenue from existing contracts with our clients."* Figure 1 below shows Pega's ACV.

### FIGURE 1. ACV (4Q17 – 4Q21)



Note: Foreign currency exchange rate changes were a 1% headwind to ACV growth in 2021.

*Source: Company filings*

- **Pega cloud:** Pega Cloud revenue came in $81.4M, up 33% y/y, below the consensus of $87.8M, up 43% y/y and our estimate of $90.0M, up 47% y/y. We note that this is a deceleration from 43% growth last quarter. Pega Cloud ACV came in at $364.0M, up 37% y/y, versus the consensus of $355.5M, up 33% y/y, and our estimate of $355.0M, up 33% y/y. We note that this is a slight deceleration from 38% growth last quarter. In regard to Pega Cloud, Mr. Stillwell explained that, *"I think as the percentage of Pega Cloud and Client Cloud has stayed relatively steady, and our growth rate of ACV has stayed relatively steady, it wouldn't be unusual for the cloud growth rates to converge a little bit. And that's really what you're seeing happen as clients manage their own solutions on Pega at a little bit of a higher pace."*

- **Cloud transition:** As a reminder, in late 2017, Pega started its migration from selling perpetual licenses to selling subscription licenses. Regarding the cloud transition, Mr. Stillwell commented, *"Now let me put this all in context. 2021 was another important year in the transformation of our business as we are now largely complete with our subscription transition. Remember, we're a subscription software business. And we're almost at the end of our financial model transition. When I first talked about this, I talked about us finishing the transition in 2022 going into the beginning of 2023. And we are still on that schedule. Now that we've wrapped up 2021, let's go back and refresh everyone of what I talked about in 2017 about how the subscription transition would evolve if we execute it as planned. The first step was to change the way we sold software moving away from selling perpetual licenses. Before we started the transition back in late 2017, over 50% of our new client commitments were perpetual arrangements. And for the last couple of years, almost 100% of our new client commitments are now subscription arrangements. Our sales team and our clients have clearly moved from a perpetual to a subscription buying and selling model, which is a very dramatic change in just a few years. It's also great to see that our revenue growth rate and our ACV growth rate have really converged closely."* Figure 2 below outlines Pega's cloud transition. As shown, Pega's cloud transition is expected to be completed in 2023.

**FIGURE 2. Pega's Cloud Transition**



Source: Pega

- **Departure of President of Global Field Operations Hayden Stafford:** The company announced that President of Global Field Operations Hayden Stafford (according to LinkedIn), who joined the company in June 2020 and is responsible for all aspects of Pega's go-to-market function, is leaving the company. Mr. Trefler explained, *"I want to let you know that Hayden Stafford, the President of Global Client Engagement, has decided to pursue an opportunity with a pre-IPO company and will be leaving Pega. In his 22 months with Pega, Hayden helped cultivate an extremely strong go-to-market operation, and we have an experienced and talented team. I am confident the team we have is well positioned to continue to deliver through 2022 and beyond. Collectively, we wish Hayden all the best in his next endeavor."* When asked about how this departure may impact the

go-to-market strategy, Mr. Trefler commented, *"The strategy we entered the year with is the strategy we're pursuing for the year. I'm pleased that we have a strong and deep team that's going to be able, I believe, to take some of the good work that Hayden did as he brought us some new insights and some new capabilities and some new talent and be able to continue to drive it and continue to grow it. So I believe we have in place a team that's going to be able to deliver this year, and that's what we're planning to execute on."*

- **Sales and marketing efficiency:** Figure 3 below shows the company's ACV growth (blue bar) compared to its non-GAAP S&M expense growth (red bar) over the last 12 quarters. As shown, in 4Q21, non-GAAP S&M expenses grew 13% y/y, versus 20% ACV growth, while in 3Q21 non-GAAP S&M expenses grew 17% y/y, versus 22% ACV growth.

## FIGURE 3. Y/Y ACV Growth Compared to Y/Y Non-GAAP S&M Expense Growth



*Source: JMP Securities LLC and company filings*

- **Backlog:** Pega defines remaining performance obligation as backlog. As shown in Figure 4 below, Pega reported total RPO/backlog of $1,345M, up 25% y/y, versus our estimate of $1,305M, up 22% y/y. This represents an acceleration from 22% growth in 3Q21.

## FIGURE 4. RPO/Backlog



*Source: Pega*



## FORRESTER WAVE: DIGITAL PROCESS AUTOMATION SOFTWARE, Q4 2021

Figure 5 outlines The Forrester Wave: Digital Process Automation Software, Q4 2021 report. As shown, leaders cited by Forrester include Pegasystems, IBM, Appian, Microsoft, and ServiceNow. Regarding Pega, Forrester comments that *"Pega handles the most sophisticated use cases while moving into wide low-code. Pega is one of the most established vendors in the DPA space. It boasts a huge customer base that has traditionally focused on the most challenging and mission-critical use cases. To that end, Pega excels in most areas of product functionality and has a roadmap and planned enhancements to ensure it will continue to do so. It also has excellent support with strong training, a motivated community, and a thriving marketplace. As Pega looks to expand into the burgeoning market opportunity for wide DPA/low-code deployments, the existing strengths in market approach, partner-led sales, and commercial model will be constraining against disruptive new market entrants and will require it to continue to reinvent its go-to-market strategy or be confined to the upper end of the market."*

**FIGURE 5. The Forrester Wave: Digital Process Automation Software, Q4 2021**



*Source: The Forrester Wave*



## SOME QUESTIONS FOR INVESTORS TO ASK PEGASYSTEMS AT THE JMP TECHNOLGOY CONFERENCE

Pega will be participating in the JMP Securities Technology Conference on March 7 and 8 in San Francisco, CA. Some of the questions and topics investors are likely to be interested in include:

• How would you describe the tone of business at Pega?

• How would you characterize the demand environment for your set of solutions heading into 2022?

• What are your key initiatives for 2022? What are you most focused on?

• How do Pega Cloud and Client Cloud compare? Can you talk about the different use cases between Pega Cloud and Client Cloud?

• Can you talk about the cloud transition? Can you discuss the different phases and where Pega is in terms of its progress?

• Can you discuss Project fnx? What is it and why is it important for Pega? What does the opportunity look like there?

• Can you provide an overview of the competitive landscape? What are the competitive dynamics between companies like Adobe, Microsoft, Salesforce, & ServiceNow? How often do you compete against vertical software players?

• What is Pega Partners? How important are your SI relationships? How have those relationships evolved? Which partners are you seeing the most traction with?

• How are you thinking about product development? What does your product roadmap look like?

• From a high level, what would you say are the key differentiators of your model-driven low-code architecture?

• Can you give us an update on employee turnover and sales attrition? How does Pega differentiate itself as an employer? How do you feel about your ability to attract and retain talent?

• What is the size of the addressable market and how penetrated is it?

• What is your view on M&A? Has your M&A strategy changed at all?

• What does the cross-sell & upsell opportunity look like in your current customer base?

• How are you thinking about the go-to-market investments you intend to make this year?

• How do you think about your path to becoming a Rule of 40 company?

• How should we think about Pega's long-term gross margin potential, for the Cloud and for the overall business?

• How do your hiring plans for 2022 compare to prior years? How is that process going so far?

• How are you thinking about the topic of inflation, including wage inflation?

• What are your policies regarding remote work for employees?



