# Exhibit 17

# New Forum Registration

**email: "wm@appian.com"**
To: email: "margie.yeung@appian.com"

**Saturday, December 21, 2013 at 1:19:00 PM Eastern Standard Time**

There has been a new Forum Registration.  Please see the information below:
Contact Name:  Albert Skii

Email:  ascii0@telstra.com

Phone:  61 73 4435 5543

Company:  SA Zero Mines

Username:  null

Account Type:  Customer



CONFIDENTIAL    APPNVA0342041