# Exhibit 18

# Document Produced in Native Format



CONFIDENTIAL

APPNVA0342039

**EXHIBIT 35**

A. Trefler

1/12/2022

Reporter: Sharon Saalfield
RDR, CRR

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Registered | Registration Status | First Name | Last Name | Email Address | Title | Company | Country | RF_MS_SIC_Name | _REFERRER |
| 2 | Yes | Approved | Sariq | Shaikh | shaikh.shariq@nividous.com | Senior Software Engineer, Lead | Nividous Software Solutions | India | Security systems services | http://www.appian.com/blog/case-management/webinar-the-evolution-of-case-management-and-bpm?utm_source=Twitter%20Generic&utm_medium=marketing%20medium%20&utm_campaign=Appian%20Social%20Media%20Content |
| 3 | Yes | Approved | Sonal | Khare | sonalk@incessanttechnologies.com | Software Engineer | Incessant Technologies Pvt. Ltd. | India | Nonclassifiable establishments | http://www.appian.com/blog/case-management/webinar-the-evolution-of-case-management-and-bpm?utm_source=Twitter%20Generic&utm_medium=marketing%20medium%20&utm_campaign=Appian%20Social%20Media%20Content |
| 4 | Yes | Approved | Ahmed | Hussain | ahmed.hussain@alliancedatal.com | Senior Manager | Alliance Data | USA | Business services at non-commercial site | http://www.appian.com/blog/case-management/webinar-the-evolution-of-case-management-and-bpm?utm_source=Twitter%20Generic&utm_medium=marketing%20medium%20&utm_campaign=Appian%20Social%20Media%20Content |
| 5 | Yes | Approved | Christina | Fisher | christina.fisher@appian.com | AE | Appian | USA | Computer related consulting services | http://www.appian.com/blog/case-management/webinar-the-evolution-of-case-management-and-bpm?utm_source=Twitter%20Generic&utm_medium=marketing%20medium%20&utm_campaign=Appian%20Social%20Media%20Content |
| 6 | Yes | Approved | Rajendra | Yadla | rajendra.yadla@tcs.com | IT Analyst | TCS | USA | Business consulting, nec | http://www.appian.com/blog/case-management/webinar-the-evolution-of-case-management-and-bpm?utm_source=Twitter%20Generic&utm_medium=marketing%20medium%20&utm_campaign=Appian%20Social%20Media%20Content |
| 7 | Yes | Approved | Vikas | Kumar | vikas-1.kumar@novartis.com | BPM Technology Manager | Novartis | | | http://www.appian.com/blog/case-management/webinar-the-evolution-of-case-management-and-bpm?utm_source=Twitter%20Generic&utm_medium=marketing%20medium%20&utm_campaign=Appian%20Social%20Media%20Content |
| 8 | Yes | Approved | Paul | Palumbo | pmp118@hotmail.com | Business Analyst | | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 9 | Yes | Approved | Dan | Feer | feerda@state.gov | Business Analyst | Abaucs Technology Inc. | USA | Online services technology consultants | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 10 | Yes | Approved | John | Larson | john.larson@accenture.com | Consultant | Accenture | USA | Online services technology consultants | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 11 | Yes | Approved | ritesh | mishra | ritesh.mishra@aig.com | Architect | AIG | USA | Fire, marine, and casualty insurance | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 12 | Yes | Approved | Roberto | da Silva | libertos@uol.com.br | Quality Manager | ALESP | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 13 | Yes | Approved | Kumar | bandaru | pbandaru@allegisgroup.com | Architect | Allegis | USA | Temporary help service | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 14 | Yes | Approved | tanzim | shams | tanzim.shams@alliancedata.com | program manager | alliance data | USA | Business services at non-commercial site | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 15 | Yes | Approved | Frederic | Bouvart | frederic.bouvart@mail.be | SAP Architect | AM Industeel | Belgium | Lunchrooms and cafeterias | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 16 | Yes | Approved | Julie | Vandre | julie.vandre@amedisys.com | Leader | Amedisys | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 17 | Yes | Approved | Dimitar | Giulev | d.giulev@antipodes.bg | Mr. | Antipodes | Bulgaria | Custom computer programming services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 18 | Yes | Approved | Didier | Zimmermann | didier.zimmermann@appian.com | Senior sales Exec | APPIAN | France | Miscellaneous publishing | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 19 | Yes | Approved | Kevin | Fon | kevin.fon@appian.com | Online Marketing Manager | Appian | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 20 | Yes | Approved | Ari | Chopra | ari.chopra@appian.com | Solutions Consultant | Appian | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 21 | Yes | Appoved | Michael | Lembo | runinintowalls@gmail.com | Senior Business Analyst | Appteon, Inc. | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 22 | Yes | Approved | George | Zachariah | gzachariah@arborsys.com | Sr. Business Analyst | Arborsys Group | USA | Business consulting, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 23 | Yes | Approved | Luis | Caicedo | lcaicedo@assist.com.co | CEO | Assist Consultores | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 24 | Yes | Approved | Vicki | Dominguez | vicki.dominguez@astellas.com | Senior Manager, Business Relationship and Solutions | Astellas | USA | Drugs, proprietaries, and sundries | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 25 | Yes | Approved | Misael | Garcia Ramirez | misael.garcia@atos.net | Process Analyst | ATOS | USA | Computer related maintenance services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 26 | Yes | Approved | Darman | Martinez | darman.martinez@avx.com | Application manager | AVX | El Salvador | Magnetic storage devices, computer | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 27 | Yes | Approved | Scott | Hinz | scott.hinz@baesystems.com | Sr. Account Manager | BAE Systems Applied Intelligence | USA | Quality assurance consultant | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Registered | Registration Status | First Name | Last Name | Email Address | Title | Company | Country | RF_MS_SIC_Name | _REFERRER |
