# Exhibit 19

**To:**          PX Management[PXManagement@pega.com]
**Cc:**          Healy, Matt[Matt.Healy@pega.com]
**Importance:**          Normal
**Subject:**    RE: Demos of our competition for PM Insight
**Received:**          2019-11-07T14:35:04Z

Ok, clearly there is a tremendous amount of interest in learning about what our competitors do in a number of areas. An hour after I sent the email I had almost a dozen replies and felt a bit like this:



So, now that I have validated the incredible interest, what I'm going to do is schedule individual demos with each of the groups that expressed interest in an area.

The only problem is that the Appian trial system I have expires on Tuesday, November 12th. I'll be looking to schedule these today, tomorrow or Monday.

Cheers,
Ben

**From:** Baril, Ben
**Sent:** Wednesday, November 6, 2019 2:51 PM
**To:** PX Management <PXManagement@pega.com>
**Cc:** Healy, Matt <Matt.Healy@pega.com>
**Subject:** Demos of our competition for PM Insight

Good morning Product Management team,

I have access to a few demo environments of our competitors, one of which will expire shortly (Appian). I wanted to reach out to this group to see if there were any specific feature demos or insights you like to see before that happens (early next week).

This will also help me understand what to look for as I continue to learn more about our competition landscape, and how we stack up against them.



Appian v. Pegasystems & Zou
Case No. CL2021-07216

PLT EX. 648



Exhibit 29

Also, while Matt Healy and I look thru Win/Loss reports we will pass on any feedback that may be relevant for you. Right now, if I'm entirely honest, we are not seeing a lot of feedback around the platform. We do hear feedback about specific applications being too complex (or simply not being what a client wants), or we hear the reverse (they sold a platform, we wanted a solution). But specific feature / functionality feedback has been sparse.

Cheers,
Ben

**Benjamin Baril  | Product Marketing Director |  Pegasystems Inc.**

One Rogers Street, Cambridge, MA 02142

Office: (617) 866.6687 | Mobile: (613) 878.3781 | Email: Ben.Baril@pega.com | www.pega.com

Join the Pega Community @ www.pega.com/community

