# Exhibit 21

**Page 919**

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

- - - - -

APPIAN CORPORATION,                      )

                                         )

        Plaintiff,                       )   Civil Action No.

                                         )   2020-07216

        vs.                              )

                                         )

PEGASYSTEMS INC., & YOUYONG              )

ZOU,                                     )

                                         )

        Defendants.                      )

TRIAL - DAY 4

BEFORE THE HONORABLE RICHARD GARDINER

Monday, March 28, 2022, 10:02 a.m.

FAIRFAX COUNTY CIRCUIT COURT

4110 Chain Bridge Road

Fairfax, Virginia

Reported By: Marjorie Peters, FAPR, RMR, CRR, RSA

Page 1047

Alan process next week, but what he will be most interested in is the year down and how to turn that into attacks."

Correct?

A.    Yes.

Q.    The work remained underway with Mr. Baril; right?

A.    Absolutely.

Q.    Now, you do know now, Mr. Trefler, what Mr. Baril was doing to gather information for you; correct?

A.    I do now, and it was not appropriate.

Q.    Not appropriate?

A.    He shouldn't have done it.

Q.    Okay.

What was not appropriate was the use of fake names and other fake information to get access to Appian; correct?

A.    The use of an alias or pseudonym to get access to something he couldn't otherwise have gotten, which is the distinction.

Q.    Now, let's take a look, sir, at the next