# Exhibit 24

52

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

PEGASYSTEMS INC., )
)
*Plaintiff*, )
)                           CIVIL ACTION
v. )                           NO. 15-1229-BLS1
)
APPIAN CORPORATION )
and BRUCE MAXWELL, )
)
*Defendants*. )

## STIPULATION OF DISMISSAL

Pursuant to Mass. R. Civ. P. 41(a)(1)(ii), the undersigned parties stipulate to the dismissal

with prejudice of all claims asserted by plaintiff Pegasystems Inc. ("Pegasystems") in its

Amended Complaint against defendants Appian Corporation ("Appian") and Bruce Maxwell

("Maxwell") in the above-captioned action.  In furtherance of this stipulation, the parties state as

follows:

Pegasystems brought this action against Appian and Maxwell on April 27, 2015,

asserting causes of action against Appian and Maxwell arising out of Appian's hiring of

Maxwell, then a Pegasystems employee.  On August 4, 2015, following a forensic examination

of Maxwell's email accounts and Appian laptop that (i) revealed that Maxwell used his Appian

laptop on several occasions to review Pegasystems' files he had previously downloaded to his

external drives, but (ii) found no evidence that Maxwell uploaded any Pegasystems documents to

his Appian laptop or shared them with an Appian colleague, the Court entered an order enjoining

Maxwell from working for Appian for three months, requiring Maxwell to return any

Pegasystems information in his possession and ordering Appian to deliver to Pegasystems any

JUDGMENT ENTERED ON DOCKET Dec 5 18
PURSUANT TO THE PROVISIONS OF MASS. R. CIV. P.58(a) AS
AND NOTICE SEND TO PARTIES PURSUANT TO THE PRO- Amended
VISIONS OF MASS. R. CIV. P. 77(d) AS FOLLOWS

Pegasystems confidential information in the possession of any other Appian employee. Appian terminated Maxwell's employment on August 10, 2015.

The parties subsequently engaged in merits discovery on Pegasystems' claims, including its allegation that Appian hired Maxwell as part of a pattern of hiring current or former Pegasystems employees for the purpose of obtaining Pegasystems' information. Appian denies any such pattern of activity or motivation for hiring Maxwell or other current or former Pegasystems employees, and Appian and Maxwell deny that Maxwell shared any Pegasystems information with anyone at Appian, or that Maxwell or Appian made use of any Pegasystems information in Maxwell's possession.

While the parties disagree whether and to what extent Maxwell and Appian made use of Pegasystems information in Maxwell's possession and the amount of any damages, if any, arising out of Pegasystems' claims, based on, among other things, the information produced through discovery and the costs of continuing this litigation through trial, the parties stipulate to the dismissal with prejudice of all of the claims alleged by Pegasystems in its Amended Complaint against Appian and Maxwell.

Each party waives all rights to contest, seek reconsideration of or appeal any order issued by this Court in this action. Each party agrees to bear its own costs and attorneys' fees in this litigation and, thus, each party agrees not to move for fees and costs borne by any other party. All parties reserve, and expressly do not waive, any and all rights with respect to the effect of the dismissal with prejudice of the claims asserted in this action, on any future litigation between the parties.

PEGASYSTEMS INC.,

By its attorneys,

Martin F. Murphy, BBO# 363250
mmurphy@foleyhoag.com
Richard G. Baldwin, BBO# 670984
rbaldwin@foleyhoag.com
Madeleine K. Rodriguez, BBO #684394
mrodriguez@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
617 832 1000 (telephone)
617 832 7000 (facsimile)

Stipulated to by:

BRUCE MAXWELL,

By his attorney,

Chad Vacarella, BBO#684243
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
617 213-7000 (telephone)
617 213-7001 (facsimile)
CVacarella@hinshawlaw.com

Stipulated to by:

APPIAN CORPORATION,

By its attorneys,

T. Christopher Donnelly (BBO # 129930)
Timothy H. Madden (BBO# 654040)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880 (T)
(617) 720-3554 (F)
tcd@dcglaw.com
thm@dcglaw.com

Dated: December 3, 2018

- 3 -

PEGASYSTEMS INC.,

By its attorneys,

_____

Martin F. Murphy, BBO# 363250
mmurphy@foleyhoag.com
Richard G. Baldwin, BBO# 670984
rbaldwin@foleyhoag.com
Madeleine K. Rodriguez, BBO #684394
mrodriguez@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
617 832 1000 (telephone)
617 832 7000 (facsimile)

Stipulated to by:

BRUCE MAXWELL,

By his attorney,

_____
Chad Vacarella, BBO#684243
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
617 213-7000 (telephone)
617 213-7001 (facsimile)
CVacarella@hinshawlaw.com

Stipulated to by:

APPIAN CORPORATION,

By its attorneys,

_____
T. Christopher Donnelly (BBO # 129930)
Timothy H. Madden (BBO# 654040)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880 (T)
(617) 720-3554 (F)
tcd@dcglaw.com
thm@dcglaw.com

Dated: December 3, 2018

- 3 -

PEGASYSTEMS INC.,

By its attorneys,

_____

Martin F. Murphy, BBO# 363250
mmurphy@foleyhoag.com
Richard G. Baldwin, BBO# 670984
rbaldwin@foleyhoag.com
Madeleine K. Rodriguez, BBO #684394
mrodriguez@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
617 832 1000 (telephone)
617 832 7000 (facsimile)

Stipulated to by:                          Stipulated to by:

BRUCE MAXWELL,                             APPIAN CORPORATION,

By his attorney,                          By its attorneys,

_____         _____

Chad Vacarella, BBO#684243                T. Christopher Donnelly (BBO # 129930)
HINSHAW & CULBERTSON LLP                  Timothy H. Madden (BBO# 654040)
53 State Street, 27th Floor               DONNELLY, CONROY & GELHAAR, LLP
Boston, MA 02109                          260 Franklin Street, Suite 1600
617 213-7000 (telephone)                  Boston, Massachusetts 02110
617 213-7001 (facsimile)                  (617) 720-2880 (T)
CVacarella@hinshawlaw.com                 (617) 720-3554 (F)
                                          tcd@dcglaw.com
                                          thm@dcglaw.com

Dated: December 3, 2018

## CERTIFICATE OF SERVICE

I hereby certify that, on December 4, 2018, I caused a true and accurate copy of the above document to be served by mail on the following counsel of record:

T. Christopher Donnelly, Esq.
Timothy H. Madden, Esq.
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
*Counsel for Appian Corporation*

Chad Vacarella, Esq.
Hinshaw & Culbertson LLP
53 State Street, 27th Floor
Boston, MA 02109
*Counsel for Bruce Maxwell*

Richard G. Baldwin
*Counsel for Pegasystems Inc.*

- 4 -