# Exhibit 26

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PEGASYSTEMS INC.,

                    Plaintiff,

v.

APPIAN CORPORATION and BUSINESS
PROCESS MANAGEMENT, INC.,

                    Defendants.

Case No. 19-cv-11461-PBS-MPK

## PEGASYSTEMS' MOTION TO CONTINUE MEDIATION

Plaintiff Pegasystems Inc. ("Pegasystems") hereby respectfully moves to continue the mediation currently scheduled for December 3rd, 2020. Pegasystems believes that mediation would be more fruitful after the parties have conducted additional discovery. While the parties have made progress in this regard, neither party has yet taken depositions, and Pegasystems believes that this additional discovery would be helpful to a productive mediation session. Separately, and more importantly, there is another case between Pegasystems and Defendant Appian Corporation ("Appian") that is pending in state court in Virginia. Pegasystems would prefer to explore resolution on a global basis. For these reasons, Pegasystems does not feel the dispute is currently ripe for mediation. Pegasystems proposes that the parties meet and confer in three months and agree on a date for mediation at that time.

In response to Pegasystems' request, Defendants responded as follows:

Appian's Response

Appian, the defendant and counterclaim plaintiff, responds as follows. Appian recognizes that the Court has instructed the parties to mediate and explore the possibility of resolving this

case, and we think it is appropriate for the parties to comply with the order. Appian is prepared to proceed. We recognize that Pegasystems' unwillingness to mediate or reach a resolution has a bearing on that, and will defer to the Court on how it would like the parties to proceed given Pegasystems' position.

BPM.com's Response

Defendant BPM.com responds that it is not a party to the litigation between Pegasystems and Appian pending in Virginia state court and believes that a delay by Pegasystems in seeking to resolve an additional litigation to which BPM.com is not a party is prejudicial to BPM.com. BPM.com is prepared to proceed as the Court deems appropriate.

The parties communicated with Magistrate Judge Boal's clerk regarding Pegasystems' request, and the clerk suggested filing a motion with the Court, and stated "Judge Boal will only mediate this case if the parties are all willing to participate in the mediation." As such, the parties understand that mediation will not go forward as scheduled.

WHEREFORE, for the foregoing reasons, Pegasystems requests that the Court grant this Motion.

2

Dated:  November 24, 2020

Respectfully submitted,

PEGASYSTEMS INC.

By its attorneys,

 /s/ *Neil Austin*
Neil Austin (BBO # 657204)
Nicole Kinsley (BBO # 682528)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone:  617-832-1000
Facsimile:  617-832-7000
naustin@foleyhoag.com
nkinsley@foleyhoag.com

August T. Horvath (*pro hac vice*)
Foley Hoag LLP
1301 Avenue of the Americas, 25th floor
New York, New York 10019
Telephone:  646-927-5544
Facsimile:  646-927-5599
ahorvath@foleyhoag.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I, Neil Austin, hereby certify pursuant to Local Rule 7.1(a)(2), that counsel for Appian, BPM, and Pegasystems conferred in good faith in an effort to resolve the issues raised by this motion. Counsel for Appian and BPM.com take the positions outlined above.

/s/ *Neil Austin*
Neil Austin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to any non-registered parties.

/s/ *Neil Austin*
Neil Austin