# Exhibit 27

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

PEGASYSTEMS INC.,

      Plaintiff/Counterclaim Defendant,

v.

APPIAN CORPORATION,

      Defendant/Counterclaim Plaintiff,

and

BUSINESS PROCESS MANAGEMENT, INC.,

      Defendant.

Case No. 19-cv-11461-PBS-MPK

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties have reached an agreement to resolve all claims and counterclaims asserted this action;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective undersigned attorneys that all claims and counterclaims are hereby dismissed with prejudice.

## ORDER

IT IS HEREBY ORDERED THAT THE ABOVE CAPTIONED ACTION IS DISMISSED WITH PREJUDICE.

/s/ PATTI B. SARIS

The Hon. Patti B. Saris

United States District Court Judge

DATED this 10th day of November , 2022.