**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PEGASYSTEMS INC., ALAN TREFLER, and KENNETH STILLWELL, <br><br> Defendants, | Case No.:  1:22-cv-11220-WGY |

**SUPPLEMENTAL DECLARATION OF DANIEL W. HALSTON IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

I, Daniel W. Halston, hereby declare under penalty of perjury as follows:

1.      I am a partner with the firm Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Pegasystems Inc. ("Pega"), Alan Trefler, and Kenneth Stillwell in the above-captioned matter.  I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and have personal knowledge of, and am competent to testify about, the factual matters asserted herein.  If called as a witness, I could and would competently testify thereto.  I submit this Declaration in support of Defendants' Reply Memorandum in Support of Their Motion to Dismiss the Consolidated Amended Complaint.

**Pega's SEC Filings**

2.      Attached as Exhibit 28 is a true and correct copy of an excerpt of Pega's Form 10-K for the Fiscal Year Ended December 31, 2020, filed with the SEC on February 17, 2021 (cited at ¶¶ 128–130, 133–34, 138–39, 142, 148–49, 273 of the Consolidated Amended Complaint).

3.      Attached as Exhibit 29 is a true and correct copy of an excerpt of Pega's Form 10-K for the Fiscal Year Ended December 31, 2021, filed with the SEC on February 16, 2022 (cited at ¶¶ 114–15, 145, 147–49, 162, 166, 169–70, 243, 273 of the Consolidated Amended Complaint).

4.      Attached as Exhibit 30 is a true and correct copy of an excerpt of Pega's Form 10-Q for the Quarterly Period Ended September 30, 2022, filed with the SEC on October 26, 2022.

### Documents From the Virginia Litigation

5.      Attached as Exhibit 31 is a true and correct copy of an excerpt of Pega's Demurrer, Plea in Bar, and Motion for Bill of Particulars to Plaintiff's First Amended Complaint in the Virginia Litigation, filed on November 29, 2021.

6.      Attached as Exhibit 32 is a true and correct copy of the order on Pega's Demurrer and Motion for Bill of Particulars in the Virginia Litigation, issued on January 13, 2022.

7.      Attached as Exhibit 33 is a true and correct copy of an excerpt of the order on Pega's Plea in Bar in the Virginia Litigation, issued on February 23, 2022.

8.      Attached as Exhibit 34 is a true and correct copy of an excerpt of Pega's Opening Brief of Appellant in the Virginia Litigation, filed in the Court of Appeals of Virginia on February 6, 2023.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd day of April, 2023, in Boston, Massachusetts.

/s/ Daniel W. Halston
Daniel W. Halston

2