# Exhibit 29

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

# FORM 10-K

_____

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT of 1934**

**For the fiscal year ended December 31, 2021**

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT of 1934**

**Commission File No. 1-11859**

_____

# PEGASYSTEMS INC.
*(Exact name of Registrant as specified in its charter)*

_____

| | |
|---|---|
| **Massachusetts** | **04-2787865** |
| *(State or other jurisdiction of incorporation or organization)* | *(IRS Employer Identification No.)* |

**One Main Street, Cambridge, MA 02142**
*(Address of principal executive offices, including zip code)*

**(617) 374-9600**
*(Registrant's telephone number, including area code)*

_____

**Securities registered pursuant to Section 12(b) of the Act:**

| <u>Title of each class</u> | <u>Trading symbol(s)</u> | <u>Name of each exchange on which registered</u> |
|---|---|---|
| Common Stock, $.01 par value per share | PEGA | NASDAQ Global Select Market |

**Securities registered pursuant to Section 12(g) of the Act:**
**None**

_____

Indicate by check mark if the Registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes ☐ No ☒

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging company," in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐    Emerging growth company ☐

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the Registrant's common stock held by non-affiliates, based upon the closing price of the Registrant's common stock on the NASDAQ Global Select Market of $139.19, on June 30, 2021 was approximately $5.7 billion.

There were 81,631,845 shares of the Registrant's common stock, $0.01 par value per share, outstanding on February 4, 2022.

### DOCUMENTS INCORPORATED BY REFERENCE

Portions of the Registrant's definitive proxy statement related to its 2022 annual meeting of stockholders to be filed subsequently are incorporated by reference into Part III of this report.

**Remaining performance obligations ("Backlog") | Increased 25% since December 31, 2020**

Expected future revenue from existing non-cancellable contracts:



## RESULTS OF OPERATIONS

### *Revenue*

*Subscription transition*

We are transitioning our business to sell software primarily through subscription arrangements. This transition has impacted revenue growth as revenue is recognized differently for subscription services than for license sales. Revenue from Pega Cloud and maintenance arrangements is typically recognized over the contract term, while revenue from license sales is recognized when the license rights become effective, typically upfront.

| *(Dollars in thousands)* | | 2021 | | | 2020 | | | Change | |
|---|---|---|---|---|---|---|---|---|---|
| Pega Cloud | $ | 300,966 | 25% | $ | 208,268 | 20% | $ | 92,698 | 45% |
| Maintenance | | 320,257 | 26% | | 296,709 | 30% | | 23,548 | 8% |
| Subscription services | | 621,223 | 51% | | 504,977 | 50% | | 116,246 | 23% |
| Subscription license (A) | | 336,248 | 28% | | 266,352 | 26% | | 69,896 | 26% |
| Subscription | | 957,471 | 79% | | 771,329 | 76% | | 186,142 | 24% |
| Perpetual license | | 32,172 | 3% | | 28,558 | 3% | | 3,614 | 13% |
| Consulting | | 222,010 | 18% | | 217,630 | 21% | | 4,380 | 2% |
| | $ | 1,211,653 | 100% | $ | 1,017,517 | 100% | $ | 194,136 | 19% |

(A) Revenue from term licenses.

The change in revenue in 2021 generally reflects the impact of our subscription transition. Additional contributing factors were:

•An increasing portion of our term license contracts include multi-year committed maintenance periods instead of annually renewable maintenance. Under multi-year committed maintenance arrangements, a larger portion of the total contract value is recognized as maintenance revenue over the contract term rather than upon the effectiveness of the license rights as subscription license revenue. In 2021, multi-year committed maintenance contributed $17.1 million to maintenance revenue growth and reduced subscription license revenue growth by $4.0 million.

•Maintenance renewal rates remained over 90% in 2021.

•The increase in perpetual revenue was primarily due to license rights becoming effective in 2021 related to several large software license contracts entered into in prior years.

•The increase in consulting revenue in 2021 was primarily due to an increase in billable hours, which offset the impact of reduced billable travel expenses due to COVID-19. As part of our long-term strategy, we intend to continue growing and increasingly leveraging our ecosystem of partners on future implementation projects, potentially reducing our future consulting revenue growth rate.

### Gross profit

| (Dollars in thousands) | | 2021 | | | 2020 | | | Change | |
|---|---|---|---|---|---|---|---|---|---|
| Pega Cloud | $ | 202,171 | 67% | $ | 131,693 | 63% | $ | 70,478 | 54% |
| Maintenance | | 298,606 | 93% | | 274,398 | 92% | | 24,208 | 9% |
| Subscription services | | 500,777 | 81% | | 406,091 | 80% | | 94,686 | 23% |
| Subscription license | | 333,859 | 99% | | 263,708 | 99% | | 70,151 | 27% |
| Subscription | | 834,636 | 87% | | 669,799 | 87% | | 164,837 | 25% |
| Perpetual license | | 31,943 | 99% | | 28,274 | 99% | | 3,669 | 13% |
| Consulting | | 8,711 | 4% | | 8,531 | 4% | | 180 | 2% |
| | $ | 875,290 | 72% | $ | 706,604 | 69% | $ | 168,686 | 24% |

The increase in gross profit in 2021 was primarily due to overall revenue growth and cost-efficiency gains as Pega Cloud grows and scales because of our subscription transition.

