# Exhibit 32

**VIRGINIA:**

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY

Appian Corporation,
Plaintiff/Complainant,

vs.

Law/Fiduciary/Chancery No. 2020-7216

Pegasystems, Inc etal.
Defendant/Respondent,

## ORDER

This case came to be heard on the 13 day of January '22, on the ~~Plaintiff's / Complainant's /~~ ~~Defendant's / Respondent's motion~~ Demurrer and motion for Bill of Particulars.

Upon the matters presented to the court at the Hearing it is, for the reasons stated from the bench, ADJUDGED, ORDERED, and DECREED as follows:

The demurrer and motion for bill of particulars is granted in part and denied in part as follows:

Count II: the demurrer is overruled;

Count III: the demurrer is overruled but the motion for bill of particulars is granted in part and Appian will within 21 days file a bill of particulars as to the those customers that comprise the specific business expectancies for Count III; and

Counts IV and V: the demurrers are sustained and those claims are dismissed ~~with prejudice~~.

Entered, this 13th day of January, 2022.

_Richard E. Gardiner_
JUDGE RICHARD E. GARDINER

Seen and Objected to in part for the reasons: stated in the pleadings and in argument!

_signature_
Counsel for Plaintiff / Complainant

Seen and objected to in part for the reasons stated in pleadings and oral argument.

_signature_
Counsel for Defendant / ~~Respondent~~ Pega Systems Inc.

_signature_
counsel for Defendant Yuryuung Zou