# Exhibit 33

**VIRGINIA:**

### IN THE CIRCUIT COURT OF FAIRFAX COUNTY

| | | |
|---|---|---|
| **APPIAN CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 2020-07216** |
| | ) | |
| **PEGASYSTEMS INC.,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

This matter came to be heard on the jury trial of the Plea in Bar of Defendants Pegasystems Inc. and Youyong Zou. For the reasons stated on the record, it is hereby **ADJUDGED, ORDERED, AND DECREED** as follows:

(1) As to Count I of the First Amended Complaint (Misappropriation of Trade Secrets in violation of Virginia's Uniform Trade Secrets Act), Plaintiff's Motion to Strike Defendants' Plea In Bar is GRANTED, and Defendants' Plea In Bar is OVERRULED.

(2) As to Count II of the First Amended Complaint (Computer Fraud in violation of the Virginia Computer Crimes Act), with regard to which Defendants' Plea In Bar seeks only to bar acts occurring prior to May 29, 2015, the Court GRANTS Defendant Pegasystems Inc.'s Plea In Bar as to acts occurring prior to May 29, 2015 and dismisses, with prejudice, Count II as to any acts occurring prior to May 29, 2015.

Entered this 23rd day of February 2022.

Hon. Richard E. Gardiner
Judge, Fairfax Circuit Court