UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) | No. 1:22-cv-11220-WGY |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves for the Court to enter an Order granting Nicole Q. Gilliland to appear on behalf of Lead Plaintiffs and practice before this Court in the above-caption action.

As grounds therefor, the undersigned represents the following:

1. Nicole Q. Gilliland was admitted to the bar of the State of California in 2021.

2. Nicole Q. Gilliland is a member in good standing in every jurisdiction where she has been admitted to practice.

3. No disciplinary proceedings are pending against Nicole Q. Gilliland as a member of any bar in any jurisdiction.

4. Nicole Q. Gilliland has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. Nicole Q. Gilliland has represented to the undersigned that she has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. In further support of this motion, Nicole Q. Gilliland has submitted herewith her Certification of Good Standing as required by Local Rule 83.5.3.

DATED: November 1, 2023	HUTCHINGS BARSAMIAN MANDELCORN, LLP
	THEODORE M. HESS-MAHAN, BBO #557109


	  /s/Theodore M. Hess-Mahan
	THEODORE M. HESS-MAHAN

	110 Cedar Street, Suite 250
	Wellesley Hills, MA  02481
	Telephone:  781/431-2231
	781/431-8726 (fax)
	thess-mahan@hutchingsbarsamian.com

	Liaison Counsel for Lead Plaintiffs

	ROBBINS GELLER RUDMAN
	  & DOWD LLP
	DEBRA J. WYMAN
	CHRISTOPHER D. STEWART
	LONNIE A. BROWNE
	MEGAN A. ROSSI
	655 West Broadway, Suite 1900
	San Diego, CA  92101
	Telephone:  619/231-1058
	619/231-7423 (fax)
	debraw@rgrdlaw.com
	cstewart@rgrdlaw.com
	lbrowne@rgrdlaw.com
	mrossi@rgrdlaw.com

	ROBBINS GELLER RUDMAN
	  & DOWD LLP
	CHAD JOHNSON
	420 Lexington Avenue, Suite 1832
	New York, NY  10170
	Telephone:  212/432-5100
	chadj@rgrdlaw.com

	ROBBINS GELLER RUDMAN
	  & DOWD LLP
	SNEHEE KHANDESHI
	Post Montgomery Center
	One Montgomery Street, Suite 1800
	San Francisco, CA  94104
	Telephone:  415/288-4545
	415/288-4534 (fax)
	skhandeshi@rgrdlaw.com

4857-7330-2154.v1

Lead Counsel for Lead Plaintiffs

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I hereby certify that counsel for the respective parties have conferred and have attempted in good faith to resolve or narrow the issue(s) raised in this motion. Defendants, by and through their counsel, do not object to the relief requested herein.

*/s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 1, 2023.

*/s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN
