## CERTIFICATION OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Nicole Q. Gilliland, hereby certify that:

1. I was admitted to the bar of the State of California in 2021.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. My name, firm name, street address, telephone number, fax number, and email address are as follows:

>   Nicole Q. Gilliland
>   Robbins Geller Rudman & Dowd LLP
>   655 West Broadway, Suite 1900
>   San Diego, CA  92101
>   Telephone: 619/231-1058
>   619/231-7423 (fax)
>   ngilliland@rgrdlaw.com

Dated:  November 1, 2023

_____
NICOLE Q. GILLILAND

4882-7009-2938.v1