UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) | No. 1:22-cv-11220-WGY<br><br>NOTICE OF APPEARANCE |

4876-7865-3326.v1

Please enter the appearance of Nicole Q. Gilliland on behalf of Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund in the above-referenced matter.

DATED: November 7, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
DEBRA J. WYMAN
CHRISTOPHER D. STEWART
LONNIE A. BROWNE
MEGAN A. ROSSI
NICOLE Q. GILLILAND

s/ Nicole Q. Gilliland
NICOLE Q. GILLILAND

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
cstewart@rgrdlaw.com
lbrowne@rgrdlaw.com
mrossi@rgrdlaw.com
ngilliland@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHAD JOHNSON
420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
chadj@rgrdlaw.com

- 1 -

4876-7865-3326.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SNEHEE KHANDESHI
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
skhandeshi@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

HUTCHINGS BARSAMIAN MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

Liaison Counsel for Lead Plaintiffs

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 7, 2023.

                                                      s/ Nicole Q. Gilliland
                                                     NICOLE Q. GILLILAND

                                                     ROBBINS GELLER RUDMAN
                                                              & DOWD LLP
                                                   655 West Broadway, Suite 1900
                                                 San Diego, CA  92101-8498
                                                 Telephone:  619/231-1058
                                                 619/231-7423 (fax)

                                                 Email:  ngilliland@rgrdlaw.com

4876-7865-3326.v1