# EXHIBIT 14

| | |
|---|---|
| **From:** | Christopher Stewart |
| **To:** | "Schutzman, Erika"; Halston, Daniel; Smith, Robert Kingsley |
| **Cc:** | Debra Wyman; Lonnie Browne; Megan Rossi; Chad Johnson; Snehee Khandeshi; "thess-mahan@hutchingsbarsamian.com" |
| **Subject:** | RE: In re Pegasystems Inc. Securities Litigation, No. 1:22-cv-11220-WGY |
| **Date:** | Tuesday, September 12, 2023 11:34:13 AM |
| **Attachments:** | RE City of Fort Lauderdale Police and Firefighters" Retirement System v. Pegasystems Inc. et al. No. 122-cv-11220-WGY.msg.msg |

Counsel,

I am following up on plaintiffs' correspondence from August 31, below, generally regarding the issue of privilege logs and Pegasystems' assertions of privilege and work product over documents produced to the SEC.

Please advise when we can expect the privilege logs and information requested in the August 31 letter.

Separately, we never received a response from Defendants to the meet and confer letter we sent over a month ago, on August 7, 2023 (reattached here), regarding the parties' meet and confer calls on July 28 and August 1, 2023 concerning defendants' responses and objections to plaintiffs' first request for production of documents .

Please advise when we can expect Defendants' response to the August 7 letter.

Best,
Chris

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Thursday, August 31, 2023 5:01 PM
**To:** 'Schutzman, Erika' <Erika.Schutzman@wilmerhale.com>; Halston, Daniel <Daniel.Halston@wilmerhale.com>; Smith, Robert Kingsley <Robert.Smith@wilmerhale.com>
**Cc:** Debra Wyman <DebraW@rgrdlaw.com>; Lonnie Browne <LBrowne@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Chad Johnson <ChadJ@rgrdlaw.com>; Snehee Khandeshi <SKhandeshi@rgrdlaw.com>; 'thess-mahan@hutchingsbarsamian.com' <thess-mahan@hutchingsbarsamian.com>
**Subject:** In re Pegasystems Inc. Securities Litigation, No. 1:22-cv-11220-WGY

Counsel,

Please see the attached letter.

Best,
Chris

**Christopher D. Stewart**



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

