# EXHIBIT 19

**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Christopher D. Stewart
cstewart@rgrdlaw.com

October 27, 2023

<u>VIA EMAIL</u>

Robert Kingsley Smith
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA  02109

      Re:    *In re Pegasystems Inc. Securities Litigation,*
                No. 1:22-cv-11220-WGY (D. Mass.)

Dear Counsel:

      I write with regard to Request Nos. 5 and 20 of Lead Plaintiffs' First Request for Production of Documents to Defendants, dated June 2, 2023.  Given the parties have been unable to resolve their disputes over these two requests, Plaintiffs intend to file a motion to compel the requested documents.  We are available early next week if you wish to have a call to discuss the relief we intend to seek in our anticipated motion.

      Best,

      */s/ Christopher D. Stewart*

      CHRISTOPHER D. STEWART

CDS:lls