UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) | No. 1:22-cv-11220-WGY<br><br>**<u>ORAL ARGUMENT REQUESTED</u>**<br><br>PLAINTIFFS' MOTION TO CERTIFY THIS ACTION AS A CLASS ACTION AND RELATED RELIEF |

Pursuant to Federal Rule of Civil Procedure 23, Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund (collectively, "Plaintiffs") hereby move this Court for an Order certifying this matter as a class action pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure, appointing Plaintiffs as Class Representatives, and approving Plaintiffs' selection of Robbins Geller Rudman & Dowd LLP as Class Counsel.  This motion is supported by the memorandum of law, the Declaration of Debra J. Wyman, the Report on Market Efficiency and Damages Methodology by Professor Steven P. Feinstein, Ph.D., CFA, the exhibits to those documents, and such other evidence and argument as the Court may consider.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs respectfully request oral argument pursuant to Local Rule 7.1(d) of the United States District Court for the District of Massachusetts.  Plaintiffs believe that oral argument will assist the Court's consideration of this Motion, and they would appreciate the opportunity for counsel to address any issues raised by, or questions posed by, the Court.

DATED:  December 12, 2023

ROBBINS GELLER RUDMAN
 & DOWD LLP
DEBRA J. WYMAN (admitted *pro hac vice*)
CHRISTOPHER D. STEWART (admitted *pro hac vice*)
LONNIE A. BROWNE (admitted *pro hac vice*)
MEGAN A. ROSSI (admitted *pro hac vice*)
NICOLE Q. GILLILAND (admitted *pro hac vice*)

  s/ Debra J. Wyman
DEBRA J. WYMAN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
cstewart@rgrdlaw.com
lbrowne@rgrdlaw.com
mrossi@rgrdlaw.com
ngilliland@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHAD JOHNSON (admitted *pro hac vice*)
420 Lexington Avenue, Suite 1832
New York, NY 10170
Telephone: 212/432-5100
chadj@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SNEHEE KHANDESHI (admitted *pro hac vice*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
skhandeshi@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

HUTCHINGS BARSAMIAN MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: 781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

Liaison Counsel for Lead Plaintiffs

- 2 -

## RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for Plaintiffs conferred with counsel for Defendants, who did not assent to certification of the class.

s/ Debra J. Wyman
DEBRA J. WYMAN

4857-2738-8565.v1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 12, 2023.

s/ Debra J. Wyman
DEBRA J. WYMAN

4857-2738-8565.v1