UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) ) ) ) | No. 1:22-cv-11220-WGY<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CERTIFY THIS ACTION AS A CLASS ACTION AND RELATED RELIEF |

4873-0365-9413.v1

Having reviewed the papers submitted and determined that the requirements of Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure have been met, the Court hereby grants Plaintiffs' Motion to Certify This Action as a Class Action and Related Relief and appoints the following Class defined as:

All persons who purchased or otherwise acquired the common stock of Pegasystems Inc. ("Pega" or the "Company") between June 16, 2020 and May 9, 2022, inclusive, and were damaged thereby (the "Class"). Excluded from the Class are Defendants and their families, the officers and directors of the Company, at all relevant times, members of their immediate families, and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

The Court also hereby appoints Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund as Class Representatives and the law firm of Robbins Geller Rudman & Dowd LLP as Class Counsel.

IT IS SO ORDERED.

DATED: _____   _____
                                         THE HONORABLE WILLIAM G. YOUNG
                                         UNITED STATES DISTRICT JUDGE