UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) ) ) | No. 1:22-cv-11220-WGY<br><br>JOINT MOTION TO RESCHEDULE THE FEBRUARY 12, 2024 HEARING DATE AND RELATED RELIEF |

4870-8615-4903.v1

Pursuant to Local Rule 7.1 of the United States District Court for the District of Massachusetts, the Parties[1] respectfully submit this joint Motion to reschedule the hearing on Plaintiffs' Motion to Certify This Action as a Class Action and Related Relief (ECF 108) ("Motion for Class Certification"), presently set for February 12, 2024 (ECF 111), and for related relief set forth in the accompanying memorandum of law.

Specifically, the Parties respectfully request that the Court vacate the February 12, 2024 hearing date, enter the Stipulation and [Proposed] Order Amending July 24 2023 Case Management Order (ECF 101) ("Stipulation"), grant their request to take up to 20 fact depositions per side without seeking further leave of Court (ECF 101), and reschedule the hearing on Plaintiffs' Motion for Class Certification so that it occurs after the March 29, 2024 reply date set forth in the Stipulation.

This Motion is supported by the memorandum of law and such other evidence and argument as the Court may consider.

DATED: December 20, 2023       ROBBINS GELLER RUDMAN
               & DOWD LLP
             DEBRA J. WYMAN (admitted *pro hac vice*)
             CHRISTOPHER D. STEWART (admitted *pro hac vice*)
             LONNIE A. BROWNE (admitted *pro hac vice*)
             MEGAN A. ROSSI (admitted *pro hac vice*)
             NICOLE Q. GILLILAND (admitted *pro hac vice*)

                 s/ Debra J. Wyman
                DEBRA J. WYMAN

---

[1] The "Parties" refers to Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund (collectively, "Plaintiffs") together with defendants Pegasystems Inc. and Alan Trefler (collectively, "Defendants").

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
cstewart@rgrdlaw.com
lbrowne@rgrdlaw.com
mrossi@rgrdlaw.com
ngilliland@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
CHAD JOHNSON (admitted *pro hac vice*)
420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
chadj@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SNEHEE KHANDESHI (admitted *pro hac vice*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
skhandeshi@rgrdlaw.com

Lead Counsel for Lead Plaintiffs


HUTCHINGS BARSAMIAN MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

Liaison Counsel for Lead Plaintiffs

| | |
|---|---|
| DATED:  December 20, 2023 | WILMER CUTLER PICKERING HALE AND DORR LLP<br>DANIEL W. HALSTON, BBO #548692<br>MICHAEL G. BONGIORNO, BBO #558748<br>ROBERT KINGSLEY SMITH, BBO #681914<br>ERIKA M. SCHUTZMAN, BBO #69624<br><br>_____s/ Daniel W. Halston_____<br>DANIEL W. HALSTON<br><br>60 State Street<br>Boston, MA  02109<br>Telephone:  617/526-6000<br>617/526-5000 (fax)<br>daniel.halston@wilmerhale.com<br>michael.bongiorno@wilmerhale.com<br>robert.smith@wilmerhale.com<br>erika.schutzman@wilmerhale.com<br><br>Counsel for Defendants Pegasystems Inc. and Alan Trefler |

- 3 -

## RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for Plaintiffs conferred with counsel for Defendants regarding this Motion, and that counsel for Defendants jointly request the relief sought through this Motion.

s/ Debra J. Wyman
DEBRA J. WYMAN

4870-8615-4903.v1

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 20, 2023.

s/ Debra J. Wyman<br>DEBRA J. WYMAN

- 1 -

4870-8615-4903.v1