UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) | No. 1:22-cv-11220-WGY |

**ORAL ARGUMENT REQUESTED**

LEAD PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS AND RELATED RELIEF

4863-0888-0027.v1

Pursuant to Federal Rules of Civil Procedure 26 and 37 and Local Rule 37.1 of the United States District Court for the District of Massachusetts, Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund (collectively, "Plaintiffs") hereby file this Motion to Compel Defendants to Produce Documents and Related Relief ("Motion").

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law and the contemporaneously filed Declaration of Christopher D. Stewart, Plaintiffs respectfully request that the Court compel defendants Pegasystems Inc. and Alan Trefler (collectively, "Defendants") to:

(a)     apply each of the Agreed Terms listed in §II of Appendix A, attached to the Memorandum of Law, across the custodial files of the 24 Agreed Custodians listed in Appendix A, §I.A., for purposes of Defendants' document production in this case;

(b)     apply each of the Agreed Terms listed in §II of Appendix A across the custodial files of Christopher Roche and Kevin O'Keefe, for purposes of Defendants' document production in this case;

(c)     immediately produce, without a manual relevance review, all un-reviewed, non-privileged documents yielded through application of the searches requested herein; and

(d)     collect and produce hyperlinked attachments from Microsoft sources.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs respectfully request oral argument pursuant to Local Rule 7.1(d) of the United States District Court for the District of Massachusetts.  Plaintiffs believe that oral argument will assist the Court's consideration of this Motion, and they would appreciate the opportunity for counsel to address any issues raised by, or questions posed by, the Court.

- 1 -

DATED: January 12, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
DEBRA J. WYMAN (admitted *pro hac vice*)
CHRISTOPHER D. STEWART (admitted *pro hac vice*)
LONNIE A. BROWNE (admitted *pro hac vice*)
MEGAN A. ROSSI (admitted *pro hac vice*)
NICOLE Q. GILLILAND (admitted *pro hac vice*)


        s/ Christopher D. Stewart
      CHRISTOPHER D. STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
cstewart@rgrdlaw.com
lbrowne@rgrdlaw.com
mrossi@rgrdlaw.com
ngilliland@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHAD JOHNSON (admitted *pro hac vice*)
420 Lexington Avenue, Suite 1832
New York, NY 10170
Telephone: 212/432-5100
chadj@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SNEHEE KHANDESHI (admitted *pro hac vice*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
skhandeshi@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

- 2 -

HUTCHINGS BARSAMIAN MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

Liaison Counsel for Lead Plaintiffs

- 3 -

4863-0888-0027.v1

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1 AND 37.1**

Plaintiffs certify that this Motion complies with the provisions set forth in Rules 7.1(a)(2) and 37.1 of the Local Rules of the United States District Court for the District of Massachusetts, and that Plaintiffs attempted in good faith to resolve the parties' dispute prior to bringing it to the Court's attention.  The Parties' meet and confer calls regarding the disputed issues have included telephonic meet and confers on: July 21 and 28, 2023; August 1, 2023; September 21 and 27, 2023; October 2, 4, and 23, 2023; December 8, 15, and 20, 2023; and January 8, 2024.  The Parties have also exchanged written correspondence concerning the disputed issues, including correspondence dated: July 27 and 31, 2023; August 4, 16, and 21, 2023; September 5, 18, 19, and 22, 2023; October 4, 5, 9, 13, 16, and 26, 2023; November 3, 7, 11, 17, 22, and 27, 2023; December 11, 15, 19, and 22, 2023; and January 3, 4, 5, 6, and 7, 2024.  The Parties' calls typically last one hour.  Participating counsel generally included Debra Wyman and Christopher Stewart for Plaintiffs, and Robert Smith and Erika Schutzman for Defendants.

4863-0888-0027.v1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 12, 2024.

s/ Christopher D. Stewart
CHRISTOPHER D. STEWART

4863-0888-0027.v1