UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) ) ) | No. 1:22-cv-11220-WGY<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS AND RELATED RELIEF |

4868-4483-3947.v1

Upon consideration of Lead Plaintiffs' Motion to Compel Defendants to Produce Documents and Related Relief (the "Motion"), the Memorandum of Law filed in support thereof, and the parties' papers and oral arguments, IT IS HEREBY ORDERED that:

1.     Lead Plaintiffs' Motion is GRANTED.

2.     Defendants shall apply each of the Agreed Terms listed in §II of Appendix A, attached to Lead Plaintiffs' Memorandum of Law, across the custodial files of the 24 Agreed Custodians listed in Appendix A, §I.A., for purposes of Defendants' document production in this case;

3.     Defendants shall apply each of the Agreed Terms listed in §II of Appendix A across the custodial files of Christopher Roche and Kevin O'Keefe, for purposes of Defendants' document production in this case;

4.     Defendants shall immediately produce, without a manual relevance review, all un-reviewed, non-privileged documents yielded through application of the searches requested herein; and

5.     Defendants shall collect and produce hyperlinked attachments from Microsoft sources.

IT IS SO ORDERED.

DATED: _____     _____
                                       THE HONORABLE WILLIAM G. YOUNG
                                       UNITED STATES DISTRICT JUDGE

- 1 -

4868-4483-3947.v1