UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) | No. 1:22-cv-11220-WGY<br><br>DECLARATION OF CHRISTOPHER D. STEWART IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS AND RELATED RELIEF |

4888-2277-4939.v1

I, Christopher D. Stewart, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* in this action.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, and am one of the counsel of record for Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund (collectively, "Plaintiffs") in the above-entitled action.  This Declaration is made in support of Lead Plaintiffs' Motion to Compel Defendants to Produce Documents and Related Relief.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      May 17, 2022 letter from Choate, Hall & Stewart LLP to Ken Stillwell;

Exhibit 2:      Pegasystems Inc. and Alan Trefler's (collectively, "Defendants") Initial Disclosure Statement, dated June 22, 2023;

Exhibit 3:      Plaintiffs' August 4, 2023 letter to Defendants;

Exhibit 4:      Plaintiffs' August 16, 2023 letter to Defendants;

Exhibit 5:      Defendants' September 11, 2023 letter to counsel for Appian Corporation;

Exhibit 6:      Plaintiffs' September 22, 2023 letter to Defendants;

Exhibit 7:      Plaintiffs' October 5, 2023 letter to Defendants;

Exhibit 8:      Plaintiffs' October 5, 2023 letter to Defendants[1];

Exhibit 9:      Defendants' October 13, 2023 letter to Plaintiffs;

Exhibit 10:     Defendants' October 16, 2023 letter to Plaintiffs;

Exhibit 11:     Plaintiffs' October 26, 2023 letter to Defendants;

---

[1]     Plaintiffs sent two separate letters to Defendants on October 5, 2023.

- 1 -

Exhibit 12:    Plaintiffs' November 22, 2023 letter to Defendants;

Exhibit 13:    Plaintiffs' December 22, 2023 letter to Defendants;

Exhibit 14:    Defendants' January 5, 2024 letter to Plaintiffs;

Exhibit 15:    Defendants' January 5, 2024 Hit Reports;

Exhibit 16:    Email correspondence dated December 1, 2023 through January 7, 2024, between Plaintiffs and Defendants;

Exhibit 17:    Pegasystems Inc.'s Code of Conduct, Deposition Exhibit 2 to the January 12, 2022 Deposition of Alan Trefler in the action *Appian Corporation v. Pegasystems Inc., et al.*, Civil Action No. 2020-07216 (Circuit Court of Fairfax County, Virginia) (the "Virginia Action");

Exhibit 18:    *Reporting Accountability Concerns*, Pegasystems Inc., https://www.pega.com/about/leadership/governance/reporting-accountability-concerns (last visited Jan. 8, 2024);

Exhibit 19:    Excerpt of Appian Corporation's Second Motion to Compel Pegasystems Inc. to Produce Documents Pursuant to Appian's Proposed ESI Protocol, filed December 4, 2020 in the Virginia Action;

Exhibit 20:    December 21, 2020 order in the Virginia Action;

Exhibit 21:    LinkedIn profile of Phil Benvenuti;

Exhibit 22:    *Nevarez v. Forty Niners Football Co., LLC*, No. 4:16-cv-07013-HSG, ECF 254 (N.D. Cal. Oct. 16, 2018); and

Exhibit 23:    Declaration of Jerry Bui.

3.      Exhibits 24-48 have been designated "Confidential" by Defendants or non-party Deloitte & Touche LLP pursuant to the Protective Order and are the subject of Lead Plaintiffs' Motion to Impound Materials Pursuant to Local Rule 7.2, filed contemporaneously herewith. At the Court's request, Lead Plaintiffs will promptly submit to the Court true and correct copies of the following exhibits:

Exhibit 24:    Excerpts of the October 1, 2022 Deposition of Donald Schuerman in the Virginia Action;

Exhibit 25:    Excerpts of the October 22, 2021 Deposition of Kenneth Stillwell in the Virginia Action;

4888-2277-4939.v1

Exhibit 26:    PEGA_DMASS_00152593;

Exhibit 27:    PEGA_DMASS_00400882;

Exhibit 28:    PEGA_DMASS_00401621;

Exhibit 29:    PEGA_DMASS_00402780;

Exhibit 30:    Excerpt of PEGA_DMASS_00409120;

Exhibit 31:    Excerpt of PEGA_DMASS_00409425;

Exhibit 32:    Excerpt of PEGA_DMASS_00409661;

Exhibit 33:    PEGA_DMASS_00778694;

Exhibit 34:    PEGA_DMASS_00778779;

Exhibit 35:    PEGA_DMASS_00779458;

Exhibit 36:    PEGA_DMASS_00779574;

Exhibit 37:    DT_00000126;

Exhibit 38:    DT_00000141;

Exhibit 39:    DT_00000302;

Exhibit 40:    DT_00000318;

Exhibit 41:    DT_00001794;

Exhibit 42:    DT_00002243;

Exhibit 43:    DT_00003452;

Exhibit 44:    DT_00004467;

Exhibit 45:    DT_00006046;

Exhibit 46:    DT_00021270;

Exhibit 47:    DT_00023971; and

Exhibit 48:    Excerpt of DT_00040175.

4888-2277-4939.v1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 12th day of January, 2024, at San Diego, California.

s/ Christopher D. Stewart

CHRISTOPHER D. STEWART

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 12, 2024.

s/ Christopher D. Stewart
CHRISTOPHER D. STEWART

4888-2277-4939.v1