# EXHIBIT 8

**Robbins Geller**
**Rudman & Dowd LLP**

| | | | | |
|---|---|---|---|---|
| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Christopher D. Stewart
cstewart@rgrdlaw.com

October 5, 2023

<u>VIA EMAIL</u>

Robert Kingsley Smith
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA  02109

>Re:    *In re Pegasystems Inc. Securities Litigation*,
>          No. 1:22-cv-11220-WGY (D. Mass.)

Dear Counsel:

I write regarding Defendants' October 2, 2023 response to Plaintiffs' September 29, 2023 letter.

**A.        Deposition Exhibits from the Virginia Action**

Two pages of the October 2 letter is dedicated to faulting Plaintiffs, Appian Corporation ("Appian"), and Appian's counsel for Defendants' failure to produce *any* deposition exhibits from the Virginia Action.

Moreover, Defendants' letter does not provide a definitive date by which all of the deposition exhibits from the Virginia Action will be produced in this case.

1.        By what date will Defendants complete their production of the deposition exhibits from the Virginia Action?

2.        What has precluded Defendants from producing to Plaintiffs deposition exhibits:

(a)        that only Pegasystems designated as confidential in the Virginia Action; or

(b)        that were not designated as confidential at all in the Virginia Action?

**Robbins Geller
Rudman & Dowd LLP**

Robert Kingsley Smith
October 5, 2023
Page 2


**B.      Trial Exhibits from the Virginia Action**

Defendants' October 2 letter states Defendants' next production "will contain trial exhibits." Defendants do not specify when all of the trial exhibits from the Virginia Action will be produced to Plaintiffs.

1.      By what date will Defendants complete their production of the trial exhibits from the Virginia Action?

2.      What has precluded Defendants from producing to Plaintiffs the trial exhibits from the Virginia Action?

**C.      Documents Produced to Date**

Thank you for confirming none of the documents identified in Section C of Plaintiffs' September 29, 2023 letter have been produced.[1]

Defendants' October 2 letter states that "to-date [Defendants] have produced over 325,000 pages of material."

It appears to Plaintiffs that the vast majority, if not virtually all, of Defendants' production to-date consists of documents that Defendants have re-produced from the Virginia Action (*e.g.*, documents bearing Bates-stamp prefixes used in the Virginia Action).

Further, save for miscellaneous pleadings and other court records from the Virginia Action that Defendants have produced, the vast majority, if not virtually all, of Defendants' production to-date consists of documents created before May 29, 2020.

To help us place Defendants' statement they have "produced over 325,000 pages of material" into context:

---

[1]   "1.  The minutes, agendas, and presentation materials from meetings of the Pegasystems Board of Directors during the relevant period; 2.  The minutes, agendas, and presentation materials from meetings of Pegasystems' Audit Committee during the relevant period; 3.  The minutes, agendas, and presentation materials from meetings of Pegasystems' Disclosure Committee during the relevant period; 4.  Accounting memoranda concerning loss contingencies and the Virginia Action from the relevant period; 5.  Draft and final disclosures contained in Pegasystems' SEC filings concerning contingencies or legal proceedings from the relevant period; and 6.  Pegasystems' policies and procedures for contingencies or legal proceedings."

4880-2150-6948.v1

**Robbins Geller**
**Rudman & Dowd** LLP

Robert Kingsley Smith
October 5, 2023
Page 3

      1.     Approximately how many of the documents that Defendants have produced to-date are not reproductions of documents produced in the Virginia Action?

      2.     Approximately how many of the documents that Defendants have produced to-date consist of documents that Pegasystems created on or after May 29, 2020?

      Very truly yours,

      Christopher D. Stewart

4880-2150-6948.v1