# EXHIBIT 15

|  | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 2 | (10-K OR 10-Q OR 8-K) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 0 | 0 |
| 3 | (Andrew* W/3 Power*) | 22 | 39 |
| 4 | (Appian OR APPN) AND ("Organic Living and Wellness" OR organiclivingandwellness.com) | 3 | 16 |
| 5 | (Appian OR APPN) AND ((Judge OR Daniel) W/3 Ortiz) | 0 | 0 |
| 6 | (Appian OR APPN) AND ((Judge OR Richard) W/3 Gardiner) | 76 | 89 |
| 7 | (Appian OR APPN) AND ((topic OR subtopic OR FASB OR ASC) W/10 (450* OR contingencies)) | 0 | 0 |
| 8 | (Appian OR APPN) AND (Albert W/3 Scii) | 0 | 0 |
| 9 | (Appian OR APPN) AND (Albert W/3 Skii) | 3 | 13 |
| 10 | (Appian OR APPN) AND (Eric W/3 Cole) | 8 | 26 |
| 11 | (Appian OR APPN) AND (James W/3 Malackowski) | 5 | 14 |
| 12 | (Appian OR APPN) AND (Palencia Business Center OR palenciabusinesscenter.com) | 4 | 15 |
| 13 | (Appian OR APPN) AND (Paul W/3 Pinto) | 14 | 25 |
| 14 | (Appian OR APPN) AND (Paul* W/3 Foon*) | 0 | 0 |
| 15 | (Appian OR APPN) AND (proceedings W/3 ordinary course) | 0 | 0 |
| 16 | (Appian OR APPN) AND (Richard W/3 Marshall) | 49 | 83 |
| 17 | (Appian OR APPN) AND (Simon W/3 Platt) | 3 | 10 |
| 18 | (Appian OR APPN) AND (spy OR spies) | 24 | 43 |
| 19 | (Appian OR APPN) AND (William W/3 Easttom) | 5 | 16 |
| 20 | (Appian OR APPN) AND *deloitte* | 69 | 119 |
| 21 | (Appian OR APPN) AND A Ewe | 2 | 12 |
| 22 | (Appian OR APPN) AND A Skii | 2 | 12 |
| 23 | (Appian OR APPN) AND A. Ewe | 2 | 12 |
| 24 | (Appian OR APPN) AND Item 103 | 0 | 0 |
| 25 | (Appian OR APPN) AND legal proceedings | 1 | 3 |
| 26 | (Appian OR APPN) AND ordinary routine litigation | 0 | 0 |
| 27 | (Appian OR APPN) AND pending litigation | 0 | 0 |
| 28 | (Appian OR APPN) AND VCCA | 3 | 5 |
| 29 | (Appian OR APPN) AND Venugopal.sarada@edumithra.co.in | 0 | 0 |
| 30 | (Appian OR APPN) AND Virginia Computer Crimes Act | 35 | 47 |
| 31 | (Appian OR APPN) AND Virginia Uniform Trade Secrets Act | 9 | 19 |
| 32 | (Appian OR APPN) AND vishal.sarada@capgemini.com | 0 | 0 |
| 33 | (Appian OR APPN) AND VUTSA | 6 | 12 |
| 34 | (Appian OR APPN) W/35 "terms of use" | 15 | 25 |
| 35 | (Appian OR APPN) W/35 "trial terms and conditions" | 4 | 12 |
| 36 | (Appian OR APPN) W/35 (Kforce* OR K-Force) | 14 | 26 |
| 37 | (Appian OR APPN) W/35 (management based objective OR management based objectives OR management-based objective OR management-based objectives) | 0 | 0 |
| 38 | (Appian OR APPN) W/35 12 challenges | 8 | 20 |
| 39 | (Appian OR APPN) W/35 12challenges | 3 | 10 |
| 40 | (Appian OR APPN) W/35 action* | 320 | 431 |
| 41 | (Appian OR APPN) W/35 ad damnum | 0 | 0 |
| 42 | (Appian OR APPN) W/35 appeal* | 103 | 146 |

| | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 43 | (Appian OR APPN) W/35 appellate | 1 | 2 |
| 44 | (Appian OR APPN) W/35 attack plan | 11 | 28 |
| 45 | (Appian OR APPN) W/35 battle card | 1 | 1 |
| 46 | (Appian OR APPN) W/35 battlecard* | 37 | 57 |
| 47 | (Appian OR APPN) W/35 BP3 | 30 | 60 |
| 48 | (Appian OR APPN) W/35 burden of proof | 2 | 5 |
| 49 | (Appian OR APPN) W/35 camtasia* | 8 | 22 |
| 50 | (Appian OR APPN) W/35 case* | 776 | 1,012 |
| 51 | (Appian OR APPN) W/35 CI brief | 0 | 0 |
| 52 | (Appian OR APPN) W/35 CI content | 2 | 4 |
| 53 | (Appian OR APPN) W/35 CI Project | 5 | 12 |
| 54 | (Appian OR APPN) W/35 CI space | 9 | 17 |
| 55 | (Appian OR APPN) W/35 claim* | 261 | 396 |
| 56 | (Appian OR APPN) W/35 competitive brief | 9 | 22 |
| 57 | (Appian OR APPN) W/35 competitive briefing | 4 | 12 |
| 58 | (Appian OR APPN) W/35 competitive intelligence | 223 | 319 |
| 59 | (Appian OR APPN) W/35 complaint* | 35 | 72 |
| 60 | (Appian OR APPN) W/35 confidential | 229 | 359 |
| 61 | (Appian OR APPN) W/35 consultant* | 98 | 204 |
| 62 | (Appian OR APPN) W/35 contractor* | 69 | 126 |
| 63 | (Appian OR APPN) W/35 court* | 169 | 230 |
| 64 | (Appian OR APPN) W/35 CRM proposal | 4 | 12 |
| 65 | (Appian OR APPN) W/35 damage* | 96 | 134 |
| 66 | (Appian OR APPN) W/35 damning attack | 0 | 0 |
| 67 | (Appian OR APPN) W/35 deep dive | 17 | 36 |
| 68 | (Appian OR APPN) W/35 defense* | 40 | 82 |
| 69 | (Appian OR APPN) W/35 demurrer* | 0 | 0 |
| 70 | (Appian OR APPN) W/35 depos* | 160 | 209 |
| 71 | (Appian OR APPN) W/35 discovery | 83 | 139 |
| 72 | (Appian OR APPN) W/35 documentation | 67 | 117 |
| 73 | (Appian OR APPN) W/35 enjoin* | 0 | 0 |
| 74 | (Appian OR APPN) W/35 exhibit* | 41 | 103 |
| 75 | (Appian OR APPN) W/35 free trial | 73 | 134 |
| 76 | (Appian OR APPN) W/35 hearing* | 32 | 60 |
| 77 | (Appian OR APPN) W/35 injunct* | 22 | 37 |
| 78 | (Appian OR APPN) W/35 interrog* | 49 | 71 |
| 79 | (Appian OR APPN) W/35 judgment* | 16 | 25 |
| 80 | (Appian OR APPN) W/35 juries | 0 | 0 |
| 81 | (Appian OR APPN) W/35 juror* | 2 | 4 |
| 82 | (Appian OR APPN) W/35 jury | 94 | 131 |
| 83 | (Appian OR APPN) W/35 lawsuit* | 240 | 323 |
| 84 | (Appian OR APPN) W/35 license agreement | 18 | 35 |
| 85 | (Appian OR APPN) W/35 license agreements | 0 | 0 |
| 86 | (Appian OR APPN) W/35 litigat* | 66 | 91 |
| 87 | (Appian OR APPN) W/35 MBO | 5 | 14 |
| 88 | (Appian OR APPN) W/35 mediat* | 17 | 31 |
| 89 | (Appian OR APPN) W/35 merit* | 91 | 146 |

