# EXHIBIT 18

# Reporting Accountability Concerns

We expect our employees and those with whom we do business to act with integrity and honesty every day.

We strive to foster a culture where people are empowered to make good and ethical decisions, and never have to compromise their personal integrity or the integrity of our company. We expect people to speak up when they see or experience a behavior that does not align to this standard.

Pega has established a Compliance Hotline for you to report any violations or suspected violations of the Code of Conduct and other Company policies, laws, or regulations. This should be used to report any concerns related to:

- Discrimination or harassment at work
- Fraud, money laundering, bribery, or expense reports
- Anti-competitive practices
- Physical, IT or Information Security
- Health and safety or environmental issues
- Supplier's Code of Conduct
- Other areas protected under applicable laws or regulations

## Do you have a concern?

You are encouraged to discuss compliance-related issues and concerns, such as those previously noted, with your direct manager or local management or Pega contact. In addition, you should immediately report any compliance-related concerns through our reporting system, administered by Lighthouse Services, via the 24/7 telephone hotline, website, email, or fax:

- **Toll-Free Telephone:**
  - **English speaking USA and Canada: 844-320-0006**
  - Spanish speaking USA and Canada: **800-216-1288**
  - French speaking Canada: **855-725-0002**
  - Spanish speaking Mexico: **01-800-681-5340**
  - **All other countries: 800-603-2869** (must dial country access code first to obtain access to the toll-free number, click here for access codes and dialing instructions)
- **Website:** www.lighthouse-services.com/pega
- **E-mail:** reports@lighthouse-services.com (must include the Pegasystems name with report)
- **Fax:** (215) 689-3885 (must include the Pegasystems name with report)

**Australia Whistleblowing Policy**

## Your role & privacy

You may choose to submit your concern anonymously (unless your country's law requires disclosure of your identity) or you may provide your name and contact information. Including your personal information allows you to be available for follow up questions. Any data collected during the process is subject to relevant data protection and privacy regulations, as well as appropriate security standards.

We do not tolerate discrimination or retaliation, and you will not face discipline for a complaint submitted in good faith.

## What happens when you report a concern?

All concerns are reviewed by an impartial team to determine if there's a basis for investigation or inquiry. This may include reaching out to you for additional information if you provide your name. Where/as appropriate or required, you will be kept apprised of the investigation and outcome.

## Pega Contacts

**General Counsel and Chief Compliance Officer**

Matthew J. Cushing
Pegasystems Inc.
1 Main Street
Cambridge, MA 02142
(617) 866-6972
Matthew.Cushing@pega.com

**Senior Director of Internal Audit**

Phil Benvenuti
Pegasystems Inc.
1 Main Street
Cambridge, MA 02142
(617) 866-6030
Phil.Benvenuti@pega.com

**Audit Committee Chair**

Christopher Lafond
Pegasystems Inc.

1 Main Street
Cambridge, MA 02142

**Chief Operating Officer and Chief Financial Officer**

Ken Stillwell
Pegasystems Inc.
1 Main Street
Cambridge, MA 02142
(617) 528-5380
[Ken.stillwell@pega.com](mailto:Ken.stillwell@pega.com)

# Authority

These procedures have been established by the Audit Committee of the Board of Directors of Pegasystems Inc. pursuant to Rule 10A-3 of the U.S. Securities Exchange Act of 1934 and other applicable laws and regulations.

# About Pegasystems

Pega provides a powerful low-code platform that empowers the world's leading enterprises to Build for Change®. Clients use our AI-powered decisioning and workflow automation to solve their most pressing business challenges – from personalizing engagement to automating service to streamlining operations. Since 1983, we've built our scalable and flexible architecture to help enterprises meet today's customer demands while continuously transforming for tomorrow.

| Join the conversation | ⌄ |
|---|---|
| **Company** | ⌄ |
| **Pega Sites** | ⌄ |
| **Resources** | ⌄ |
| **Languages** | ⌄ |
| **Legal** | ⌃ |

Terms of Use

Contact

Trademarks

Case 1:22-cv-11220-WGY     Document 116-18     Filed 01/12/24     Page 5 of 5

Privacy

✓✗ Your Privacy Choices

Cookie Preferences

©2024 Pegasystems Inc.