# EXHIBIT 19

**VIRGINIA:**

FILED
MOTIONS DOCKET
2020 DEC -4 AM 10: 32
JOHN T. FREY
CLERK, CIRCUIT COURT
FAIRFAX, VA

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY

| | | |
|---|---|---|
| APPIAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2020-07216 |
| | ) | |
| PEGASYSTEMS INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF APPIAN CORPORATION'S SECOND MOTION TO COMPEL PEGASYSTEMS INC. TO PRODUCE DOCUMENTS PURSUANT TO <u>APPIAN'S PROPOSED ESI PROTOCOL</u>

PEGA_DMASS_00357046

15. Alan Trefler

B.  Date Range

For the custodians identified above, Pegasystems will search and review documents dated between January 1, 2012 and May 29, 2020.

C.  Production Specifications

Pegasystems will produce responsive documents in accordance with the specifications in Exhibit A, attached hereto.

D.  Initial Search Terms

For the custodians identified above, Pegasystems will apply the following search terms to assist in identifying responsive documents:

1.  Zou[1]
2.  Youyong or Youyoung or Youyang
3.  YZ
4.  zouyyong@yahoo.com
5.  KForce or K-Force or "K Force"
6.  Serco
7.  "Appian 7" OR "Appian 7.1" OR "Appian 7.2" OR "Appian 7.3" OR "Appian 7.4"
8.  "7.pdf"
9.  "in contrast to Appian"
10. "than Appian"
11. Appian /20 any of the following:
    i.   Architecture
    ii.  Battle
    iii. Best practice*
    iv.  Brief
    v.   "Case study"
    vi.  "case studies"
    vii. Compar*
    viii. Database
    ix.  Demo*
    x.   Develop*
    xi.  Docs
    xii. Documentation
    xiii. Engines
    xiv. "Free trial"
    xv.  Infographic
    xvi. Kill

---

[1] In addition, Pegasystems will search for the independent terms "Petronio" and "Zou" across all Pegasystems emails, regardless of custodian, for the date range January 1, 2012 to December 31, 2014.

PEGA_DMASS_00357055