# EXHIBIT 20

**VIRGINIA:**

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY

| | |
|---|---|
| APPIAN CORPORATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>PEGASYSTEMS INC. & YOUYONG ZOU, )<br><br>Defendants. ) | Civil Action No. 2020-07216 |

### ORDER

This matter came to be heard on Plaintiff Appian Corporation's Second Motion to Compel Pegasystems Inc. to Produce Documents Pursuant to Appian's Proposed ESI Protocol. Upon consideration of this Motion, for the reasons stated from the bench, it is hereby ADJUDGED, ORDERED, AND DECREED as follows:

The Motion is GRANTED.

The Defendant Pegasystems Inc. is hereby ORDERED to produce documents pursuant to the ESI protocol attached as Exhibit A to the Motion on or before March 31, 2021.

The Court reserves the right to allocate the costs associated with complying with the ESI protocol for documents in the 2016-2020 time period, upon a future motion by Pegasystems Inc. pursuant to Rule 4:1(b)(7).

Entered this 31st day of December, 2020.

Hon. Bruce D. White
Chief Judge, Fairfax Circuit Court

PEGA_DMASS_00357132

SEEN AND OBJECTED TO:

*Douglas R. Kay*

Douglas R. Kay, VSB No. 35468
OFFIT KURMAN, P.C.
8000 Towers Crescent Drive, Suite 1500
Tysons Corner, Virginia 22182
Telephone: 703.745.1800
Facsimile 703.745.1835
dkay@offitkurman.com

Robert S. Frank, Esquire
Anita M.C. Spieth, Esquire
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617-248-4031
f 617-502-4031
rsf@choate.com
aspieth@choate.com

*Counsel for Defendant Pegasystems Inc.*

SEEN AND AGREED:

*Sheila Costin*

Ellen D. Marcus (Virginia Bar No. 44314)
Sheila M. Costin (Virginia Bar No. 31452)
HOLMES COSTIN & MARCUS PLLC
301 N. Fairfax Street, Suite 202
Alexandria, Virginia 22314
(703) 260-6401
emarcus@hcmlawva.com
scostin@hcmlawva.com

John M. McNichols (Virginia Bar No. 66663)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, D.C. 20005
(202) 434-5000
jmcnichols@wc.com

2

PEGA_DMASS_00357133

*Counsel for Plaintiff Appian Corporation*

SEEN:

Wayne G. Travell, by smc w/permission

Wayne G. Travell, VSB No. 22400
HIRSCHLER FLEISHER
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
wtravell@hirschlerlaw.com
t (703) 584-8900
f (703) 584-8901

*Counsel for Defendant Youyong Zou*

3

10023177v2

PEGA_DMASS_00357134