# EXHIBIT 21

## Contact

www.linkedin.com/in/phil-benvenuti (LinkedIn)

## Top Skills

Implementation and development of internal audit function.

Corporate Fraud Investigations

Testifying in civil and criminal trials.

## Certifications

Certified Fraud Examiner (CFE)

COSO Enterprise Risk Management Certification

ISO 22301 Lead Implementer - Business Continuity Management

Certified Information Systems Auditor (CISA)

Certified Internal Auditor (CIA)

## Honors-Awards

2012 MBA Graduate - 4.0 GPA

2007 Speaker of the Year

2006 ACFE RI Excellence Award Recipient

2021-2022 Speaker of the Year ACFERI (Presentation on Continuous Monitoring)

# Phil B.

Senior Internal Audit Executive – Auditing | Risk Management | Sarbanes Oxley | Fraud Examination | Internal Controls
Greater Boston

## Summary

MBA (Management concentration)
Certified Internal Auditor (CIA)
Certified Information Systems Auditor (CISA)
Certified Fraud Examiner (CFE)
IIA Certificate in COSO Risk Management
ISO 22301 Lead Implementer Certificate (Business Continuity & Organizational Resilience)

Internal Audit executive and business partner with holistic skills that encompass team leadership, and mastery of internal audit principles, regulatory requirements and risk management strategies. Track record of developing and directing all internal audit functions including asset safeguarding, fraud investigations, internal controls, monitoring programs and forensic accounting. Demonstrated success working with cross-functional teams to develop and deliver audit strategies and frameworks on a global scale in support of business operations, regulatory compliance, asset protection and competitive advantage. Passionate about building and mentoring high caliber internal audit teams.

Core Competencies:
▪ Internal Audit Operations   ▪ Sarbanes Oxley (SOX) ▪ Internal Controls     ▪ Risk Management
▪ Model Audit Rule (MAR) ▪ Anti-Fraud ▪ Audit Principles   ▪ Cross-Functional Collaboration
▪ Asset Protection    ▪ Business Reporting    ▪ Forensic Accounting
▪ Foreign Corrupt Practices Act
▪ Monitoring Programs      ▪ Compliance Management  ▪ Audit Committees   ▪ India Companies Act ▪ IT Audit

---

## Experience

Pegasystems, Inc.
Sr. Director of Internal Audit
October 2014 - Present (8 years 10 months)
Cambridge, MA

-Developed the first internal audit function at Pegasystems Inc.
-Responsible for internal audit (financial, operational, regulatory, IT), SOX, FCPA compliance, fraud investigation, and risk assessment activities for domestic and international operations (UK and India).
-Manage and mentor internal audit staff and contractors.
-Co-manage the company's Compliance Working Group to assure cross functional coordination of compliance related efforts.
-Provide compliance-related training to domestic and international operations employees on topics related to anti-bribery, fraud and corruption.

Assumption University
Adjunct Faculty
January 2013 - Present (10 years 7 months)
Worcester, MA

Teach Forensic Accounting and Fraud Examination courses in the University's undergraduate program.
Teach Issues in Fraud Examination in the University's MBA program.

Stowe & Degon LLC
Director, Internal Audit & Forensic Services
May 2013 - October 2014 (1 year 6 months)
Westborough, MA

Developed and oversaw internal audit, forensic accounting, litigation support and fraud investigation services.

Performed internal audits, SOX attestation services and fraud investigation to domestic and international clients in manufacturing, insurance and pharmaceutical industries.

Fallon Community Health Plan
Sr. Director of Internal Audit (May 2010-May 2013) / Director of Internal Audit (Oct 2007-May 2010)
October 2007 - May 2013 (5 years 8 months)
Worcester, MA

Oversaw all aspects of the Internal Audit Department as the General Auditor for the organization.  Responsible for all regulatory, financial and operational audits for the Company.  Managed fraud investigations and Model Audit Rule

(SOX) compliance.  Developed and delivered training to employees.  Worked closely with the CFO and Chief Compliance Officer to build and maintain a robust and respected corporate governance structure within the organization.

### Association of Certified Fraud Examiners - Rhode Island Chapter
Chapter President
August 2009 - July 2012 (3 years)
Rhode Island

Oversaw the Board of Directors of this volunteer organization.  Provided leadership in establishing the annual plan (training events, college outreach, and overall direction of the Chapter).

Increased the treasury of the organization.

### Hanover Insurance Company
Senior Manager - Regulatory Audit (Re-hired)
September 2006 - October 2007 (1 year 2 months)

Managed and conducted audits targeting regulatory risks working under the direction of the Chief Compliance Officer.

### Sansiveri, Kimball & McNamee, LLP
Senior Manager
March 2003 - August 2006 (3 years 6 months)

Developed the Internal Audit & Fraud Detection Unit within the firm. Established internal audit plans at clients in the insurance, defense, manufacturing and gaming industries.  Managed SOX 404 compliance engagements, and conducted fraud/forensic accounting investigations.  Clients were private and public companies,  with domestic and international interests.

### Hanover Insurance Company/Allmerica
Sr. Internal Auditor/Lead Internal Auditor/Supervisor
December 1995 - March 2003 (7 years 4 months)

Managed staff and internal audit projects of varying degrees of difficulty with this publicly traded company.

### MetLife
Internal Auditor
June 1990 - December 1995 (5 years 7 months)

_____

## Education

**The Leadership Consortium - Leaders Program**
with Harvard Business School Faculty, Organizational Leadership · (March 2023 - May 2023)

**Assumption University**
Master of Business Administration (MBA), Concentration: Management · (2007 - 2012)

**Assumption University**
Bachelor's Degree, Accounting and Communications

**Auburn High School**
General college prep.