# EXHIBIT 23

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) | No. 1:22-cv-11220-WGY<br><br>DECLARATION OF JERRY BUI |

4870-0179-4203.v1

I, JERRY BUI, hereby certify that:

1.      I am over 18 years of age and am a resident of Dallas, TX and am competent to make this declaration.  I am currently employed as Managing Director at FTI Consulting.  I have over two decades of experience assisting clients with complex electronic discovery efforts and conducting in-depth forensic examinations.  I have testified more than 15 times in support of civil matters.  Among other things, I have expertise in digital forensics, gathering of electronically stored information, data recovery, and electronic discovery processing.  I have performed hundreds of forensic acquisitions of electronic evidence, forensic examinations of digital media, and conversions of electronic evidence for litigation review.  I have personal knowledge of the matters set forth in this declaration.

2.      I have extensive experience in discovery from platforms such as Microsoft 365, including collection and production of hyperlinked cloud attachments.  In Microsoft 365, instead of attaching a copy of a document in an email message or Teams chat conversation, users have an option of sharing a link to the file.  Microsoft provides two export options in eDiscovery Premium for email and Teams chat conversations with hyperlinked cloud attachments:  Condensed Directory Structure and Loose Files and PST export formats.  This process is automated where the export process pulls the latest version of the hyperlinked cloud document and records the family relationship between the parent communication and hyperlinked cloud document that was pulled.

3.      When exporting using the Condensed Directory Structure, the export includes a metadata report that reflects the hash value of all the exported files that can be reliably and consistently used to identify duplicate documents within the collection and future collections. When the hash values match between two or more files according to records in the metadata report, that means that the corresponding files are duplicates of one another.  In a digital forensics context,

- 1 -

the MD5 (Message Digest Algorithm 5) hashes are used as a cryptographic function to create a fixed-size, hexadecimal representation of a document or file.  MD5 hashes can be used as a form of digital fingerprint for documents to compare whether they are identical or not.  When two documents are hashed using the MD5 algorithm, if their contents are identical, their MD5 hashes will also be identical.  This property makes MD5 hashes useful for quickly determining whether two documents have the same content, even if the file names are different, without having to manually compare the actual contents of the documents themselves.  Two documents may have the same MD5 hash value level even if they do not share an identical filename.  Once these duplicate files are identified in the export batch provided by Microsoft 365, they can be suppressed such that they are not processed and reviewed.  The data exported in Condensed Directory Structure format can be imported directly into a document review platform (*e.g.,* Relativity) without additional processing.

4.       When exporting a batch of files from Microsoft 365 eDiscovery Premium using the Loose Files and PST export format option, a simple script can be created to reference the information in the metadata report to associate the parent communications with the hyperlinked cloud attachments.   This is a simple and necessary step to grouping document family members into a reviewable set so that the hyperlinked cloud documents can be reviewed alongside the parent communications.

5.       Creating a script is routine for eDiscovery vendors and the one used to associate the parent communications with the hyperlinked cloud attachment is not particularly complex or time consuming to execute.  The result of the script is used in a standard overlay file such that the records within the document review database can be enhanced with more accurate or more fulsome information.  The creation of overlay files occurs with regularity within our industry and has

4870-0179-4203.v1

occurred since the invention of eDiscovery beginning over 20 years ago. It is a traditional technique that is become a new routine for grouping hyperlinked cloud attachments to their parents when processing data that is exported from modern enterprise cloud systems like Microsoft 365.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 12, 2024.

_____

JERRY BUI

4870-0179-4203.v1