EXHIBIT 24

D. SCHUERMAN

VIRGINIA:

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

APPIAN CORPORATION

      Plaintiff

V.                     Case No.

                    2020-07216

PEGASYSTEMS INC.

 - and -

YOUYOUNG ZOU

      Defendants

_____

C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF

DONALD MAIER SCHUERMAN

Boston, Massachusetts

Friday, October 1, 2021

Reported by: Deborah Roth, RPR-CSR

Job No. 200258

CONFIDENTIAL_DMASS

PEGA_DMASS_00017323

Confidential

D. SCHUERMAN

address to access Appian and built an app in Appian.

Q. Did he impart to you his learnings from that exercise?

A. No. But I recall him saying that it wasn't a particularly fruitful exercise.

Q. Did Pegasystems conduct an internal investigation of this episode?

A. No, not that I'm aware of.

Q. Did Pegasystems' counsel conduct an investigation into this issue?

MR. FRANK: Objection.

I instruct you not to answer.

Q. Did Pegasystems engage outside counsel in connection this episode?

MR. FRANK: It's a yes-or-no question.

A. I believe, yes, but honestly I don't know.

Q. Who was the outside counsel?

MR. FRANK: You can answer.

A. I believe it is Robert (indicating), as part of this conversation.

Q. When was that?

CONFIDENTIAL_DMASS

PEGA_DMASS_00017705

Confidential

D. SCHUERMAN

A.  I do not know those dates.

Q.  Did Mr. Baril make you aware of this after Appian had filed a lawsuit against Pegasystems?

A.  I don't recall the exact time line.

Q.  What do you recall, if anything, about the time period when the idea of a teardown exercise was being discussed at Pegasystems?

MR. FRANK:  Objection.

A.  I don't.  That's a very broad question.  There was lots going on at Pegasystems at that time.

Q.  Did anyone from Pegasystems reach out to Appian after Mr. Baril had downloaded Appian software, after he had made you aware of it, to tell Appian that, look, one of our employees has downloaded your software and conducted a teardown exercise?

MR. FRANK:  Objection.

A.  Yeah, I don't believe Mr. Baril downloaded the software.  I believe he accessed a website.

CONFIDENTIAL_DMASS

PEGA_DMASS_00017706