# EXHIBIT 25

Page 1

CONFIDENTIAL - KENNETH STILLWELL

COMMONWEALTH OF VIRGINIA

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

APPIAN CORPORATION,                     )

                Plaintiff,    )

v.                                      )   C.A. NO.: 2020-07216

PEGASYSTEMS, INC. and                   )

YOUYONG ZOU,                            )

              Defendants. )

_____ )

CONFIDENTIAL DEPOSITION OF KENNETH STILLWELL

Two International Place

Boston, Massachusetts

October 22, 2021

Reported by:

Sharon Saalfield, CSR, RDR, CRR

JOB 201406

CONFIDENTIAL_DMASS

PEGA_DMASS_00018544

Page 150

CONFIDENTIAL - KENNETH STILLWELL

invoices from outside law firms retained by Pegasystems?

A. Not all invoices, but some.

Q. Above a certain threshold?

A. Yes, above a certain threshold.

Q. Do you know whether or not Pega house -- Pega house. Withdrawn.

Do you know whether or not Pegasystems' in-house lawyers looked into the conduct of Mr. Baril?

MS. SPIETH: Objection. Don't answer that. Don't answer that question. I think it will reflect communications with counsel that are privileged, so don't answer that question.

BY MR. FARIDI:

Q. Do you know whether or not Pegasystems retained outside counsel to look into Mr. Baril's conduct?

MS. SPIETH: Same answer. Don't answer that. It's privileged, for the record.

BY MR. FARIDI:

Q. Do you know whether or not any written work product was prepared by Pegasystems' lawyers with respect to any teardown efforts by Mr. Baril?

MS. SPIETH: Hold on one sec.

Page 151

CONFIDENTIAL - KENNETH STILLWELL

MR. FARIDI: It's what you --

MS. SPIETH: I think you can answer that yes or no.

THE WITNESS: I am not aware of that.

MS. SPIETH: Thanks, Muhammad, for letting me think.

BY MR. FARIDI:

Q. Do you know whether or not Mr. Baril used a pseudonym to obtain access to Appian's platform?

A. I'm not aware of anything Mr. Baril did outside attorney/client privilege.

Q. Have you seen the movie Austin Powers?

A. I have seen it, but I'm not a big fan of it, so I may not know some of the references. There's an inside joke there, I assume.

Q. Do you know whether or not the pseudonyms that Mr. Baril used to gain access to Appian's platform were derived from the characters in the Austin Powers movies?

A. I'm not aware of anything Mr. Baril used in terms of pseudonyms, or didn't use, or did.

Q. Mr. Baril continues to work at the company today?

A. As I -- yes, I understand that.

Page 152

CONFIDENTIAL - KENNETH STILLWELL

Q. Do you know whether or not he has been reprimanded in any way?

A. I am not aware that I recall on -- any discussion I've had with Mr. Baril.

Q. Do you know whether he has been demoted in any way?

A. You'd have -- I'd have to check with our people function. That doesn't report to me.

Q. Has anyone at Pegasystems ever disclosed to anyone in the outside world as to Mr. Baril's teardown efforts with respect to Appian's platform?

MS. SPIETH: Objection.

THE WITNESS: I'm not aware of any discussions about Ben Baril to the outside world that I'm aware of.

BY MR. FARIDI:

Q. Has the company made any disclosures about Mr. Baril's teardown efforts to any federal or state penal authorities?

MS. SPIETH: Objection.

THE WITNESS: No, not that I'm aware of.

BY MR. FARIDI:

Q. Do you know of any Pega employees who have obtained access to Appian's platform?

A. Pega employees who -- I am not aware of any

Page 153

CONFIDENTIAL - KENNETH STILLWELL

Pega employees that have accessed the Appian platform. Is that what you -- I'm not aware of any of that other than if I -- attorney/client privilege. I don't -- I'm not aware of it independently.

Q. Do you know whether -- by the way, are there members of -- withdrawn.

Are there people on the company's board of directors who are not in the company's management?

A. Yes. Our board members, outside of Alan Trefler, are not in the management of the company. Yes, are not in the management of the company.

Q. And how many members are there of the board?

A. It changes, but I believe we have -- I believe we have seven now.

Q. All right. And do you know whether the board of the company has been apprised of the work that Dr. Zou did for Pega?

MS. SPIETH: Objection.

THE WITNESS: Outside of attorney/client privilege, I would not have -- I'm not aware of any communication with the board.

BY MR. FARIDI:

Q. Do you know whether the board of the company has been apprised in the efforts undertaken by

CONFIDENTIAL_DMASS

PEGA_DMASS_00018582