# EXHIBIT 26

**To:**        Cushing, Matthew[Matthew.Cushing@pega.com]
**From:**      Chris Winters
**Sent:**      2020-05-29T19:21:42Z
**Importance:**            Normal
**Subject:**   ExtMsg: Appian Corp. vs. Pegasystems, Inc. and Youyong Zou
**Received:**              2020-05-29T19:22:30Z
2020-05-29 Complaint - FILE STAMPED.pdf

Mr. Cushing,

I am writing out to provide you a courtesy copy of a complaint that Appian filed today in Fairfax County, Virginia, against Pegasystems and Youyong Zou, alleging misappropriation of Appian's trade secrets among other counts.   The complaint will be served on Pegasystems and Zou in due course.

Appian has never preferred litigation as a course of action and will listen to any solution that will resolve the issues presented in the complaint, accounting for the seriousness of the facts on which that complaint is based.

Appian is being represented by John McNichols of Williams & Connolly LLP and Ellen Marcus and Sheila Costin of Holmes Costin & Marcus PLLC in this matter.  Whichever counsel Pegasystems retains may direct their communications to them.
Sincerely,

Christopher Winters


--
Christopher Winters
General Counsel
Appian Corporation
(703) 988-6682
chris.winters@appian.com


--
This message and any attachments are solely for the intended recipient. If you are not the intended recipient, disclosure, copying, use, or distribution of the information included in this message is prohibited -- please immediately and permanently delete this message.