# EXHIBIT 27

| | |
|---|---|
| **From:** | Lennegren, Olle [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=76690E307C5F403B929FE0DAAA09E997-LENNEGREN,] |
| **Sent:** | 5/25/2022 10:04:46 PM |
| **To:** | Trefler, Alan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6938d87a0cde471a954269582407b5be-Trefler, Al]; Trefler, Leon [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ca76ceed638d4ea2a3c1e3f6a547632f-Trefler, Le]; Stillwell, Ken [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=127f7470442146118ab8a29ed43e2a5a-Stillwell,] |
| **CC:** | Reixa, Joaquin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b90eb61e56fd40d99681297f4e612fe2-Reixa, Joaq]; Allard, Gayle [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=02febbf075cf4899b4a2c272a8ecf076-Allard, Gay]; Curfman, Andi [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7308a05426474665b1cde5f68ce92985-Curfman, An] |
| **Subject:** | Re: VOLVO WEF Davos |

Hi Alan,

Yes the link to the 8K, a letter from Ken and the legal advice from Choate has been shared.

Best, Olle

Get Outlook for iOS

**From:** Trefler, Alan <Alan.Trefler@pega.com>
**Sent:** Wednesday, May 25, 2022 10:25:42 PM
**To:** Lennegren, Olle <Olle.Lennegren@pega.com>; Trefler, Leon <Leon.Trefler@pega.com>; Stillwell, Ken <Ken.Stillwell@pega.com>
**Cc:** Reixa, Joaquin <Joaquin.Reixa@pega.com>; Allard, Gayle <Gayle.Allard@pega.com>; Curfman, Andi <Andi.Curfman@pega.com>
**Subject:** RE: VOLVO WEF Davos

I'm available anytime (except of course when flying).
And I assume you have shared the link https://www.pega.com/appian-lawsuit-statement
Txs,

*-Alan*

**From:** Lennegren, Olle <Olle.Lennegren@pega.com>
**Sent:** Wednesday, May 25, 2022 3:47 PM
**To:** Trefler, Leon <Leon.Trefler@pega.com>; Trefler, Alan <Alan.Trefler@pega.com>
**Cc:** Reixa, Joaquin <Joaquin.Reixa@pega.com>; Allard, Gayle <Gayle.Allard@pega.com>
**Subject:** Re: VOLVO WEF Davos

+ Leon

Get Outlook for iOS

**From:** Lennegren, Olle <Olle.Lennegren@pega.com>
**Sent:** Wednesday, May 25, 2022 9:44 PM

**To:** Trefler, Alan <Alan.Trefler@pega.com>
**Cc:** Reixa, Joaquin <Joaquin.Reixa@pega.com>
**Subject:** VOLVO WEF Davos

Dear Alan,

Writing you wrt your offer to meet with Volvo to convey our view of the Appian verdict.

We have during the afternoon/evening been in contact with Volvo through their head of communication. We have mapped the persons attending WEF and concluded that Andrea Fuder, EVP, Head of Purchasing on group level is the person to address.
http://linkedin.com/in/andrea-fuder-300b76151

Unfortunately, Andrea is currently at a dinner and leaving early tomorrow morning. The message received from Volvo is that there is currently no time to arrange a meeting in Davos.

We have an alternative track together with Ken that we are waiting to have confirmed. That said your involvement would be very appreciated and vital to overturn their discussion to disqualify Pega.

Please know that we have worked on this case since 2019 and have received confirmation through Capgemini (indirectly through the Volvo project team) that Pega has surperior technology, Capgemini/Pega the best implementation plan and together the best price.

Their concern, leading to our qualifications, after reading the court transcripts, is our ethics in conjunction with the 2012 case. If we can convey our version, secure that we potentially have implemented new policy, worked in good faith according to industry standards, or other explanations/clarifications, I believe that we can find a way to get back in the race.

I will keep you posted on any developments.

