# EXHIBIT 28

| | |
|---|---|
| **From:** | Gertz, Valerie [vgertz@choate.com] |
| on behalf of | Pitfield, John R. [jpitfield@choate.com] |
| **Sent:** | 2/5/2021 2:41:19 PM |
| **To:** | Cushing, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7918471c8b594645b5712efcb65eb7a1-Cushing, Ma] |
| **Subject:** | ExtMsg: Audit Response Letter - Pegasystems Inc. |
| **Attachments:** | Audit Response Letter-Pegasystems, Inc.pdf |

CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.

**From:** Gertz, Valerie **On Behalf Of** Pitfield, John R.
**Sent:** Friday, February 5, 2021 9:33 AM
**To:** thennigan@deloitte.com
**Cc:** matthew.cushing@pega.com; Pitfield, John R. <jpitfield@choate.com>
**Subject:** Audit Response Letter - Pegasystems, Inc.

*Sent on Behalf of John R. Pitfield*

Per your request, please see attached audit response letter for Pegasystems, Inc.


Valerie R. Gertz
Legal Assistant

# CHOATE

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617-248-4912
f 617-502-4912
vgertz@choate.com

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000. If you are a resident of California, please see Choate's Notice to California Consumers Concerning Privacy Rights, which is posted at https://www.choate.com/terms-of-use.html#privacy-statement.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

CONFIDENTIAL_DMASS

PEGA_DMASS_00401621

# CHOATE

John R. Pitfield
(617) 248-5093
jpitfield@choate.com

February 5, 2021

**VIA EMAIL**

Deloitte & Touche LLP
200 Berkeley Street
Boston, MA 02116
Attention:  thennigan@deloitte.com

Re:     Pegasystems Inc. (the "Company")

Ladies and Gentlemen:

By letter dated January 22, 2021, a copy of which is attached as Exhibit A (the "Request Letter"), Matthew Cushing, VP, Chief Commercial Officer and General Counsel of the Company, has requested that, in connection with your examination of the financial statements of the Company as of December 31, 2020 we furnish you with a description and evaluation of certain matters with respect to which we have been engaged and to which we have devoted substantive attention in the form of legal consultation or representation on behalf of the Company or any of its subsidiaries.  Pursuant to the terms of the Request Letter, this letter is limited to contingencies exceeding $350,000, either individually or in the aggregate.

We call your attention to the fact that while this Firm has represented the Company as legal counsel, our engagement has been limited to the specific matters as to which we have been consulted by officers of the Company.  There may exist matters of a legal nature which could have a bearing on the Company's financial condition with respect to which we have not been consulted.  Our response herein is limited solely to those matters as to which we have been engaged to represent or advise the Company and as to which we have been engaged to devote substantive attention on behalf of the Company in the form of legal consultation or representation of the Company during the specified period.  We have not undertaken to advise the Company generally as to unasserted possible claims.  Furthermore, the Company is a party to many agreements and other business transactions with which we are not familiar and which may involve actual or contingent liability on its part, and we have not attempted to address such matters herein.

In response to the Request Letter, subject to the foregoing and remainder of this letter, we are aware that on May 29, 2020, Appian Corp. ("Appian") filed a complaint against the Company and an individual defendant named Youyong Zou in the Circuit Court of Fairfax County, Virginia. *See Appian Corp. v. Pegasystems Inc. & Youyong Zou*, No. 2020-07216 (Fairfax Cty. Ct.).  Appian's complaint asserts against the Company claims of misappropriation of

**CHOATE HALL & STEWART LLP**
Two International Place  |  Boston MA 02110  |  **T** 617-248-5000  |  **F** 617-248-4000  |  choate.com

10072352v1

CONFIDENTIAL_DMASS

Deloitte & Touche LLP
February 5, 2021
Page 2

trade secrets, violation of the Virginia Computer Crimes Act, tortious interference with contract and business expectations, and conspiracy, and claims to have suffered $90 million in damages. On July 24, 2020, the Company filed a "Plea In Bar," seeking dismissal of all claims on grounds that they are barred by the applicable statutes of limitations. The Plea in Bar is set to be heard on November 8-10, 2021. The trial is set to begin on February 21, 2022. Because we have not formed an opinion that an unfavorable outcome is either "probable" or "remote" (as such terms are defined in the *ABA Statement of Policy Regarding Lawyers' Responses to Auditor's Requests for Information*), we express no opinion about the likelihood of an unfavorable outcome or the amount or range of any potential loss in these proceedings. We understand from our discussions with the Company that it has potentially meritorious defenses and that it intends to continue to defend all such proceedings vigorously. We direct you to the Company for more information about this litigation.

As of December 31, 2020, there were $688,654 of billed and unpaid fees and disbursements owed this Firm by the Company, and $288,095 of unbilled fees and disbursements in the aggregate amount on all Company matters.

