# EXHIBIT 29

| | |
|---|---|
| **From:** | Kouninis, Stathi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C57E0D4C4949460D83B7244A4D84801D-KOUNINIS, S] |
| **Sent:** | 6/30/2020 11:25:22 AM |
| **To:** | Roche, Christopher [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ed94047560b140e7ad02af055d152ece-Roche, Chri] |
| **Subject:** | RE: Appian Corp Civil Litigation |

Good morning Chris,
Before each quarter starts we have an orientation session of the quarter with Deloitte discussing notable matters. I will need to mention to them the Appian claim. Would you prefer you do that instead?
Please let me know.
Thank you.
Stathis

**From:** Lee, Jeff
**Sent:** Monday, June 29, 2020 4:26 PM
**To:** Kouninis, Stathi <Stathi.Kouninis@pega.com>; Lancaster, Don <Donald.Lancaster@pega.com>; Roche, Christopher <Christopher.Roche@pega.com>
**Cc:** Kenneally, John <John.Kenneally@pega.com>
**Subject:** FW: Appian Corp Civil Litigation

Hi All,
See below for PNC's confirmation on the Appian litigation. Thanks.
Kind Regards,
Jeff

**From:** Novak, Robert <robert.novak@pnc.com>
**Sent:** Monday, June 29, 2020 4:22 PM
**To:** Lee, Jeff <Jeffrey.Lee@pega.com>; Omalley, Terence <terence.omalley@pnc.com>
**Cc:** Kenneally, John <John.Kenneally@pega.com>
**Subject:** ExtMsg: Appian Corp Civil Litigation

Jeff - In reference to our conversation on Thursday June 25th and subsequent forwarding of the Appain Corporation Civil Compliant, please accept this email as PNC Bank's confirmation that Pega's notice satisfies 8.3.4.2 of the Credit Agreement.

We recognize that this compliant has just been initiated, remains an ongoing civil legal process, and the timeframe and duration of this claim could be quite lengthy. Going forward, PNC would be expected to be informed on all material developments in a timely manner. Over the next few weeks, PNC will provide you a brief email outlining what we would reasonably expect in terms of additional information and / or next steps in this matter.

As always, we appreciate Pega's openness and transparency.

Thanks,
Bob

CONFIDENTIAL_DMASS                                                                 PEGA_DMASS_00402780

**Robert Novak** | VP, US Northeast Corporate Banking | PNC Financial Services | 1 Garret Mountain Plaza, Woodland Park NJ 07242 | T: +1 973 881 5471 | M: +1 201 264 5875 | robert.novak@pnc.com



**From:** Lee, Jeff [mailto:Jeffrey.Lee@pega.com]
**Sent:** Monday, June 29, 2020 3:45 PM
**To:** Omalley, Terence <terence.omalley@pnc.com>; Novak, Robert <robert.novak@pnc.com>
**Cc:** Kenneally, John <John.Kenneally@pega.com>
**Subject:** EXTERNAL: RE: Confidential: Pegasystems



** This email has been received from outside the organization – Think before clicking on links, opening attachments, or responding. **

Hi TJ / Bob,
I don't remember seeing a reply to this email. Are you able to confirm you don't need anything else from Pega in regards to this pending litigation? Thanks.
Kind Regards,
Jeff

**From:** Roche, Christopher
**Sent:** Thursday, June 25, 2020 9:29 AM
**To:** terence.omalley@pnc.com; robert.novak@pnc.com; Kouninis, Stathi <Stathi.Kouninis@pega.com>; Lancaster, Don <Donald.Lancaster@pega.com>; Lee, Jeff <Jeffrey.Lee@pega.com>
**Subject:** Confidential: Pegasystems

TJ, Bob,

As discussed, attached is the civil cover sheet and complaint filed by Appian Corporation in Virginia state court.  Pleases let us know if you have any questions or need additional information.

Regards,
Chris

**Christopher Roche | Lead Counsel, Americas | Pegasystems Inc.**
Office: (617) 866.6914 | E-Mail: christopher.roche@pega.com
One Rogers Street, Cambridge, MA 02142

**PEGA** Build for Change

**Confidentiality Notice:**  This e-mail message and any attachments contain information that may be legally privileged and confidential information of Pegasystems.  If you are not the intended recipient of this e-mail, any use or dissemination or copying of this e-mail or any attachments is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by return e-mail or by phone and delete this e-mail.

     PEGA_DMASS_00402781

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may be considered a commercial electronic message under Canadian law or this message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US law. You may unsubscribe at any time from receiving commercial electronic messages from PNC at http://pages.e.pnc.com/globalunsub/
PNC, 249 Fifth Avenue, Pittsburgh, PA 15222; pnc.com

CONFIDENTIAL_DMASS

PEGA_DMASS_00402782