# EXHIBIT 31



# Meeting of the
# Audit Committee
# Pegasystems Inc.

## Meeting Agenda & Materials
## Monday, July 26, 2021

CONFIDENTIAL_DMASS

PEGA_DMASS_00409425



# PEGASYSTEMS INC.

## Meeting of the Audit Committee

### Monday, July 26, 2021
3:00 P.M. – 4:30 P.M.

**Meeting logistical information provided on calendar invite**

# PROPOSED AGENDA:

| Topic | Presenter(s) |
| --- | --- |
| Approval of April 26, 2021 Meeting Minutes | Matthew Cushing |
| 2021 Q2 Quarterly Review & Required Communications | Deloitte & Touche |
| 2021 Client Service Plan | Deloitte & Touche |
| Review of Q2 2021 10-Q Filing<br>• Reporting Topics | Ken Stillwell |
| Review of Q2 2021 Earnings Press Release<br>• Q2 2021 Earnings Press Release (Marked) | Ken Stillwell |
| 2021 Internal Audit Plan Status Report | Phil Benvenuti |
| Audit Committee Charter | Matthew Cushing |
| Internal Audit Executive Session | Phil Benvenuti |
| External Audit Executive Session | Deloitte & Touche |
| Legal Executive Session | Matthew Cushing |

Additional Documents:
- Q2 2021 Management Representation Letter (Marked)
- Q2 2021 Management Representation Letter (Clean)
- Q2 2021 10Q (Marked)

2/236

CONFIDENTIAL_DMASS

PEGA_DMASS_00409426

<u>PEGASYSTEMS INC.</u>
("Pega" or the "Corporation")

**Minutes of the Audit Committee
of the Board of Directors**

Date and Time:        April 26, 2021, 3:00 p.m., Eastern Time

Location:             By electronic means and telephone

Members Present:      Christopher Lafond  (Chair)
                      Peter Gyenes
                      Ron Hovsepian

Others Present:       Alan Trefler, CEO, Chairman
                      Kenneth Stillwell, Chief Operating Officer and Chief Financial Officer
                      Stathi Kouninis, Chief Accounting Officer and Vice President, Finance
                      Matthew J. Cushing, Vice President, Chief Commercial Officer and
                            General Counsel
                      John Kenneally, Director, Finance
                      Phil Benvenuti, Senior Director, Internal Audit
                      Jessica Ackerman, Deloitte & Touche LLP
                      Sheila Joyce, Deloitte & Touche LLP
                      Shelly Duncan, Deloitte & Touche LLP
                      Warren Suckerman, Deloitte & Touche LLP
                      John Pitfield, Choate, Hall & Stewart LLP

Notice of the time, place and purpose of the meeting was duly given in advance to each member of the Audit Committee (the "Committee"). The meeting occurred via electronic means and telephone and all members of the Committee were present, constituting a quorum for the conduct of business. All participants could hear and be heard by all other participants. Matthew J. Cushing, Secretary of the Corporation, kept the minutes of the meeting.

1

3/236

CONFIDENTIAL_DMASS

PEGA_DMASS_00409427



# Q2 2021 Audit Committee Summary

### Earnings Release, Call, and SEC Filing:
### Wednesday, July 28, 2021 - After Market Close

- **Disclosure Committee Summary**
  - Waltham Lease
    - On July 6, 2021, we entered an 11-year office lease (expected to commence on 8/1/21) for 131 thousand square feet in Waltham, MA.
      - Annual rent equals the base rent plus our portion of building operating costs and real estate taxes. Base rent first becomes payable on August 1, 2022. Base rent for the first year is $6 million and will increase by 3% annually.
      - In addition, we will receive an improvement allowance from the landlord of $11.8 million.
- **New Collections Process**
  - In June 2021, we implemented a Collections application developed by Siemens AG on the Pega Platform. The solution simplifies and increases the efficiency of our collection process by introducing collections strategies, reporting dashboards, and standardizing client communications.
- **AR Metrics**



**Days Outstanding**



*(Continued on next page)*

CONFIDENTIAL_DMASS

PEGA_DMASS_00409541