# EXHIBIT 33

| From: | Cushing, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7918471C8B594645B5712EFCB65EB7A1-CUSHING, MA] |
|---|---|
| Sent: | 6/28/2021 7:58:04 PM |
| To: | Cushing, Matthew [Matthew.Cushing@pega.com]; Roche, Christopher [Christopher.Roche@pega.com]; Trefler, Alan [Alan.Trefler@pega.com]; Stillwell, Ken [Ken.Stillwell@pega.com] |
| CC: | Frank, Robert S. [RSF@choate.com] |
| Subject: | Privileged & Confidential: Appian Briefing |
| Start: | 7/8/2021 2:00:00 PM |
| End: | 7/8/2021 3:00:00 PM |
| Recurrence: | (none) |

Brief Alan on all Appian matters.

-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-

-- Do not delete or change any of the following text. --

## When it's time, join your Webex meeting here.

Join meeting

### More ways to join:

**Join from the meeting link**
https://pega.webex.com/pega/j.php?MTID=m8d278df78e91bf6dc1b238a5b3fbd162

**Join by meeting number**
Meeting number (access code): 172 351 7400
Meeting password: mwKQYrs?876 (69579770 from phones)

**Tap to join from a mobile device (attendees only)**
+1-415-655-0003,,1723517400#69579770# US Toll
Some mobile devices may ask attendees to enter a numeric password.

**Join by phone**
+1-415-655-0003 US Toll
Global call-in numbers | Toll-free calling restrictions

**Join from a video system or application**
Dial 1723517400@pega.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

If you are a host, click here to view host information.


Need help? Go to https://help.webex.com

CONFIDENTIAL_DMASS

PEGA_DMASS_00778695