EXHIBIT 34

| | |
|---|---|
| **From:** | Cushing, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7918471C8B594645B5712EFCB65EB7A1-CUSHING, MA] |
| **Sent:** | 10/5/2020 8:20:49 PM |
| **To:** | Cushing, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7918471c8b594645b5712efcb65eb7a1-Cushing, Ma]; Trefler, Alan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6938d87a0cde471a954269582407b5be-Trefler, Al]; Stillwell, Ken [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=127f7470442146118ab8a29ed43e2a5a-Stillwell,]; Roche, Christopher [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ed94047560b140e7ad02af055d152ece-Roche, Chri] |
| **Subject:** | Privileged & Confidential: Appian Update |
| **Start:** | 10/20/2020 5:00:00 PM |
| **End:** | 10/20/2020 5:45:00 PM |
| **Recurrence:** | (none) |

Agenda:  Discuss updates on the two Appian lawsuits.

-- Do not delete or change any of the following text. --

## When it's time, join your Webex meeting here.

Meeting number (access code): 172 798 8269

Join meeting

**Tap to join from a mobile device (attendees only)**
415-655-0003,,1727988269## US Toll

**Join by phone**
415-655-0003 US Toll
Global call-in numbers  |  Toll-free calling restrictions

**Join from a video system or application**
Dial 1727988269@pega.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

**Join using Microsoft Lync or Microsoft Skype for Business**

Dial 1727988269.pega@lync.webex.com

CONFIDENTIAL_DMASS

PEGA_DMASS_00778779

If you are a host, click here to view host information.

Need help? Go to http://help.webex.com

CONFIDENTIAL_DMASS

PEGA_DMASS_00778780