# EXHIBIT 35

| | |
|---|---|
| **From:** | Cushing, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7918471C8B594645B5712EFCB65EB7A1-CUSHING, MA] |
| **Sent:** | 3/16/2021 7:49:29 PM |
| **To:** | Cushing, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7918471c8b594645b5712efcb65eb7a1-Cushing, Ma]; Trefler, Alan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6938d87a0cde471a954269582407b5be-Trefler, Al]; Stillwell, Ken [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=127f7470442146118ab8a29ed43e2a5a-Stillwell,]; Roche, Christopher [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ed94047560b140e7ad02af055d152ece-Roche, Chri] |
| **Subject:** | Privileged & Confidential: Appian Mediation |
| **Start:** | 3/18/2021 4:30:00 PM |
| **End:** | 3/18/2021 5:00:00 PM |
| **Recurrence:** | (none) |

-- Do not delete or change any of the following text. --

## When it's time, join your Webex meeting here.

**Join meeting**

### More ways to join:

**Join from the meeting link**
https://pega.webex.com/pega/j.php?MTID=m3a3b0e0ada995d4d612128198cfa2d70

**Join by meeting number**
Meeting number (access code): 157 278 7779
Meeting password: hNNH8rKi5*2 (46648754 from phones)

**Tap to join from a mobile device (attendees only)**
415-655-0003,,1572787779#46648754# US Toll
Some mobile devices may ask attendees to enter a numeric meeting password.

**Join by phone**
415-655-0003 US Toll
Global call-in numbers  |  Toll-free calling restrictions

**Join from a video system or application**
Dial 1572787779@pega.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

CONFIDENTIAL_DMASS

**Join using Microsoft Lync or Microsoft Skype for Business**

Dial 1572787779.pega@lync.webex.com

If you are a host, click here to view host information.

Need help? Go to https://help.webex.com

CONFIDENTIAL_DMASS

PEGA_DMASS_00779459