# EXHIBIT 36

| | |
|---|---|
| **From:** | Stillwell, Ken [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=127F7470442146118AB8A29ED43E2A5A-STILLWELL,] |
| **Sent:** | 6/8/2020 3:37:12 PM |
| **To:** | Cushing, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7918471c8b594645b5712efcb65eb7a1-Cushing, Ma] |
| **Subject:** | RE: Privileged & Confidential Appian Lawsuit |

I could join for first 30 minutes

-----Original Message-----
From: Cushing, Matthew
Sent: Monday, June 8, 2020 11:36 AM
To: Stillwell, Ken <Ken.Stillwell@pega.com>
Subject: Privileged & Confidential Appian Lawsuit

We have a 1 hour call set with Choate today at 1:30pm. Do you want to join for context, questions, update?

CONFIDENTIAL_DMASS