# APPENDIX A

**APPENDIX A TO LEAD PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS AND RELATED RELIEF**

### I.   CUSTODIANS

####    A.   Agreed Custodians (24 total)

| Agreed Custodian | Title(s) | Agreed Terms[1] Plaintiffs Request to Run Across This Custodian's Files | Agreed Terms Defendants Have Agreed to Run Across This Custodian's Files[2] |
|---|---|---|---|
| Akgonul, Kerim | Chief Product Officer | 1-144, 146-150 | 1-129, 144, 146-147 |
| Albon, Danielle[3] | Senior Director and Revenue Controller<br><br>Disclosure Committee member during the Class Period | 1-144, 146-150 | 1-2, 12, 27-28, 32-34, 36, 42, 87-88, 108-109, 123, 139-143, 150 |
| Arsenault, Marissa (Foti)[4] | Revenue Manager<br><br>Disclosure Committee member during the Class Period | 1-144, 146-150 | 1-2, 12, 27-28, 32-34, 36, 42, 87-88, 108-109, 123, 139-143, 150 |
| Balaguer, Cris Morea[5] | Sr. Director, Tax<br><br>Disclosure Committee member during the Class Period | 1-144, 146-150 | 1-2, 12, 27-28, 32-34, 36, 42, 87-88, 108-109, 123, 139-143, 150 |

---

[1]   The "Agreed Terms" are listed *infra* at §II.

[2]   Based on Defendants' January 5, 2024 letter (Ex. 14) in response to Plaintiffs' November 17, 2023 letter (Ex. 12).

[3]   The Parties have agreed to limit searches of Ms. Albon's material to October 1, 2020 to September 30, 2021.

[4]   The Parties have agreed to limit searches of Ms. Arsenault's material to May 29, 2020 to September 30, 2020.

[5]   The Parties have agreed to limit searches of Ms. Balaguer's material to October 1, 2020 to September 30, 2021.

4883-3684-6746.v1

| Agreed Custodian | Title(s) | Agreed Terms[1] Plaintiffs Request to Run Across This Custodian's Files | Agreed Terms Defendants Have Agreed to Run Across This Custodian's Files[2] |
|---|---|---|---|
| Baril, Benjamin | Director, Office of the Chief Technology Officer | 1-144, 146-150 | 1-129, 144, 146-147 |
| Benvenuti, Phil | Senior Director of Internal Audit | 1-144, 146-150 | 35-36, 134-138, 141-143 |
| Bixby, Steve | VP, Product Management | 1-144, 146-150 | 1-129, 146-147 |
| Collier, Nick[6] | Director, Finance EMEA<br><br>Disclosure Committee member during the Class Period | 1-144, 146-150 | 1-2, 12, 27-28, 32-34, 36, 42, 87-88, 108-109, 123, 139-143, 150 |
| Cushing, Matt | Chief Commercial Officer<br><br>Chief Compliance Officer<br><br>General Counsel<br><br>Disclosure Committee member during the Class Period | 1-144, 146-150 | 1-2, 12, 27-28, 32-34, 36, 42, 87-88, 108-109, 123, 132-143, 150 |
| Fuentes, Carlos[7] | VP, Chief Information Security Officer<br><br>Disclosure Committee member during the Class Period | 1-144, 146-150 | 1-2, 12, 27-28, 32-34, 36, 42, 87-88, 108-109, 123, 139-143, 150 |

---

[6]   The Parties have agreed to limit searches of Mr. Collier's material to May 29, 2020 to September 30, 2021.

[7]   The Parties have agreed to limit searches of Mr. Fuentes' material to January 1, 2021 to October 26, 2022.

