UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) ) ) | No. 1:22-cv-11220-WGY<br><br>LEAD PLAINTIFFS' MOTION TO IMPOUND MATERIALS PURSUANT TO LOCAL RULE 7.2 |

4860-6337-8842.v1

Pursuant to Local Rule 7.2 of the United States District Court for the District of Massachusetts, counsel for Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund (collectively, "Plaintiffs") respectfully submit this Motion to Impound Materials Pursuant to Local Rule 7.2 ("Motion to Impound").  In support of this Motion to Impound, Plaintiffs state the following:

1.      This litigation is subject to a Stipulated Protective Order (ECF 95) (the "Protective Order"), which this Court entered on August 18, 2023.

2.      Section 6 of the Protective Order states: "In the event that Protected Information is filed with the Court, such material, and any pleadings, motions, or other papers filed with the Court disclosing or reflecting any such Protected Information, shall be filed under seal pursuant to Local Rule 7.2 and the procedures of the United States District Court for the District of Massachusetts." Protective Order at 7.

3.      Exhibits 24-36 to the Declaration of Christopher D. Stewart in Support of Lead Plaintiffs' Motion to Compel Defendants to Produce Documents and Related Relief ("Stewart Declaration"), were produced by defendants Pegasystems Inc. and Alan Trefler (collectively, "Defendants") in discovery in this action and designated by Defendants as "Confidential" pursuant to the Protective Order.

4.      Exhibits 38-48 to the Stewart Declaration were produced by non-party Deloitte & Touche LLP ("Deloitte") in discovery in this action and designated by Deloitte as "Confidential" pursuant to the Protective Order.

- 1 -

4860-6337-8842.v1

5.      Certain portions of the Memorandum of Law in Support of Lead Plaintiffs' Motion to Compel Defendants to Produce Documents and Related Relief (the "Memorandum of Law") quote or disclose information from Exhibits 24-48.

6.      Plaintiffs seek permission to file an unredacted copy of the Memorandum of Law, and Exhibits 24-48 to the Stewart Declaration, because Plaintiffs believe that these materials would assist the Court's consideration of Lead Plaintiffs' Motion to Compel Defendants to Produce Documents and Related Relief.

7.      Plaintiffs take no position at this time on the appropriateness of Defendants' or Deloitte's confidentiality designations to Exhibits 24-48.

8.      Plaintiffs respectfully request that the Court allow an unredacted copy of the Memorandum of Law, and Exhibits 24-48 to the Stewart Declaration, to be filed and impounded pursuant to Local Rule 7.2.

9.      The impoundment order can be lifted on the earliest of agreement of the parties, further order of the Court consistent with the procedures set out in the Protective Order, or upon return of the materials to the parties at the close of the case.

10.     Pursuant to Local Rule 7.2(c), which requires Court approval before submitting materials sought to be impounded, Plaintiffs will promptly submit to the Court an unredacted copy of the Memorandum of Law, and Exhibits 24-48 to the Stewart Declaration, should the Court grant Plaintiffs' request to file them.

11.     On the date this Motion to Impound was filed, Plaintiffs' counsel served this Motion to Impound, the accompanying Declaration of Christopher D. Stewart in Support of Lead Plaintiffs' Motion to Impound Materials Pursuant to Local Rule 7.2, and the proposed order on counsel for Defendants and Deloitte.

- 2 -

4860-6337-8842.v1

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion to Impound and the relief requested herein.

DATED:  January 12, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
DEBRA J. WYMAN (admitted *pro hac vice*)
CHRISTOPHER D. STEWART (admitted *pro hac vice*)
LONNIE A. BROWNE (admitted *pro hac vice*)
MEGAN A. ROSSI (admitted *pro hac vice*)
NICOLE Q. GILLILAND (admitted *pro hac vice*)


s/ Christopher D. Stewart
CHRISTOPHER D. STEWART

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
cstewart@rgrdlaw.com
lbrowne@rgrdlaw.com
mrossi@rgrdlaw.com
ngilliland@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHAD JOHNSON (admitted *pro hac vice*)
420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
chadj@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SNEHEE KHANDESHI (admitted *pro hac vice*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
skhandeshi@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

- 3 -

HUTCHINGS BARSAMIAN MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

Liaison Counsel for Lead Plaintiffs

- 4 -

4860-6337-8842.v1

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

Plaintiffs certify that this Motion to Impound complies with the provisions set forth in Local Rule 7.1(a)(2) of the United States District Court for the District of Massachusetts, and that Plaintiffs attempted in good faith to resolve the parties' dispute prior to bringing it to the Court's attention.  On January 8, 2024, counsel for Plaintiffs asked counsel for Deloitte whether Deloitte would oppose Plaintiffs' request to file information Deloitte designated "Confidential" under seal.  On January 9, 2024, counsel for Deloitte indicated to Plaintiffs that Deloitte does not oppose Plaintiffs' request to file Deloitte's documents under seal.  On January 8 and 10, 2024, counsel for Plaintiffs asked counsel for Defendants whether Defendants would oppose Plaintiffs' request to file information Defendants designated "Confidential" under seal.  Defendants would not state whether they opposed Plaintiffs' request to file Defendants' documents under seal until Defendants received all of the materials covered by the motion.

4860-6337-8842.v1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 12, 2024.

s/ Christopher D. Stewart
CHRISTOPHER D. STEWART

4860-6337-8842.v1