UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) ) | No. 1:22-cv-11220-WGY<br><br>[PROPOSED] ORDER TO IMPOUND MATERIALS PURSUANT TO LOCAL RULE 7.2 |

4876-2542-8634.v1

THIS MATTER, having been brought before this Court by Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund (collectively, "Plaintiffs") for an order sealing: (a) an unredacted copy of the Memorandum of Law in Support of Lead Plaintiffs' Motion to Compel Defendants to Produce Documents and Related Relief (the "Memorandum of Law"); and (b) Exhibits 24-48 to the Declaration of Christopher D. Stewart in Support of Lead Plaintiffs' Motion to Compel Defendants to Produce Documents and Related Relief ("Stewart Declaration"), which were produced and designated as "Confidential" pursuant to the Stipulated Protective Order (ECF 95) by defendants Pegasystems and Alan Trefler (collectively, "Defendants") or non-party Deloitte & Touche LLP.  With good and sufficient reason appearing therefore,

IT IS on this ____ day of _____, 2024 ORDERED AS FOLLOWS:

1.      An unredacted copy of the Memorandum of Law, and Exhibits 24-48 to the Stewart Declaration, shall be filed under seal; and

2.      A copy of this Order shall be provided to counsel for Defendants and non-party Deloitte & Touche LLP within ____ days of receipt of this Order by counsel for Plaintiffs.

DATED: _____      _____
                                        THE HONORABLE WILLIAM G. YOUNG
                                        UNITED STATES DISTRICT JUDGE

- 1 -

4876-2542-8634.v1