UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) ) ) | No. 1:22-cv-11220-WGY<br><br>MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO IMPOUND MATERIALS PURSUANT TO LOCAL RULE 7.2 |

4868-5945-0523.v1

Pursuant to Local Rule 7.2 of the United States District Court for the District of Massachusetts, counsel for Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund (collectively, "Plaintiffs") respectfully submit this memorandum of law in support of Lead Plaintiffs' Motion to Impound Materials Pursuant to Local Rule 7.2 ("Motion to Impound") and request that the following be filed and impounded: (a) an unredacted copy of the Memorandum of Law in Support of Lead Plaintiffs' Motion to Compel Defendants to Produce Documents and Related Relief ("Memorandum of Law"); and (b) certain exhibits to the Declaration of Christopher D. Stewart in Support of Lead Plaintiffs' Motion to Compel Defendants to Produce Documents and Related Relief ("Stewart Declaration"), which were produced and designated as "Confidential" pursuant to the Stipulated Protective Order (ECF 95) ("Protective Order") by defendants Pegasystems Inc. and Alan Trefler (collectively, "Defendants") or non-party Deloitte & Touche LLP ("Deloitte").

On August 18, 2023, this Court entered the Protective Order, which states, "[i]n the event that Protected Information[1] is filed with the Court, such material, and any pleadings, motions, or other papers filed with the Court disclosing or reflecting any such Protected Information, shall be filed under seal pursuant to Local Rule 7.2 and the procedures of the United States District Court for the District of Massachusetts."  Protective Order at 7.  Under the Protective Order, "[a] designation that Discovery Information is Confidential shall constitute a representation to the Court, made in good faith, that the Discovery Information so designated constitutes Confidential Information, as defined in this Order."  *Id.* at 5.

---

[1]  The Protective Order defines "Protected Information" as, among other things, documents produced during discovery "designated as Confidential in this Matter, including material designated in this Matter before the entry of this Order."  Protective Order at 3.

- 1 -

4868-5945-0523.v1

The Memorandum of Law and Exhibits 24-48 to the Stewart Declaration contain or directly cite documents or information that Defendants or Deloitte have designated "Confidential." Plaintiffs believe these materials would assist the Court's consideration of Lead Plaintiffs' Motion to Compel Defendants to Produce Documents and Related Relief, and thus seek permission to file these materials with the Court.

Plaintiffs respectfully request that the Court allow an unredacted copy of the Memorandum of Law, and Exhibits 24-48 to the Stewart Declaration, to be filed and impounded pursuant to Local Rule 7.2. Although Plaintiffs are required to ask to file the information under seal, given Defendants' or Deloitte's designations of the materials as "Confidential," Plaintiffs take no position at this time on the appropriateness of Defendants' or Deloitte's confidentiality designations to Exhibits 24-48 to the Stewart Declaration.

Pursuant to Local Rule 7.2(c), which requires Court approval before submitting materials sought to be impounded, Plaintiffs will promptly submit to the Court an unredacted copy of the Memorandum of Law, and Exhibits 24-48 to the Stewart Declaration, should the Court grant Plaintiffs' request to file them.

DATED: January 12, 2024        Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DEBRA J. WYMAN (admitted *pro hac vice*)
CHRISTOPHER D. STEWART (admitted *pro hac vice*)
LONNIE A. BROWNE (admitted *pro hac vice*)
MEGAN A. ROSSI (admitted *pro hac vice*)
NICOLE Q. GILLILAND (admitted *pro hac vice*)


s/ Christopher D. Stewart
CHRISTOPHER D. STEWART

4868-5945-0523.v1

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
cstewart@rgrdlaw.com
lbrowne@rgrdlaw.com
mrossi@rgrdlaw.com
ngilliland@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHAD JOHNSON (admitted *pro hac vice*)
420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
chadj@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SNEHEE KHANDESHI (admitted *pro hac vice*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
skhandeshi@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

HUTCHINGS BARSAMIAN MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

Liaison Counsel for Lead Plaintiffs

- 3 -

4868-5945-0523.v1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 12, 2024.

s/ Christopher D. Stewart
CHRISTOPHER D. STEWART

4868-5945-0523.v1