UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) | No. 1:22-cv-11220-WGY |
| | | DECLARATION OF CHRISTOPHER D. STEWART IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO IMPOUND MATERIALS PURSUANT TO LOCAL RULE 7.2 |

4867-8381-5834.v1

I, Christopher D. Stewart, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* in this action. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, and am one of the counsel of record for Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund (collectively, "Plaintiffs") in the above-entitled action.

2. This Declaration is made in support of Lead Plaintiffs' Motion to Impound Materials Pursuant to Local Rule 7.2.

3. This litigation is subject to a Stipulated Protective Order (ECF 95) (the "Protective Order"), which this Court entered on August 18, 2023.

4. Exhibits 24-36 to the Declaration of Christopher D. Stewart in Support of Lead Plaintiffs' Motion to Compel Defendants to Produce Documents and Related Relief ("Stewart Declaration"), were produced by defendants Pegasystems Inc. and Alan Trefler (collectively, "Defendants") in discovery in this action and designated by Defendants as "Confidential" pursuant to the Protective Order.

5. Exhibits 37-48 to the Stewart Declaration were produced by non-party Deloitte & Touche LLP ("Deloitte") in discovery in this action and designated by Deloitte as "Confidential" pursuant to the Protective Order.

6. Certain portions of the Memorandum of Law in Support of Lead Plaintiffs' Motion to Compel Defendants to Produce Documents and Related Relief (the "Memorandum of Law") quote or disclose information from Exhibits 24-48.

4867-8381-5834.v1

7.      Plaintiffs respectfully request that the Court allow an unredacted copy of the Memorandum of Law, and Exhibits 24-48, to be filed and impounded pursuant to Local Rule 7.2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 12th day of January, 2024, at San Diego, California.

s/ Christopher D. Stewart
CHRISTOPHER D. STEWART

4867-8381-5834.v1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 12, 2024.

s/ Christopher D. Stewart
CHRISTOPHER D. STEWART

4867-8381-5834.v1