**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

In re PEGASYSTEMS INC. SECURITIES     )
LITIGATION                            )        Case No.:  1:22-cv-11220-WGY
                                      )

**DECLARATION OF DANIEL W. HALSTON IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO LEAD PLAINTIFFS' MOTION TO COMPEL**

I, Daniel W. Halston, hereby state as follows:

1.      I am a partner with the firm Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Pegasystems Inc. ("Pega") and Alan Trefler in the above-captioned matter.  I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and have personal knowledge of, and am competent to testify about, the factual matters asserted herein.  If called as a witness, I could and would competently testify thereto.  I submit this Declaration in support of Defendants' Opposition to Lead Plaintiffs' Motion to Compel.

2.      Attached as Exhibit A is a true and correct copy of the letter sent by Defendants to Plaintiffs on November 17, 2023 concerning search terms and custodians.

3.      Attached as Exhibit B is a true and correct copy of the letter sent by Plaintiffs to Defendants on October 26, 2023 concerning search terms and custodians.

4.      Attached as Exhibit C is a true and correct copy of the Declaration of Deborah K. Tongren In Support of Defendants' Opposition to Lead Plaintiffs' Motion to Compel, which was provided by Pegasystems' eDiscovery vendor Consilio LLC.

5.      Attached as Exhibit D is a true and correct copy of the letter sent by Defendants to Adeel Mangi, counsel for Appian, on August 29, 2020 concerning Defendants' request for consent to produce to Plaintiffs materials designated as "Confidential" by Appian under the protective order in the Virginia Litigation.

6.    Attached as Exhibit E is a true and correct copy of the Declaration of Geoffrey Sherman In Support of Defendants' Opposition to Lead Plaintiffs' Motion to Compel, which was provided by Pegasystems' eDiscovery vendor Consilio LLC.

7.    Attached as Exhibit F is a true and correct copy of the email sent by Plaintiffs to Defendants on December 15, 2023 concerning collection of modern attachments and data delivery format.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of January, 2024, in Boston, Massachusetts.

*/s/ Daniel W. Halston* _____
Daniel W. Halston