# Exhibit C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) | Case No.:  1:22-cv-11220-WGY |

**DECLARATION OF DEBORAH K. TONGREN IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO LEAD PLAINTIFFS' MOTION TO COMPEL**

I, Deborah K. Tongren, declare as follows:

1.    I am over the age of eighteen years, and I am competent to testify about the matters set forth in this declaration based upon personal knowledge and my experience in the eDiscovery industry.  If called as a witness I could and would testify as stated herein.  I submit this declaration in support of Defendants' Opposition to Lead Plaintiff's Motion to Compel.

2.    I am currently employed at Consilio, LLC ("Consilio") a global leader in eDiscovery and legal technology consulting services that was engaged by Defendants Pegasystems and Alan Trefler ("Defendants") through the law firm WilmerHale in connection with the above-captioned matter ("Matter").  My title is Review Associate.  I am one of several individuals managing the ongoing document review for this matter.

3.    Consilio supports multinational law firms and corporations using innovative software, cost-effective managed services, and deep legal and regulatory industry expertise. Consilio has extensive experience in eDiscovery and document review. Consilio employs leading professionals in the industry, applying defensible workflows with industry-proven technology across all phases of the eDiscovery lifecycle.

4.    I have 10 years of experience working in eDiscovery and have been employed at Consilio since 2018.  As is relevant here, during my 10 years of experience, I have managed hundreds of document reviews for complex litigations.

5.      As of January 25, 2024, of documents that have been first-level reviewed by Consilio, 17% have been identified as "Responsive" to the discovery requests from Plaintiffs, as defined by the document review protocol provided by WilmerHale to Consilio for this Matter.  An additional 5% of reviewed documents have been identified as "Responsive by Family," meaning they were not themselves "Responsive" but were in a family of documents that contained a document that was "Responsive."  Of the "Responsive" documents, 78% have been identified with at least one tag identifying the document as potentially privileged.  Documents coded with at least one tag identifying the document as potentially privileged on first-level review are escalated to senior attorneys through a separate workflow for confirmation of the privilege determination and further analysis.

6.      As part of the services that Consilio provides in connection with managing the first-document level review, Consilio also performs a quality control check of documents before releasing those documents to counsel.  Consilio generally releases to WilmerHale on weekly basis tranches of documents that have undergone first-level review and a quality control check.  For this reason, documents coded "Responsive" or "Responsive by Family" are not immediately available for production.

7.      Part of the services that Consilio provides in connection with managing the first-level document review is the creation of search term reports ("STRs").  WilmerHale requested that Consilio prepare STRs reflecting the discovery plan for this matter in its current form, in which certain search terms are applied to certain custodians.  After deduplication, the total number of documents that those STRs returned was 239,053. WilmerHale also requested that Consilio prepare STRs reflecting the application of all search terms to all custodians.  After deduplication, the total number of documents that those STRs returned was 290,189.

8. Consilio also created a set of two STRs reflecting the impact of different date ranges on Term 146.[1] The total number of document hits with family applying a date limiter of May 29, 2020 to July 28, 2020 and February 9, 2022 to March 2, 2022 was 1,962. The total number of document hits with family applying a date limiter of May 29, 2020 to October 26, 2022 was 17,070.

9. Approximately 84,781 documents have been identified in STRs as hitting on Term 150[2]. To date, the percentage of "Responsive" documents first-level reviewed by Consilio that hit on Term 150 is 7%.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of January, 2024, in Columbus, Ohio, 43221.

*Deborah Tongren*

Deborah K. Tongren

---

[1] Term 146 is: "'Zou' and not 'Zhou'".

[2] Term 150 is: "(Appian OR APPN OR litigation OR "legal proceeding*" OR lawsuit OR "loss contingen*" OR verdict OR "jury trial" or Virginia OR Fairfax OR VA OR VCCA or VUTSA or compet*) AND [(quarter* OR annual* OR investor* OR earning* OR Q1* OR Q2* OR Q3* OR Q4* OR FY19 OR FY20 OR FY21 OR FY22 OR "FY 1*" OR "FY2*" OR "full year" OR "fiscal year") AND (conference* OR call* OR update* OR announc*)]".