# Exhibit D

WILMERHALE

August 29, 2023

**Robert Kingsley Smith**

+1 617 526 6759 (t)
+1 617 526 5000 (f)
robert.smith@wilmerhale.com

**BY EMAIL**

Adeel A. Mangi
Counsel for Appian Corporation
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
aamangi@pbwt.com

Re:  *In re Pegasystems Inc. Securities Litigation*, No. 1:22-cv-11220-WGY (D. Mass.)

Dear Mr. Mangi:

As you know, we represent Pegasystems Inc. ("Pegasystems") in connection with the above-captioned securities litigation ("Securities Litigation").  Pursuant to Paragraph 12(j) of the protective order entered in the case captioned *Appian Corp. v. Pegasystems Inc., et al.*, Civ. No. 2020-07216 (Cir. Ct. Fairfax Cnty., Va.) ("Virginia Litigation"), we are writing to request that Appian Corporation ("Appian") provide written consent for Counsel and the Parties[1] in the Securities Litigation to access certain materials that Appian designated as "Confidential" under the protective order in the Virginia Litigation and for Pegasystems to produce such materials to Plaintiffs in the Securities Litigation.

On June 2, 2023 and July 25, 2023, Plaintiffs served requests for the production of documents on Pegasystems in the Securities Litigation.  Plaintiffs requested that Pegasystems produce, among other materials, documents produced in fact and expert discovery in the Virginia Litigation, as well as all pleadings, transcripts, orders, and other documents filed with, submitted to, or docketed by, the court in the Virginia Litigation.  Documents responsive to Plaintiffs' requests include documents that Appian designated as "Confidential" under the protective order in the Virginia Litigation.  Plaintiffs also served on Appian a subpoena requesting similar documents.  On July 21, 2023, Plaintiffs advised us that they would seek consent from Appian for Pegasystems to produce to Plaintiffs material that had been designated "Confidential" by Appian under the protective order in the Virginia Litigation.  Plaintiffs reiterated that position on August 14, 2023.  On August 22, 2023, Plaintiffs informed us that counsel for Appian had requested that counsel for Pegasystems make this request directly to counsel for Appian.

---

[1] Pursuant to paragraph 2(b) of the protective order entered in the Securities Litigation (Dkt. 95), "Counsel" is defined as "attorneys and firms hired to represent or charged with representing the Parties in or Third Parties to this Matter, as well as agents of those Counsel."  Pursuant to paragraph 2(h), "Parties" is defined as "the Plaintiffs and Defendants in this Matter, as well as their current officers, directors, representatives, and employees who are making decisions concerning the Matter or otherwise assisting with the Matter, including through providing testimony . . . ."

WILMERHALE

Adeel A. Mangi
August 29, 2023
Page 2

Accordingly, in order to respond to the pending requests for production, we request that Appian provide written consent for Counsel and the Parties to access the documents designated "Confidential" by Appian in the Virginia Litigation and for Pegasystems to produce such materials to Plaintiffs in the Securities Litigation. WilmerHale intends to produce the materials to Robbins Geller Rudman & Dowd, which represents the Plaintiffs in the Securities Litigation and is copied on this request. Prior to such production, WilmerHale intends to designate as "Confidential" under the terms of the protective order in the Securities Litigation documents that Appian designated as "Confidential" in the Virginia Litigation. By making such designations, Pegasystems takes no position with respect to whether documents previously designated "Confidential" by Appian in the Virginia Litigation were appropriately designated and in fact contain confidential information.

Attached as Exhibit A is a list of the documents designated "Confidential" by Appian for which Pegasystems requests Appian's consent to disclose to Counsel and the Parties and to produce to Plaintiffs in the Securities Litigation.

Please let us know if Appian consents to the above request.

Sincerely,

*/s/ Robert Kingsley Smith*

Robert Kingsley Smith

cc: Daniel W. Halston
Erika Schutzman
Christopher D. Stewart, Robbins Geller Rudman & Dowd, Counsel for Plaintiffs

**Exhibit A**

**<u>Discovery Responses</u>**

2021-01-06 Pegasystems Inc.'s Objections and Responses to Plaintiff's Second Request for Production of Documents
PEGA-267597 (Schedules 1-3) (2021-11-15 Pegasystems Inc.'s Response to Plaintiff's Seventeenth and Eighteenth Interrogatories)
PEGA-295536 (Revised Schedules 1-3) (2021-11-20 Pegasystems Inc.'s Response to Plaintiff's Seventeenth and Eighteenth Interrogatories)
PEGA-304934 (Second Revised Schedules 1-3) (2021-12-02 Pegasystems Inc.'s Response to Plaintiff's Seventeenth and Eighteenth Interrogatories)

