**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) | Case No.:  1:22-cv-11220-WGY |

**DEFENDANT PEGASYSTEMS INC.'S MOTION TO**
**IMPOUND CERTAIN DISCOVERY MATERIALS**

Pursuant to U.S. District Court for the District of Massachusetts Local Rule 7.2, Defendant Pegasystems Inc. hereby moves to impound certain confidential and commercially sensitive materials produced by Defendants and non-party Deloitte & Touche LLP during discovery that were attached as exhibits to Lead Plaintiffs' Motion to Compel Defendants to Produce Documents and Related Relief (Dkt. No. 114) ("Motion to Compel").  Specifically, Pegasystems seeks leave to partially impound Exhibits 30 and 32 to the Motion to Compel (the "Pegasystems Documents") and to impound in full Exhibits 37–48 to the Motion to Compel (the "Deloitte Documents").

The grounds for this Motion, which are explained in detail in the accompanying Memorandum of Law and the Declaration of Daniel W. Halston include that Exhibits 30, 32, and 37–48 to the Motion to Compel contain data that constitutes a trade secret or is otherwise immune from public disclosure.  *See* Dkt. 121.

WHEREFORE, Pegasystems respectfully requests that the Court enter an order impounding Exhibits 30 and 32 to the Motion to Compel in unredacted form and permitting them to be filed in redacted form on the public docket, and impounding Exhibits 37–48 to the Motion to Compel in full.

1

## REQUEST FOR ORAL ARGUMENT

Pegasystems respectfully requests oral argument pursuant to Local Rule 7.1(d). Pegasystems believes that oral argument will assist the Court's consideration of this Motion and would appreciate the opportunity for counsel to address any issues raised by, or questions posed by, the Court.

Dated: January 26, 2024

Respectfully submitted,

*/s/ Daniel W. Halston*
Daniel W. Halston (BBO # 548692)
Michael G. Bongiorno (BBO # 558748)
Robert Kingsley Smith (BBO # 681914)
Erika M. Schutzman (BBO # 696241)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Daniel.Halston@wilmerhale.com
Michael.Bongiorno@wilmerhale.com
Robert.Smith@wilmerhale.com
Erika.Schutzman@wilmerhale.com

*Counsel for Defendants*

## RULE 7.1(A)(2) CERTIFICATE

I hereby certify that counsel for Defendants conferred with counsel for Lead Plaintiffs and attempted in good faith to resolve or narrow the issue. Plaintiffs do not agree to the relief sought in this motion.

*/s/ Daniel W. Halston*
Daniel W. Halston

2