**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

In re PEGASYSTEMS INC. SECURITIES   )   Case No.:  1:22-cv-11220-WGY
LITIGATION                          )
                                    )

## [PROPOSED] ORDER IMPOUNDING MATERIALS

Before this Court is Defendant Pegasystems, Inc.'s unopposed Motion to Impound

Certain Discovery Materials.  Pegasystems requests an order: 1) sealing unredacted copies of

Exhibits 30 and 32 to Lead Plaintiffs' Motion to Compel Defendants to Produce Documents and

Related Relief; 2) permitting the filing of redacted copies of Exhibits 30 and 32 on the public

docket; and 3) sealing Exhibits 37–48 to Lead Plaintiffs' Motion.  Pegasystems has demonstrated

good cause for such an order.  Accordingly, Pegasystems' motion is GRANTED.  The

documents sought to be impounded will be filed under seal, and Pegasystems may submit

redacted copies of Exhibits 30 and 32 for filing on the public docket.

IT IS SO ORDERED.

Date: _____                    _____

                                           The Hon. William G. Young
                                           United States District Judge