**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

In re PEGASYSTEMS INC. SECURITIES
LITIGATION

)
)
)

Case No.:  1:22-cv-11220-WGY

**DECLARATION OF DANIEL W. HALSTON IN SUPPORT OF
DEFENDANT PEGASYSTEMS MOTION TO IMPOUND
CERTAIN DISCOVERY MATERIALS**

I, Daniel W. Halston, hereby declare under penalty of perjury as follows:

1.    I am a partner with the firm Wilmer Cutler Picker Hale and Dorr LLP and counsel for Pegasystems Inc. and Alan Trefler in the above-captioned matter.  I am an attorney licensed to practice in the Commonwealth of Massachusetts.  I am over the age of eighteen and have personal knowledge of, and am competent to testify about, the factual matters asserted herein.  If called as a witness, I could and would competently testify thereto.  I submit this Declaration in support of Defendant Pegasystems' Motion to Impound Certain Discovery Materials.

2.    Attached as Exhibit 1 is a true and correct copy of the Declaration of Stathi Kouninis in Support of Defendant Pegasystems' Motion to Impound Certain Discovery Materials.

3.    Attached as Exhibit 2 is a true and correct copy of the Declaration of Dora Burzenski in Support of Defendant Pegasystems' Motion to Impound Certain Discovery Materials.

4.    Attached as Exhibit 3 is a true and correct copy of an email exchange between Plaintiffs' Counsel and Defense Counsel dated January 11, 2024.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of January, 2024, in Boston, Massachusetts.

*/s/ Daniel W. Halston*
Daniel W. Halston