# Exhibit 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) | Case No.:  1:22-cv-11220-WGY |

**DECLARATION OF STATHI KOUNINIS IN SUPPORT OF DEFENDANTS'**
**MOTION TO IMPOUND CERTAIN DISCOVERY MATERIALS**

I, Stathi Kouninis, hereby declare under penalty of perjury as follows:

1.      I am Vice President, Finance and Chief Accounting Officer at Pegasystems Inc.

("Pegasystems" or the "Company").  I am over the age of eighteen and have personal knowledge

of, and am competent to testify about, the factual matters asserted herein.  If called as a witness, I

could and would competently testify thereto.  I submit this Declaration in support of Defendant

Pegasystems Inc.'s Motion to Impound Certain Discovery Materials.

2.      Exhibits 30 and 32 to Lead Plaintiffs' Motion to Compel Defendants to Produce

Documents and Related Relief (Dkt. No. 114) contain excerpts from the minutes of meetings of

Pegasystems' Audit Committee for Q1 2022 and Q3 2021, respectively.  Those excerpts include,

among other things, summaries of previous meetings of Pegasystems' Disclosure Committee that

were shared at subsequent Audit Committee meetings.

3.      In summarizing previous Disclosure Committee meetings, the Audit Committee

meeting minutes found at Exhibits 30 and 32 identify one of Pegasystems' largest customers by

name in connection with identifying the total amount and/or percentage of accounts receivable

outstanding as of that quarter.  Specifically, the minutes for Q1 2022 (Ex. 30) note that the

Disclosure Committee approved the decision to disclose that a single customer accounted for a

certain percentage of Pegasystems' total accounts receivable for the quarter without disclosing the

customer's name.  Similarly, the minutes for Q3 2021 (Ex. 32) note that the Disclosure Committee

approved the decision to disclose that a single customer accounted for a certain percentage of Pegasystems' total accounts receivable without disclosing the customer's name.

4.      The amount of a customer's accounts receivable is confidential business information that would cause Pegasystems irreparable competitive and commercial harm if disclosed.

5.      Publicly identifying a client that accounts for a high concentration of Pegasystems' accounts receivable would expose a key source of the Company's revenue.  Any competitor seeking to attempt to decrease Pegasystems' market share and increase its own would benefit from knowing the identity of one of Pegasystems' largest customers, which Pegasystems has previously declined to share with the public.

6.      Disclosing this customer name along with the accounts receivable would also harm Pegasystems by giving competitors insight into Pegasystems' pricing, which itself is confidential between Pegasystems and its clients.  Competitors could be expected to use this information immediately to undercut Pegasystems on pricing both in bids at this customer or in any of the competitive bidding that Pegasystems is currently involved in.

7.      Disclosure of this information may also harm Pegasystems' client.  The client's competitors would be able to see the amount of money it spent on Pegasystems' services and use that information to understand ways in which it might be differentiating itself in the market through the use of software solutions like those provided by Pegasystems.

8.      Exhibit 30 also discusses an accounting item related to an as-yet-undisclosed service line that Pegasystems offers to its clients and the effect that service line has on Pegasystems' Annual Contract Value ("ACV") metrics.

9. The identity of this service line is confidential business information that would cause Pegasystems irreparable competitive and commercial harm if disclosed.

10. Publicly identifying this service line would cause significant competitive and commercial harm to Pegasystems. Pegasystems develops and deploys novel service lines like the one mentioned in Exhibit 30 to differentiate itself in the markets in which it competes for customer contracts. Pegasystems does not disclose these service lines to competitors. Disclosure of these service lines and their effect on Pegasystems' financial metrics would give competitors information that could be used to create similar, competing service lines, which would have the effect of eroding Pegasystems' market share.

11. For the foregoing reasons, Pegasystems has a significant competitive and commercial need to impound the limited material from Exhibits 30 and 32.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of January, 2024, in Boston, Massachusetts.

_____

Stathi Kouninis

3