**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

In re PEGASYSTEMS INC. SECURITIES        )
LITIGATION                                              )        Case No.:  1:22-cv-11220-WGY
                                                               )

**DECLARATION OF ROBERT KINGSLEY SMITH IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Robert Kingsley Smith, hereby state as follows:

1.        I am a partner with the firm Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Pegasystems Inc. and Alan Trefler in the above-captioned matter.  I am an attorney licensed to practice in the Commonwealth of Massachusetts.  I am over the age of eighteen and have personal knowledge of, and am competent to testify about, the factual matters asserted herein. If called as a witness, I could and would competently testify thereto.  I submit this Declaration in support of Defendants' Opposition to Lead Plaintiffs' Motion for Class Certification.

2.        Attached as Exhibit 1 is a true and correct copy of the Rebuttal Report of Professor Amy Hutton, Ph.D., dated February 28, 2024, responding to the Report on Market Efficiency and Damages Methodology of Professor Steven Feinstein, dated December 12, 2023 (ECF No. 110-1).

3.        Attached as Exhibit 2 is a true and correct copy of an excerpt of the Report on Market Efficiency of Professor Steven Feinstein, dated June 7, 2017, in the case captioned *Ohio Pub. Empls. Ret. Sys. v. Fed. Home Loan Mort. Corp.*, Dkt. No. 4:08-cv-00160 (N.D. Ohio) ("*OPERS*").  The report was filed as ECF No. 372-3 in *OPERS* and was retrieved by download from the Public Access to Court Electronic Records (PACER) system.

4.        I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of February, 2024, in Boston, Massachusetts.

*/s/ Robert Kingsley Smith*
Robert Kingsley Smith