UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) | No. 1:22-cv-11220-WGY |
| | | DECLARATION OF CHRISTOPHER D. STEWART IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY THIS ACTION AS A CLASS ACTION AND RELATED RELIEF |

4886-7766-8777.v1

I, Christopher D. Stewart, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and I have been admitted *pro hac vice* in the above-entitled action.  I am a partner of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiffs and proposed Class Representatives Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund (collectively, "Plaintiffs") in the above-entitled action. This declaration is made in further support of Plaintiffs' Motion to Certify This Action as a Class Action and Related Relief.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit 1:    Rebuttal Report of Professor Steven P. Feinstein, Ph.D., CFA, dated March 3, 2024; and

Exhibit 2:    Chart of Post-*Comcast* Cases Where Dr. Feinstein's Out-of-Pocket Damages Methodology Was Adopted at the Class Certification Stage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 3rd day of March, 2024, at San Diego, California.

s/ Christopher D. Stewart

CHRISTOPHER D. STEWART

- 1 -

4886-7766-8777.v1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 3, 2024.

s/ Christopher D. Stewart
CHRISTOPHER D. STEWART

4886-7766-8777.v1