UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

CITY OF FORT LAUDERDALE AND FIREFIGHTERS' RETIREMENT SYSTEM ET AL
Plaintiffs

                              CIVIL ACTION
                              NO. 22CV11220-WGY

V.

PEGASYSTEMS INC. ET AL
Defendant

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

    The Court having been advised on March 5, 2024, that the above-entitled action has been settled.

    **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                  By the Court,

March 5, 2024                             /s/Matthew A. Paine
Date                                        Deputy Clerk