UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) ) ) | No. 1:22-cv-11220-WGY<br><br>LEAD PLAINTIFFS' UNOPPOSED MOTION FOR: (1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (2) CLASS CERTIFICATION FOR SETTLEMENT PURPOSES; AND (3) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS |

Pursuant to Federal Rule of Civil Procedure 23, Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund (collectively, "Lead Plaintiffs") hereby move this Court for entry of an order: (i) preliminarily approving the proposed settlement of this litigation (the "Settlement"); (ii) preliminarily certifying the Settlement Class for settlement purposes; (iii) approving the proposed form and manner of providing notice of the proposed Settlement to the Settlement Class; and (iv) setting a hearing date for the Court to consider final approval of the Settlement, approval of the Plan of Allocation of the Net Settlement Fund, Lead Counsel's application for attorneys' fees and expenses, and Lead Plaintiffs' applications for awards pursuant to 15 U.S.C. §78u-4(a)(4), as well as a schedule for deadlines relevant thereto.[1] Attached is a [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

DATED:  April 23, 2024           Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DEBRA J. WYMAN (admitted *pro hac vice*)
CHRISTOPHER D. STEWART (admitted *pro hac vice*)
MEGAN A. ROSSI (admitted *pro hac vice*)
NICOLE Q. GILLILAND (admitted *pro hac vice*)

              */s/ Debra J. Wyman*
              DEBRA J. WYMAN

---

[1] All capitalized terms not otherwise defined shall have the meanings ascribed to them in the Stipulation of Settlement (the "Stipulation") dated April 23, 2024, submitted herewith.

- 1 -

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
cstewart@rgrdlaw.com
mrossi@rgrdlaw.com
ngilliland@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
CHAD JOHNSON (admitted *pro hac vice*)
420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
chadj@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SNEHEE KHANDESHI (admitted *pro hac vice*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
skhandeshi@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

HUTCHINGS BARSAMIAN MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

Liaison Counsel for Lead Plaintiffs

- 2 -

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Lead Plaintiffs conferred with counsel for Defendants on the matter set forth herein, who do not oppose this Motion.

*/s/ Debra J. Wyman*
DEBRA J. WYMAN

- 3 -

4856-0292-6008.v1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 23, 2024.

/s/ *Debra J. Wyman*
DEBRA J. WYMAN