# EXHIBIT A-4

**LEGAL NOTICE**

*In re Pegasystems Inc. Securities Litigation*,
No. 1:22-cv-11220-WGY (D. Mass.)
c/o Gilardi & Co. LLC
[ADDRESS]

www.PegasystemsSecuritiesSettlement.com

Court-Ordered Legal Notice
(Forwarding Service Requested)

Important Information about a securities class action settlement

You may be entitled to a payment.  This Notice may affect your legal rights.

Please read it carefully.

4879-1850-1298.v2

*In re Pegasystems Inc. Securities Litigation*,
No. 1:22-cv-11220-WGY (D. Mass.)
THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT
VISIT WWW.PEGASYSTEMSSECURITIESSETTLEMENT.COM OR CALL ___-___-____ FOR MORE INFORMATION

If you purchased or otherwise acquired Pegasystems Inc. ("Pega" or the "Company") common stock between June 16, 2020 and May 9, 2022, inclusive, and experienced loss, you could be entitled to a payment from a proposed settlement ("Settlement") reached in the above-captioned action ("Litigation").  Your rights may be affected by this Litigation and the Settlement.  A hearing will be held on _____, 2024, at _____, before the Honorable William G. Young, to determine whether the proposed Settlement of the Litigation against Defendants Pega and Alan Trefler for $35 million and the Plan of Allocation should be approved as fair, reasonable, and adequate and whether the Litigation should be dismissed with prejudice against the Defendants, as set forth in the Stipulation of Settlement ("Stipulation") filed with the Court; and whether Lead Counsel's application for an award of attorneys' fees of up to 33% of the Settlement Amount, and expenses not to exceed $450,000, plus interest on both amounts, and an award to Lead Plaintiffs, should be granted.

The proposed Settlement would resolve a putative class action lawsuit alleging that, in violation of the U.S. federal securities laws, Defendants made materially false and misleading positive statements and omissions concerning a lawsuit in Virginia state court brought against Pega by Appian Corporation that alleged misappropriation of trade secrets and which is presently on appeal; Pega's competitive advantage in the marketplace; and the code of conduct in place which Pega's employees, including its senior officers, abided while conducting the Company's business.  Lead Plaintiffs further allege that these statements allegedly caused Pega stock to trade at artificially inflated prices until the nature of the alleged wrongdoing was revealed, allegedly causing Pega's stock price to fall.  Defendants have denied and continue to deny the allegations in the Complaint and any liability, fault, negligence, wrongdoing, or damages of any kind.  For a full description of the proposed Settlement and your rights, and to make a claim, you may obtain the Stipulation, long-form Notice of Pendency and Proposed Settlement of Class Action, and the Proof of Claim and Release ("Claim Form") by visiting the website: www.PegasystemsSecuritiesSettlement.com (the "Website") or you may request copies from the Claims Administrator by: (i) mail: *Pegasystems Securities Settlement*, c/o Gilardi & Co. LLC, **[ADDRESS]**, or (ii) toll-free call:_____.

To qualify for payment, you must submit a valid Claim Form, with supporting documentation, postmarked or submitted online no later than _____, 2024.  You will be bound by any Judgment entered in the Litigation, regardless of whether you submit a Claim Form, unless you exclude yourself from the Settlement Class.  If you exclude yourself, you cannot get money from this Settlement.  If you do not exclude yourself from the Settlement Class, you may object to the proposed Settlement, Plan of Allocation, or request for award of attorneys' fees and expenses and award to Lead Plaintiffs no later than _____, 2024.  The long-form Notice and the Website explain how to exclude yourself from the Settlement Class or how to object.

4879-1850-1298.v2

Lead Plaintiffs and the Settlement Class are represented by Lead Counsel: Ellen Gusikoff Stewart, Robbins Geller Rudman & Dowd LLP, 655 W. Broadway, Suite 1900, San Diego, CA 92101, 800-449-4900, settlementinfo@rgrdlaw.com.  You may, but do not have to, attend the Court hearing to be heard.  The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means and/or change its date and/or time.

4879-1850-1298.v2