## FINANCIAL RESULTS & GUIDANCE

**4Q21 Results**

Revenue of $316.2M, up 6% y/y, was below the consensus of $346.4M, up 16% y/y, and our estimate of $354.6M, up 19% y/y. Cloud revenue of $81.4M, up 33% y/y, was below the consensus of $87.8M, up 43% y/y, and our estimate of $90.0M, up 47% y/y. Maintenance revenue of $82.7M, up 9% y/y, was below the consensus of $85.7M, up 13% y/y, and our estimate of $90.0M, up 18% y/y. Term license (subscription license) of $85.0M, down 11% y/y, was below the consensus of $111.5M, up 16% y/y, and our estimate of $110.0M, up 15% y/y. Perpetual license revenue of $11.3M, down 6% y/y, was above the consensus of $9.7M, down 19% y/y, and our estimate of $8.6M, down 29% y/y. Consulting revenue of $55.7M, up 4% y/y, was below the consensus of $56.9M, up 7% y/y, and our estimate of $56.0M, up 5% y/y.

Non-GAAP EPS of $0.04 was below the consensus of $0.13 and our estimate of $0.16. Operating cash flow of $44.4M was below the consensus of $57.9M and our estimate of $45.4M. Free cash flow of $41.1M was below the consensus of $45.9M but above our estimate of $40.9M. Total ACV came in at $1.00B, up 20% y/y, versus the consensus of $1.01B, up 21% y/y, and our estimate of $1.00B, up 20% y/y.

**2022 Guidance**

Pegasystems guided to total revenue of $1.460B-$1.490B, up ~18% y/y, versus the consensus of $1.475B, up 18% y/y, and our previous estimate of $1.490B, up 19%. The company guided to non-GAAP EPS of $0.75-$1.00, versus the consensus of $0.84 and our previous estimate of $0.95. The company also guided to ACV growth of 20%-22%, versus our estimate of 20%.

February 17, 2022

Pegasystems Inc. (PEGA)