| 28 | Yes | Approved | andalino | sands | andalinos@bahamasfirst.com | Business Process Engineer | Bahamas First | Bahamas | Insurance carriers, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 29 | Yes | Approved | Mike | Roe | mike.roe@bankofamerica.com | PMO Manager | Bank of America | USA | National commercial banks | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 30 | Yes | Approved | andy | kerestes | andy.kerestes@bankofamerica.com | vice president | bank of america | USA | National commercial banks | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 31 | Yes | Approved | Nathan | Gross | appian@nathangross.com | VP; Operations Project Manager | Bank of America | USA | Mortgage bankers and loan correspondents | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 32 | Yes | Approved | Aneesh | Vijayakar | aneesh.vijayakar@bankofamerica.com | Architect | Bank Of America | USA | Mortgage bankers and loan correspondents | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 33 | Yes | Approved | Rayudu | Addagarla | rayudu.addagarla@baml.com | BPM Solutions TDM | Bank of America | USA | Mortgage bankers and loan correspondents | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 34 | Yes | Approved | Priyanka | Komakula | pkomakula@barclaycardus.com | Software Analyst | Barclaycard | USA | Financial services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 35 | Yes | Approved | Awa | Dia | Awa.dia@atf.gov | IT | BATF | USA | Alcoholic beverage control board, government | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 36 | Yes | Approved | Constanza | torres | constanza.torres@bayer.com | Head of Business & Organizational Improvements. | Bayer | Brazil | Agricultural chemicals, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 37 | Yes | Approved | Annette | Badal | annettebadal@bayviewloanservicing.com | IE | Bayview | USA | Security brokers and dealers | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 38 | Yes | Approved | Richard | Olivieri | richardolivieri@bftg.com | VP, Operations Engineering | Bayview Loan Servicing | USA | Financial services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 39 | Yes | Approved | Stephen | Wright | stephen.wright@beamsuntory.com | NA GBS PTP Mgr. | Beam Suntory Inc | USA | Distilled and blended liquors | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 40 | Yes | Approved | Patrick | Lujan | plujan@bennu.com | Managing | Bennu Consulting, LLC | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 41 | Yes | Approved | Vince | Kuraitis | vincek@bhtinfo.com | Principal | Better Health Technologies, LLC | USA | Business management consultant | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 42 | Yes | Approved | Samarth | Mehta | samarth@bizteon.com | Chief BPM Architect | Bizteon Inc | USA | Online services technology consultants | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 43 | Yes | Approved | Regina | Young | Regina_Young@bcbstx.com | Manager Clinical Technology & Production | BlueCross BlueShield of Texas | USA | Hospital and medical service plans | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 44 | Yes | Approved | Joby | OBrien | joby@bplogix.com | VP Development | BP Logix | USA | Computer software development | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 45 | Yes | Approved | Mathias | Mirchmer | mathias.kirchmer@bpm-d.com | Managing Director and Co-CEO | BPM-D | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 46 | Yes | Approved | miguel | agustin | miguel.agustin@bpms.com.ar | consultant | BPMS | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 47 | Yes | Approved | Ramiro | Jara | ramiro.jara@bwater.com | Process and Metrics Manager | Bridgewater Associates | USA | Water supply | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 48 | Yes | Approved | Judith | Morley | jamorley@burnsmcd.com | Senior business analyst | Burns and McDonnell | USA | Oil and gas exploration services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 49 | Yes | Approved | R | Kalbach | rkalbach@cablevision.com | VP Operations Engineering | Cablevision | USA | Cable television services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 50 | Yes | Approved | Jocineia | Santos | jocineia@gmail.com | Network analyst | Cambridge college | USA | College, except junior | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 51 | Yes | Approved | David | Kohari | davidkohari@canidium.com | VP, Strategic Services | Canidium | USA | Business management consultant | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 52 | Yes | Approved | Alexander | Tetreault | alexander.tetreault@capitalone.com | Process Management | Capital One | USA | National commercial banks | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 53 | Yes | Approved | Carl | King | carl.king@capitalone.com | Sr. Manager | Capital One Financial | USA | State commercial banks | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 54 | Yes | Approved | Sudhir | Meduri | sudhir.meduri@carefirst.com | Tech Architect | CareFirst | USA | Hospital and medical service plans | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 55 | Yes | Approved | Pantelis | Katsaros | pkatsaros@ccc.gr | SR DOCUMENT CONTROLLER, CPR | CCC | Greece | Industrial buildings and warehouses | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 56 | Yes | Approved | Amer | Jaber | ajaber@ccc.com.lb | Lead Software Developer | CCT International | Lebanon | Electronic computers | |
| 57 | Yes | Approved | Wilco | Charité | wilco.charite@char-it.nl | BA/RE | char-it | Netherlands | Systems software development services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 58 | Yes | Approved | John | Wlaiko | john.wlaiko@primus.ca | President | Clearview Consultants Inc. | Canada | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 59 | Yes | Approved | Jodi | Ashby | ashbyj@ccf.org | Business Analyst | Cleveland Clinic | USA | Offices and clinics of medical doctors | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 60 | Yes | Approved | tony | hussain | muneertony.hussain@cognizant.com | digital health strategist | cognizant | USA | Computer software development and applications | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 61 | Yes | Approved | Lee | Cook | robertlee.cook@cognizant.com | Sr BPM Product Architect | Cognizant | USA | Computer software development and applications | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 62 | Yes | Approved | Timo | Klein | timo.klein@cognizant.com | Director - CRM & BPM Partner DACH | Cognizant Technology Solultions | Germany | Computer related services, nec | |