### Operating expenses

| (Dollars in thousands) | | 2021 | % of Revenue | | 2020 | % of Revenue | | Change | |
|---|---|---|---|---|---|---|---|---|---|
| Selling and marketing | $ | 625,886 | 52% | $ | 545,693 | 54% | $ | 80,193 | 15% |
| Research and development | $ | 260,630 | 22% | $ | 236,986 | 23% | $ | 23,644 | 10% |
| General and administrative | $ | 83,506 | 7% | $ | 67,452 | 7% | $ | 16,054 | 24% |

•The increase in selling and marketing in 2021 was primarily due to an increase in compensation and benefits of $82.7 million, attributable to increases in headcount and incentive compensation. The increase in headcount reflects our efforts to increase our sales capacity to deepen relationships with existing clients and target new accounts.

•The increase in research and development in 2021 was primarily due to an increase in compensation and benefits of $24.8 million, attributable to increases in headcount and incentive compensation. The increase in headcount reflects additional investments in the development of our solutions, particularly for Pega Cloud.

•The increase in general and administrative in 2021 was primarily due to an increase of $14.4 million in legal fees and related expenses arising from proceedings that originated outside of the ordinary course of business. We have incurred and expect to continue to incur additional expenses for these proceedings in 2022. See "Note 19. Commitments And Contingencies" in Item 8 of this Annual Report for additional information.

•In February 2021, we agreed to accelerate our exit from our prior Cambridge, Massachusetts headquarters to October 1, 2021, in exchange for a one-time payment from our landlord of $18 million. This agreement was the primary contributor to decreases in facilities expenses of $5.1 million in selling and marketing, $5.6 million in research and development, and $2.7 million in general and administrative, in 2021.

### Other income and expenses

| (Dollars in thousands) | | 2021 | | 2020 | | Change | |
|---|---|---|---|---|---|---|---|
| Foreign currency transaction (loss) gain | $ | (6,459) | $ | 3,704 | $ | (10,163) | * |
| Interest income | | 704 | | 1,223 | | (519) | (42)% |
| Interest expense | | (7,956) | | (19,356) | | 11,400 | 59% |
| (Loss) gain on capped call transactions | | (23,633) | | 31,697 | | (55,330) | * |
| Other income, net | | 89 | | 1,370 | | (1,281) | (94)% |
| | $ | (37,255) | $ | 18,638 | $ | (55,893) | * |

* not meaningful

•The change in foreign currency transaction (loss) gain in 2021 was primarily due to the impact of fluctuations in foreign currency exchange rates associated with our foreign currency-denominated cash, receivables, and intercompany balances held by our subsidiary in the United Kingdom.

•The decrease in interest income in 2021 was primarily due to declines in market interest rates and invested funds.

•The decrease in interest expense in 2021 was primarily due to our adoption of Accounting Standards Update 2020-06 on January 1, 2021. See "Note 11. Debt" in Item 8 of this Annual Report for additional information.

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this Annual Report on Form 10-K to be signed on its behalf by the undersigned, thereunto duly authorized.

**Pegasystems Inc.**

Date:   February 16, 2022              By:                    /s/ KENNETH STILLWELL

**Kenneth Stillwell**
**Chief Operating Officer and Chief Financial Officer**
**(Principal Financial Officer)**

Pursuant to the requirements of the Securities Exchange Act of 1934, this Annual Report on Form 10-K has been signed below on February 16, 2022 by the following persons on behalf of the Registrant and in the capacities indicated.

| Signature | Title |
|---|---|
| /s/ ALAN TREFLER<br>**Alan Trefler** | Chairman and Chief Executive Officer<br>(Principal Executive Officer) |
| /s/ KENNETH STILLWELL<br>**Kenneth Stillwell** | Chief Operating Officer and Chief Financial Officer<br>(Principal Financial Officer) |
| /s/ EFSTATHIOS KOUNINIS<br>**Efstathios Kouninis** | Chief Accounting Officer, Vice President of Finance, and Treasurer<br>(Principal Accounting Officer) |
| /s/ PETER GYENES<br>**Peter Gyenes** | Director |
| /s/ RICHARD JONES<br>**Richard Jones** | Director |
| /s/ CHRISTOPHER LAFOND<br>**Christopher Lafond** | Director |
| /s/ DIANNE LEDINGHAM<br>**Dianne Ledingham** | Director |
| /s/ SHARON ROWLANDS<br>**Sharon Rowlands** | Director |
| /s/ LARRY WEBER<br>**Larry Weber** | Director |