|  | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 90 | (Appian OR APPN) W/35 misappropriat* | 64 | 104 |
| 91 | (Appian OR APPN) W/35 motion* | 31 | 62 |
| 92 | (Appian OR APPN) W/35 proceeding* | 25 | 44 |
| 93 | (Appian OR APPN) W/35 relief | 11 | 18 |
| 94 | (Appian OR APPN) W/35 request for admission | 1 | 10 |
| 95 | (Appian OR APPN) W/35 settle* | 30 | 43 |
| 96 | (Appian OR APPN) W/35 tear down | 7 | 17 |
| 97 | (Appian OR APPN) W/35 teardown* | 17 | 37 |
| 98 | (Appian OR APPN) W/35 technical brief | 6 | 19 |
| 99 | (Appian OR APPN) W/35 technical business brief | 0 | 0 |
| 100 | (Appian OR APPN) W/35 technical CI | 9 | 27 |
| 101 | (Appian OR APPN) W/35 testif* | 86 | 118 |
| 102 | (Appian OR APPN) W/35 testimony | 97 | 144 |
| 103 | (Appian OR APPN) W/35 trade secret | 74 | 114 |
| 104 | (Appian OR APPN) W/35 trade secrets | 132 | 188 |
| 105 | (Appian OR APPN) W/35 transcript* | 32 | 54 |
| 106 | (Appian OR APPN) W/35 trial* | 266 | 386 |
| 107 | (Appian OR APPN) W/35 unjust enrichment | 3 | 7 |
| 108 | (Appian OR APPN) W/35 verdict* | 130 | 165 |
| 109 | (David W/3 Watson) W/35 (Salesforce OR SFDC) | 1 | 10 |
| 110 | (earnings call OR script) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 3 | 30 |
| 111 | (Emily* W/3 Gold*) | 4 | 12 |
| 112 | (Rand* W/3 Dillon) W/35 (Lombardi OR IBM) | 0 | 0 |
| 113 | (Salesforce OR SFDC OR ServiceNow OR IBM) W/35 (management based objective OR management based objectives OR management-based objective OR management-based objectives) | 0 | 0 |
| 114 | (Salesforce OR SFDC OR ServiceNow OR IBM) W/35 MBO | 8 | 19 |
| 115 | *apowerconsulting.com | 0 | 0 |
| 116 | Appian consultant | 34 | 86 |
| 117 | Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict) | 152 | 194 |
| 118 | bbaril@palenciabusinesscenter.com | 2 | 3 |
| 119 | can I ping about legality of using | 0 | 0 |
| 120 | going to call him matt | 0 | 0 |
| 121 | misrepresenting your identify in hopes of obtaining | 0 | 0 |
| 122 | Project Crush | 48 | 90 |
| 123 | questionable means to acquire | 5 | 15 |
| 124 | the Company has strong defenses to these claims | 0 | 0 |
| 125 | understanding appian | 10 | 27 |
| 126 | we should never lose against Appian | 3 | 12 |
| 127 | Youyong | 126 | 187 |
| 128 | Youyoung | 5 | 13 |
| 129 | zouyyong@yahoo.com | 1 | 10 |

|  | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 130 | (To/From/Cc *@deloitte) AND ("without merit" OR (Pega* w/5 competitive w/5 market*) OR (notice! w/5 misappropriat!) OR "strong defenses" OR "code of conduct") | 0 | 0 |
| 131 | investigat* W/10 (code of conduct OR alias OR reprimand* OR block*) | 93 | 184 |
| 132 | Zou AND NOT Zhou | 79 | 101 |
| 133 | the other matt | 8 | 20 |

|  | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 2 | (10-K OR 10-Q OR 8-K) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 1 | 2 |
| 3 | (Appian OR APPN OR litigation OR legal proceeding* OR lawsuit OR loss contingen* OR verdict OR jury trial OR Virginia OR Fairfax OR VA OR VCCA OR VUTSA OR compet*) AND ((quarter* OR annual* OR investor* OR earning* OR Q1* OR Q2* OR Q3* OR Q4* OR FY19 OR FY20 OR FY21 OR FY22 OR FY1* OR FY2* OR full year OR fiscal year) AND (conference* OR call* OR update* OR announc*)) | 2,292 | 7,202 |
| 4 | (Appian OR APPN) AND ((topic OR subtopic OR FASB OR ASC) W/10 (450* OR contingencies)) | 0 | 0 |
| 5 | (Appian OR APPN) AND (proceedings W/3 ordinary course) | 0 | 0 |
| 6 | (Appian OR APPN) AND Disclosure Committee | 0 | 0 |
| 7 | (Appian OR APPN) AND Item 103 | 0 | 0 |
| 8 | (Appian OR APPN) AND legal proceedings | 0 | 0 |
| 9 | (Appian OR APPN) AND ordinary routine litigation | 0 | 0 |
| 10 | (Appian OR APPN) AND pending litigation | 0 | 0 |
| 11 | (Appian OR APPN) W/35 claim* | 2 | 3 |
| 12 | (Appian OR APPN) W/35 complaint* | 0 | 0 |
| 13 | (Appian OR APPN) W/35 lawsuit* | 0 | 0 |
| 14 | (Appian OR APPN) W/35 litigat* | 5 | 13 |
| 15 | (Complaint OR report) AND ((without merit OR (Pega* W/5 competitive W/5 market*) OR (notice* W/5 misappropriat*) OR strong defenses OR code of conduct)) | 195 | 823 |
| 16 | (Complaint OR report) AND (Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict)) | 0 | 0 |
| 17 | (Complaint OR report) AND (Appian W/10 (complaint* OR defense* OR trial* OR depos* OR damage* OR jury OR appeal OR litigation*)) | 4 | 11 |
| 18 | (earnings call OR script) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 1 | 1 |
| 19 | Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict) | 0 | 0 |
| 20 | disclosure committee W/10 (meeting* OR agenda* OR presentation* OR material*) | 80 | 189 |
| 21 | the Company has strong defenses to these claims | 0 | 0 |
| 22 | (To/From/Cc *@deloitte) AND ("without merit" OR (Pega* w/5 competitive w/5 market*) OR (notice! w/5 misappropriat!) OR "strong defenses" OR "code of conduct") | 5 | 34 |

| | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 2 | (Appian OR APPN) AND *deloitte* | 33 | 87 |
| 3 | (Complaint OR report) AND (Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict)) | 9 | 51 |
| 4 | (Complaint OR report) AND (Appian W/10 (complaint* OR defense* OR trial* OR depos* OR damage* OR jury OR appeal OR litigation*)) | 25 | 92 |
| 5 | (Complaint OR report) AND (without merit OR (Pega* W/5 competitive W/5 market*) OR (notice* W/5 misappropriat*) OR strong defenses OR code of conduct) | 792 | 1,785 |
| 6 | code of conduct AND (Appian OR APPN) | 19 | 54 |
| 7 | code of conduct AND (Baril* OR Bessman* OR Nguyen* OR Sarada* OR Bhowmick* OR Potluri* OR Vaddem* OR Kamaraju* OR Davis* OR Zhang*) | 13 | 58 |
| 8 | code of conduct AND (violat* OR investigat*) | 547 | 1,206 |
| 9 | code of conduct W/10 (ethical conduct OR confidential information OR "illegal or questionable means" OR reporting OR deviation OR prompt action OR disciplinary action) | 42 | 121 |
| 10 | code of conduct W/10 (revise OR update) | 31 | 38 |
| 11 | (To/From/Cc *@deloitte) AND ("without merit" OR (Pega* w/5 competitive w/5 market*) OR (notice! w/5 misappropriat!) OR "strong defenses" OR "code of conduct") | 6 | 26 |

|   | A | B | C |
|---|---|---|---|
|   | **Search Term** | **Hits** | **Family Documents** |
| 2 | (10-K OR 10-Q OR 8-K) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 0 | 0 |
| 3 | (Appian OR APPN OR litigation OR legal proceeding* OR lawsuit OR loss contingen* OR verdict OR jury trial OR Virginia OR Fairfax OR VA OR VCCA OR VUTSA OR compet*) AND ((quarter* OR annual* OR investor* OR earning* OR Q1* OR Q2* OR Q3* OR Q4* OR FY19 OR FY20 OR FY21 OR FY22 OR FY1* OR FY2* OR full year OR fiscal year) AND (conference* OR call* OR update* OR announc*)) | 1,478 | 4,299 |
| 4 | (Appian OR APPN) AND ((topic OR subtopic OR FASB OR ASC) W/10 (450* OR contingencies)) | 0 | 0 |
| 5 | (Appian OR APPN) AND (proceedings W/3 ordinary course) | 0 | 0 |
| 6 | (Appian OR APPN) AND Disclosure Committee | 0 | 0 |
| 7 | (Appian OR APPN) AND Item 103 | 0 | 0 |
| 8 | (Appian OR APPN) AND legal proceedings | 1 | 17 |
| 9 | (Appian OR APPN) AND ordinary routine litigation | 0 | 0 |
| 10 | (Appian OR APPN) AND pending litigation | 0 | 0 |
| 11 | (Appian OR APPN) W/35 claim* | 26 | 42 |
| 12 | (Appian OR APPN) W/35 complaint* | 7 | 23 |
| 13 | (Appian OR APPN) W/35 lawsuit* | 35 | 44 |
| 14 | (Appian OR APPN) W/35 litigat* | 10 | 27 |
| 15 | (Complaint OR report) AND (Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict)) | 0 | 0 |
| 16 | (Complaint OR report) AND (Appian W/10 (complaint* OR defense* OR trial* OR depos* OR damage* OR jury OR appeal OR litigation*)) | 7 | 23 |
| 17 | (Complaint OR report) AND (without merit OR (Pega* W/5 competitive W/5 market*) OR (notice* W/5 misappropriat*) OR strong defenses OR code of conduct) | 463 | 1,312 |
| 18 | (earnings call OR script) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 67 | 490 |
| 19 | Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict) | 23 | 23 |
| 20 | disclosure committee W/10 (meeting* OR agenda* OR presentation* OR material*) | 19 | 27 |
| 21 | the Company has strong defenses to these claims | 1 | 17 |
| 22 | (To/From/Cc *@deloitte) AND ("without merit" OR (Pega* w/5 competitive w/5 market*) OR (notice! w/5 misappropriat!) OR "strong defenses" OR "code of conduct") | 0 | 0 |