Best regards,

Olle Lennegren

Get Outlook for iOS

---

**From:** Lennegren, Olle <Olle.Lennegren@pega.com>
**Sent:** Wednesday, May 25, 2022 8:24 PM
**To:** Reixa, Joaquin <Joaquin.Reixa@pega.com>; Trefler, Leon <Leon.Trefler@pega.com>
**Cc:** Allard, Gayle <Gayle.Allard@pega.com>
**Subject:** Re: URGENT_VOLVO: JARVIS RFP Short list decision

Hi Joaquin,

We have had contact with Andrea through Head of Com's.
Andrea is presently at a dinner and leaving early tomorrow morning.
Unfortunately, there is just not time to engage her at the WEF in Davos.
We will continue with the track we have with Ken but will also investigate meetings with Leon and Alan.

Best, Olle

Get Outlook for iOS

---

**From:** Lennegren, Olle <Olle.Lennegren@pega.com>
**Sent:** Wednesday, May 25, 2022 7:07:34 PM
**To:** Reixa, Joaquin <Joaquin.Reixa@pega.com>; Trefler, Leon <Leon.Trefler@pega.com>
**Cc:** Allard, Gayle <Gayle.Allard@pega.com>
**Subject:** Re: URGENT_VOLVO: JARVIS RFP Short list decision

Got it Joaquin.

We have reach out their head of communication on group level and he has agreed to reach out to Andrea Fuder, EVP, Head of Purchasing on group level.
http://linkedin.com/in/andrea-fuder-300b76151

It is vital that we drive this through the procurement organization to not be disqualified.
According to our partner Capgemini (also disqualified now) we have the best price, technology, and delivery capacity.

Please note that Our opportunity is on Volvo Truck level (+50% of the group). Though this specific opp is an application replacement it is also their platform of choice for further digitalization.

Also, tomorrow is a bank holiday in Sweden and our contacts don't know if Andrea will stay or has left.

Furthermore, Volvo has read the verdict and their main concern, according to them, is the ethics.

If, we get a meeting I will brief Alan asap (at his convenience)

We are also planning the call with Ken but haven't received any dates for this call yet.

Best, Olle

Get Outlook for iOS

**From:** Reixa, Joaquin <Joaquin.Reixa@pega.com>
**Sent:** Wednesday, May 25, 2022 6:47 PM
**To:** Lennegren, Olle <Olle.Lennegren@pega.com>; Trefler, Leon <Leon.Trefler@pega.com>
**Cc:** Allard, Gayle <Gayle.Allard@pega.com>
**Subject:** Re: URGENT_VOLVO: JARVIS RFP Short list decision

Alan is returning tomorrow afternoon, so the call must happen in the morning.

Joaquín Reixa
VP Sales and MD EMEA
Sent from my mobile.

**De:** Lennegren, Olle <Olle.Lennegren@pega.com>
**Enviado:** Wednesday, May 25, 2022 6:02:28 PM
**Para:** Trefler, Leon <Leon.Trefler@pega.com>
**Cc:** Allard, Gayle <Gayle.Allard@pega.com>; Reixa, Joaquin <Joaquin.Reixa@pega.com>
**Asunto:** Re: URGENT_VOLVO: JARVIS RFP Short list decision

Hi Joaquin,

Will try to get hold people at Volvo that can make it happen.

Will keep this team posted.

CONFIDENTIAL_DMASS

PEGA_DMASS_00400884

Best, Olle

Get Outlook for iOS

---

**From:** Lennegren, Olle <Olle.Lennegren@pega.com>
**Sent:** Wednesday, May 25, 2022 5:59:40 PM
**To:** Trefler, Leon <Leon.Trefler@pega.com>
**Cc:** Allard, Gayle <Gayle.Allard@pega.com>; Reixa, Joaquin <Joaquin.Reixa@pega.com>
**Subject:** Re: URGENT_VOLVO: JARVIS RFP Short list decision

Hi Leon,

Would very much appreciate that.
Looking forward to speaking to you soon.