This response is limited by, and in accordance with, the *ABA Statement of Policy Regarding Lawyers' Responses to Auditor's Requests for Information* (December 1975), and the accompanying Commentary (which is an integral part of the Statement), which are specifically incorporated herein by reference. Without limiting the generality of the foregoing, the limitations set forth in such Statement on the scope and use of this response are specifically incorporated herein by reference, and any description herein of any "loss contingencies" is qualified in its entirety by Paragraph 5 of the Statement and the accompanying Commentary (which is an integral part of the Statement). Consistent with Paragraph 5 of the ABA Statement of Policy, it is our policy not to respond to inquiries regarding contractually assumed obligations or with respect to possible unasserted claims or assessments unless such matters have been specifically identified in the Request Letter, nor do we comment on the accuracy of any negative assurance furnished to you by the Company in this regard. However, consistent with the last sentence of Paragraph 6 of the ABA Statement of Policy and pursuant to the Company's Request Letter, this will confirm as correct the Company's understanding as set forth in the Request Letter that whenever, in the course of performing legal services for the Company with respect to a matter recognized to involve an unasserted possible claim or assessment that may call for financial statement disclosure, we have formed a professional conclusion that the Company must disclose or consider disclosure concerning such possible claim or assessment, we will so advise the Company and will consult with the Company concerning the question of such disclosure and the applicable requirements of Statement of Financial Accounting Standards No. 5, now codified as FASB Accounting Standards Codification Subtopic 450-20, Contingencies – Loss Contingencies.

Neither the Request Letter nor this letter should be construed to constitute a waiver of the attorney-client privilege, the work product doctrine or any other applicable privilege or doctrine.

10072352v1

Deloitte & Touche LLP
February 5, 2021
Page 3


Our response is expressly limited to the matters set forth herein and to the terms of this letter. The information set forth herein is as of the date of this letter and we disclaim any undertaking to advise you of changes which thereafter may be brought to our attention.

Sincerely yours,

John R. Pitfield

cc:    Matthew J. Cushing, VP, Chief Commercial Officer and General Counsel
       (*matthew.cushing@pega.com*)

10072352v1

**Exhibit A**

**Request Letter**

See attached.

10072352v1

CONFIDENTIAL_DMASS

PEGA_DMASS_00401625



January 22, 2021

John Pitfield
Choate Hall and Stewart
Two International Place
Boston, MA 02110

Dear John:

In connection with an audit of our (consolidated) financial statements at December 31, 2020 and for the year then ended, please furnish to our independent auditors, Deloitte & Touche LLP (D&T), a list that describes and evaluates pending or threatened litigation, claims, and assessments with respect to which you have been engaged and to which you have devoted substantive attention on behalf of the Company or any of its subsidiaries in the form of legal consultation or representation. Your response should include matters that existed at December 31, 2020 as well as new matters during the period from that date to the specified effective date of your response, which should not be before February 5, 2021, and should be sent so as to be received by D&T by email to thennigan@deloitte.com no later than February 12, 2021.

*For the purpose of your response, please be aware that we consider matters where the potential loss exceeds $350,000, either individually or in the aggregate, to be material to our financial statements.*

*Pending or Threatened Litigation (excluding unasserted claims):*

Please furnish to D&T details relating to all matters of pending or threatened litigation you are handling on our behalf [which meet the standard of materiality stated above], including (1) a description of the nature of each matter, (2) the progress of each matter to date, (3) how the Company has responded or intends to respond (for example, to contest the case vigorously or to seek an out-of-court settlement), and (4) an evaluation of the likelihood of an unfavorable outcome and an estimate, if one can be made, of the amount or range of potential loss.

*Unasserted Claims or Assessments*



Pegasystems Inc.
One Rogers Street
Cambridge, MA
02142-1590 USA

Phone 617.374.9600    Fax 617.374.9620    Pega.com

CONFIDENTIAL_DMASS

PEGA_DMASS_00401626



Management of the Company has prepared, and furnished to D&T, a description and evaluation of certain unasserted claims or assessments, including those set forth below, involving matters with respect to which you have been engaged and to which you have devoted substantive attention on our behalf in the form of legal consultation or representation.

Unasserted Claims or Assessments (considered by management to be probable of assertion and which, if asserted, would have at least a reasonable possibility of an unfavorable outcome):

Please respond to our auditors and furnish such explanation, if any, as you consider necessary to supplement the foregoing information, including an explanation of those matters as to which your views may differ from those stated by management.

We understand that, in the course of performing legal services for us with respect to a matter recognized to involve an unasserted possible claim or assessment that may require financial statement disclosure, whenever you have formed a professional opinion that we should disclose or consider disclosing such possible claim or assessment, as a matter of professional responsibility to us, you will so advise us and will consult with us concerning the question of such disclosure and the applicable requirements of Accounting Standards Codification Topic 450-20 (formerly known as FAS 5). *Please specifically confirm to D&T that our understanding is correct.*

Please specifically identify the nature of, and reasons for, any limitation on your response.

Please note the amount of any unpaid and unbilled charges as of December 31, 2020.

Yours truly,

Matthew J. Cushing
VP, Chief Commercial Officer and General Counsel
Pegasystems Inc.

CONFIDENTIAL_DMASS

PEGA_DMASS_00401627