4883-3684-6746.v1

| Agreed Custodian | Title(s) | Agreed Terms[1] Plaintiffs Request to Run Across This Custodian's Files | Agreed Terms Defendants Have Agreed to Run Across This Custodian's Files[2] |
|---|---|---|---|
| Geraghty, Jack[8] | VP, Financial Planning & Analysis<br><br>Disclosure Committee member during the Class Period | 1-144, 146-150 | 1-2, 12, 27-28, 32-34, 36, 42, 87-88, 108-109, 123, 139-143, 150 |
| Kenneally, John | Senior Director, Finance and Treasury | 1-144, 146-150 | 1-2, 12, 27-28, 32-36, 42, 87-88, 108-109, 123, 139-143, 148-150 |
| Kouninis, Efstathios | Chief Accounting Officer<br><br>VP, Finance<br><br>Disclosure Committee member during the Class Period | 1-144, 146-150 | 1-2, 12, 27-28, 32-36, 42, 87-88, 108-109, 123, 132-144, 148-150 |
| Lancaster, Donald[9] | Senior Corporate Counsel<br><br>Disclosure Committee member during the Class Period | 1-144, 146-150 | 1-2, 12, 27-28, 32-34, 36, 42, 87-88, 108-109, 123, 139-143, 150 |
| Nash, Daniel[10] | Vice President, Finance<br><br>Disclosure Committee member during the Class Period | 1-144, 146-150 | 1-2, 12, 27-28, 32-34, 36, 42, 87-88, 108-109, 123, 139-143, 150 |
| PegaCompliance@pega.com | n/a | 1-144, 146-150 | 141-143 |

---

[8]     The Parties have agreed to limit searches of Mr. Geraghty's material to May 29, 2020 to September 30, 2021.

[9]     The Parties have agreed to limit searches of Mr. Lancaster's material to May 29, 2020 to September 30, 2021.

[10]     The Parties have agreed to limit searches of Mr. Nash's material to July 1, 2021 to October 26, 2022.

4883-3684-6746.v1

| Agreed Custodian | Title(s) | Agreed Terms[1] Plaintiffs Request to Run Across This Custodian's Files | Agreed Terms Defendants Have Agreed to Run Across This Custodian's Files[2] |
|---|---|---|---|
| Rogers, Lisa Pintchman | Vice President, Corporate Communications<br><br>Disclosure Committee member during the Class Period | 1-144, 146-150 | 1-131, 148-150 |
| Schuerman, Don | Chief Technology Officer<br><br>VP, Marketing and Technology | 1-144, 146-150 | 1-129, 144, 146-147 |
| Sorrentino, Tom | Senior Director<br><br>Corporate Controller<br><br>Disclosure Committee member during the Class Period | 1-144, 146-150 | 1-2, 12, 27-28, 32-36, 42, 87-88, 108-109, 123, 139-143, 148-150 |
| Stillwell, Kenneth | Chief Operating Officer<br>Chief Financial Officer | 1-144, 146-150 | 1-144, 146-150 |
| Suarez, Norma | Director of Competitive Intelligence, Marketing & AI Decisioning | 1-144, 146-150 | 1-129, 144, 146-147 |
| Trefler, Alan | Chief Executive Officer<br>Chairman | 1-144, 146-150 | 1-144, 146-150 |
| Trefler, Leon | Chief of Clients and Markets | 1-144, 146-150 | 1-129, 144, 146-147 |
| Welburn, Peter | VP, Investor Relations and Corporate Development<br><br>Disclosure Committee member during the Class Period | 1-144, 146-150 | 1-131, 148-150 |

4883-3684-6746.v1

- 5 -

**B.    Disputed Custodians (2 total)**

| Disputed Custodian | Title | Agreed Terms Plaintiffs Request To Run Across This Custodian's Files | Agreed Terms Defendants Have Agreed To Run Across This Custodian's Files |
| --- | --- | --- | --- |
| O'Keefe, Kevin[11] | Associate Corporate Counsel | 1-144, 146-150 | None |
| Roche, Christopher | Lead Counsel, Americas | 1-144, 146-150 | None |

---

[11]    Plaintiffs agree to limit searches of Mr. O'Keefe's material to the 14-month period of his employment at Pega (June 2021 to July 2022).

4883-3684-6746.v1

## II.    AGREED TERMS

Unless otherwise noted in footnotes 3-11 to the tables above (*supra*, §I), or footnotes 12-14 and 15-17 to the table below, the agreed date range for the Agreed Terms is May 29, 2020 to October 26, 2022.