**<u>Expert Reports</u>**

2021-11-24 Expert Report of James E. Malackowski
2021-12-24 Expert Report of Dr. William C. Easttom II
2021-12-24 Expert Report of Simon D.J. Platt (including all documents cited in Exhibit 2)
2022-01-10 Reply Expert Report of James E. Malackowski
2022-01-24 Supplemental Expert Report of James E. Malackowski
2022-03-23 Supplemental Expert Report of Simon D.J. Platt
2022-05-01 Second Supplemental Expert Report of Simon D.J. Platt
2022-05-02 Third Supplemental Expert Report of Simon D.J. Platt

**<u>Deposition Transcripts (Experts)</u>**

Eric Cole
William Easttom
Leon Kappelman
James Malackowski
Richard Marshall
Paul Pinto
Simon Platt

**<u>Deposition Exhibits (Experts)</u>**

Eric Cole
- Day 1: Exhibits 1, 2, 5, 6, 7, 15, 16
- Day 2: Exhibits: 1, 2, 4, 5, 8, 9, 10, 14, 15, 16
William Easttom: Exhibits 1, 5, 6, 14, 27, 29, 31
Leon Kappelman:  Exhibits 5, 7
James Malackowski: All exhibits
Richard Marshall:  Exhibits 6, 7, 9, 12, 13, 15, 17
Paul Pinto:  All exhibits
Simon Platt:  All exhibits

**Briefing (Experts)**

All briefing related to the expert reports of James Malackowski, Paul Pinto, and Simon Platt

**Deposition Transcripts (Fact Witnesses)**

Matthew Calkins
Michael Caton
Andrew Cunje
Dave Dantus
Ben Dudley
Ahmed Elmorsy
Elizabeth Epstein
Edward Hughes
Nicholas Maddalena
Philip Marvin
Richard Middlebrook
John Petronio (Day 1)
Malcolm Ross (Day 2)

**Deposition Exhibits (Fact Witnesses)**

Jason Adolf:  Exhibits 2, 3, 4, 5, 8, 9, 11, 12
Kerim Akgonul:
- Day 1:  Exhibits 13, 14, 33, 34, 36, 38
- Day 2:  Exhibits 3, 7, 12, 20, 21
- Day 3:  Exhibits 5, 10, 14
Richard G. Baldwin:  Exhibits 7, 8, 9
Benjamin Baril
- Day 2:  Exhibits 11, 20, 21, 46
Shawn Bearden:  Exhibit 79
Peter Bessman:  Exhibits 7, 8
Stephen J. Bixby
- Day 1: Exhibit 37
- Day 2: Exhibit 22
John Bovatsek:  Exhibits 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18
Matthew Calkins:  Exhibits 1, 2, 3, 9, 15, 16, 17, 19, 20, 21
Michael Caton:  Exhibits 16, 19, 21, 22
Mason Cleveland:  Exhibit 2
Dave Dantus:  Exhibits 9, 10, 11, 12, 13, 14, 15, 16
Ben Dudley:  Exhibits 2, 5, 7
Ahmed Elmorsy:  Exhibits 3, 5, 6, 7, 8, 10, 11
Elizabeth Epstein:   Exhibits 2, 3, 5, 6, 7, 9, 10, 11, 12, 13
Michael Fine:   Exhibits 6, 7, 8, 9, 10, 12
Christopher Geyer:  Exhibits 3, 4, 5, 6
Edward Hughes:  Exhibits 1, 3, 4, 5, 6, 8, 11, 13, 14, 15, 16, 17, 18, 19, 22