## FIGURE 6. Revenue Drivers ($, thousands, except per share)

| Rev Drivers | FY2018A | FY2019A | FY2020A 1QA Mar | 2QA Jun | 3QA Sep | 4QA Dec | FY2020A | FY2021A 1QA Mar | 2QA Jun | 3QA Sep | 4QA Dec | FY2021A | FY2022E 1QE Mar | 2QE Jun | 3QE Sep | 4QE Dec | FY2022E | FY2023E 1QE Mar | 2QE Jun | 3QE Sep | 4QE Dec | FY2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECAST FOR 606** | | | | | | | | | | | | | | | | | | | | | | |
| Cloud | 82,627 | 133,746 | 43,466 | 48,838 | 54,776 | 61,188 | 208,268 | 67,858 | 73,293 | 78,369 | 81,446 | 300,966 | 93,644 | 106,275 | 115,414 | 122,169 | 437,502 | 140,466 | 157,712 | 167,350 | 177,383 | 642,911 |
| YOY Growth | 62% | 62% | 57% | 54% | 56% | 56% | 56% | 56% | 50% | 43% | 33% | 45% | 38% | 45% | 47% | 50% | 45% | 50% | 48% | 45% | 45% | 47% |
| Sequential Growth | | | 11% | 12% | 12% | 12% | | 11% | 8% | 7% | 4% | | 15% | 13% | 9% | 6% | | 15% | 12% | 6% | 6% | |
| Subscription license | 178,256 | 199,433 | 90,257 | 44,266 | 35,932 | 95,897 | 266,352 | 111,509 | 104,296 | 35,421 | 85,022 | 336,248 | 124,890 | 116,812 | 43,922 | 104,577 | 390,201 | 139,877 | 130,829 | 49,193 | 117,028 | 436,926 |
| YOY Growth | -14% | 12% | 87% | 77% | -27% | 24% | 34% | 24% | 136% | -1% | -11% | 26% | 12% | 12% | 24% | 23% | 16% | 12% | 12% | 12% | 12% | 12% |
| Sequential Growth | | | 17% | -51% | -19% | 167% | | 16% | -6% | -66% | 140% | | 47% | -6% | -62% | 138% | | 34% | -6% | -62% | 138% | |
| Maintenance | 263,875 | 280,580 | 73,695 | 72,222 | 74,670 | 76,122 | 296,709 | 75,561 | 78,782 | 83,188 | 82,726 | 320,257 | 86,895 | 90,599 | 95,666 | 95,135 | 368,296 | 95,063 | 99,116 | 103,173 | 103,126 | 400,478 |
| YOY Growth | 9% | 6% | 9% | 4% | 6% | 4% | 6% | 3% | 9% | 11% | 9% | 8% | 15% | 15% | 15% | 15% | 15% | 9% | 9% | 8% | 8% | 9% |
| Sequential Growth | | | 1% | -2% | 3% | 2% | | -1% | 4% | 6% | -1% | | 5% | 4% | 6% | -1% | | 0% | 4% | 4% | 0% | |
| Subscription | 524,758 | 613,759 | 207,418 | 165,326 | 165,378 | 233,207 | 771,329 | 254,928 | 256,371 | 196,978 | 249,194 | 957,471 | 305,429 | 313,686 | 255,002 | 321,881 | 1,195,998 | 375,406 | 387,656 | 319,716 | 397,536 | 1,480,315 |
| YOY Growth | 5% | 17% | 44% | 31% | 7% | 23% | 26% | 23% | 55% | 19% | 7% | 24% | 20% | 22% | 29% | 29% | 25% | 23% | 24% | 25% | 24% | 24% |
| Sequential Growth | | | 9% | -20% | 0% | 41% | | 9% | 1% | -23% | 27% | | 23% | 3% | -19% | 26% | | 17% | 3% | -18% | 24% | |
| Perpetual license | 109,863 | 80,015 | 3,659 | 9,057 | 3,852 | 11,990 | 28,558 | 5,452 | 12,596 | 2,874 | 11,250 | 32,172 | 5,179 | 11,966 | 2,730 | 10,688 | 30,563 | 4,848 | 11,200 | 2,556 | 10,004 | 28,607 |
| YOY Growth | -17% | -27% | -76% | -53% | -57% | -67% | -64% | 49% | 39% | -25% | -6% | 13% | -5% | -5% | -5% | -5% | -5% | -6% | -6% | -6% | -6% | -6% |
| Sequential Growth | | | -90% | 148% | -57% | 211% | | -55% | 131% | -77% | 291% | | -54% | 131% | -77% | 291% | | -55% | 131% | -77% | 291% | |
| Consulting | 256,978 | 217,609 | 54,514 | 52,992 | 56,721 | 53,403 | 217,630 | 53,119 | 56,735 | 56,416 | 55,740 | 222,010 | 57,050 | 60,933 | 60,591 | 59,865 | 238,439 | 59,902 | 64,224 | 63,854 | 63,097 | 251,077 |
| YOY Growth | 0% | -15% | 1% | -12% | 7% | 6% | 0% | -3% | 7% | -1% | 4% | 2% | 7% | 7% | 7% | 7% | 7% | 5% | 5% | 5% | 5% | 5% |
| Sequential Growth | | | 8% | -3% | 7% | -6% | | -1% | 7% | -1% | -1% | | 2% | 7% | -1% | -1% | | 0% | 7% | -1% | -1% | |
| **Total** | **891,599** | **911,383** | **265,591** | **227,375** | **225,951** | **298,600** | **1,017,517** | **313,499** | **325,702** | **256,268** | **316,184** | **1,211,653** | **367,658** | **386,585** | **318,323** | **392,433** | **1,465,000** | **440,156** | **463,081** | **386,125** | **470,637** | **1,760,000** |
| YOY Growth | 0% | 2% | 25% | 11% | 4% | 8% | 12% | 18% | 43% | 13% | 6% | 19% | 17% | 19% | 24% | 24% | 21% | 20% | 20% | 21% | 20% | 20% |
| Seq Growth | | | -4% | -14% | -1% | 32% | | 5% | 4% | -21% | 23% | | 16% | 5% | -18% | 23% | | 12% | 5% | -17% | 22% | |
| Seasonality | | | 26% | 22% | 22% | 29% | | 26% | 27% | 21% | 26% | | 25% | 26% | 22% | 27% | | 25% | 26% | 22% | 27% | |
| ASC 606 License | 288,119 | 279,448 | 93,916 | 53,323 | 39,784 | 107,887 | 294,910 | 116,961 | 116,892 | 38,295 | 96,272 | 368,420 | 130,069 | 128,778 | 46,652 | 115,265 | 420,764 | 144,725 | 142,029 | 51,748 | 127,031 | 465,533 |
| YOY Growth | -15% | -3% | 48% | 20% | -31% | -5% | 6% | 25% | 119% | -4% | -11% | 25% | 11% | 10% | 22% | 20% | 14% | 11% | 10% | 11% | 10% | 11% |
| ASC 606 Services | 339,605 | 351,355 | 97,980 | 101,830 | 111,497 | 114,591 | 425,898 | 120,977 | 130,028 | 134,785 | 137,186 | 522,976 | 150,694 | 167,208 | 176,005 | 182,034 | 675,941 | 200,368 | 221,936 | 231,204 | 240,480 | 893,988 |
| | | | | | | | | | | | | | | | | | | | | | | |
| **Maintenance ACV** | 269,708 | 292,696 | 294,780 | 288,888 | 299,000 | 304,488 | 304,488 | 302,244 | 315,128 | 332,752 | 330,904 | 330,904 | 335,000 | 340,338 | 359,372 | 350,959 | 350,959 | 356,440 | 362,120 | 380,934 | 372,016 | 372,016 |
| YOY Growth | 8% | 9% | 9% | 4% | 6% | 4% | 4% | 3% | 9% | 11% | 9% | 9% | 11% | 8% | 8% | 6% | 6% | 6% | 6% | 6% | 6% | 6% |
| Sequential Growth | | | 1% | -2% | 4% | 2% | | -1% | 4% | 6% | -1% | | 1% | 2% | 6% | -2% | | 2% | 2% | 5% | -2% | |