Case 1:22-cv-11220-WGY    Document 66-18    Filed 12/19/22    Page 5 of 10

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Registered | Registration Status | First Name | Last Name | Email Address | Title | Company | Country | RF_MS_SIC_Name | _REFERRER |
| 63 | Yes | Approved | Rachana | Bhonsle | rachana.bhonsle@cognizant.com | Consultant | Cognizant technology solutions | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 64 | Yes | Approved | Jackie | Royster | jackie.royster@occ.treas.gov | Program Analyst | Comptroller of the Currency | USA | Banking regulatory agency, government | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 65 | Yes | Approved | Vlado | Zivkovic | vladiziv@inet.hr | BPA | Cons | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 66 | Yes | Approved | Shadi | Rafeh | srafeh@ccc.gr | Head of IT Section | Consolidated Contractors Company | Greece | Nonclassifiable establishments | |
| 67 | Yes | Approved | Kolten | Kowalsky | kolten.kowalsky@cox.com | PM | Cox communications. | USA | Cable and other pay television services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 68 | Yes | Approved | Akhilesh | Natani | akhilesh_natani@us.crawco.com | Sr Dev | Crawford | India | Insurance adjusters | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 69 | Yes | Approved | Dora | Kotthru | dorababu.kothuru@gmail.com | Lead consultant | Csc | USA | Business consulting, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 70 | Yes | Approved | Susan | Chindemi | schindemi@curaspan.com | Account Executive | Curaspan | USA | Computer software development and applications | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 71 | Yes | Approved | Lisa | Grimato | lgrimato@gmail.com | Business Analyst | DAF | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 72 | Yes | Approved | satish | joshi | satish23059@gmail.com | Cto | decisiv | USA | Management consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 73 | Yes | Approved | Samantha | Riemer | sriemer@deloitte.com | Analyst | Deloitte | USA | Management consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 74 | Yes | Approved | Ben | Burdick | beburdick@deloitte.com | Consultant | Deloitte | USA | Financial consultant | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 75 | Yes | Approved | Mayur | Kapoor | mayur.kapoor@gmail.com | Manager | Deloitte | USA | Accounting, auditing, and bookkeeping | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 76 | Yes | Approved | Stan | Molema | stan.molema@didusec.co.za | MD | Didusec | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 77 | Yes | Approved | David | Wilson | wilson.david@dol.gov | Chief | DOL | USA | Business services at non-commercial site | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 78 | Yes | Approved | Chelsey | Montez | CNMontez@dstsystems.com | Marketing Specialist | DST Systems | USA | Data processing service | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 79 | Yes | Approved | Becky | Crane | becky.crane@devtechnology.com | Project Manager | DTG | USA | Computer software development | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 80 | Yes | Approved | Darrell | Tarpkin | DARRELL.TARPKIN@EASTORANGE-NJ.GOV | TECHNICAL ASSISTANT, MANAGEMENT INFORMATION SYSTEM | EAST ORANGE WATER COMMISSION | USA | Water control and quality agency, government | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 81 | Yes | Approved | Maria | Musatova | musatovm@ebrd.com | Analyst | EBRD | England | Federal and federally sponsored credit agencies | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 82 | Yes | Approved | Lin | Shi | lin.shi@edpr.com | Associate | EDPR | USA | Commercial physical research | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 83 | Yes | Approved | Quoc | Hoang | quoc.hoang@emc.com | Research Analyst | EMC | USA | Computer storage devices | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 84 | Yes | Approved | Quoc | Hoang | quoc.hoang@emc.com | Research Analyst | EMC | USA | Computer storage devices | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 85 | Yes | Approved | Kayleigh | Bennett | kayleigh@emergeadapt.com | Marketing Manager | EmergeAdapt | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 86 | Yes | Approved | Miguel | Garcia | mickeygsb@yahoo.com | Principal Consultant | Emergent Systems | USA | Engineering services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 87 | Yes | Approved | Michael | Lewis | michael.lewis@emrcpartners.com | Consultant | EMRC Ltd | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 88 | Yes | Approved | Zoran | Stojanovic | zstojanovic9@yahoo.com | Senior Consultant | Ericsson | Sweden | Communications equipment, nec | |
| 89 | Yes | Approved | Shawn | Oplinger | shawn.oplinger@gmail.com | PM | ERT | USA | Computer related maintenance services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 90 | Yes | Approved | Craig | Allardyce | craig.allardyce@etrade.com | VP | ETRADE Financial | USA | Brokers, security | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 91 | Yes | Approved | Jillian | Schiazza | jillian.schiazza@etrade.com | Administrator | ETRADE Financial | USA | Brokers, security | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 92 | Yes | Approved | Aravind Kumar | Basava | aravindkumarbasava@gmail.com | Business Analyst | Evoke Technologies | India | Management consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 93 | Yes | Approved | Gerhard | Basson | gbasson@iafrica.com | Mr | Exponant | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 94 | Yes | Approved | syam | pulipati | syam.pulipatisyamprasad@ey.com | Lead architect | EY | USA | Certified public accountant | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 95 | Yes | Approved | venkatesan | rangarajan | verangarajan@fdic.gov | Application Support Engineer | FDIC | USA | Federal Deposit Insurance Corporation (FDIC) | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 96 | Yes | Approved | Jay | Amichandwala | jamichandwala@firstrepublic.com | Lending Technology Strategy and Delivery | First Republic Bank | USA | State commercial banks | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 97 | Yes | Approved | John | Robin | jrobin@firstrepublic.com | Manager, Technology Strategy & Delivery | First republic bank | USA | State commercial banks | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 98 | Yes | Approved | doris | moss | doris.moss@myfloridacfo.com | Project Coordinator | Fl Dept of Financial Services | USA | Insurance agents, brokers, and service | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 99 | Yes | Approved | Sylvia | Garcia | sylvia.garcia@flhealth.gov | Human Services Program Supervisor | Florida Deptartment of Health Desoto County | USA | Administration of public health programs | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 100 | Yes | Approved | Hope | Schwegler | hschwegler@fhcp.com | RN CCM Supervisor | Florida Health Care Plans | USA | Medical services organization | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |

Appian_Prereg_List 072715

| | A Registered | B Registration Status | C First Name | D Last Name | E Email Address | F Title | G Company | H Country | I RF_MS_SIC_Name | J REFERRER |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | Yes | Approved | Shandra | Merrick | smerrick@hcp.com | Manager | Florida Healthcare Plans | USA | Health Maintenance Organization (HMO), insurance only | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 102 | Yes | Approved | paul | foon | asclizero@gmail.com | mr | foon | USA | Grocery stores, independent | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 103 | Yes | Approved | paul | foon | ascii0@gmail.com | mr | foon and co | USA | Party planning service | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 104 | Yes | Approved | paul | foon | foon@gmail.com | mr | foon and co | USA | Hotels and motels | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 105 | Yes | Approved | Cristina | Dolean | dolean_cristina@yahoo.com | Teaching Assistant | FSEGA | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 106 | Yes | Approved | walid | zakria | walid2acc90@yahoo.com | Director | GCF | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 107 | Yes | Approved | matthew | Cardoso | matthewcc@gmail.com | Product Manager | Geneia | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 108 | Yes | Approved | diane. | cremer | diane.cremer@gdit.com | Business Development Director | General Dynamics | USA | Computer related maintenance services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 109 | Yes | Approved | Stephanie | Heilman | Stephanie.Heilman@genworth.com | IT Project Manager | Genworth | USA | Life insurance carriers | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 110 | Yes | Approved | Daniel | John | dcjohn@goodmannetworks.com | Intern | Goodman Networks | USA | Communication signal enhancement network services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 111 | Yes | Approved | Jörg | Grote | joerg@grote-online.de | BPM Architect | Grote | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 112 | Yes | Approved | vineet | ahluwalia | vineet.ahluwalia@happiestminds.com | Module lead | happiest Minds | USA | Computer software development | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 113 | Yes | Approved | Abhinav | Gupta | abhinav.gupta@happiestminds.com | Prod Support | Happiest Minds | USA | Computer software development | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 114 | Yes | Approved | Jonathan | Hobday | priority@jonnyrocket.com | Director | Harrogate Capital | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 115 | Yes | Approved | Kent | Strickland | kent.strickland@hp.com | Master Consultant - BPM | Hewlett Packard Enterprise Service | USA | Personal computers (microcomputers) | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 116 | Yes | Approved | Sathish Kumar | Rengasamy | satt_kumar@hotmail.com | Senior Software Developer | Hexaware | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 117 | Yes | Approved | Jacob | Mathew | jacmw@hotmail.com | Project Director | Hexaware Tech Ltd. | India | Data processing schools | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 118 | Yes | Approved | Zuber | Memon | zuberm@hexaware.com | System Analyst | Hexaware Technologies INC | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 119 | Yes | Approved | NAGA | DUGGARAJU | naga.venkat09@gmail.com | MR | HEXAWARE TECHNOLOGIES INC | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 120 | Yes | Approved | Perryn | Ashmore | perryn.ashmore@hhs.gov | Program Manager | HHS | USA | Space research and technology | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 121 | Yes | Approved | Peter | Kim | peter.kim@hii.us | Senior Manager | Horizon Industries | USA | Custom computer programming services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 122 | Yes | Approved | Deviprasad | Taluk | deviprasad.taluk@hp.com | Senior Business Consultant | HP | USA | Personal computers (microcomputers) | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 123 | Yes | Approved | Scott | Wolff | scott.wolff@hp.com | Architect | HP | USA | Electronic computers | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 124 | Yes | Approved | Merris | Jones | merris_jones@yahoo.com | IT Specialist | HUD | USA | Housing programs | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 125 | Yes | Approved | Siva | Yenumula | yenumulasivareddy@gmail.com | Programmer Analyst | Hydus Inc | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 126 | Yes | Approved | Michael | Martel | Mike.Martel@Onbase.com | Business Consultant | Hyland Software, Inc. | USA | Application computer software | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 127 | Yes | Approved | Amanda | Ulery | amanda.ulery@onbase.com | Product Marketing | Hyland, creator of OnBase | USA | Application computer software | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 128 | Yes | Approved | Christopher | O'Connor | chris@hyperiongp.com | Senior Research Analyst | Hyperion Global Partners | USA | Business consulting, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 129 | Yes | Approved | Yongkang | Ma | yjma@us.ibm.com | Sr. Manager, Client Services | IBM | USA | Office equipment | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 130 | Yes | Approved | daniela | rosu | drosu@us.ibm.com | researcher | IBM | USA | Commercial physical research | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 131 | Yes | Approved | Stuart | Jones | stuartjones@us.ibm.com | BPM Solution Architect | IBM | USA | P.O. Box other than headquarters location | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 132 | Yes | Approved | sheyda | Saponar | ssaponar@us.ibm.com | Channel Technical Sales | IBM | USA | Data processing service | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 133 | Yes | Approved | Mike | Prentice | prenticed@hotmail.com | Channel ACMBPMECM Architect | IBM | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 134 | Yes | Approved | Anthony | Huang | huanga@us.ibm.com | Product Manager | IBM | USA | Computers, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 135 | Yes | Approved | Clay | Turner | csturner@us.ibm.com | Product Manager | IBM | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 136 | Yes | Approved | Bart | de Wulf | bart.de.wulf@ideasatwork.be | Management Consultant | Ideas@Work | Belgium | Management consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 137 | Yes | Approved | Kim | Cook | kimberly.cook@igt.com | Sr. Manager, Client Services | IGT | USA | Coin-operated amusement machines | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 138 | Yes | Approved | Fausto | Lopez | fausto.lopez@gmail.com | Site OPS Mgr | IGT Chile | Chile | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 139 | Yes | Approved | Patricio | Olivares | patolivaresm@gmail.com | Technical Services Manager | IGT Chile Corpration | USA | Game machines, coin-operated | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 140 | Yes | Approved | Philippe | Hurlet | philippe.hurlet@inami.fgov.be | EA | Inami | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 141 | Yes | Approved | Allan | Sidley | allan.sidley@itgfirm.com | BPM Consultant | Incentive Technology Group | USA | Custom computer programming services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 142 | Yes | Approved | Daniel | Mondoza | daniel.mondoza@itgfirm.com | Business Analyst | Incentive Technology Group | USA | Custom computer programming services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |

| Registered | Registration Status | First Name | Last Name | Email Address | Title | Company | Country | RF MS SIC Name | REFERRER |
|---|---|---|---|---|---|---|---|---|---|
| 143 Yes | Approved | Nihar | Hota | niharh@incessanttechnologies.com | Program Manager | Incessant Technologies | India | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 144 Yes | Approved | John | Kania | office@inforensic.net | Partner | Inforensic | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 145 Yes | Approved | Jay | Yusko | jay.yusko@iriworldwide.com | VP Technology Research | Information Resources, Inc. | USA | Prepackaged software | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 146 Yes | Approved | Neil | Simpson | neil@innovelocity.com | Principal | innovelocity | USA | Systems software development services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 147 Yes | Approved | Farshad | Safari | f.safari@gmail.com | Managing Partner | Integrades Solutions | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 148 Yes | Approved | Dave | Willsey | dwillsey@integrify.com | CEO | Integrify, Inc. | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 149 Yes | Approved | Brice | Bradford | brice.bradford@usdoj.gov | Business Analyst | IntelliWare Systems | USA | Online services technology consultants | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 150 Yes | Approved | Peter | Todd | peter.todd@invoyent.com | Executive Diretor | Invoyent | USA | Management consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 151 Yes | Approved | Travis | Cohen | travis.cohen@invoyent.com | Director | Invoyent, LLC | USA | Management consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 152 Yes | Approved | Michael | Schofield | michaelschofield8165@msn.com | Sr Mngr | IPD | USA | Automotive tires | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 153 Yes | Approved | Sumona | Rahman | sumona.rahman@itgfirm.com | QA Tester | ITG | USA | Custom computer programming services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 154 Yes | Approved | Carlos | del Valle | carlos.del.valle@usdoj.gov | Senior Consultant | IWS | USA | Novelties, durable | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 155 Yes | Approved | Jennifer | Shaw | jshaw3@its.jnj.com | Manager, Safety Data Extraction | Janssen | USA | Pharmaceutical preparations | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 156 Yes | Approved | jayesh | Joshi | joshijm2002@yahoo.com | Auditor/Consultant | jmjoshiand asso | India | Gelatin capsules | |
| 157 Yes | Approved | jayesh | Joshi | joshijm2002@yahoo.com | Auditor/Consultant | jmjoshiand asso | India | Gelatin capsules | |
| 158 Yes | Approved | Jody | Hannigan | jhanniga@its.jnj.com | Sr Safety Analyst | Johnson & Johnson | USA | Feminine hygiene paper products | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 159 Yes | Approved | Bill | Scott | wscott@its.jnj.com | Sr. IT Manager | Johnson & Johnson | USA | Feminine hygiene paper products | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 160 Yes | Approved | Ed | Gaughan | edgaughan@hotmail.com | RSC | KM | USA | Single-family housing construction | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 161 Yes | Approved | John | Reynolds | john.reynolds@kofax.com | Product Marketing Director | Kofax from Lexmark | USA | Input/output equipment, computer | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 162 Yes | Approved | David | Neely | dneely@kpmg.com | MD | KPMG | USA | Certified public accountant | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 163 Yes | Approved | Kelly | Shields | kelly.shields@lamresearch.com | Sr. Director, Sales Operations | Lam Research | USA | Semiconductor manufacturing machinery | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 164 Yes | Approved | Rachel | Murphy | rachel@leehayes.com | Database Admin | Lee & Hayes | USA | Legal services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 