|  | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 2 | (10-K OR 10-Q OR 8-K) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 329 | 1,820 |
| 3 | (Appian OR APPN OR litigation OR legal proceeding* OR lawsuit OR loss contingen* OR verdict OR jury trial OR Virginia OR Fairfax OR VA OR VCCA OR VUTSA OR compet*) AND ((quarter* OR annual* OR investor* OR earning* OR Q1* OR Q2* OR Q3* OR Q4* OR FY19 OR FY20 OR FY21 OR FY22 OR FY1* OR FY2* OR full year OR fiscal year) AND (conference* OR call* OR update* OR announc*)) | 5,840 | 16,150 |
| 4 | (Appian OR APPN) AND ((topic OR subtopic OR FASB OR ASC) W/10 (450* OR contingencies)) | 405 | 875 |
| 5 | (Appian OR APPN) AND (proceedings W/3 ordinary course) | 75 | 250 |
| 6 | (Appian OR APPN) AND *deloitte* | 949 | 2,169 |
| 7 | (Appian OR APPN) AND Disclosure Committee | 22 | 33 |
| 8 | (Appian OR APPN) AND Item 103 | 23 | 73 |
| 9 | (Appian OR APPN) AND legal proceedings | 365 | 991 |
| 10 | (Appian OR APPN) AND ordinary routine litigation | 1 | 2 |
| 11 | (Appian OR APPN) AND pending litigation | 114 | 313 |
| 12 | (Appian OR APPN) W/35 claim* | 751 | 1,854 |
| 13 | (Appian OR APPN) W/35 complaint* | 485 | 1,144 |
| 14 | (Appian OR APPN) W/35 lawsuit* | 426 | 840 |
| 15 | (Appian OR APPN) W/35 litigat* | 1,105 | 2,500 |
| 16 | (Complaint OR report) AND (Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict)) | 406 | 1,055 |
| 17 | (Complaint OR report) AND (Appian W/10 (complaint* OR defense* OR trial* OR depos* OR damage* OR jury OR appeal OR litigation*)) | 833 | 2,108 |
| 18 | (Complaint OR report) AND (without merit OR (Pega* W/5 competitive W/5 market*) OR (notice* W/5 misappropriat*) OR strong defenses OR code of conduct) | 1,072 | 2,814 |
| 19 | (earnings call OR script) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 3 | 6 |
| 20 | Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict) | 537 | 1,408 |
| 21 | disclosure committee W/10 (meeting* OR agenda* OR presentation* OR material*) | 489 | 823 |
| 22 | the Company has strong defenses to these claims | 161 | 349 |
| 23 | (To/From/Cc *@deloitte) AND ("without merit" OR (Pega* w/5 competitive w/5 market*) OR (notice! w/5 misappropriat!) OR "strong defenses" OR "code of conduct") | 205 | 400 |
| 24 | ((share* OR securities) W/5 (price OR valu*)) W/10 (fall* OR decreas* OR declin* OR drop* OR plummet* OR crash* OR mov* OR market cap OR market capitalization) | 92 | 326 |
| 25 | stock* W/10 (price OR fall* OR decreas* OR declin* OR drop* OR plummet* OR crash* OR mov* OR valu* OR market cap OR market capitalization) | 1,030 | 3,078 |

|  | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 2 | ((Board OR Audit Committee) W/10 (agenda* OR minutes OR presentation* OR materials*)) AND (Appian W/10 (complaint* OR defense* OR trial* OR depos* OR damage* OR jury OR appeal* OR litigation* OR expen*)) | 279 | 597 |
| 3 | ((Board OR Audit Committee) W/10 (agenda* OR minutes OR presentation*)) AND (without merit OR ((Pega* W/5 competitive W/5 market*) OR (notice* W/5 misappropriat*) OR strong defenses OR code of conduct) | 283 | 629 |
| 4 | (10-K OR 10-Q OR 8-K) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 32 | 60 |
| 5 | (Appian OR APPN OR litigation OR legal proceeding* OR lawsuit OR loss contingen* OR verdict OR jury trial OR Virginia OR Fairfax OR VA OR VCCA OR VUTSA OR compet*) AND ((quarter* OR annual* OR investor* OR earning* OR Q1* OR Q2* OR Q3* OR Q4* OR FY19 OR FY20 OR FY21 OR FY22 OR FY1* OR FY2* OR full year OR fiscal year) AND (conference* OR call* OR update* OR announc*)) | 5,849 | 15,818 |
| 6 | (Appian OR APPN) AND ((topic OR subtopic OR FASB OR ASC) W/10 (450* OR contingencies)) | 417 | 880 |
| 7 | (Appian OR APPN) AND (proceedings W/3 ordinary course) | 54 | 181 |
| 8 | (Appian OR APPN) AND *deloitte* | 827 | 1,578 |
| 9 | (Appian OR APPN) AND Disclosure Committee | 18 | 25 |
| 10 | (Appian OR APPN) AND Item 103 | 26 | 73 |
| 11 | (Appian OR APPN) AND legal proceedings | 218 | 547 |
| 12 | (Appian OR APPN) AND ordinary routine litigation | 6 | 12 |
| 13 | (Appian OR APPN) AND pending litigation | 46 | 141 |
| 14 | (Appian OR APPN) W/35 claim* | 880 | 1,832 |
| 15 | (Appian OR APPN) W/35 complaint* | 479 | 1,035 |
| 16 | (Appian OR APPN) W/35 lawsuit* | 547 | 1,107 |
| 17 | (Appian OR APPN) W/35 litigat* | 1,040 | 2,021 |
| 18 | (code of conduct) AND (Appian OR APPN) | 30 | 183 |
| 19 | (code of conduct) AND (Baril* OR Bessman* OR Nguyen* OR Sarada* OR Bhowmick* OR Potluri* OR Vaddem* OR Kamaraju* OR Davis* OR Zhang*) | 11 | 29 |
| 20 | (code of conduct) AND (violat* OR investigat*) | 403 | 1,111 |
| 21 | (Complaint OR report) AND ((without merit OR ((Pega* W/5 competitive) W/5 market*) OR (notice* W/5 misappropriat*) OR strong defenses OR code of conduct)) | 949 | 2,368 |
| 22 | (Complaint OR report) AND (Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict)) | 350 | 884 |
| 23 | (Complaint OR report) AND (Appian W/10 (complaint* OR defense* OR trial* OR depos* OR damage* OR jury OR appeal OR litigation*)) | 935 | 1,974 |
| 24 | (earnings call OR script) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 0 | 0 |
| 25 | Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict) | 499 | 1,165 |
| 26 | code of conduct W/10 (ethical conduct OR confidential information OR "illegal or questionable means" OR reporting OR deviation OR prompt action OR disciplinary action) | 47 | 123 |

|  | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 27 | code of conduct W/10 (revise OR update) | 8 | 35 |
| 28 | disclosure committee W/10 (meeting* OR agenda* OR presentation* OR material*) | 156 | 196 |
| 29 | the Company has strong defenses to these claims | 179 | 342 |
| 30 | (To/From/Cc *@deloitte) AND ("without merit" OR (Pega* w/5 competitive w/5 market*) OR (notice! w/5 misappropriat!) OR "strong defenses" OR "code of conduct") | 224 | 539 |
| 31 | ((share* OR securities) W/5 (price OR valu*)) W/10 (fall* OR decreas* OR declin* OR drop* OR plummet* OR crash* OR mov* OR market cap OR market capitalization) | 68 | 176 |
| 32 | stock* W/10 (price OR fall* OR decreas* OR declin* OR drop* OR plummet* OR crash* OR mov* OR valu* OR market cap OR market capitalization) | 532 | 1,161 |
| 33 | investigat* W/10 (code of conduct OR alias OR reprimand* OR block*) | 4 | 9 |