Best, Olle

Get Outlook for iOS

---

**From:** Trefler, Leon <Leon.Trefler@pega.com>
**Sent:** Tuesday, May 24, 2022 11:45 PM
**To:** Lennegren, Olle <Olle.Lennegren@pega.com>
**Cc:** Allard, Gayle <Gayle.Allard@pega.com>; Reixa, Joaquin <Joaquin.Reixa@pega.com>
**Subject:** RE: URGENT_VOLVO: JARVIS RFP Short list decision

Olle,

Let's find some time to catch up 1:1. I can imagine this must be a stressful situation. We need to figure out how to get in front of Volvo because to my knowledge they are the only client having this reaction. May be others I don't know about, but their reaction is unusual so they clearly have a misunderstanding. But I also want to make sure you are feeling okay about what is happening. So let's find some time. Gayle will help arrange a call.

Thanks,

---

**Leon Trefler, Chief of Clients and Markets | Pegasystems Inc.**
One Main Street, Cambridge, MA 02142
**Office:** +1 (617) 866-6599 | **Mobile:** +1 (617) 301-2278 | **Email:** Leon.Trefler@pega.com | www.pega.com
**PegaWorld iNspire | May 24, 2022 OR May 25, 2022 | Virtual Event | www.pegaworld.com**

---

**From:** Lennegren, Olle <Olle.Lennegren@pega.com>
**Sent:** Monday, May 23, 2022 10:09 AM
**To:** Trefler, Leon <Leon.Trefler@pega.com>; Trefler, Alan <Alan.Trefler@pega.com>; Reixa, Joaquin <Joaquin.Reixa@pega.com>
**Cc:** Hancock, Nathan <Nathan.Hancock@pega.com>; Shanley, Lauren <Lauren.Shanley@pega.com>; Hagerstrom, Hans <Hans.Hagerstrom@pega.com>
**Subject:** URGENT_VOLVO: JARVIS RFP Short list decision

Confidential and Internal to Pega

    PEGA_DMASS_00400885

Sirs,

We have been engaged with Volvo Group for a few years with an aim to develop a footprint on Volvo group level.

The current opportunity in SA, named Jarvis, is the Truck break down process. It's platform bundled with CS.
https://salesautomation.pega.com/pegasfaprd/PRAuth/app/PegaSFA/opportunities/O-49157
This opportunity, valued at 850-900k, is one out of 14 opportunities that Pega and Volvo have regarded as great Pega cases at Volvo.
Two weeks ago we were informed that Pega + Capgemini were shortlisted together with Microsoft + EY, while ServiceNow + Accenture was out.
Pega + Capgemini was seen as the preferred partnership by Volvo.

Volvo has now informed us that they are forced to disqualify us from their RFP process based on the Appian Verdict. (see below mail from Volvo)
It is my understanding, based on the below message, that their rational is twofold:
1) we did not disclosed the legal actions (no input from Ombud) in the RFP, though we referred Volvo to our annual report 2021 which clearly states the ongoing dispute.
2) It is Volvo's legal view that the verdict impose a "serious risk which could potentially impact on Pegasystems ability to perform their obligations to Volvo if they are selected as the supplier for the JARVIS project"

I am reaching out to You to ask for support in saving this opportunity.
We are convinced that issue (1) can be sorted but issue (2) needs a structural approach that mitigates the perceived risk by Volvo and ensures Volvo's belief in Pega long term.

Anything that could be done to issue (2) to support the case would be very appreciated.

Sincerely,

**Olle Lennegren**

**Managing Director, Nordic**

**Mobile:** +46 72-225 7912

**Email:** olle.lennegren@pega.com ┊ linkedin.com/in/ollelennegren



---

**From:** Hagerstrom, Hans <Hans.Hagerstrom@pega.com>
**Sent:** Monday, May 23, 2022 12:59
**To:** Lennegren, Olle <Olle.Lennegren@pega.com>
**Subject:** Fwd: JARVIS RFP Shortlist decision

## Hans Hägerström
Account Executive
Pegasystems AB
Mobile: +46 707 930 059
Hans.hagerstrom@pega.com
Address: Östermalmstorg 1,
114 42 Stockholm, Sweden