| Number | Agreed Term | Term Originally Proposed By: |
|---|---|---|
| 1 | (10-K or 10-Q or 8-K) w/10 ("ASC 450" OR "Item 103" OR "reasonably possible" OR remote OR probable OR contingen* OR accrual*) | Defendants |
| 2 | ("Earnings Call" or script) w/10 ("ASC 450" OR "Item 103" OR "reasonably possible" OR remote OR probable OR contingen* OR accrual*) | Defendants |
| 3 | Youyong | Plaintiffs |
| 4 | Youyoung | Plaintiffs |
| 5 | zouyyong@yahoo.com | Plaintiffs |
| 6 | "Project Crush" | Plaintiffs |
| 7 | "understanding appian" | Plaintiffs |
| 8 | "Appian consultant" | Plaintiffs |
| 9 | "going to call him matt" | Plaintiffs |
| 10 | "questionable means to acquire" | Plaintiffs |
| 11 | "misrepresenting your identify in hopes of obtaining" | Plaintiffs |
| 12 | "the Company has strong defenses to these claims" | Plaintiffs |
| 13 | "we should never lose against Appian" | Plaintiffs |
| 14 | "can I ping about legality of using" | Plaintiffs |
| 15 | *apowerconsulting.com | Plaintiffs |
| 16 | bbaril@palenciabusinesscenter.com | Plaintiffs |
| 17 | (Andrew* w/3 Power*) | Plaintiffs |
| 18 | (Emily* w/3 Gold*) | Plaintiffs |
| 19 | (Appian OR APPN) AND (Eric w/3 Cole) | Plaintiffs |
| 20 | (Appian OR APPN) AND (Simon w/3 Platt) | Plaintiffs |
| 21 | (Appian OR APPN) AND (Richard w/3 Marshall) | Plaintiffs |
| 22 | (Appian OR APPN) AND (Paul w/3 Pinto) | Plaintiffs |
| 23 | (Appian OR APPN) AND (William w/3 Easttom) | Plaintiffs |
| 24 | (Appian OR APPN) AND (James w/3 Malackowski) | Plaintiffs |
| 25 | (Appian OR APPN) AND ((Judge OR Daniel) w/3 Ortiz) | Plaintiffs |
| 26 | (Appian OR APPN) AND ((Judge OR Richard) w/3 Gardiner) | Plaintiffs |
| 27 | (Appian OR APPN) AND "pending litigation" | Plaintiffs |
| 28 | (Appian OR APPN) AND "legal proceedings" | Plaintiffs |
| 29 | (Appian OR APPN) AND "A. Ewe" | Plaintiffs |

4883-3684-6746.v1

| Number | Agreed Term | Term Originally Proposed By: |
|---|---|---|
| 30 | (Appian OR APPN) AND "A Ewe" | Plaintiffs |
| 31 | (Appian OR APPN) AND (Paul* w/3 Foon*) | Plaintiffs |
| 32 | (Appian OR APPN) AND "Item 103" | Plaintiffs |
| 33 | (Appian OR APPN) AND "ordinary routine litigation" | Plaintiffs |
| 34 | (Appian OR APPN) AND ((topic OR subtopic OR FASB OR ASC) w/10 (450* OR "contingencies")) | Plaintiffs |
| 35 | (Appian OR APPN) AND *deloitte* | Plaintiffs |
| 36 | (To/From/Cc *@deloitte) AND ("without merit" OR (Pega* w/5 competitive w/5 market*) OR (notice! w/5 misappropriat!) OR "strong defenses" OR "code of conduct") | Defendants |
| 37 | (Appian OR APPN) AND ("Organic Living and Wellness" OR*@organiclivingandwellness.com) | Plaintiffs |
| 38 | (Appian OR APPN) AND ("Palencia Business Center" or *@palenciabusinesscenter.com) | Plaintiffs |
| 39 | (Appian OR APPN) AND (Albert w/3 Scii) | Plaintiffs |
| 40 | (Appian OR APPN) AND (Albert w/3 Skii) | Plaintiffs |
| 41 | (Appian OR APPN) AND ("A Skii") | Plaintiffs |
| 42 | (Appian OR APPN) AND (proceedings w/3 "ordinary course") | Plaintiffs |
| 43 | (Appian OR APPN) AND (spy or spies) | Plaintiffs |
| 44 | (Appian OR APPN) AND "Virginia Computer Crimes Act" | Plaintiffs |
| 45 | (Appian OR APPN) AND "Virginia Uniform Trade Secrets Act" | Plaintiffs |
| 46 | (Appian OR APPN) AND VCCA | Plaintiffs |
| 47 | (Appian OR APPN) AND VUTSA | Plaintiffs |
| 48 | (Appian OR APPN) AND Venugopal.sarada@edumithra.co.in | Plaintiffs |
| 49 | (Appian OR APPN) AND vishal.sarada@capgemini.com | Plaintiffs |
| 50 | (Appian OR APPN) w/35 "12 challenges" | Plaintiffs |