Adam Kenney:  Exhibits 9, 12
Douglas Kim:  Exhibits 17, 18, 31, 43, 51
Nguyen-Anh Le:  Exhibits 8, 9, 10, 11(1), 11(2)
Stephanie J. Louis:  Exhibits 4, 16, 18, 18a
Nicholas Maddalena:  Exhibits 2, 3, 4
Paul Maguire:  Exhibits 9, 10, 11, 12, 13, 14, 15
Philip Marvin:  Exhibits 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16
Richard J. Middlebrook:  Exhibits 2, 3, 4, 5, 6, 7, 8, 9, 10
Anand Padmanaban (Serco):  Exhibit 2
John Petronio
- Day 1: Exhibits 1, 10, 13, 18, 19
- Day 2:  Exhibits 20, 22, 23, 24, 26, 27, 28, 30, 31, 32, 33, 34, 35, 36
Vijay Krishna Potluri:  Exhibits 8, 9, 11, 12, 14, 15, 17, 18, 19, 25
Malcolm Ross
- Day 1 (Corp. Rep.):  Exhibits 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 22, 24,
- Day 2:  Exhibits 10, 11, 12 , 14, 15, 16, 17, 19, 20, 21, 22
Arun Sarada:  Exhibit 9
Donald Schuerman
- Day 1 (personal): Exhibits 1, 5, 24
- Day 2 (corp. rep.):  Exhibits 22, 50
- Day 3 (personal):  Exhibits 5, 6
Cathryn Siemer:  Exhibits 3, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17
Leon Trefler:  Exhibit 12
Youyong Zou
- Day 1:  Exhibit 26
- Day 2:  Exhibits 99, 105, 124, 128, 129, 130, 131, 132, 133, 134

## **Appian Produced Documents**

All documents produced by Appian in the Virginia Litigation and designated by Appian as "Confidential"

## **Multimedia Files**

PEGA-002952 (PLT-125)
PEGA-002953 (PLT-126)
PEGA-002954 (PLT-127)
PEGA-002955 (PLT-128)
PEGA-002956 (PLT-129)
PEGA-002957 (PLT-130)
PEGA-002980
PEGA-003382 (PLT-099)
PEGA-003390 (PLT-385)
PEGA-003391 (PLT-386)
PEGA-004222
PEGA-005401

PEGA-005835
PEGA-022860
PEGA-022863
PEGA-022864
PEGA-022869
PEGA-022870
PEGA-022871
PEGA-022881
PEGA-022884
PEGA-022885
PEGA-022886
PEGA-022887
PEGA-022888
PEGA-022889
PEGA-022921
PEGA-022930
PEGA-022931
PEGA-022956
PEGA-022964
PEGA-022965
PEGA-023631
PEGA-023632
PEGA-023633
PEGA-023634
PEGA-057532
PEGA-101576
PEGA-193210
PEGA-193318
PEGA-253155 (PLT-560)
PEGA-253156 (PLT-830)
PEGA-253157 (PLT-831)
PEGA-253158 (PLT-832)
PEGA-253159 (PLT-561)
PEGA-253160 (PLT-833)
PEGA-253161 (PLT-834)
PEGA-253162 (PLT-835)
PEGA-253163 (PLT-836)
PEGA-253164 (PLT-837)
PEGA-253165 (PLT-838)
PEGA-253166 (PLT-839)
PEGA-253167 (PLT-840)
PEGA-253168 (PLT-841)
PEGA-253169 (PLT-842)
PEGA-253170 (PLT-843)
PEGA-253171 (PLT-844)
PEGA-253172 (PLT-845)

PEGA-253173 (PLT-846)
PEGA-253174 (PLT-847)
PEGA-253175 (PLT-848)
PEGA-253176 (PLT-849)
PEGA-253177 (PLT-859)
PEGA-253178 (PLT-851)
PEGA-265337
PEGA-265482
PEGA-265593
PEGA-301845 (PLT-853)
PEGA-304292 (PLT-852)
PEGA-308027
PEGA-308029
PEGA-308032
PEGA-308033
PEGA-308035
PEGA-308038
PEGA-308044
PEGA-308085
PEGA-308086
PEGA-308621
PEGA-308622
PEGA-308623
PEGA-308624
PEGA-308625
PEGA-308626
PEGA-308627
PEGA-308628
PEGA-308629
PEGA-308630
PEGA-308631
PEGA-308632
PEGA-308633
PEGA-308710
PEGA-308711
PEGA-308727
PEGA-308735
PEGA-308736
PEGA-308737
PEGA-308738
PEGA-308739
PEGA-308740
PEGA-308741
PEGA-308742
PEGA-308743
PEGA-308744

PEGA-308948
PEGA-308985
PEGA-308986
PEGA-308987
PEGA-308988
PEGA-308989
PEGA-308990
PEGA-308991
PEGA-309135
PEGA-309136
PEGA-309142
PEGA-309143
PEGA-309144
PEGA-309145
PEGA-309146
PEGA-309147
PEGA-309148
PEGA-309149
PEGA-309150
PEGA-309151
PEGA-309152
PEGA-309153
PEGA-309154
PEGA-309155
PEGA-309156
PEGA-309157
PEGA-309158
PEGA-309159
PEGA-309160
PEGA-309161
PEGA-309251
PEGA-309252
PEGA-309253
PEGA-309261
PEGA-309262
PEGA-309263
PEGA-309264
PEGA-309265
PEGA-309266
PEGA-309267
PEGA-309268
PEGA-309269
PEGA-309270
PEGA-309271
PEGA-309272
PEGA-309505