| **Subscription Services ACV** | 300,322 | 231,267 | 234,000 | 238,000 | 246,000 | 264,346 | 264,346 | 267,931 | 277,388 | 294,320 | 307,750 | 307,750 | 305,000 | 321,770 | 344,249 | 378,533 | 378,533 | 367,220 | 386,124 | 413,099 | 450,982 | 450,982 |
| YOY Growth | 40% | -23% | 23% | 19% | 19% | 14% | 14% | 15% | 17% | 20% | 16% | 16% | 14% | 16% | 17% | 23% | 23% | 20% | 20% | 20% | 19% | 19% |
| Sequential Growth | | | 1% | 2% | 3% | 7% | | 1% | 4% | 6% | 5% | | -1% | 5% | 7% | 9% | | -3% | 5% | 7% | 9% | |
| **Client Cloud ACV** | 570,030 | 523,963 | 528,780 | 526,888 | 545,000 | 568,834 | 568,834 | 570,175 | 592,516 | 627,072 | 638,654 | 638,654 | 640,000 | 662,108 | 703,621 | 729,491 | 729,491 | 723,660 | 748,244 | 794,034 | 822,998 | 822,998 |
| YOY Growth | | -8% | 15% | 11% | 11% | 9% | 14% | 8% | 12% | 15% | 12% | 12% | 12% | 12% | 12% | 14% | 14% | 13% | 13% | 13% | 13% | 13% |
| Sequential Growth | | | 1% | 0% | 3% | 4% | | 0% | 4% | 6% | 2% | | 0% | 3% | 6% | 4% | | -1% | 3% | 6% | 4% | |
| **Pega Cloud ACV** | 109,973 | 169,329 | 182,000 | 211,000 | 232,000 | 266,642 | 266,642 | 282,389 | 306,919 | 320,653 | 363,970 | 363,970 | 380,000 | 414,341 | 432,882 | 473,161 | 473,161 | 495,520 | 540,300 | 564,478 | 617,002 | 617,002 |
| YOY Growth | | 54% | 43% | 56% | 59% | 57% | 57% | 55% | 45% | 38% | 37% | 37% | 35% | 35% | 35% | 30% | 30% | 30% | 30% | 30% | 30% | 30% |
| Sequential Growth | | | 7% | 16% | 10% | 15% | | 6% | 9% | 4% | 14% | | 4% | 9% | 4% | 9% | | 5% | 9% | 4% | 9% | |
| **Total ACV** | **570,030** | **693,292** | **710,780** | **737,888** | **777,000** | **835,476** | **835,476** | **852,564** | **899,435** | **947,725** | **1,002,624** | **1,002,624** | **1,020,000** | **1,076,449** | **1,136,503** | **1,202,652** | **1,202,652** | **1,219,180** | **1,288,544** | **1,358,511** | **1,440,000** | **1,440,000** |
| YOY Growth | 23% | 22% | 21% | 21% | 22% | 21% | 21% | 20% | 22% | 22% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% |
| Sequential Growth | | | 3% | 4% | 5% | 8% | | 2% | 5% | 5% | 6% | | 2% | 6% | 6% | 6% | | 1% | 6% | 5% | 6% | |
| | | | | | | | | | | | | | | | | | | | | | | |
| **Perpetual License RPO** | 18,669 | 4,484 | 6,163 | 9,820 | 10,408 | 11,909 | 11,909 | 10,278 | 6,941 | 22,971 | 17,709 | 17,709 | 3,000 | 3,471 | 13,783 | 10,625 | 10,625 | 1,800 | 2,082 | 8,270 | 6,375 | 6,375 |
| YOY Growth | | -76% | -54% | -8% | 6% | 166% | 166% | 67% | -29% | 121% | 49% | 49% | -71% | -50% | -40% | -40% | -40% | -40% | -40% | -40% | -40% | -40% |
| Sequential Growth | | | 37% | 59% | 6% | 14% | | -14% | -32% | 231% | -23% | | -83% | 16% | 297% | -23% | | -83% | 16% | 297% | -23% | |
| **Subscription Products RPO** | 84,380 | 116,833 | 43,189 | 66,843 | 63,185 | 118,814 | 118,814 | 58,331 | 63,018 | 66,802 | 172,155 | 172,155 | 75,830 | 72,471 | 73,549 | 190,059 | 190,059 | 83,413 | 79,718 | 80,904 | 209,065 | 209,065 |
| YOY Growth | | 38% | -13% | 53% | 108% | 2% | 2% | 35% | -6% | 6% | 45% | 45% | 30% | 15% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% |
| Sequential Growth | | | -63% | 55% | -5% | 88% | | -51% | 8% | 6% | 158% | | -56% | -4% | 1% | 158% | | -56% | -4% | 1% | 158% | |
| **Maintenance RPO** | 207,914 | 268,294 | 269,723 | 257,959 | 239,148 | 329,915 | 329,915 | 322,637 | 336,449 | 327,696 | 367,008 | 367,008 | 295,000 | 329,720 | 337,527 | 391,475 | 391,475 | 315,650 | 351,152 | 362,504 | 416,530 | 416,530 |
| YOY Growth | | 29% | 33% | 33% | 26% | 23% | 23% | 20% | 30% | 37% | 11% | 11% | -9% | -2% | 3% | 7% | 7% | 7% | 7% | 7% | 6% | 6% |
| Sequential Growth | | | 1% | -4% | -7% | 38% | | -2% | 4% | -3% | 12% | | -20% | 12% | 2% | 16% | | -19% | 11% | 3% | 15% | |
| **Cloud License RPO** | 298,817 | 422,170 | 414,474 | 457,391 | 506,807 | 590,137 | 590,137 | 564,316 | 602,735 | 571,461 | 731,563 | 731,563 | 778,756 | 813,692 | 773,758 | 951,032 | 951,032 | 989,020 | 1,033,389 | 985,768 | 1,211,615 | 1,211,615 |
| YOY Growth | | 41% | 18% | 26% | 39% | 40% | 40% | 36% | 32% | 13% | 24% | 24% | 38% | 35% | 35% | 30% | 30% | 27% | 27% | 27% | 27% | 27% |
| Sequential Growth | | | -2% | 10% | 11% | 16% | | -4% | 7% | -5% | 28% | | 6% | 4% | -5% | 23% | | 4% | 4% | -5% | 23% | |
| **Consulting RPO** | 21,193 | 24,362 | 20,277 | 25,166 | 18,442 | 21,612 | 21,612 | 24,248 | 21,993 | 45,096 | 56,459 | 56,459 | 27,000 | 20,453 | 47,351 | 66,328 | 66,328 | 28,350 | 21,558 | 49,908 | 69,910 | 69,910 |
| YOY Growth | | 15% | 34% | 44% | 24% | -11% | -11% | 20% | -13% | 145% | 161% | 161% | 11% | -7% | 5% | 17% | 17% | 5% | 5% | 5% | 5% | 5% |
| Sequential Growth | | | -17% | 24% | -27% | 17% | | 12% | -9% | 105% | 25% | | -52% | -24% | 132% | 40% | | -57% | -24% | 132% | 40% | |
| **Total RPO (Backlog)** | **630,973** | **836,143** | **753,826** | **817,179** | **837,990** | **1,072,387** | **1,072,387** | **979,810** | **1,031,136** | **1,034,026** | **1,344,894** | **1,344,894** | **1,179,586** | **1,239,807** | **1,245,967** | **1,609,520** | **1,609,520** | **1,418,234** | **1,487,899** | **1,487,353** | **1,913,494** | **1,913,494** |
| YOY Growth | | 33% | 19% | 30% | 38% | 28% | 28% | 30% | 26% | 23% | 25% | 25% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 19% | 19% | 19% |
| Sequential Growth | | | -10% | 8% | 3% | 28% | | -9% | 5% | 0% | 30% | | -12% | 5% | 0% | 29% | | -12% | 5% | 0% | 29% | |