165 Yes | Approved | Les | Page | lmpage@hotmail.com | Principal | Legalis Tech Consulting, LLC | USA | Services, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 166 Yes | Approved | Jacob | Cohen | Jacob.Cohen@macedontechnologies.com | Consultant | Macedon Technologies | USA | Business consulting, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 167 Yes | Approved | Shyam | Koppikar | shyam1944@hotmail.com | BPM Consultant | Mandata Consultants LLC | USA | Business consulting, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 168 Yes | Approved | Oliver | Wolf | owolf@mastercontrol.com | Sr Product Manager | MasterControl Inc. | USA | Prepackaged software | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 169 Yes | Approved | Max | Tay | max.tay@maxconsilium.com | BPM Consultant | MaxConsilium Pty Ltd | Australia | Investors, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 170 Yes | Approved | Keith | Glein | kglein@mckinleyirvin.com | FP&A Mgr | McKinley Irvin | USA | Legal services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 171 Yes | Approved | Roger | Hughlett | rhughlett@micropact.com | Content Development Manager | MicroPact | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 172 Yes | Approved | kevin | briggs | kebriggs@gmail.com | solution specialist | microsoft | USA | Prepackaged software | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 173 Yes | Approved | Boogie | Jack | morty@microteck.co.bw | Managing Director | Microteck | Botswana | Custom computer programming services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 174 Yes | Approved | semere | tekie | semere@microteck.biz | Managing Director | Microteck | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 175 Yes | Approved | Terry | Leach | terry.leach@isa.dhs.gov | Lead Information Architect | Moss Cape | USA | Used merchandise stores | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 176 Yes | Approved | Roy | Altman | altmanr@mskcc.org | Mgr. Analytics & Architecture | MSKCC | USA | Charitable organization | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 177 Yes | Approved | Kurian | Uthup | uthupk@nationwide.com | Enterprise SOA Architect | Nationwide Insurance | USA | Insurance agents, brokers, and service | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 178 Yes | Approved | Rafael Simon | Osorio | rosorio@netreadysolutions.com | Consultor Senior | Netready Colombia SAS | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 179 Yes | Approved | Saurabh | Rawal | saurabh.rawal@nexius.com | Delivery Manager | Nexius | USA | Industry specialist consultants | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 180 Yes | Approved | Clark | Wilson | c-wilson@ieee.org | None | None | USA | Professional organizations | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 181 Yes | Approved | John | Williams | john.williams@nov.com | Sr. Business Analyst | NOV | USA | Wellpoints (drilling equipment) | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 182 Yes | Approved | Camille | Pridgen | cpridgen@novanthealth.org | Security Analyst | Novant | USA | Clinic, operated by physicians | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 183 Yes | Approved | Jozef | Balun | balun_jozef@novitech.sk | Mr. | Novitech a.s. | Slovakia | Computer related services, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 184 Yes | Approved | Tony | Lopez | tony.lopez.us@gmail.com | VP Business Process Management | NRG Technologies | USA | Business services at non-commercial site | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 185 Yes | Approved | Amnon | Ptashek | nsgptashek@gmail.com | Chief Technology | NSG Group | USA | Business consulting, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 186 Yes | Approved | Luis | Lucas | lucasyo202@yahoo.com | EVP-COO | NWNetworks | USA | Business services at non-commercial site | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |

| | Registered | Registration Status | First Name | Last Name | Email Address | Title | Company | Country | RF_MS_SIC_Name | _REFERRER |
|---|---|---|---|---|---|---|---|---|---|---|
| 187 | Yes | Approved | Saad | Howard | showard3@health.nyc.gov | Strategic Projects Analyst | NYC Dept. of Health and Mental Hygiene | USA | Public health agency administration, government | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 188 | Yes | Approved | Kate | McConnell | kathleen.mcconnell@occ.treas.gov | Program Analyst | OCC | USA | Banking regulatory agency, government | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 189 | Yes | Approved | Catherine | Norman | catherine.norman@occ.treas.gov | Manager, HR Technology, Analysis & Improvement | Office of the Comptroller of the Currency | USA | Banking regulatory agency, government | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 190 | Yes | Approved | Mike | Duffy | mike.s.duffy@gmail.com | Manager | Pariveda Solutions | USA | Systems engineering consultant, ex. computer or professional | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 191 | Yes | Approved | Paola | Capocasa | paolacapocasa@pathbe.com | Principal consultant | Pathbe | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 192 | Yes | Approved | Michael | Caton | michael.caton@pega.com | Senior Marketing Manager | Pegasystems | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 193 | Yes | Approved | Jim | Griffeth | jim.griffeth@pega.com | Director of Product Marketing | Pegasystems | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 194 | Yes | Approved | Sid | M | sid.misra@pega.com | Director | Pegasystems | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 195 | Yes | Approved | Sylvia | Collins | sylvia@pencompass.com | Director | PenCompass International Ltd | England | Computer related services, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 196 | Yes | Approved | Herbert | Saal | herbert.saal@gmail.com | Sr | Perseve | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 197 | Yes | Approved | Mie | Pedersen | mep@pfa.dk | Processconsultant | PFA Pension | Denmark | Pension, health, and welfare funds | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 198 | Yes | Approved | Katrine | Blak | KAC@pfa.dk | Process consultant | PFA Pension | Denmark | Pension, health, and welfare funds | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 199 | Yes | Approved | Roger | Bryson | rbryson@pmsolutions.com | Practice Director | PM Solutions | USA | Business management consultant | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 200 | Yes | Approved | Neysha | Arcelay | neysha.arcelay@pnc.com | Vice President | PNC | USA | National commercial banks | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 201 | Yes | Approved | Evan | Fritz | evan.fritz@pnc.com | Analyst | PNC Financial Services Group | USA | National commercial banks | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 202 | Yes | Approved | Brian | Fischer | brian.fischer@pvcg.com | President | Portola Valley Consulting Group | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 203 | Yes | Approved | Brian | Fischer | brian.fischer@pvcg.com | President | Portola Valley Consulting Group | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 204 | Yes | Approved | Lorinet | Martell | lorinet.martell@salud.pr.gov | Public Health Analyst | PRDOH | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 205 | Yes | Approved | Jason | Pascuzzi | jason.pascuzzi@princetonblue.com | BPM Consultant | Princeton Blue Inc. | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 206 | Yes | Approved | Edgardo | Silva | edgardo@processmaker.com | Project Manager | ProcessMaker | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 207 | Yes | Approved | Pravin | Powale | ppowale@qssinc.com | Technical Director | QSSI | USA | Computer integrated systems design | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 208 | Yes | Approved | Rodney | Halva | rodney.halva@rapidfederal.com | Mr | Rapid Federal | USA | Software programming applications | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 209 | Yes | Approved | Parash | Shah | parash.shah@rapidfederal.com | Manager | Rapid Federal Solutions | USA | Software programming applications | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 210 | Yes | Approved | Phil | Simpson | psimpson@redhat.com | Product Marketing Manager | Red Hat | USA | Investment advice | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 211 | Yes | Approved | Steven | Cist | baseballhero@msn.com | ERM Practitioner | Retired | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 212 | Yes | Approved | Berni | Ellingson | Berni.Ellingson@rockwellcollins.com | PR Financial Info Systems Mgr | Rockwell Collins | USA | Search and navigation equipment | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 213 | Yes | Approved | Brian | Alvin | brian.alvin@ryansg.com | Actuary | RSG | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 214 | Yes | Approved | Michael | Sade | mssade@sadeassocllc.com | President | Sade Associates, LLC | USA | Management consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 215 | Yes | Approved | Barbara | Sheehan | barb.sheehan@yahoo.com | Marketing Communications Manager | Santa Fe Trails | USA | Plumbing contractors | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 216 | Yes | Approved | Eid | Al-Otaibi | ewemba2011@gmail.com | Engineer | Saudi Aramco | Saudi Arabia | Crude petroleum and natural gas | |
| 217 | Yes | Approved | Dean | Blakeley | dean.blakeley@sbic.ca | consultant | SBIC | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 218 | Yes | Approved | Bryan | Oak | bryan.oak@searchlightconsulting.co.uk | Director | Searchlight Consulting | England | Book publishing | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 219 | Yes | Approved | Josh | Komarek | joshua.komarek@77nrg.com | Records Manager | Seventy Seven Energy | USA | Drill rigs | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 220 | Yes | Approved | Lokendra | Matoli | lmatoli@sfwmd.gov | Chief Architect | SFWMD | USA | Water supply | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 221 | Yes | Approved | Edward | Scott | shireventures@gmail.com | Principal | Shire Ventures | USA | Venture capital companies | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 222 | Yes | Approved | Terra | McCourt | terra.mccourt@signavio.com | Account Manager | Signavio | USA | | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 223 | Yes | Approved | Sergey | Kostyakov | kostyakov@iemag.ru | chief expert | Sk press | Russian Federation | Periodicals | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |

| Registered | Registration Status | First Name | Last Name | Email Address | Title | Company | Country | RF_MS_SIC_Name | REFERRER |
|---|---|---|---|---|---|---|---|---|---|
| Yes | Approved | Rohith | Thumma | rthumma@softpathtech.com | Regional Sales Manager | SoftPath Technologies LLC | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | SHERRY | GENG | SHERRY.X.GENG@SPRINT.COM | DATA ARCHITECT | SPRINT | USA | Local and long distance telephone communications | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Sue | Woodward | sue.l.woodward@sprint.com | System Integrator | Sprint | USA | Local and long distance telephone communications | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | nicolita | papa | nicolita.papa@sprint.com | SA | Sprint | USA | Local and long distance telephone communications | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Pedro | Freire | pedro.freire@stepahead.pt | Director | Step Ahead Consulting | Portugal | Computer related services, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Boris | Grebenyuk | boris.grebenyuk@symphony.eu.com | Mr | Symphony | USA |  | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | John | Evans | john.evans@targetgroup.com | BPM Analyst | Target Group | England | Computer related services, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Sheri | Pires | sheri.pires@taxaudit.com | Sr. Portfolio Manager | TaxAudit.com | USA | Legal and tax services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Manas | Maity | manasrmaity@yahoo.com | Architect | TechMahindra | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Jeffrey | Lanzillo | Jeffrey.C.Lanzillo@Sprint.com | Sprint | Technology Architect III | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Eric | Muguet | eric.muguet@teleflim.ca | Manager | Teleflim | Canada | Recreational program administration, government | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Guillermo | Lopez | guillermo.lopez@tenentia.com | Technical Director | Tenentia SL | France | Local trucking, without storage | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Ranganayak ulu | Gorthi | rgorthi@collegeboard.org | Developer | The College Board | USA | Educational services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Lorena | Guido | lorena.guido@montgomerycountymd.gov | Victim Advocate | The tree House Child Assessment Center of MC. MD. | USA | Yoga instruction | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Kevin | Feldhus | kevin.feldhus@tjx.com | Sr. Bus. Architect | TJX Companies | USA | Men's miscellaneous accessories | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | kiya | amajioyi | kiyaamajioyi@hotmail.com | CEO | TKAS | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Denis | Gagne | dgagne@trisotech.com | CEO & CTO | Trisotech | Canada | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Gene | Godsey | gene.godsey@tsa.dhs.gov | IT specialist | TSA/DHS | USA | National security | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Srikanth | Reddy | srikanthreddy9369@gmail.com | MR | TSQ SYSTEMS | USA | Business services, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | karthik | koorella | koorella.karthik@gmail.com | Mr | TSQ systems | USA | Business services, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Joseph | Sopczynski | jcsopczy@gmail.com | Project Manager | Unisys | USA | Computer integrated systems design | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Mike | Hulme | mike.hulme@unisys.com | Enterprise Architect | Unisys | USA |  | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | james | rowell | james.rowell@buckingham.ac.uk | Mr | University of Buckingham | England | Colleges and universities | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Jose | Faria | jfaria@fe.up.pt | Professor | University of Porto | Portugal | Offices and clinics of dentists | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | David | Fersch | david.r.fersch.civ@mail.mil | Sr Operations Research Analyst | US Army ODASA-CE | USA | Engineering services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Monica | Rodriguez | monica.rodriguez@navy.mil | IT | US Navy | USA | Navy | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Christian | Fellhoelter | ften@cox.net | VPO | USAF | USA | Air Force | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | robert | wichtendahl | rwichtendahl@virtusa.com | Senior Director | Virtusa | USA | Computer related consulting services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Gloria | Diaz | gloriamaritza@gmail.com | Consultant | Vision Software S.A.S | Colombia | Computer and software stores | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | marek | szelagowski | marek.szelagowski@dbpm.pl | PhD | Vistula University | Poland | Colleges and universities | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Jamess | Yang | James.yang@voya.com | Project Management Office | Voya Financial | USA | Payroll accounting service | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Jamess | Yang | James.yang@voya.com | Project Management Office | Voya Financial | USA | Payroll accounting service | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Matthew | Fuller | Matthew.Fuller@voya.com | Business Analyst | Voya Investment Management | USA | Life insurance | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Larry | Lewack | larry.lewack@vermont.gov | Aging & Disabilities Senior Planner | VT Dept. of Aging & Independent Living, Agency of Human Services | USA | Investment advice | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Karl | Brandon | karl.brandonwc@gmail.com | Media | WC | England | Semivitreous table and kitchenware | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Razvan | Radulian | razvan.radulian@why-what-how.com | Consultant | Why-What-How Consulting, LLC | USA | Business consulting, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Deevan | Kumar | deevan.tadimari@wipro.com | Mr | Wipro | India | Data processing and preparation | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| Yes | Approved | Wolfgang | Schimeck | schimeck@telus.net | President | Wolfgang J Schimeck Consulting Inc | Canada | Management services | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |

|   | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Registered | Registration Status | First Name | Last Name | Email Address | Title | Company | Country | RF_MS_SIC_Name | _REFERRER |
| 262 | Yes | Approved | Nicola | Bitetti | nicola.bitetti@wki.it | Development Lead | Wolters Kluwer | Italy | Periodicals | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 263 | Yes | Approved | Steve | Robert | steve.robert@pj.ca | Senior Business Architect | Yellow Pages | Canada | Communication services, nec | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 264 | Yes | Approved | Kathy | Conley | kathyconley@youngsmarket.com | ERP Core Team Member | Young's Market Company, LLC | USA | Wine | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |
| 265 | Yes | Approved | brian | reale | brian.reale@gmail.com | CTO | ProcessMaker | USA |  | http://bpm.com/resources/events-and-webinars/982-the-evolution-of-case-management-and-bpm |

Appian_Prereg_List 072715