|  | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 2 | (10-K OR 10-Q OR 8-K) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 0 | 0 |
| 3 | (Appian OR APPN OR litigation OR legal proceeding* OR lawsuit OR loss contingen* OR verdict OR jury trial OR Virginia OR Fairfax OR VA OR VCCA OR VUTSA OR compet*) AND ((quarter* OR annual* OR investor* OR earning* OR Q1* OR Q2* OR Q3* OR Q4* OR FY19 OR FY20 OR FY21 OR FY22 OR FY1* OR FY2* OR full year OR fiscal year) AND (conference* OR call* OR update* OR announc*)) | 2,767 | 4,129 |
| 4 | (Appian OR APPN) AND ((topic OR subtopic OR FASB OR ASC) W/10 (450* OR contingencies)) | 0 | 0 |
| 5 | (Appian OR APPN) AND (proceedings W/3 ordinary course) | 6 | 75 |
| 6 | (Appian OR APPN) AND Disclosure Committee | 0 | 0 |
| 7 | (Appian OR APPN) AND Item 103 | 0 | 0 |
| 8 | (Appian OR APPN) AND legal proceedings | 8 | 99 |
| 9 | (Appian OR APPN) AND ordinary routine litigation | 0 | 0 |
| 10 | (Appian OR APPN) AND pending litigation | 0 | 0 |
| 11 | (Appian OR APPN) W/35 claim* | 96 | 312 |
| 12 | (Appian OR APPN) W/35 complaint* | 26 | 134 |
| 13 | (Appian OR APPN) W/35 lawsuit* | 65 | 159 |
| 14 | (Appian OR APPN) W/35 litigat* | 67 | 240 |
| 15 | (Complaint OR report) AND (Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict)) | 19 | 113 |
| 16 | (Complaint OR report) AND (Appian W/10 (complaint* OR defense* OR trial* OR depos* OR damage* OR jury OR appeal OR litigation*)) | 66 | 227 |
| 17 | (Complaint OR report) AND (without merit OR (Pega* W/5 competitive W/5 market*) OR (notice* W/5 misappropriat*) OR strong defenses OR code of conduct) | 41 | 229 |
| 18 | (earnings call OR script) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 1 | 29 |
| 19 | Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict) | 40 | 134 |
| 20 | disclosure committee W/10 (meeting* OR agenda* OR presentation* OR material*) | 51 | 71 |
| 21 | the Company has strong defenses to these claims | 2 | 24 |
| 22 | (To/From/Cc *@deloitte) AND ("without merit" OR (Pega* w/5 competitive w/5 market*) OR (notice! w/5 misappropriat!) OR "strong defenses" OR "code of conduct") | 0 | 0 |

| | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 2 | (Complaint OR report) AND (Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict)) | 0 | 0 |
| 3 | (Complaint OR report) AND (Appian W/10 (complaint* OR defense* OR trial* OR depos* OR damage* OR jury OR appeal OR litigation*)) | 1 | 2 |
| 4 | (Complaint OR report) AND (without merit OR (Pega* W/5 competitive W/5 market*) OR (notice* W/5 misappropriat*) OR strong defenses OR code of conduct) | 117 | 148 |

| | A | B | C |
|---|---|---|---|
| **1** | **Search Term** | **Hits** | **Family Documents** |
| 2 | (10-K OR 10-Q OR 8-K) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 1 | 5 |
| 3 | (Andrew* W/3 Power*) | 12 | 19 |
| 4 | (Appian OR APPN OR litigation OR legal proceeding* OR lawsuit OR loss contingen* OR verdict OR jury trial OR Virginia OR Fairfax OR VA OR VCCA OR VUTSA OR compet*) AND ((quarter* OR annual* OR investor* OR earning* OR Q1* OR Q2* OR Q3* OR Q4* OR FY19 OR FY20 OR FY21 OR FY22 OR FY1* OR FY2* OR full year OR fiscal year) AND (conference* OR call* OR update* OR announc*)) | 18,106 | 26,722 |
| 5 | (Appian OR APPN) AND ((Judge OR Daniel) W/3 Ortiz) | 1 | 3 |
| 6 | (Appian OR APPN) AND ((Judge OR Richard) W/3 Gardiner) | 52 | 97 |
| 7 | (Appian OR APPN) AND ((topic OR subtopic OR FASB OR ASC) W/10 (450* OR contingencies)) | 8 | 22 |
| 8 | (Appian OR APPN) AND (A Skii) | 168 | 191 |
| 9 | (Appian OR APPN) AND (Albert W/3 Scii) | 1 | 3 |
| 10 | (Appian OR APPN) AND (Albert W/3 Skii) | 129 | 150 |
| 11 | (Appian OR APPN) AND (Eric W/3 Cole) | 1 | 3 |
| 12 | (Appian OR APPN) AND (James W/3 Malackowski) | 5 | 10 |
| 13 | (Appian OR APPN) AND (Organic Living and Wellness OR *organiclivingandwellness.com) | 0 | 0 |
| 14 | (Appian OR APPN) AND (Palencia Business Center OR *palenciabusinesscenter.com) | 1 | 3 |
| 15 | (Appian OR APPN) AND (Paul W/3 Pinto) | 0 | 0 |
| 16 | (Appian OR APPN) AND (Paul* W/3 Foon*) | 1 | 3 |
| 17 | (Appian OR APPN) AND (proceedings W/3 ordinary course) | 9 | 84 |
| 18 | (Appian OR APPN) AND (Richard W/3 Marshall) | 10 | 15 |
| 19 | (Appian OR APPN) AND (Simon W/3 Platt) | 0 | 0 |
| 20 | (Appian OR APPN) AND (spy OR spies) | 483 | 576 |
| 21 | (Appian OR APPN) AND (William W/3 Easttom) | 0 | 0 |
| 22 | (Appian OR APPN) AND *deloitte* | 692 | 1,101 |
| 23 | (Appian OR APPN) AND A Ewe | 3 | 25 |
| 24 | (Appian OR APPN) AND A. Ewe | 3 | 25 |
| 25 | (Appian OR APPN) AND Item 103 | 1 | 2 |
| 26 | (Appian OR APPN) AND legal proceedings | 127 | 330 |
| 27 | (Appian OR APPN) AND ordinary routine litigation | 3 | 3 |
| 28 | (Appian OR APPN) AND pending litigation | 54 | 82 |
| 29 | (Appian OR APPN) AND VCCA | 42 | 85 |
| 30 | (Appian OR APPN) AND Venugopal.sarada@edumithra.co.in | 0 | 0 |
| 31 | (Appian OR APPN) AND Virginia Computer Crimes Act | 537 | 810 |
| 32 | (Appian OR APPN) AND Virginia Uniform Trade Secrets Act | 57 | 132 |
| 33 | (Appian OR APPN) AND vishal.sarada@capgemini.com | 0 | 0 |
| 34 | (Appian OR APPN) AND VUTSA | 53 | 71 |
| 35 | (Appian OR APPN) W/35 "trial terms and conditions" | 0 | 0 |
| 36 | (Appian OR APPN) W/35 (Kforce* OR K-Force) | 4 | 6 |
| 37 | (Appian OR APPN) W/35 (management based objective OR management based objectives OR management-based objective OR management-based objectives) | 0 | 0 |

| | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 38 | (Appian OR APPN) W/35 12 challenges | 2 | 5 |
| 39 | (Appian OR APPN) W/35 12challenges | 0 | 0 |
| 40 | (Appian OR APPN) W/35 action* | 1,436 | 2,402 |
| 41 | (Appian OR APPN) W/35 ad damnum | 0 | 0 |
| 42 | (Appian OR APPN) W/35 appeal* | 1,413 | 1,764 |
| 43 | (Appian OR APPN) W/35 appellate | 92 | 134 |
| 44 | (Appian OR APPN) W/35 attack plan | 2 | 5 |
| 45 | (Appian OR APPN) W/35 battle card | 3 | 6 |
| 46 | (Appian OR APPN) W/35 battlecard* | 17 | 24 |
| 47 | (Appian OR APPN) W/35 BP3 | 2 | 4 |
| 48 | (Appian OR APPN) W/35 burden of proof | 21 | 54 |
| 49 | (Appian OR APPN) W/35 camtasia* | 0 | 0 |
| 50 | (Appian OR APPN) W/35 case* | 3,703 | 4,986 |
| 51 | (Appian OR APPN) W/35 CI brief | 0 | 0 |
| 52 | (Appian OR APPN) W/35 CI content | 0 | 0 |
| 53 | (Appian OR APPN) W/35 CI Project | 0 | 0 |
| 54 | (Appian OR APPN) W/35 CI space | 0 | 0 |
| 55 | (Appian OR APPN) W/35 claim* | 1,833 | 2,587 |
| 56 | (Appian OR APPN) W/35 competitive brief | 18 | 27 |
| 57 | (Appian OR APPN) W/35 competitive briefing | 0 | 0 |
| 58 | (Appian OR APPN) W/35 competitive intelligence | 357 | 517 |
| 59 | (Appian OR APPN) W/35 complaint* | 347 | 631 |
| 60 | (Appian OR APPN) W/35 confidential | 1,099 | 1,962 |
| 61 | (Appian OR APPN) W/35 consultant* | 238 | 533 |
| 62 | (Appian OR APPN) W/35 contractor* | 729 | 1,062 |
| 63 | (Appian OR APPN) W/35 court* | 2,113 | 2,653 |
| 64 | (Appian OR APPN) W/35 CRM proposal | 0 | 0 |
| 65 | (Appian OR APPN) W/35 damage* | 1,860 | 2,252 |
| 66 | (Appian OR APPN) W/35 damning attack | 0 | 0 |
| 67 | (Appian OR APPN) W/35 deep dive | 19 | 62 |
| 68 | (Appian OR APPN) W/35 defense* | 316 | 550 |
| 69 | (Appian OR APPN) W/35 demurrer* | 10 | 11 |
| 70 | (Appian OR APPN) W/35 depos* | 43 | 145 |
| 71 | (Appian OR APPN) W/35 discovery | 137 | 380 |
| 72 | (Appian OR APPN) W/35 documentation | 91 | 167 |
| 73 | (Appian OR APPN) W/35 enjoin* | 16 | 27 |
| 74 | (Appian OR APPN) W/35 exhibit* | 121 | 290 |
| 75 | (Appian OR APPN) W/35 free trial | 177 | 246 |
| 76 | (Appian OR APPN) W/35 hearing* | 324 | 480 |
| 77 | (Appian OR APPN) W/35 injunct* | 98 | 143 |
| 78 | (Appian OR APPN) W/35 interrog* | 2 | 4 |
| 79 | (Appian OR APPN) W/35 judgment* | 754 | 1,029 |
| 80 | (Appian OR APPN) W/35 juries | 10 | 10 |
| 81 | (Appian OR APPN) W/35 juror* | 195 | 301 |
| 82 | (Appian OR APPN) W/35 jury | 1,976 | 2,452 |
| 83 | (Appian OR APPN) W/35 lawsuit* | 2,771 | 3,353 |
| 84 | (Appian OR APPN) W/35 license agreement | 8 | 67 |

| | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 85 | (Appian OR APPN) W/35 license agreements | 2 | 6 |
| 86 | (Appian OR APPN) W/35 litigat* | 1,416 | 1,832 |
| 87 | (Appian OR APPN) W/35 MBO | 0 | 0 |
| 88 | (Appian OR APPN) W/35 mediat* | 7 | 35 |
| 89 | (Appian OR APPN) W/35 merit* | 254 | 490 |
| 90 | (Appian OR APPN) W/35 misappropriat* | 1,225 | 1,626 |
| 91 | (Appian OR APPN) W/35 motion* | 653 | 1,019 |
| 92 | (Appian OR APPN) W/35 proceeding* | 223 | 432 |
| 93 | (Appian OR APPN) W/35 relief | 70 | 154 |
| 94 | (Appian OR APPN) W/35 request for admission | 0 | 0 |
| 95 | (Appian OR APPN) W/35 settle* | 200 | 317 |
| 96 | (Appian OR APPN) W/35 tear down | 0 | 0 |
| 97 | (Appian OR APPN) W/35 teardown* | 0 | 0 |
| 98 | (Appian OR APPN) W/35 technical brief | 13 | 14 |
| 99 | (Appian OR APPN) W/35 technical business brief | 0 | 0 |
| 100 | (Appian OR APPN) W/35 technical CI | 0 | 0 |
| 101 | (Appian OR APPN) W/35 terms of use | 9 | 14 |
| 102 | (Appian OR APPN) W/35 testif* | 144 | 231 |
| 103 | (Appian OR APPN) W/35 testimony | 202 | 303 |
| 104 | (Appian OR APPN) W/35 trade secret | 989 | 1,281 |
| 105 | (Appian OR APPN) W/35 trade secrets | 1,920 | 2,343 |
| 106 | (Appian OR APPN) W/35 transcript* | 423 | 513 |
| 107 | (Appian OR APPN) W/35 trial* | 1,814 | 2,385 |
| 108 | (Appian OR APPN) W/35 unjust enrichment | 155 | 246 |
| 109 | (Appian OR APPN) W/35 verdict* | 2,540 | 3,056 |
| 110 | (David W/3 Watson) W/35 (Salesforce OR SFDC) | 0 | 0 |
| 111 | (earnings call OR script) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 16 | 85 |
| 112 | (Emily* W/3 Gold*) | 2 | 6 |
| 113 | (Rand* W/3 Dillon) W/35 (Lombardi OR IBM) | 0 | 0 |
| 114 | (Salesforce OR SFDC OR ServiceNow OR IBM) W/35 (management based objective OR management based objectives OR management-based objective OR management-based objectives) | 0 | 0 |
| 115 | (Salesforce OR SFDC OR ServiceNow OR IBM) W/35 MBO | 0 | 0 |
| 116 | *apowerconsulting.com | 0 | 0 |
| 117 | Appian consultant | 1 | 3 |
| 118 | Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict) | 1,995 | 2,425 |
| 119 | Appian W/10 (Barclays OR Benchmark Company OR Canaccord OR CFRA Research OR Citigroup OR Credit Suisse OR D.A. Davidson OR Goldman OR JMP Securities OR J.P. Morgan OR KeyBanc OR Loop Capital OR Macquarie OR Morningstar OR Needham , Company OR Oppenheimer OR RBC Capital OR Rosenblatt Securities OR SMBC OR Truist OR Wedbush OR William Blair) | 512 | 884 |

| | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 120 | Appian W/10 (media OR journalist* OR investor* OR shareholder* OR bank* OR analyst* OR (public W/2 relation*) OR FT OR Financial Times OR WSJ OR Wall Street Journal OR The Economist OR Washington Post OR NYT OR New York Times OR Newsweek) | 2,125 | 3,378 |
| 121 | bbaril@palenciabusinesscenter.com | 0 | 0 |
| 122 | can I ping about legality of using | 0 | 0 |
| 123 | going to call him matt | 0 | 0 |
| 124 | misrepresenting your identify in hopes of obtaining | 0 | 0 |
| 125 | Project Crush | 328 | 469 |
| 126 | questionable means to acquire | 5 | 10 |
| 127 | the Company has strong defenses to these claims | 19 | 53 |
| 128 | understanding appian | 2 | 16 |
| 129 | we should never lose against Appian | 1 | 2 |
| 130 | Youyong | 498 | 813 |
| 131 | Youyoung | 35 | 40 |
| 132 | zouyyong@yahoo.com | 0 | 0 |
| 133 | (To/From/Cc *@deloitte) AND ("without merit" OR (Pega* w/5 competitive w/5 market*) OR (notice! w/5 misappropriat!) OR "strong defenses" OR "code of conduct") | 0 | 0 |
| 134 | ((share* OR securities) W/5 (price OR valu*)) W/10 (fall* OR decreas* OR declin* OR drop* OR plummet* OR crash* OR mov* OR market cap OR market capitalization) | 499 | 1,034 |
| 135 | stock* W/10 (price OR fall* OR decreas* OR declin* OR drop* OR plummet* OR crash* OR mov* OR valu* OR market cap OR market capitalization) | 3,376 | 4,434 |
| 136 | | | |
| 137 | | | |