**Från:** Popovska Hjelm Cathy <cathy.popovska.hjelm@volvo.com>
**Skickat:** Monday, May 23, 2022 12:36:34 PM
**Till:** Hagerstrom, Hans <Hans.Hagerstrom@pega.com>; Jansson, Ulf <ulf.jansson@capgemini.com>; Sharma, Deepak <deepak.v.sharma@capgemini.com>
**Kopia:** Gustafsson Lars B (Consultant) <lars.b.gustafsson@consultant.volvo.com>; Vainio Marko <Marko.Vainio@volvo.com>; Christiansson Daniel <daniel.christiansson@volvo.com>
**Ämne:** ExtMsg: JARVIS RFP Shortlist decision


**CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.**

Dear Pega &CapG team,

The JARVIS Project has narrowed the selection of the offered solutions and put forward a recommended supplier shortlist to our Steering Committee.
The JARVIS Steering Committee has decided to not select your solution for continuing in the RFP process.

**The information below, makes it impossible for Volvo Group/VolvoTrucks to continue this process and enter into partnership with Pegasystems for digitalizing the aftermarket processes in the Jarvis project.**

**Information received**; that Appian received a verdict from a jury in the Circuit Court for Fairfax County, Virginia, awarding it $2.036 billion in damages from Pegasystems Inc. (NASDAQ: PEGA) for trade secret misappropriation.
The jury also found that Pegasystems violated the Virginia Computer Crimes Act. The jury further found Pegasystems' misappropriation of Appian's trade secrets to be willful and malicious. Appian brought the case to trial to ensure the protection of its proprietary intellectual property, including its trade secrets.

**RFP; We request all suppliers to disclose if they are involved in any Legal actions- PEGA did not disclose any information about the Legal actions/Lawsuit.**

Please note that this decision is specific to this RFP shortlist and in no way indicates any future sourcing direction of the group.

The Project would like to give you feedback, please see our suggested timeslots below and let us know if these are feasible for you.
**CAP – as you are a SI-partner in this set up and are not shortlisted for JARVIS, we would like to have a separate meeting with you.**

**PEGA/CAP-May 24th, 09.30-10.00 CET**

**CAP- May 24th, 10.30-11.00 CET**

We realize that your organization has committed time and resources in presenting your solution, hence we would like to thank you for all your effort, engagement and involvement to date.

We highly appreciate your organizations commitment, time and resources allocated working with us and presenting your solution, hence our thankfulness for all your effort spent, engagement & involvement to date in collaborating with us.
-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------
-------------------------------------

**Legal Background and facts:**
- May 29, 2020 – US Software company **Appian Corp** filed a lawsuit against **Pegasystems** in state court of Virginia.
- Nearly two years later, May 10:th 2022 - **Pegasystems**, has had a legal judgment issued against them in Virginia, USA in the amount of **$2.036 billion US** in damages for malicious and willful misappropriation of trade secrets and

violation of the Virginia Computer Crimes Act. For further details, see news on judgment here: LINK  (And for the full transcript of proceedings and judgment with news story, see here: LINK )

- Same day, **Pegasystems** responded to **verdict;** LINK A process which may take years to complete, hence introducing serious risk which could potentially impact on Pegasystems ability to perform their obligations to Volvo if they are selected as the supplier for the JARVIS project.

Kindly,
Cathy

*This email message (including its attachments) is confidential and may contain privileged information and is intended solely for the use of the individual and/or entity to whom it is addressed. If you are not the intended recipient of this e-mail you may not disseminate, distribute or copy this e-mail (including its attachments), or any part thereof. If this e-mail is received in error, please notify the sender immediately by return e-mail and make sure that this e-mail (including its attachments), and all copies thereof, are immediately deleted from your system. Please further note that when you communicate with us via email or visit our website we process your personal data. See our privacy policy for more information about how we process it: https://www.volvogroup.com/en-en/privacy.html*

CONFIDENTIAL_DMASS

PEGA_DMASS_00400888