4883-3684-6746.v1

| Number | Agreed Term | Term Originally Proposed By: |
|---|---|---|
| 51 | (Appian OR APPN) w/35 "12challenges" | Plaintiffs |
| 52 | (Appian OR APPN) w/35 "ad damnum" | Plaintiffs |
| 53 | (Appian OR APPN) w/35 "burden of proof" | Plaintiffs |
| 54 | (Appian OR APPN) w/35 "free trial" | Plaintiffs |
| 55 | (Appian OR APPN) w/35 "tear down" | Plaintiffs |
| 56 | (Appian OR APPN) w/35 "trade secret" | Plaintiffs |
| 57 | (Appian OR APPN) w/35 "trade secrets" | Plaintiffs |
| 58 | (Appian OR APPN) w/35 "unjust enrichment" | Plaintiffs |
| 59 | (Appian OR APPN) w/35 "attack plan" | Plaintiffs |
| 60 | (Appian OR APPN) w/35 "battle card" | Plaintiffs |
| 61 | (Appian OR APPN) w/35 "CI brief" | Plaintiffs |
| 62 | (Appian OR APPN) w/35 "CI content" | Plaintiffs |
| 63 | (Appian OR APPN) w/35 "CI Project" | Plaintiffs |
| 64 | (Appian OR APPN) w/35 "CI space" | Plaintiffs |
| 65 | (Appian OR APPN) w/35 "competitive brief" | Plaintiffs |
| 66 | (Appian OR APPN) w/35 "competitive briefing" | Plaintiffs |
| 67 | (Appian OR APPN) w/35 "competitive intelligence" | Plaintiffs |
| 68 | (Appian OR APPN) w/35 "confidential" | Plaintiffs |
| 69 | (Appian OR APPN) w/35 "CRM proposal" | Plaintiffs |
| 70 | (Appian OR APPN) w/35 "damning attack" | Plaintiffs |
| 71 | (Appian OR APPN) w/35 "deep dive" | Plaintiffs |
| 72 | (Appian OR APPN) w/35 "license agreement" | Plaintiffs |

4883-3684-6746.v1

| Number | Agreed Term | Term Originally Proposed By: |
|---|---|---|
| 73 | (Appian OR APPN) w/35 "license agreements" | Plaintiffs |
| 74 | (Appian OR APPN) w/35 "request for admission" | Plaintiffs |
| 75 | (Appian OR APPN) w/35 "technical brief" | Plaintiffs |
| 76 | (Appian OR APPN) w/35 "technical business brief" | Plaintiffs |
| 77 | (Appian OR APPN) w/35 "technical CI" | Plaintiffs |
| 78 | (Appian OR APPN) w/35 "terms of use" | Plaintiffs |
| 79 | (Appian OR APPN) w/35 "trial terms and conditions" | Plaintiffs |
| 80 | (Appian OR APPN) w/35 action* | Plaintiffs |
| 81 | (Appian OR APPN) w/35 appeal* | Plaintiffs |
| 82 | (Appian OR APPN) w/35 appellate | Plaintiffs |
| 83 | (Appian OR APPN) w/35 battlecard* | Plaintiffs |
| 84 | (Appian OR APPN) w/35 BP3 | Plaintiffs |
| 85 | (Appian OR APPN) w/35 camtasia* | Plaintiffs |
| 86 | (Appian OR APPN) w/35 case* | Plaintiffs |
| 87 | (Appian OR APPN) w/35 claim* | Plaintiffs |
| 88 | (Appian OR APPN) w/35 complaint* | Plaintiffs |
| 89 | (Appian OR APPN) w/35 consultant* | Plaintiffs |
| 90 | (Appian OR APPN) w/35 contractor* | Plaintiffs |
| 91 | (Appian OR APPN) w/35 court* | Plaintiffs |
| 92 | (Appian OR APPN) w/35 damage* | Plaintiffs |
| 93 | (Appian OR APPN) w/35 defense* | Plaintiffs |
| 94 | (Appian OR APPN) w/35 demurrer* | Plaintiffs |