PEGA-309506
PEGA-309507
PEGA-309508
PEGA-309509
PEGA-309510
PEGA-309511
PEGA-309512
PEGA-309513
PEGA-309514
PEGA-309515
PEGA-309661
PEGA-309668
PEGA-309669
PEGA-309670
PEGA-309671
PEGA-309672
PEGA-309673
PEGA-309674
PEGA-309675
PEGA-311880
PEGA-312111 (PLT-854)
PEGA-312112 (PLT-609)
PEGA-312113 (PLT-855)
PEGA-312114 (PLT-856)
PEGA-312115
PEGA-312116 (PLT-857)
PEGA-312117 (PLT-858)
PEGA-312118 (PLT-859)
PEGA-312119 (PLT-860)
PEGA-312120 (PLT-861)
PEGA-312121 (PLT-610)
PEGA-312122 (PLT-862)
PEGA-312123 (PLT-863)
PEGA-312124 (PLT-864)
PEGA-312125 (PLT-865)
PEGA-312126 (PLT-866)
PEGA-312127 (PLT-867)
PEGA-312128 (PLT-868)
PEGA-312129 (PLT-869)
PEGA-312130 (PLT-870)
PEGA-312131 (PLT-871)
PEGA-312132 (PLT-872)
PEGA-312133 (PLT-873)
PEGA-312134 (PLT-874)
PEGA-312135 (PLT-875)
PEGA-312136 (PLT-876)

PEGA-312137 (PLT-877)
PEGA-312138 (PLT-878)
PEGA-312139 (PLT-879)
PEGA-312140 (PLT-880)
PEGA-312141 (PLT-881)
PEGA-312142 (PLT-882)
PEGA-312143 (PLT-883)
PEGA-312144 (PLT-884)
PEGA-312145 (PLT-885)
PEGA-312146 (PLT-886)
PEGA-312147 (PLT-887)
PEGA-312148 (PLT-888)
PEGA-312149 (PLT-889)
PEGA-312150 (PLT-890)
PEGA-312151 (PLT-891)
PEGA-312152 (PLT-892)
PEGA-312153 (PLT-893)
PEGA-312154 (PLT-894)
PEGA-312155 (PLT-895)
PEGA-312156 (PLT-896)
PEGA-312157 (PLT-897
PEGA-312158 (PLT-898)
PEGA-312159 (PLT-899)
PEGA-312160 (PLT-900)
PEGA-312161 (PLT-901)
PEGA-312162 (PLT-902)
PEGA-312163 (PLT-903)
PEGA-312164 (PLT-904)
PEGA-312165 (PLT-905)
PEGA-312166 (PLT-906)
PEGA-312167 (PLT-907)
PEGA-312168 (PLT-908)
PEGA-312169 (PLT-909)
PEGA-312170 (PLT-910)
PEGA-312171 (PLT-911)
PEGA-313551 (PLT-2014)
PEGA-313552 (PLT-2015)
PEGA-313553 (PLT-2016)
PEGA-313554 (PLT-2017)
PEGA-313555 (PLT-2018)
PEGA-313556 (PLT-2019)
PEGA-313557 (PLT-913)
PEGA-313558 (PLT-914)
PEGA-313559 (PLT-915)
PEGA-313560 (PLT-916)
PEGA-313561 (PLT-917)

PEGA-313562 (PLT-918)
PEGA-313563
PEGA-313594 (PLT-2020)
PEGA-313595 (PLT-919)
PEGA-313596 (PLT-920)
PEGA-315397 (PLT-921)
PEGA-313598 (PLT-922)
PEGA-313599 (PLT-923)
PEGA-313600 (PLT-2021)
PEGA-313601 (PLT-924)
PEGA-313602 (PLT-925)
PEGA-315714
PEGA-315715
PEGA-315730
PEGA-315731
PEGA-315924 (PLT-926)
PEGA-315925
PEGA-315926 (PLT-928)
PEGA-315927 (PLT-636)
PEGA-315936 (PLT-929)
PEGA-315943 (PLT-930)
PEGA-315945
PEGA-316229
SBX00004 (PLT-932)
ZOU-001927 (PLT-387)

**Other Produced Documents**

To the extent not included in the above list, all documents produced by parties other than Appian in the Virginia Litigation and designated by Appian as "Confidential."

9