*Source: JMP Securities LLC, Company Filings*

JMP
A CITIZENS COMPANY

February 17, 2022

Pegasystems Inc. (PEGA)

## FIGURE 7.  Income Statement ($, thousands, except per share)

| Income Statement ASC 606 | FY2018A | FY2019A | FY2020A 1QA Mar | 2QA Jun | 3QA Sep | 4QA Dec | FY2020A | FY2021A 1QA Mar | 2QA Jun | 3QA Sep | 4QA Dec | FY2021A | FY2022E 1QE Mar | 2QE Jun | 3QE Sep | 4QE Dec | FY2022E | FY2023E 1QE Mar | 2QE Jun | 3QE Sep | 4QE Dec | FY2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-GAAP** | | | | | | | | | | | | | | | | | | | | | | |
| Software license | 288,119 | 279,448 | 93,916 | 53,323 | 39,784 | 107,887 | 294,910 | 116,961 | 116,892 | 38,295 | 96,272 | 368,420 | 130,069 | 128,778 | 46,652 | 115,265 | 420,764 | 144,725 | 142,029 | 51,748 | 127,031 | 465,533 |
| *YOY Growth* | | *-3%* | *48%* | *20%* | *-31%* | *-5%* | *6%* | *25%* | *119%* | *-4%* | *-11%* | *25%* | *11%* | *10%* | *22%* | *20%* | *14%* | *11%* | *10%* | *11%* | *10%* | *11%* |
| *Sequential Growth* | | | *-18%* | *-43%* | *-25%* | *171%* | | *8%* | *0%* | *-67%* | *151%* | | *35%* | *-1%* | *-64%* | *147%* | | *26%* | *-2%* | *-64%* | *145%* | |
| Maintenance | 263,875 | 280,580 | 73,695 | 72,222 | 74,670 | 76,122 | 296,709 | 75,561 | 78,782 | 83,188 | 82,726 | 320,257 | 86,895 | 90,599 | 95,666 | 95,135 | 368,296 | 95,063 | 99,116 | 103,173 | 103,126 | 400,478 |
| *YOY Growth* | | *6%* | *9%* | *4%* | *6%* | *4%* | *6%* | *3%* | *9%* | *11%* | *9%* | *8%* | *15%* | *15%* | *15%* | *15%* | *15%* | *9%* | *9%* | *8%* | *8%* | *9%* |
| *Sequential Growth* | | | *1%* | *-2%* | *3%* | *2%* | | *-1%* | *4%* | *6%* | *-1%* | | *5%* | *4%* | *6%* | *-1%* | | *0%* | *4%* | *4%* | *0%* | |
| Services | 339,605 | 351,355 | 97,980 | 101,830 | 111,497 | 114,591 | 425,898 | 120,977 | 130,028 | 134,785 | 137,186 | 522,976 | 150,694 | 167,208 | 176,005 | 182,034 | 675,941 | 200,368 | 221,936 | 231,204 | 240,480 | 893,988 |
| *YOY Growth* | | *3%* | *20%* | *11%* | *26%* | *28%* | *21%* | *23%* | *28%* | *21%* | *20%* | *23%* | *25%* | *29%* | *31%* | *33%* | *29%* | *33%* | *33%* | *31%* | *32%* | *32%* |
| *Sequential Growth* | | | *10%* | *4%* | *9%* | *3%* | | *6%* | *7%* | *4%* | *2%* | | *10%* | *11%* | *5%* | *3%* | | *10%* | *11%* | *4%* | *4%* | |
| **Total revenue** | **891,599** | **911,383** | **265,591** | **227,375** | **225,951** | **298,600** | **1,017,517** | **313,499** | **325,702** | **256,268** | **316,184** | **1,211,653** | **367,658** | **386,585** | **318,323** | **392,433** | **1,465,000** | **440,156** | **463,081** | **386,125** | **470,637** | **1,760,000** |
| *YOY Growth* | *0%* | *2%* | *25%* | *11%* | *4%* | *8%* | *12%* | *18%* | *43%* | *13%* | *6%* | *19%* | *17%* | *19%* | *24%* | *24%* | *21%* | *20%* | *20%* | *21%* | *20%* | *20%* |
| *Sequential Growth* | | | *-4%* | *-14%* | *-1%* | *32%* | | *5%* | *4%* | *-21%* | *23%* | | *16%* | *5%* | *-18%* | *23%* | | *12%* | *5%* | *-17%* | *22%* | |
| Total Non-GAAP Cost of revenue | 279,876 | 287,328 | 73,376 | 70,660 | 75,151 | 70,816 | 290,003 | 75,520 | 78,053 | 78,479 | 79,974 | 312,026 | 90,265 | 99,479 | 105,099 | 108,926 | 403,769 | 108,945 | 120,679 | 124,886 | 130,542 | 485,052 |
| **Non-GAAP Gross profit** | **611,723** | **624,055** | **192,215** | **156,715** | **150,800** | **227,784** | **727,514** | **237,979** | **247,649** | **177,789** | **236,210** | **899,627** | **277,393** | **287,106** | **213,224** | **283,507** | **1,061,231** | **331,212** | **342,401** | **261,239** | **340,095** | **1,274,947** |
| *Non GAAP Gross margin* | *68.6%* | *68.5%* | *72.4%* | *68.9%* | *66.7%* | *76.3%* | *71.5%* | *75.9%* | *76.0%* | *69.4%* | *74.7%* | *74.2%* | *75.4%* | *74.3%* | *67.0%* | *72.2%* | *72.4%* | *75.2%* | *73.9%* | *67.7%* | *72.3%* | *72.4%* |
| Sales and marketing | 343,842 | 439,040 | 126,288 | 115,645 | 119,025 | 137,310 | 498,268 | 135,007 | 141,302 | 138,730 | 155,195 | 570,234 | 161,770 | 182,468 | 140,062 | 161,682 | 645,983 | 193,669 | 192,178 | 152,519 | 207,080 | 745,447 |
| *% of revenue* | *39%* | *48%* | *48%* | *51%* | *53%* | *46%* | *49%* | *43%* | *43%* | *54%* | *49%* | *47%* | *44%* | *47%* | *44%* | *41%* | *44%* | *44%* | *42%* | *40%* | *44%* | *42%* |
| Research and development | 166,436 | 186,272 | 53,231 | 53,064 | 54,259 | 53,547 | 214,101 | 55,672 | 58,052 | 58,497 | 62,995 | 235,216 | 69,855 | 69,585 | 42,974 | 54,941 | 237,355 | 66,904 | 71,314 | 57,919 | 59,300 | 255,437 |
| *% of revenue* | *19%* | *20%* | *20%* | *23%* | *24%* | *18%* | *21%* | *18%* | *18%* | *23%* | *20%* | *19%* | *19%* | *18%* | *14%* | *14%* | *16%* | *15%* | *15%* | *15%* | *13%* | *15%* |
| General and administrative | 43,154 | 45,417 | 12,821 | 12,781 | 13,505 | 15,241 | 54,348 | 14,585 | 15,413 | 16,202 | 22,776 | 68,976 | 19,854 | 17,396 | 14,325 | 20,014 | 71,589 | 22,008 | 25,006 | 20,851 | 21,179 | 89,044 |
| *% of revenue* | *5%* | *5%* | *5%* | *6%* | *6%* | *5%* | *5%* | *5%* | *5%* | *6%* | *7%* | *6%* | *5%* | *5%* | *5%* | *5%* | *5%* | *5%* | *5%* | *5%* | *5%* | *5%* |
| Other Adjustments | - | (4,090) | 3,481 | (10,670) | | | (7,189) | | | | | - | | | | | - | | | | | - |
| Total non-GAAP operating expenses | 553,432 | 666,639 | 195,821 | 170,820 | 186,789 | 206,098 | 759,528 | 205,264 | 214,767 | 213,429 | 240,966 | 874,426 | 251,478 | 269,450 | 197,360 | 236,637 | 954,926 | 282,580 | 288,499 | 231,289 | 287,559 | 1,089,928 |
| Non-GAAP Income from operations | 58,291 | (42,584) | (3,606) | (14,105) | (35,989) | 21,686 | (32,014) | 32,715 | 32,882 | (35,640) | (4,756) | 25,201 | 25,915 | 17,656 | 15,864 | 46,870 | 106,305 | 48,631 | 53,902 | 29,950 | 52,536 | 185,019 |
| **Non GAAP Net Income (Loss)** | **50,867** | **(35,085)** | **4,032** | **(22,236)** | **(26,701)** | **15,513** | **(29,392)** | **21,113** | **19,943** | **(25,295)** | **3,051** | **18,812** | **19,091** | **13,144** | **11,854** | **34,891** | **78,980** | **35,939** | **39,786** | **22,302** | **39,055** | **137,082** |
| **Non GAAP EPS** | **0.61** | **(0.44)** | **0.05** | **(0.28)** | **(0.33)** | **0.18** | **(0.37)** | **0.25** | **0.23** | **(0.31)** | **0.04** | **0.22** | **0.22** | **0.15** | **0.13** | **0.39** | **0.90** | **0.40** | **0.44** | **0.24** | **0.42** | **1.50** |
| Diluted Shares | 83,064 | 80,099 | 84,145 | 80,224 | 80,537 | 86,080 | 80,336 | 86,133 | 85,877 | 81,526 | 85,487 | 85,874 | 86,342 | 87,205 | 88,077 | 88,958 | 87,646 | 89,848 | 90,746 | 91,654 | 92,570 | 91,204 |
| | | | *5.1%* | *-4.7%* | *0.4%* | *6.9%* | | *7.2%* | *-0.3%* | *-5.1%* | *4.9%* | | *1.0%* | *1.0%* | *1.0%* | *1.0%* | | *1.0%* | *1.0%* | *1.0%* | *1.0%* | |

*Source: JMP Securities LLC, Company Filings*

JMP
A CITIZENS COMPANY

February 17, 2022

Pegasystems Inc. (PEGA)