| | A | B | C |
|---|---|---|---|
| | Search Term | Hits | Family Documents |
| 2 | (10-K OR 10-Q OR 8-K) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 0 | 0 |
| 3 | (Andrew* W/3 Power*) | 104 | 238 |
| 4 | (Appian OR APPN) AND ("Organic Living and Wellness" OR organiclivingandwellness.com) | 8 | 29 |
| 5 | (Appian OR APPN) AND ((Judge OR Daniel) W/3 Ortiz) | 0 | 0 |
| 6 | (Appian OR APPN) AND ((Judge OR Richard) W/3 Gardiner) | 5 | 13 |
| 7 | (Appian OR APPN) AND ((topic OR subtopic OR FASB OR ASC) W/10 (450* OR contingencies)) | 0 | 0 |
| 8 | (Appian OR APPN) AND (Albert W/3 Scii) | 0 | 0 |
| 9 | (Appian OR APPN) AND (Albert W/3 Skii) | 3 | 14 |
| 10 | (Appian OR APPN) AND (Eric W/3 Cole) | 8 | 21 |
| 11 | (Appian OR APPN) AND (James W/3 Malackowski) | 5 | 14 |
| 12 | (Appian OR APPN) AND (Palencia Business Center OR palenciabusinesscenter.com) | 8 | 28 |
| 13 | (Appian OR APPN) AND (Paul W/3 Pinto) | 7 | 15 |
| 14 | (Appian OR APPN) AND (Paul* W/3 Foon*) | 2 | 5 |
| 15 | (Appian OR APPN) AND (proceedings W/3 ordinary course) | 0 | 0 |
| 16 | (Appian OR APPN) AND (Richard W/3 Marshall) | 16 | 30 |
| 17 | (Appian OR APPN) AND (Simon W/3 Platt) | 27 | 47 |
| 18 | (Appian OR APPN) AND (spy OR spies) | 50 | 98 |
| 19 | (Appian OR APPN) AND (William W/3 Easttom) | 5 | 16 |
| 20 | (Appian OR APPN) AND *deloitte* | 187 | 528 |
| 21 | (Appian OR APPN) AND A Ewe | 3 | 15 |
| 22 | (Appian OR APPN) AND A Skii | 1 | 10 |
| 23 | (Appian OR APPN) AND A. Ewe | 3 | 15 |
| 24 | (Appian OR APPN) AND Item 103 | 0 | 0 |
| 25 | (Appian OR APPN) AND legal proceedings | 32 | 54 |
| 26 | (Appian OR APPN) AND ordinary routine litigation | 3 | 3 |
| 27 | (Appian OR APPN) AND pending litigation | 3 | 6 |
| 28 | (Appian OR APPN) AND VCCA | 9 | 17 |
| 29 | (Appian OR APPN) AND Venugopal.sarada@edumithra.co.in | 1 | 3 |
| 30 | (Appian OR APPN) AND Virginia Computer Crimes Act | 95 | 138 |
| 31 | (Appian OR APPN) AND Virginia Uniform Trade Secrets Act | 11 | 21 |
| 32 | (Appian OR APPN) AND vishal.sarada@capgemini.com | 2 | 6 |
| 33 | (Appian OR APPN) AND VUTSA | 13 | 25 |
| 34 | (Appian OR APPN) W/35 "trial terms and conditions" | 4 | 12 |
| 35 | (Appian OR APPN) W/35 (Kforce* OR K-Force) | 16 | 33 |
| 36 | (Appian OR APPN) W/35 (management based objective OR management based objectives OR management-based objective OR management-based objectives) | 0 | 0 |
| 37 | (Appian OR APPN) W/35 12 challenges | 55 | 118 |
| 38 | (Appian OR APPN) W/35 12challenges | 3 | 10 |
| 39 | (Appian OR APPN) W/35 action* | 916 | 1,273 |
| 40 | (Appian OR APPN) W/35 ad damnum | 0 | 0 |
| 41 | (Appian OR APPN) W/35 appeal* | 233 | 383 |
| 42 | (Appian OR APPN) W/35 appellate | 8 | 15 |

| | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 43 | (Appian OR APPN) W/35 attack plan | 62 | 137 |
| 44 | (Appian OR APPN) W/35 battle card | 15 | 29 |
| 45 | (Appian OR APPN) W/35 battlecard* | 90 | 172 |
| 46 | (Appian OR APPN) W/35 BP3 | 36 | 79 |
| 47 | (Appian OR APPN) W/35 burden of proof | 3 | 8 |
| 48 | (Appian OR APPN) W/35 camtasia* | 20 | 59 |
| 49 | (Appian OR APPN) W/35 case* | 2,051 | 3,172 |
| 50 | (Appian OR APPN) W/35 CI brief | 2 | 5 |
| 51 | (Appian OR APPN) W/35 CI content | 2 | 6 |
| 52 | (Appian OR APPN) W/35 CI Project | 7 | 16 |
| 53 | (Appian OR APPN) W/35 CI space | 11 | 34 |
| 54 | (Appian OR APPN) W/35 claim* | 812 | 1,391 |
| 55 | (Appian OR APPN) W/35 competitive brief | 32 | 104 |
| 56 | (Appian OR APPN) W/35 competitive briefing | 13 | 31 |
| 57 | (Appian OR APPN) W/35 competitive intelligence | 347 | 549 |
| 58 | (Appian OR APPN) W/35 complaint* | 104 | 208 |
| 59 | (Appian OR APPN) W/35 confidential | 557 | 786 |
| 60 | (Appian OR APPN) W/35 consultant* | 205 | 676 |
| 61 | (Appian OR APPN) W/35 contractor* | 220 | 410 |
| 62 | (Appian OR APPN) W/35 court* | 545 | 791 |
| 63 | (Appian OR APPN) W/35 CRM proposal | 3 | 10 |
| 64 | (Appian OR APPN) W/35 damage* | 287 | 387 |
| 65 | (Appian OR APPN) W/35 damning attack | 1 | 3 |
| 66 | (Appian OR APPN) W/35 deep dive | 59 | 119 |
| 67 | (Appian OR APPN) W/35 defense* | 91 | 204 |
| 68 | (Appian OR APPN) W/35 demurrer* | 1 | 2 |
| 69 | (Appian OR APPN) W/35 depos* | 292 | 367 |
| 70 | (Appian OR APPN) W/35 discovery | 197 | 558 |
| 71 | (Appian OR APPN) W/35 documentation | 141 | 290 |
| 72 | (Appian OR APPN) W/35 enjoin* | 9 | 23 |
| 73 | (Appian OR APPN) W/35 exhibit* | 96 | 178 |
| 74 | (Appian OR APPN) W/35 free trial | 44 | 136 |
| 75 | (Appian OR APPN) W/35 hearing* | 135 | 201 |
| 76 | (Appian OR APPN) W/35 injunct* | 74 | 122 |
| 77 | (Appian OR APPN) W/35 interrog* | 88 | 138 |
| 78 | (Appian OR APPN) W/35 judgment* | 126 | 175 |
| 79 | (Appian OR APPN) W/35 juries | 0 | 0 |
| 80 | (Appian OR APPN) W/35 juror* | 21 | 29 |
| 81 | (Appian OR APPN) W/35 jury | 215 | 308 |
| 82 | (Appian OR APPN) W/35 lawsuit* | 943 | 1,199 |
| 83 | (Appian OR APPN) W/35 license agreement | 25 | 55 |
| 84 | (Appian OR APPN) W/35 license agreements | 5 | 12 |
| 85 | (Appian OR APPN) W/35 litigat* | 211 | 301 |
| 86 | (Appian OR APPN) W/35 MBO | 5 | 14 |
| 87 | (Appian OR APPN) W/35 mediat* | 11 | 13 |
| 88 | (Appian OR APPN) W/35 merit* | 75 | 125 |
| 89 | (Appian OR APPN) W/35 misappropriat* | 265 | 383 |

| | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 90 | (Appian OR APPN) W/35 motion* | 69 | 137 |
| 91 | (Appian OR APPN) W/35 proceeding* | 99 | 309 |
| 92 | (Appian OR APPN) W/35 relief | 57 | 121 |
| 93 | (Appian OR APPN) W/35 request for admission | 13 | 28 |
| 94 | (Appian OR APPN) W/35 settle* | 121 | 169 |
| 95 | (Appian OR APPN) W/35 tear down | 5 | 33 |
| 96 | (Appian OR APPN) W/35 teardown* | 41 | 74 |
| 97 | (Appian OR APPN) W/35 technical brief | 43 | 106 |
| 98 | (Appian OR APPN) W/35 technical business brief | 0 | 0 |
| 99 | (Appian OR APPN) W/35 technical CI | 4 | 14 |
| 100 | (Appian OR APPN) W/35 terms of use | 41 | 70 |
| 101 | (Appian OR APPN) W/35 testif* | 238 | 348 |
| 102 | (Appian OR APPN) W/35 testimony | 280 | 423 |
| 103 | (Appian OR APPN) W/35 trade secret | 295 | 461 |
| 104 | (Appian OR APPN) W/35 trade secrets | 394 | 554 |
| 105 | (Appian OR APPN) W/35 transcript* | 108 | 178 |
| 106 | (Appian OR APPN) W/35 trial* | 615 | 942 |
| 107 | (Appian OR APPN) W/35 unjust enrichment | 6 | 16 |
| 108 | (Appian OR APPN) W/35 verdict* | 425 | 551 |
| 109 | (David W/3 Watson) W/35 (Salesforce OR SFDC) | 0 | 0 |
| 110 | (earnings call OR script) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 6 | 15 |
| 111 | (Emily* W/3 Gold*) | 12 | 25 |
| 112 | (Rand* W/3 Dillon) W/35 (Lombardi OR IBM) | 0 | 0 |
| 113 | (Salesforce OR SFDC OR ServiceNow OR IBM) W/35 (management based objective OR management based objectives OR management-based objective OR management-based objectives) | 0 | 0 |
| 114 | (Salesforce OR SFDC OR ServiceNow OR IBM) W/35 MBO | 36 | 58 |
| 115 | *apowerconsulting.com | 1 | 3 |
| 116 | Appian consultant | 32 | 90 |
| 117 | Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict) | 268 | 380 |
| 118 | bbaril@palenciabusinesscenter.com | 0 | 0 |
| 119 | can I ping about legality of using | 2 | 6 |
| 120 | going to call him matt | 0 | 0 |
| 121 | misrepresenting your identify in hopes of obtaining | 0 | 0 |
| 122 | Project Crush | 147 | 248 |
| 123 | questionable means to acquire | 2 | 7 |
| 124 | the Company has strong defenses to these claims | 0 | 0 |
| 125 | understanding appian | 82 | 169 |
| 126 | we should never lose against Appian | 8 | 46 |
| 127 | Youyong | 192 | 338 |
| 128 | Youyoung | 19 | 41 |
| 129 | zouyyong@yahoo.com | 4 | 8 |