| Number | Agreed Term | Term Originally Proposed By: |
|---|---|---|
| 95 | (Appian OR APPN) w/35 depos* | Plaintiffs |
| 96 | (Appian OR APPN) w/35 discovery | Plaintiffs |
| 97 | (Appian OR APPN) w/35 documentation | Plaintiffs |
| 98 | (Appian OR APPN) w/35 enjoin* | Plaintiffs |
| 99 | (Appian OR APPN) w/35 exhibit* | Plaintiffs |
| 100 | (Appian OR APPN) w/35 hearing* | Plaintiffs |
| 101 | (Appian OR APPN) w/35 injunct* | Plaintiffs |
| 102 | (Appian OR APPN) w/35 interrog* | Plaintiffs |
| 103 | (Appian OR APPN) w/35 judgment* | Plaintiffs |
| 104 | (Appian OR APPN) w/35 juries | Plaintiffs |
| 105 | (Appian OR APPN) w/35 juror* | Plaintiffs |
| 106 | (Appian OR APPN) w/35 jury | Plaintiffs |
| 107 | (Appian OR APPN) w/35 (Kforce* OR "K-Force") | Plaintiffs |
| 108 | (Appian OR APPN) w/35 lawsuit* | Plaintiffs |
| 109 | (Appian OR APPN) w/35 litigat* | Plaintiffs |
| 110 | (Appian OR APPN) w/35 merit* | Plaintiffs |
| 111 | (Appian OR APPN) w/35 misappropriat* | Plaintiffs |
| 112 | (Appian OR APPN) w/35 motion* | Plaintiffs |
| 113 | (Appian OR APPN) w/35 proceeding* | Plaintiffs |
| 114 | (Appian OR APPN) w/35 relief | Plaintiffs |
| 115 | (Appian OR APPN) w/35 teardown* | Plaintiffs |
| 116 | (Appian OR APPN) w/35 testif* | Plaintiffs |

4883-3684-6746.v1

| Number | Agreed Term | Term Originally Proposed By: |
|---|---|---|
| 117 | (Appian OR APPN) w/35 testimony | Plaintiffs |
| 118 | (Appian OR APPN) w/35 transcript* | Plaintiffs |
| 119 | (Appian OR APPN) w/35 trial* | Plaintiffs |
| 120 | (Appian OR APPN) w/35 verdict* | Plaintiffs |
| 121 | (Appian OR APPN) w/35 settle* | Plaintiffs |
| 122 | (Appian OR APPN) w/35 mediat* | Plaintiffs |
| 123 | Appian w/10 ("ASC 450" OR "Item 103" OR "reasonably possible" OR remote OR probable OR contingen* OR accrual* OR verdict) | Defendants |
| 124 | (Appian OR APPN) w/35 (MBO) | Plaintiffs[12] |
| 125 | (Appian OR APPN) w/35 ("management based objective" OR "management based objectives" OR "management-based objective" OR "management- based objectives") | Plaintiffs |
| 126 | (Salesforce OR SFDC OR ServiceNow OR IBM) w/35 (MBO) | Plaintiffs |
| 127 | (Salesforce OR SFDC OR ServiceNow OR IBM) w/35 ("management based objective" OR "management based objectives" OR "management- based objective" OR "management-based objectives") | Plaintiffs |
| 128 | (Rand* w/3 Dillon) w/35 (Lombardi OR IBM) | Plaintiffs |
| 129 | (David w/3 Watson) w/35 (Salesforce OR SFDC) | Plaintiffs |
| 130 | Appian w/10 (media or journalist* or investor* or shareholder* or bank* or analyst* or (public w/2 relation*) or FT or "Financial Times" or WSJ or "Wall Street Journal" or "The Economist" or "Washington Post" or NYT or "New York Times" or Newsweek) | Defendants |
| 131 | Appian w/10 (Barclays or "Benchmark Company" or Canaccord or "CFRA Research" or Citigroup or "Credit Suisse" or "D.A. Davidson" or Goldman or "JMP Securities" or "J.P. Morgan" or KeyBanc or "Loop Capital" or Macquarie | Defendants |

[12] The Parties are also separately discussing an agreement to run Terms 124-129 across the documents collected by Pegasystems for discovery in the Virginia Action that are dated prior to May 29, 2020.