## FIGURE 8.  Balance Sheet ($, thousands, except per share)

| Balance Sheet | FY2017A | | | | FY2018A | | | | FY2019A | | | | FY2020A | | | | FY2021A | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1QA Mar | 2QA Jun | 3QA Sep | 4QA Dec | 1QA Mar | 2QA Jun | 3QA Sep | 4QA Dec | 1QA Mar | 2QA Jun | 3QA Sep | 4QA Dec | 1QA Mar | 2QA Jun | 3QA Sep | 4QA Dec | 1QA Mar | 2QA Jun | 3QA Sep | 4QA Dec |
| Cash and cash equivalents | 83,838 | 121,626 | 130,568 | 162,279 | 165,790 | 144,291 | 106,195 | 207,423 | 202,171 | 155,049 | 112,569 | 68,363 | 538,142 | 512,111 | 468,028 | 465,168 | 442,358 | 411,337 | 116,411 | 159,965 |
| Marketable securities | 63,948 | 58,414 | 63,812 | 61,469 | 89,047 | 99,292 | 99,782 | | | | 0 | | | | | | | | 235,437 | 202,814 |
| Receivables (billed and unbilled) | 263,310 | 217,020 | 191,161 | 248,331 | 164,981 | 141,384 | 150,733 | 504,765 | 427,326 | 422,408 | 419,320 | 501,675 | 484,325 | 489,247 | 455,232 | 536,260 | 387,927 | 402,677 | 383,219 | 409,431 |
| Goodwill | | | | | | | | | | | | | | | | | | | | |
| Deferred income taxes | | | | | | | | | | | | | | | | | | | | |
| Income taxes receivable | 10,827 | 22,081 | 34,864 | 25,662 | 153,657 | | | | | | | | | | | | | | | |
| Other assets | 19,652 | 18,505 | 17,679 | 14,559 | 50,692 | 215,218 | 229,428 | | | | | | | | | | 91,868 | 96,215 | 93,819 | 68,008 |
| Total current assets | 441,575 | 437,646 | 438,084 | 512,300 | 624,167 | 600,185 | 586,138 | 712,188 | 629,497 | 577,457 | 531,889 | 570,038 | 1,022,467 | 1,001,358 | 923,260 | 1,001,428 | 922,153 | 910,229 | 828,886 | 840,218 |
| Long-term license installments, net | | | | | | 169,330 | 168,929 | | | | | | | | | | | | | |
| Property and equipment, net | 39,947 | 38,881 | 39,849 | 40,359 | | | | | | | | | | | | | | | | |
| Long-term deferred income taxes | 69,846 | 71,096 | 73,459 | 57,127 | | | | | | | | | | | | | | | | |
| Unbilled receivables | | | | | | | | | | | | | | | | | | | 132,147 | 129,789 |
| Other assets | 4,445 | 4,615 | 5,982 | 6,969 | 130,614 | 134,679 | 197,507 | | 254,164 | 284,123 | 306,273 | 335,735 | 373,428 | 416,252 | 485,203 | 523,603 | 524,313 | 610,168 | 512,410 | 541,601 |
| Intangible assets, net | 40,998 | 37,844 | 34,755 | 31,899 | 308,771 | | | | | | | | | | | | | | | |
| Goodwill | 72,828 | 72,890 | 72,941 | 72,952 | 73,017 | 72,911 | 72,897 | 72,858 | 72,898 | 79,037 | 78,862 | 79,039 | 78,498 | 78,675 | 78,864 | 79,231 | 82,037 | 82,173 | 81,954 | 81,923 |
| Total assets | 669,639 | 662,972 | 665,070 | 721,606 | 1,005,955 | 973,040 | 962,643 | 982,553 | 956,559 | 940,617 | 917,024 | 984,812 | 1,474,393 | 1,496,285 | 1,487,327 | 1,604,262 | 1,528,503 | 1,602,570 | 1,555,397 | 1,593,531 |
| Accounts payable | 14,237 | 13,500 | 12,535 | 17,370 | 12,175 | 14,411 | 12,926 | | | | | | | | | | 24,426 | 22,931 | 25,604 | 15,281 |
| Accrued expenses | 38,545 | 38,237 | 39,681 | 45,508 | 48,278 | 44,882 | 39,829 | 130,177 | 97,296 | 113,252 | 129,869 | 152,127 | 96,913 | 123,062 | 134,283 | 182,273 | 119,255 | 148,993 | 46,583 | 63,890 |
| Accrued compensation and related expenses | 39,958 | 44,287 | 53,869 | 66,040 | 44,093 | 48,691 | 71,318 | | | | | | | | | | | | 86,018 | 120,946 |
| Deferred revenue | 186,824 | 169,926 | 160,931 | 195,073 | 175,586 | 163,525 | 158,178 | 185,145 | 180,845 | 169,009 | 159,849 | 190,080 | 197,018 | 195,996 | 181,680 | 232,865 | 244,170 | 242,194 | 229,103 | 275,844 |
| Other current liabilities | | | | | | | | | | | | | | | | | 16,599 | 16,126 | 13,118 | 9,443 |
| Total current liabilities | 279,564 | 265,950 | 267,016 | 323,991 | 280,132 | 271,509 | 282,251 | 315,322 | 278,141 | 282,261 | 289,718 | 342,207 | 293,931 | 319,058 | 315,963 | 415,138 | 404,450 | 430,244 | 400,426 | 485,404 |
| Income taxes payable | 4,307 | 4,438 | 4,774 | 4,717 | | 38,208 | 36,166 | 6,939 | 8,319 | 6,918 | | | | | | | | | | |
| Long-term deferred revenue | 9,958 | 8,431 | 6,130 | 6,591 | | | | | | | | | | | | | | | | |
| Convertible senior notes, net | | | | | | | | | | | | | 505,108 | 509,423 | 513,794 | 518,203 | 588,418 | 589,092 | 589,769 | 590,722 |
| Other long-term liabilities | 15,733 | 15,518 | 15,449 | 15,229 | 63,700 | 24,151 | 23,371 | 38,761 | 81,670 | 94,151 | 98,474 | 103,595 | 108,743 | 111,522 | 128,248 | 128,749 | 56,710 | 60,766 | 105,570 | 101,317 |
| Total liabilities | 309,562 | 294,337 | 293,369 | 350,528 | 343,832 | 333,868 | 341,788 | 361,022 | 368,130 | 383,330 | 388,192 | 445,802 | 907,782 | 940,003 | 958,005 | 1,062,090 | 1,049,578 | 1,080,102 | 1,095,765 | 1,177,443 |
| Stockholders' equity | 360,077 | 368,635 | 371,701 | 371,078 | 662,123 | 639,172 | 620,855 | 621,531 | 588,429 | 557,287 | 528,832 | 539,010 | 566,611 | 556,282 | 529,322 | 542,172 | 478,925 | 522,468 | 459,632 | 416,088 |
| Total liabilities and stockholders equity | 669,639 | 662,972 | 665,070 | 721,606 | 1,005,955 | 973,040 | 962,643 | 982,553 | 956,559 | 940,617 | 917,024 | 984,812 | 1,474,393 | 1,496,285 | 1,487,327 | 1,604,262 | 1,528,503 | 1,602,570 | 1,555,397 | 1,593,531 |

*Source: JMP Securities LLC, Company Filings*

JMP A CITIZENS COMPANY

February 17, 2022

Pegasystems Inc. (PEGA)