|  | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 130 | (To/From/Cc *@deloitte) AND ("without merit" OR (Pega* w/5 competitive w/5 market*) OR (notice! w/5 misappropriat!) OR "strong defenses" OR "code of conduct") | 0 | 0 |
| 131 | investigat* W/10 (code of conduct OR alias OR reprimand* OR block*) | 27 | 61 |
| 132 | Zou and not Zhou | 95 | 136 |
| 133 | the other matt | 7 | 16 |

| | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 2 | ((Board OR Audit Committee) W/10 (agenda* OR minutes OR presentation* OR materials*)) AND (Appian W/10 (complaint* OR defense* OR trial* OR depos* OR damage* OR jury OR appeal* OR litigation* OR expen*)) | 180 | 397 |
| 3 | ((Board OR Audit Committee) W/10 (agenda* OR minutes OR presentation*)) AND (without merit OR (Pega* W/5 competitive W/5 market*) OR (notice* W/5 misappropriat*) OR strong defenses OR code of conduct) | 151 | 345 |
| 4 | (10-K OR 10-Q OR 8-K) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 16 | 32 |
| 5 | (Andrew* W/3 Power*) | 47 | 158 |
| 6 | (Appian OR APPN OR litigation OR legal proceeding* OR lawsuit OR loss contingen* OR verdict OR jury trial OR Virginia OR Fairfax OR VA OR VCCA OR VUTSA OR compet*) AND ((quarter* OR annual* OR investor* OR earning* OR Q1* OR Q2* OR Q3* OR Q4* OR FY19 OR FY20 OR FY21 OR FY22 OR FY1* OR FY2* OR full year OR fiscal year) AND (conference* OR call* OR update* OR announc*)) | 19,498 | 32,324 |
| 7 | (Appian OR APPN) AND ("Organic Living and Wellness" OR *@organiclivingandwellness.com) | 37 | 123 |
| 8 | (Appian OR APPN) AND ((Judge OR Daniel) W/3 Ortiz) | 15 | 32 |
| 9 | (Appian OR APPN) AND ((Judge OR Richard) W/3 Gardiner) | 214 | 409 |
| 10 | (Appian OR APPN) AND ((topic OR subtopic OR FASB OR ASC) W/10 (450* OR contingencies)) | 176 | 359 |
| 11 | (Appian OR APPN) AND (A Skii) | 45 | 55 |
| 12 | (Appian OR APPN) AND (Albert W/3 Scii) | 11 | 21 |
| 13 | (Appian OR APPN) AND (Albert W/3 Skii) | 20 | 54 |
| 14 | (Appian OR APPN) AND (Eric W/3 Cole) | 98 | 336 |
| 15 | (Appian OR APPN) AND (James W/3 Malackowski) | 91 | 231 |
| 16 | (Appian OR APPN) AND (Palencia Business Center OR *@palenciabusinesscenter.com) | 43 | 186 |
| 17 | (Appian OR APPN) AND (Paul W/3 Pinto) | 101 | 221 |
| 18 | (Appian OR APPN) AND (Paul* W/3 Foon*) | 25 | 55 |
| 19 | (Appian OR APPN) AND (proceedings W/3 ordinary course) | 11 | 87 |
| 20 | (Appian OR APPN) AND (Richard W/3 Marshall) | 160 | 355 |
| 21 | (Appian OR APPN) AND (Simon W/3 Platt) | 84 | 206 |
| 22 | (Appian OR APPN) AND (spy OR spies) | 1,083 | 1,253 |
| 23 | (Appian OR APPN) AND (William W/3 Easttom) | 43 | 122 |
| 24 | (Appian OR APPN) AND *deloitte* | 594 | 1,220 |
| 25 | (Appian OR APPN) AND A Ewe | 19 | 56 |
| 26 | (Appian OR APPN) AND A. Ewe | 19 | 56 |
| 27 | (Appian OR APPN) AND Disclosure Committee | 1 | 2 |
| 28 | (Appian OR APPN) AND Item 103 | 20 | 43 |
| 29 | (Appian OR APPN) AND legal proceedings | 151 | 364 |
| 30 | (Appian OR APPN) AND ordinary routine litigation | 17 | 27 |
| 31 | (Appian OR APPN) AND pending litigation | 42 | 70 |
| 32 | (Appian OR APPN) AND VCCA | 263 | 559 |
| 33 | (Appian OR APPN) AND Venugopal.sarada@edumithra.co.in | 9 | 61 |
| 34 | (Appian OR APPN) AND Virginia Computer Crimes Act | 390 | 939 |

| | A | B | C |
|---|---|---|---|
| 1 | Search Term | Hits | Family Documents |
| 35 | (Appian OR APPN) AND Virginia Uniform Trade Secrets Act | 189 | 520 |
| 36 | (Appian OR APPN) AND vishal.sarada@capgemini.com | 11 | 72 |
| 37 | (Appian OR APPN) AND VUTSA | 298 | 543 |
| 38 | (Appian OR APPN) W/35 "trial terms and conditions" | 25 | 82 |
| 39 | (Appian OR APPN) W/35 (Kforce* OR K-Force) | 169 | 517 |
| 40 | (Appian OR APPN) W/35 (management based objective OR management based objectives OR management-based objective OR management-based objectives) | 2 | 4 |
| 41 | (Appian OR APPN) W/35 12 challenges | 105 | 318 |
| 42 | (Appian OR APPN) W/35 12challenges | 3 | 10 |
| 43 | (Appian OR APPN) W/35 action* | 1,486 | 3,593 |
| 44 | (Appian OR APPN) W/35 ad damnum | 8 | 20 |
| 45 | (Appian OR APPN) W/35 appeal* | 954 | 1,519 |
| 46 | (Appian OR APPN) W/35 appellate | 230 | 402 |
| 47 | (Appian OR APPN) W/35 attack plan | 113 | 254 |
| 48 | (Appian OR APPN) W/35 battle card | 7 | 23 |
| 49 | (Appian OR APPN) W/35 battlecard* | 55 | 171 |
| 50 | (Appian OR APPN) W/35 BP3 | 92 | 582 |
| 51 | (Appian OR APPN) W/35 burden of proof | 88 | 193 |
| 52 | (Appian OR APPN) W/35 camtasia* | 42 | 179 |
| 53 | (Appian OR APPN) W/35 case* | 3,404 | 5,812 |
| 54 | (Appian OR APPN) W/35 CI brief | 0 | 0 |
| 55 | (Appian OR APPN) W/35 CI content | 12 | 71 |
| 56 | (Appian OR APPN) W/35 CI Project | 19 | 58 |
| 57 | (Appian OR APPN) W/35 CI space | 41 | 106 |
| 58 | (Appian OR APPN) W/35 claim* | 2,181 | 4,355 |
| 59 | (Appian OR APPN) W/35 competitive brief | 169 | 481 |
| 60 | (Appian OR APPN) W/35 competitive briefing | 28 | 75 |
| 61 | (Appian OR APPN) W/35 competitive intelligence | 672 | 1,485 |
| 62 | (Appian OR APPN) W/35 complaint* | 690 | 1,629 |
| 63 | (Appian OR APPN) W/35 confidential | 2,573 | 4,510 |
| 64 | (Appian OR APPN) W/35 consultant* | 528 | 1,618 |
| 65 | (Appian OR APPN) W/35 contractor* | 568 | 1,146 |
| 66 | (Appian OR APPN) W/35 court* | 2,082 | 3,793 |
| 67 | (Appian OR APPN) W/35 CRM proposal | 6 | 67 |
| 68 | (Appian OR APPN) W/35 damage* | 1,687 | 2,737 |
| 69 | (Appian OR APPN) W/35 damning attack | 11 | 26 |
| 70 | (Appian OR APPN) W/35 deep dive | 88 | 283 |
| 71 | (Appian OR APPN) W/35 defense* | 502 | 1,451 |
| 72 | (Appian OR APPN) W/35 demurrer* | 67 | 110 |
| 73 | (Appian OR APPN) W/35 depos* | 547 | 1,062 |
| 74 | (Appian OR APPN) W/35 discovery | 483 | 1,409 |
| 75 | (Appian OR APPN) W/35 documentation | 544 | 1,596 |
| 76 | (Appian OR APPN) W/35 enjoin* | 64 | 137 |
| 77 | (Appian OR APPN) W/35 exhibit* | 454 | 1,074 |
| 78 | (Appian OR APPN) W/35 free trial | 452 | 1,073 |
| 79 | (Appian OR APPN) W/35 hearing* | 498 | 990 |