4883-3684-6746.v1

| Number | Agreed Term | Term Originally Proposed By: |
|---|---|---|
| | or Morningstar or "Needham & Company" or Oppenheimer or "RBC Capital" or "Rosenblatt Securities" or SMBC or Truist or Wedbush or "William Blair") | |
| 132 | ((Board or "Audit Committee") w/10 (agenda* OR minutes OR presentation* OR materials*)) AND (Appian w/10 (complaint* OR defense* OR trial* OR depos* OR damage* OR jury OR appeal* OR litigation* OR expen*)) | Defendants |
| 133 | ((Board or "Audit Committee") w/10 (agenda* OR minutes OR presentation*)) AND ("without merit" OR (Pega* w/5 competitive w/5 market*) OR (notice! w/5 misappropriat!) OR "strong defenses" OR "code of conduct") | Defendants |
| 134 | ("Code of conduct") AND (Appian OR APPN) | Plaintiffs |
| 135 | ("Code of conduct") AND (violat* OR investigat*) | Plaintiffs |
| 136 | "code of conduct" w/10 (revise OR update) | Defendants |
| 137 | "code of conduct" w/10 ("ethical conduct" OR "confidential information" OR "illegal or questionable means" OR reporting OR deviation OR "prompt action" OR "disciplinary action") | Defendants |
| 138 | ("Code of conduct") AND (Baril* OR Bessman* OR Nguyen* OR Sarada* OR Bhowmick*OR Potluri* OR Vaddem* OR Kamaraju* OR Davis* OR Zhang*) | Plaintiffs |
| 139 | (Appian OR APPN) AND "Disclosure Committee" | Plaintiffs |
| 140 | "disclosure committee" w/10 (meeting* OR agenda* OR presentation* OR material*) | Defendants |
| 141 | (Complaint or report) AND (Appian w/10 (complaint* OR defense* OR trial* OR depos* OR damage* OR jury OR appeal* or litigation*)) | Defendants |
| 142 | (Complaint or report) AND (Appian w/10 ("ASC 450" OR "Item 103" OR "reasonably possible" OR remote OR probable OR contingen* OR accrual* OR verdict)) | Defendants |
| 143 | (Complaint or report) AND (("without merit" OR (Pega* w/5 competitive /5 market*) OR (notice! w/5 misappropriat!) OR "strong defenses" OR "code of conduct")) | Defendants |
| 144 | investigat* w/10 ("code of conduct" OR "alias" OR reprimand* or block*) | Defendants[13] |

---

[13]     The Parties have agreed on a date range for Term 144 of November 1, 2021 to March 15, 2022.

4883-3684-6746.v1

| Number | Agreed Term | Term Originally Proposed By: |
|---|---|---|
| ~~145~~ | ~~("Code of conduct") AND (violat* OR investigat*)~~ | ~~Plaintiffs[14]~~ |
| 146 | "Zou" and not "Zhou" | Plaintiffs[15] |
| 147 | "The Other Matt" | Plaintiffs |
| 148 | stock* W/10 (price OR fall* OR decreas* OR declin* OR drop* OR plummet* OR crash* OR mov* OR valu* OR "market cap" OR "market capitalization") | Plaintiffs[16] |
| 149 | ((share* OR securities) w/5 (price or valu*)) w/10 (fall* OR decreas* OR declin* OR drop* OR plummet* OR crash* OR mov* OR "market cap" OR "market capitalization") | Plaintiffs[17] |
| 150 | (Appian OR APPN OR litigation OR "legal proceeding*" OR lawsuit OR "loss contingen*" OR verdict OR "jury trial" or Virginia OR Fairfax OR VA OR VCCA or VUTSA or compet*) AND [(quarter* OR annual* OR investor* OR earning* OR Q1* OR Q2* OR Q3* OR Q4* OR FY19 OR FY20 OR FY21 OR FY22 OR "FY 1*" OR "FY2*" OR "full year" OR "fiscal year") AND (conference* OR call* OR update* OR announc*)] | Plaintiffs |

---

[14]   During the course of the Parties' conferral, Term 145 has become duplicative of Term 135.

[15]   The Parties have agreed on the language of Term 146 ("Zou" and not "Zhou").  Plaintiffs seek a date range of May 29, 2020 to October 26, 2022 for Term 146.  Defendants seek a date range of May 29, 2020 to July 28, 2020, and February 9, 2022 to March 2, 2022 for Term 146.

[16]   The Parties have agreed on a date range for Term 148 of February 15, 2022 to October 26, 2022.

[17]   The Parties have agreed on a date range for Term 149 of February 15, 2022 to October 26, 2022.

4883-3684-6746.v1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 12, 2024.

s/ Christopher D. Stewart
CHRISTOPHER D. STEWART

4863-0888-0027.v1