## FIGURE 9.  Statement of Cash Flows ($, thousands, except per share)

| Pega Statement of Cash Flows (In thousands, except share amounts) | FY2018A | FY2019A | 1QA Mar | 2QA Jun | 3QA Sep | 4QA Dec | FY2020A | 1QA Mar | 2QA Jun | 3QA Sep | 4QA Dec | FY2021E | 1QE Mar | 2QE Jun | 3QE Sep | 4QE Dec | FY2022E | 1QE Mar | 2QE Jun | 3QE Sep | 4QE Dec | FY2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | 10,617 | (90,433) | (25,372) | (20,740) | (19,267) | 4,006 | (61,373) | (6,617) | 37,291 | (56,468) | (37,246) | (63,040) | 42,428 | (15,123) | (18,109) | 10,004 | 78,980 | 77,125 | 13,574 | (10,732) | 9,099 | 137,082 |
| Non-cash interest expense | | | | | | | | | | | | | | | | | | | | | | |
| Deferred income taxes | | | | | | | | | | | | | | | | | | | | | | |
| Depreciation and amortization | 42,566 | 99,251 | | - | - | | - | | - | | | | 11,765 | 12,371 | 10,186 | 12,558 | 46,880 | 14,085 | 14,819 | 12,356 | 15,060 | 56,320 |
| Realized Gain on Sale of Investments | | | | | | | | | | | | | | | | | | | | | | |
| Stock-based compensation expense | 63,862 | 80,909 | 23,175 | 25,656 | 27,924 | 26,313 | 103,068 | 30,100 | 30,688 | 28,695 | 26,464 | 115,947 | 27,786 | 29,175 | 30,525 | 31,940 | 119,427 | 33,537 | 35,214 | 36,847 | 38,558 | 144,155 |
| Loss on capped call transactions | | | 18,592 | (19,419) | (18,989) | (11,881) | (31,697) | 19,117 | (26,309) | 14,735 | 16,090 | 23,633 | | | | | | | | | | |
| Deferred income taxes | | | (9,231) | (9,168) | (25,077) | (16,301) | (59,777) | (15,068) | (13,164) | (25,406) | (21,698) | (75,336) | | | | | | | | | | |
| Amortization of deferred commissions | | | 8,497 | 7,564 | 8,861 | 8,380 | 33,302 | 11,496 | 9,706 | 10,186 | 9,999 | 41,387 | | | | | | | | | | |
| Lease expense | | | 3,852 | 3,967 | 4,178 | 4,251 | 16,248 | - | - | - | 13,277 | 13,277 | | | | | | | | | | |
| Amortization of debt discount and issuance costs | | | 1,719 | 4,314 | 4,372 | 4,408 | 14,813 | 673 | 675 | 677 | 952 | 2,977 | | | | | | | | | | |
| Amortization of intangible assets and depreciation | | | 4,919 | 5,215 | 5,543 | 5,671 | 21,348 | 7,006 | 8,498 | 8,526 | 4,563 | 28,593 | | | | | | | | | | |
| Amortization of investments | | | | | 252 | 821 | 1,073 | 1,019 | 969 | 928 | 805 | 3,721 | | | | | | | | | | |
| Excess tax benefit from stock-based compensation | | | | - | - | - | | - | - | - | | | | | | | | | | | | |
| Foreign currency transaction loss | | | 5,947 | (4,256) | (4,236) | (1,159) | (3,704) | 5,098 | 403 | (518) | 1,476 | 6,459 | | | | | | | | | | |
| Provision for bad debts | | | | | | | | | | | | | | | | | | | | | | |
| Other non-cash items | (33,401) | - | (1,374) | - | - | 495 | (879) | (556) | (4,313) | (3,552) | 9,453 | 1,032 | | | | | | | | | | |
| Change in fair value of warrants | | | | | | - | | | | | | | | | | | | | | | | |
| Change in assets and liabilities: | 20,712 | (131,892) | (49,047) | 3,991 | 11,381 | 690 | (32,985) | (30,618) | (46,684) | (2,534) | 20,304 | (59,532) | (50,000) | (13,500) | (12,006) | 20,000 | (55,506) | (55,000) | (3,000) | 10,000 | 8,458 | (39,542) |
| Accounts receivable | | | | | | | | | | | | | | | | | | | | | | |
| License Installments | | | | | | | | | | | | | | | | | | | | | | |
| Income taxes receivable | | | | | | | | | | | | | | | | | | | | | | |
| Other current assets | | | | | | | | | | | | | | | | | | | | | | |
| Prepaid expenes and other assets | | | | | | | | | | | | | | | | | | | | | | |
| Accounts payable and accrued Expenses | | | | | | | | | | | | | | | | | | | | | | |
| Deferred revenues | | | | | | | | | | | | | | | | | | | | | | |
| Other noncurrent assets | - | | | | | - | | | | | - | | | | | | | | | | | |
| **Net cash provided by operating activities** | 104,356 | (42,165) | (18,323) | (2,876) | (5,058) | 25,694 | (563) | 21,650 | (2,240) | (24,731) | 44,439 | 39,118 | 31,979 | 12,923 | 10,597 | 74,502 | 130,000 | 69,747 | 60,606 | 48,471 | 71,175 | 250,000 |
| **Investing Activities:** | | | | | | | | | | | | | | | | | | | | | | |
| Purchase of marketable securities | (68,177) | (11,424) | (1,490) | (279) | (188,550) | (136,230) | (326,549) | (21,051) | (30,550) | (15,569) | (11,951) | (79,121) | | | | | | | | | | |
| Matured and called marketable securities | 26,456 | 13,634 | - | - | - | 28,811 | 28,811 | 40,867 | 27,931 | 28,061 | 9,118 | 105,977 | | | | | | | | | | |
| Sale of marketable securities | | 89,406 | 1,424 | - | - | - | 1,424 | 2,450 | - | 22,673 | 35,973 | 61,096 | | | | | | | | | | |
| Payments for acquisition, net of cash acquired | | (10,934) | - | - | - | - | | (4,993) | - | - | - | (4,993) | | | | | | | | | | |
| Contingent consideration paid for an acquisition in 2008 | | | | | - | - | | | | - | - | | | | | | | | | | | |
| Other | - | | | - | - | - | | | | | | | | | | | | | | | | |
| Investment in property and equipment | (7,874) | (10,608) | (12,496) | (6,563) | (2,747) | (3,563) | (25,369) | (1,784) | (2,377) | (2,928) | (3,367) | (10,456) | (3,677) | (3,866) | (3,183) | (3,924) | (14,650) | (5,282) | (5,199) | (4,247) | (5,177) | (19,906) |
| **Net cash used in investing activities** | (48,196) | 70,074 | (12,562) | (6,842) | (191,297) | (110,982) | (321,683) | 15,489 | (4,996) | 32,237 | 29,773 | 72,503 | | | | | | | | | | |
| **Finance Activities:** | | | | | | | | | | | | | | | | | | | | | | |
| Issuance of common stock for share-based compensation plans | | | | | | | | 2,288 | 2,858 | (5,146) | - | | | | | | | | | | | |
| Procees from employee stock purchase plan | | | | | | | | | | 7,786 | 2,768 | 10,554 | | | | | | | | | | |
| Excess tax benefits from exercise or vesting of equity awards | | | | | | | | | | - | - | | | | | | | | | | | |
| Proceeds from issuance of convertible senior notes | | | 600,000 | | - | - | 600,000 | | | | | | | | | | | | | | | |
| Payment of debt issuance costs | | | (14,527) | | - | - | (14,527) | | | | | | | | | | | | | | | |
| Purchase of capped calls related to convertible senior notes | | | (51,900) | | - | - | (51,900) | | | | | | | | | | | | | | | |
| Dividend payments to shareholders | (7,067) | (9,486) | (2,388) | (2,405) | (2,413) | (2,422) | (9,628) | (2,427) | (2,438) | (2,445) | (2,451) | (9,761) | (2,590) | (2,616) | (2,642) | (2,669) | (10,517) | (2,695) | (2,722) | (2,750) | (2,777) | (10,945) |
| Common stock repurchases for tax withholdings for net settlemer | (64,597) | (42,637) | (29,011) | (14,476) | (33,250) | 4,214 | (72,523) | (34,655) | (26,343) | (30,909) | (69,925) | (69,925) | | | | | | | | | | |
| Common stock repurchases under share repurchase programs | (29,796) | (22,135) | | | - | (27,974) | (27,974) | | | - | 39,196 | (52,711) | | | | | | | | | | |
| **Net cash provided by financing activities** | (101,460) | (74,258) | 502,174 | (16,881) | (35,663) | (26,182) | 423,448 | (34,794) | (25,923) | (30,714) | (30,412) | (121,843) | | | | | | | | | | |
| Effect of exchange rate on cash and cash equivalents | (2,557) | 290 | (1,510) | 2,452 | (759) | 2,151 | 2,334 | (1,536) | 329 | (259) | 1,466 | | | | | | | | | | | |
| Net increase in cash and cash equivalents | (47,857) | (46,059) | 469,779 | (26,031) | (230,893) | (109,319) | 103,536 | 809 | (32,830) | (23,467) | 45,266 | (10,222) | | | | | | | | | | |
| Cash and cash equivalents, beginning of period | 162,279 | 114,422 | 68,363 | 538,142 | 512,111 | 281,218 | 68,363 | 171,899 | 172,708 | 139,878 | 116,411 | 171,899 | | | | | | | | | | |
| **Cash and cash equivalents, end of period** | 114,422 | 68,363 | 538,142 | 512,111 | 281,218 | 171,899 | 171,899 | 172,708 | 139,878 | 116,411 | 161,677 | 161,677 | | | | | | | | | | |
| **Free Cash Flow** | 96,482 | (52,773) | (30,819) | (9,439) | (7,805) | 22,131 | (25,932) | 19,866 | (4,617) | (27,659) | 41,072 | 28,662 | 28,302 | 9,057 | 7,414 | 70,577 | 115,350 | 64,465 | 55,407 | 44,224 | 65,998 | 230,094 |
| Margin | 11% | -3% | | | | | -3% | | | | | 2% | | | | | 8% | | | | | 13% |