|  | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 80 | (Appian OR APPN) W/35 injunct* | 217 | 344 |
| 81 | (Appian OR APPN) W/35 interrog* | 197 | 408 |
| 82 | (Appian OR APPN) W/35 judgment* | 674 | 1,428 |
| 83 | (Appian OR APPN) W/35 juries | 8 | 17 |
| 84 | (Appian OR APPN) W/35 juror* | 281 | 479 |
| 85 | (Appian OR APPN) W/35 jury | 1,590 | 2,748 |
| 86 | (Appian OR APPN) W/35 lawsuit* | 1,643 | 2,874 |
| 87 | (Appian OR APPN) W/35 license agreement | 70 | 275 |
| 88 | (Appian OR APPN) W/35 license agreements | 72 | 204 |
| 89 | (Appian OR APPN) W/35 litigat* | 1,408 | 2,831 |
| 90 | (Appian OR APPN) W/35 MBO | 10 | 87 |
| 91 | (Appian OR APPN) W/35 mediat* | 67 | 109 |
| 92 | (Appian OR APPN) W/35 merit* | 644 | 1,714 |
| 93 | (Appian OR APPN) W/35 misappropriat* | 1,110 | 2,065 |
| 94 | (Appian OR APPN) W/35 motion* | 1,170 | 2,239 |
| 95 | (Appian OR APPN) W/35 proceeding* | 360 | 840 |
| 96 | (Appian OR APPN) W/35 relief | 281 | 532 |
| 97 | (Appian OR APPN) W/35 request for admission | 5 | 27 |
| 98 | (Appian OR APPN) W/35 settle* | 415 | 671 |
| 99 | (Appian OR APPN) W/35 tear down | 27 | 124 |
| 100 | (Appian OR APPN) W/35 teardown* | 165 | 494 |
| 101 | (Appian OR APPN) W/35 technical brief | 101 | 290 |
| 102 | (Appian OR APPN) W/35 technical business brief | 0 | 0 |
| 103 | (Appian OR APPN) W/35 technical CI | 15 | 50 |
| 104 | (Appian OR APPN) W/35 terms of use | 178 | 445 |
| 105 | (Appian OR APPN) W/35 testif* | 606 | 1,249 |
| 106 | (Appian OR APPN) W/35 testimony | 728 | 1,490 |
| 107 | (Appian OR APPN) W/35 trade secret | 1,041 | 1,819 |
| 108 | (Appian OR APPN) W/35 trade secrets | 1,681 | 2,881 |
| 109 | (Appian OR APPN) W/35 transcript* | 558 | 1,033 |
| 110 | (Appian OR APPN) W/35 trial* | 2,286 | 3,809 |
| 111 | (Appian OR APPN) W/35 unjust enrichment | 291 | 548 |
| 112 | (Appian OR APPN) W/35 verdict* | 1,523 | 2,224 |
| 113 | (code of conduct) AND (Appian OR APPN) | 343 | 637 |
| 114 | (code of conduct) AND (Baril* OR Bessman* OR Nguyen* OR Sarada* OR Bhowmick* OR Potluri* OR Vaddem* OR Kamaraju* OR Davis* OR Zhang*) | 107 | 258 |
| 115 | (code of conduct) AND (violat* OR investigat*) | 490 | 1,272 |
| 116 | (Complaint OR report) AND ((without merit OR (Pega* W/5 competitive W/5 market*) OR (notice* W/5 misappropriat*) OR strong defenses OR code of conduct)) | 727 | 1,919 |
| 117 | (Complaint OR report) AND (Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict)) | 596 | 1,097 |
| 118 | (Complaint OR report) AND (Appian W/10 (complaint* OR defense* OR trial* OR depos* OR damage* OR jury OR appeal OR litigation*)) | 1,681 | 3,409 |
| 119 | (David W/3 Watson) W/35 (Salesforce OR SFDC) | 1 | 13 |

| | A | B | C |
|---|---|---|---|
| 1 | Search Term | Hits | Family Documents |
| 120 | (earnings call OR script) W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual*) | 2 | 2 |
| 121 | (Emily* W/3 Gold*) | 14 | 36 |
| 122 | (Rand* W/3 Dillon) W/35 (Lombardi OR IBM) | 3 | 6 |
| 123 | (Salesforce OR SFDC OR ServiceNow OR IBM) W/35 (management based objective OR management based objectives OR management-based objective OR management-based objectives) | 0 | 0 |
| 124 | (Salesforce OR SFDC OR ServiceNow OR IBM) W/35 MBO | 20 | 99 |
| 125 | *apowerconsulting.com | 10 | 33 |
| 126 | Appian consultant | 96 | 316 |
| 127 | Appian W/10 (ASC 450 OR Item 103 OR reasonably possible OR remote OR probable OR contingen* OR accrual* OR verdict) | 1,176 | 1,863 |
| 128 | Appian W/10 (Barclays OR Benchmark Company OR Canaccord OR CFRA Research OR Citigroup OR Credit Suisse OR D.A. Davidson OR Goldman OR JMP Securities OR J.P. Morgan OR KeyBanc OR Loop Capital OR Macquarie OR Morningstar OR Needham , Company OR Oppenheimer OR RBC Capital OR Rosenblatt Securities OR SMBC OR Truist OR Wedbush OR William Blair) | 271 | 627 |
| 129 | Appian W/10 (media OR journalist* OR investor* OR shareholder* OR bank* OR analyst* OR (public W/2 relation*) OR FT OR Financial Times OR WSJ OR Wall Street Journal OR The Economist OR Washington Post OR NYT OR New York Times OR Newsweek) | 1,334 | 3,518 |
| 130 | bbaril@palenciabusinesscenter.com | 5 | 23 |
| 131 | can I ping about legality of using | 3 | 16 |
| 132 | code of conduct W/10 (ethical conduct OR confidential information OR "illegal or questionable means" OR reporting OR deviation OR prompt action OR disciplinary action) | 72 | 211 |
| 133 | code of conduct W/10 (revise OR update) | 13 | 25 |
| 134 | disclosure committee W/10 (meeting* OR agenda* OR presentation* OR material*) | 110 | 130 |
| 135 | going to call him matt | 9 | 20 |
| 136 | misrepresenting your identify in hopes of obtaining | 0 | 0 |
| 137 | Project Crush | 317 | 720 |
| 138 | questionable means to acquire | 43 | 105 |
| 139 | the Company has strong defenses to these claims | 81 | 166 |
| 140 | understanding appian | 168 | 458 |
| 141 | we should never lose against Appian | 37 | 132 |
| 142 | Youyong | 799 | 1,810 |
| 143 | Youyoung | 44 | 187 |
| 144 | zouyyong@yahoo.com | 52 | 160 |
| 145 | (To/From/Cc *@deloitte) AND ("without merit" OR (Pega* w/5 competitive w/5 market*) OR (notice! w/5 misappropriat!) OR "strong defenses" OR "code of conduct") | 105 | 185 |
| 146 | investigat* W/10 (code of conduct OR alias OR reprimand* OR block*) | 1,089 | 1,208 |
| 147 | Zou and not Zhou | 130 | 249 |
| 148 | the other matt | 46 | 187 |

|  | A | B | C |
|---|---|---|---|
| 1 | **Search Term** | **Hits** | **Family Documents** |
| 149 | ((share* OR securities) W/5 (price OR valu*)) W/10 (fall* OR decreas* OR declin* OR drop* OR plummet* OR crash* OR mov* OR market cap OR market capitalization) | 339 | 611 |
| 150 | stock* W/10 (price OR fall* OR decreas* OR declin* OR drop* OR plummet* OR crash* OR mov* OR valu* OR market cap OR market capitalization) | 2,531 | 3,597 |