Source: JMP Securities LLC, Company Filings

JMP A CITIZENS COMPANY



## Company Description

Headquartered in Cambridge, Massachusetts, Pegasystems ("Pega") was founded in 1983 and went public in 1996. Pega develops strategic applications for sales, marketing, service, and operations. Its solutions are aimed at streamlining critical business operations, connecting enterprises to customers, and adapting business processes to meet rapidly changing requirements.

## Investment Risks

Difficulty of timing license revenue. Pega operates on a high-ASP model, so results can fluctuate materially from quarter to quarter, making it difficult to predict future revenue accurately. The firm's decision to enter into term licenses and Pega Cloud subscriptions that require revenue to be recognized over the license term may adversely affect profitability in any period due, in part, to sales commissions being paid at the time of signing, with corresponding revenue being recognized over time.

International risk. Pega's business is 45% non-U.S. As such, Pega is materially exposed to fluctuations in international markets and economies. In addition, nearly 35% of the company's cash balance is held outside the U.S., thus it is exposed to weakness in international economies, international political risk, and currency fluctuations relative to the U.S. dollar.

Competition. The markets for CRM, BPM, case management, decision management, co-browsing, social engagement, mobile application development platforms, and vertical-specific software are intensely competitive, rapidly changing, and highly fragmented.

Reliance on third-party relationships. Pega has a number of relationships with third parties that are significant to sales, marketing, support activities, and product development efforts. These relationships include software and hardware vendors, system integrators, and technology consulting firms.

Trading liquidity risk. Over half of the outstanding shares are held by Founder and CEO Alan Trefler, and this number could increase with share buybacks. Average daily trading volume for Pega is often relatively low at ~300,000 shares.

Control. Because Founder and CEO Alan Trefler owns more than half of the company, he also retains control over the company and its decision making. This could make it more difficult for an activist investor to get involved if execution should falter or fail to return adequate value to shareholders. It may also make it more difficult for Pega to be sold if an attractive acquisition offer arises.

Failure to sustain growth of license arrangements. The number of license arrangements has been increasing, and the growth of these arrangements is dependent upon the firm being able to provide high-quality services. Customers typically request professional services and training to assist them in implementing the products. Pega's customers also purchase maintenance on products in almost all cases. As a result, an increase in the number of arrangements will also increase demand for professional services, maintenance, and training related to the firm's products.



## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Patrick Walravens, Joe Goodwin, Joey Marincek and Aaron Kimson, CFA

**JMP Securities Disclosures:**

JMP Securities currently makes a market in the security of Pegasystems Inc.

JMP Securities expects to receive OR intends to seek compensation for investment banking services from Pegasystems Inc. in the next 3 months.

For disclaimer details, please click on link. JMP Disclaimer

For applicable disclosures on companies mentioned in this report, please refer to the JMP Facts and Disclosures page in the report link above.

**JMP Securities Investment Opinion Definitions:**
Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.
**JMP Securities Research Ratings and Investment Banking Services:** (as of February 17, 2022)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 277 | 69.95% | Buy | 277 | 69.95% | 103 | 37.18% |
| MARKET PERFORM | Hold | 88 | 22.22% | Hold | 88 | 22.22% | 14 | 15.91% |
| MARKET UNDERPERFORM | Sell | 1 | 0.25% | Sell | 1 | 0.25% | 0 | 0% |
| COVERAGE IN TRANSITION | | 30 | 7.58% | | 30 | 7.58% | 3 | 10.00% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 396 | 100% | | 396 | 100% | 120 | 30.30% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.



Rating and Price Target History for: Pegasystems Inc. (PEGA) as of 02-16-2022

| 05/08/19 MO:$81 | 02/13/20 MO:$97 | 06/03/20 MO:$109 | 07/29/20 MO:$126 | 08/26/20 MO:$144 | 02/18/21 MO:$149 | 04/29/21 MO:$172 |

Created by: BlueMatrix

**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2022. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

## RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
Devin Ryan (212) 906-3578
Michael W. Falco (212) 906-3562
Brian McKenna (212) 906-3545

**Commercial Finance**
Devin Ryan (212) 906-3578
Kevin Fultz, CFA (415) 835-8962

**Consumer Finance/Financial Technology**
David M. Scharf (415) 835-8942
Jeff Zhang, CFA (415) 835-8948

**Insurance**
Matthew J. Carletti (312) 768-1784
Karol Chmiel (312) 768-1786

**Investment Banks & Brokers**
Devin Ryan (212) 906-3578
Michael W. Falco (212) 906-3562
Brian McKenna (212) 906-3545

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
Steven C. DeLaney (212) 906-3517
Chris Muller (212) 906-3559
Trevor Cranston, CFA (415) 869-4431
Mikhail Goberman (212) 906-3543

### HEALTHCARE

**Biotechnology & Biopharma**
Reni J. Benjamin, PhD (212) 906-3529
Anthony Murphy, PhD (212) 906-3561
Kishore Gangangari, PhD (212) 906-3504
Jason N. Butler, PhD (212) 906-3505
Silvan Tuerkcan, PhD (212) 906-3546
Roy Buchanan, PhD (212) 906-3509
Jonathan Wolleben (312) 768-1788
Gobind Singh, MD, PhD (212) 906-3507

**Medical Devices & Supplies**
David Turkaly (212) 906-3563
Daniel W. Stauder (212) 906-3535

### REAL ESTATE

**Housing & Land Development**
Aaron Hecht (415) 835-3963
Alex Wilson (415) 869-4401

**REITs**
Aaron Hecht (415) 835-3963
Alex Wilson (415) 869-4401

**R.E. Services & Tech**
Aaron Hecht (415) 835-3963
Alex Wilson (415) 869-4401

### TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**

**Cybersecurity & IT Infrastructure**
Erik Suppiger (415) 835-3918
Trevor Walsh (415) 835-3934
Rustam Kanga (415) 835-3914

**InsurTech**
Matthew J. Carletti (312) 768-1784
Andrew Boone (415) 835-3902

**Internet & Digital Media**
Andrew Boone (415) 835-3902
Matthew Condon (617) 235-8502

**Software**
Patrick Walravens (415) 835-8943
Joey Marincek (415) 869-4418
Aaron Kimson (415) 835-8944
Joe Goodwin (415) 869-4477

## ADDITIONAL CONTACTS

**Thomas R. Wright**
**Director of Equities**
(212) 906-3599

**Charles Sweeney**
**Director of Sales & Trading**
(212) 906-3573

**600 Montgomery Street, Suite 1100**
San Francisco, CA 94111
www.jmpsecurities.com