# EXHIBIT D

P2JW164000-0-B01000-16CDF63078D

**B10** | Wednesday, June 12, 2024

THE WALL STREET JOURNAL.

---

ADVERTISEMENT

## The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

### CLASS ACTION

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re PEGASYSTEMS INC. SECURITIES LITIGATION
)
) No. 1:22-cv-11220-WGY
)
) SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE COMMON STOCK OF PEGASYSTEMS INC. ("PEGA") BETWEEN JUNE 16, 2020 AND MAY 9, 2022, INCLUSIVE ("SETTLEMENT CLASS" OR "SETTLEMENT CLASS MEMBERS")

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.

YOU ARE HEREBY NOTIFIED that a hearing will be held on September 19, 2024, at 2:00 p.m., before the Honorable William G. Young at the United States District Court, District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned Litigation as set forth in the Stipulation of Settlement ("Stipulation") for $35 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Lead Plaintiffs' Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amounts; (4) to pay Lead Plaintiffs for their costs and expenses in representing the Settlement Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

There exists the possibility that the Court may decide to change the date and/or time of the Settlement Hearing, conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Settlement Class Members to appear at the hearing by phone or videoconference, without further written notice to the Settlement Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Settlement Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.PegasystemsSecuritiesSettlement.com, before making any plans to attend the Settlement Hearing. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or telephonic appearances at the hearing, will also be posted to that website. Also, if the Court requires or allows Settlement Class Members to participate in the Settlement Hearing by telephone or videoconference, the access information will be posted to the Settlement website, www.PegasystemsSecuritiesSettlement.com.

IF YOU PURCHASED OR OTHERWISE ACQUIRED PEGA COMMON STOCK BETWEEN JUNE 16, 2020 AND MAY 9, 2022, INCLUSIVE, AND EXPERIENCED LOSS, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail (postmarked no later than October 7, 2024) or electronically (no later than October 7, 2024). Your failure to submit your Proof of Claim by October 7, 2024 will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or otherwise acquired Pega common stock during the period between June 16, 2020 and May 9, 2022, inclusive, and do not request exclusion from the Settlement Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

The Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), the Proof of Claim, the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice), and other important documents, may be accessed online at www.PegasystemsSecuritiesSettlement.com, or by writing to:

Pegasystems Securities Settlement
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE SETTLEMENT CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS POSTMARKED BY AUGUST 29, 2024, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL SETTLEMENT CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD PLAINTIFFS' COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 33% OF THE $35 MILLION SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $450,000, PLUS INTEREST ON BOTH AMOUNTS, AND/OR THE PAYMENT(S) TO LEAD PLAINTIFFS FOR THEIR COSTS AND EXPENSES NOT TO EXCEED $20,000 IN THE AGGREGATE IN CONNECTION WITH THEIR REPRESENTATION OF THE SETTLEMENT CLASS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL BY AUGUST 29, 2024, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: MAY 15, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

### COMMERCIAL REAL ESTATE

**BUSINESS OPPORTUNITY**
**INVESTMENT PROPERTY**
CENTRAL NORTH CAROLINA
RV PARK, 32.7 ACRES ON RIVER
NEAR MANY NEW MEGA SITES
WOLFSPEED BOOM TOYOTA
★★★ 336-302-5487 ★★★

### NOTICE OF SALE

NOTICE OF UCC PUBLIC AUCTION SALE

PLEASE TAKE NOTICE that in accordance with applicable provisions of the Uniform Commercial Code of the States of Delaware and New York (as applicable), TCM CRE REIT LLC, a Delaware limited liability company (the "Secured Party"), will sell at public auction all limited liability company interests held by H'YZ MT Kemble Mezz, LLC, a Delaware limited liability company ("Pledgor"), in H'Y2 MT Kemble, LLC, a Delaware limited liability company (the "Pledged Entity") such interests, the "Equity Interests"). The Equity Interests secure indebtedness owing by Pledgor to Secured Party in a principal amount of not less than $13,000,000.00 plus unpaid interest, attorneys' fees and other charges including the costs to sell the Equity Interests ("Debt").

Secured Party's understanding, without making any representation or warranty as to accuracy or completeness, is that the principal asset of the Pledged Entity is the real property located at 412 Mount Kemble Avenue, Morristown, New Jersey (the "Property").

The public auction sale ("Public Sale") will be held on June 28, 2024 at 3:30 p.m. EDT by virtual bidding via Zoom and/or at Secured Party's sole option, in-person in the offices of Sills, Cummis & Gross, P.C., 101 Park Avenue, 28th Floor, New York, New York 10178. The URL address and password for the virtual video conference will be provided to all confirmed participants that have properly registered for the Public Sale. The Public Sale will be conducted by auctioneer Matthew D. Mannion, of Mannion Auctions, LLC, New York City Division of Consumer Affairs Licensed Auctioneer, License No. 1434494.

At the Public Sale, Secured Party reserves the right to: (i) credit bid up to the amount of the Debt; (ii) set minimum price(s) for the Equity Interests; (iii) reject bids, in whole or in part; (iv) cancel or adjourn the Public Sale, in whole or in part; and (v) establish the terms and conditions of the Public Sale ("Terms of Public Sale") which shall comply with all restrictions and obligations pursuant to that certain Intercreditor Agreement dated as of September 4, 2019 by and between Secured Party and the holder of the mortgage encumbering the Property.

Prospective and winning bidder(s) will be required to represent in writing to Secured Party that they will adhere to the Terms of Public Sale and are purchasing the Equity Interests for their own account or acquiring them with a view toward the sale or distribution thereof and will not resell the Equity Interests unless pursuant to a valid registration under applicable federal and/or state securities laws, or a valid exemption from the registration thereunder. The Equity Interests have not been registered under such securities laws and cannot be sold by the winning bidder(s) without registration or application of a valid exemption. The Equity Interests will be offered for sale at the Public Auction "as-is, where-is", and there are no express or implied warranties or representations relating to title, possession, quiet enjoyment, merchantability, fitness, or the like as to the Equity Interests. THIS NOTICE DOES NOT CONSTITUTE AN OFFER TO SELL, NOR THE SOLICITATION OF AN OFFER TO BUY, THE DISPOSITION ASSETS TO OR FROM ANYONE IN ANY JURISDICTION IN WHICH SUCH AN OFFER OR SOLICITATION IS NOT AUTHORIZED.

All bids (other than credit bids of the Secured Party) must be for cash, and the successful bidder must be prepared to deliver immediately available good funds in the amount of twenty percent (20%) of the successful bid within 24 hours after the sale, with the balance to be delivered within five (5) business days of the Public Sale and otherwise comply with the bidding requirements, including the payment of all transfer taxes, stamp duties and similar taxes incurred in connection with the purchase of the Equity Interests.

Parties interested in bidding on the Equity Interests must contact Stephen Schwalb, Secured Party's broker, NEWMARK ("Broker"), via email at NewmarkUCCTeam@ nmrk.com. Upon execution of a standard non-disclosure agreement, additional documentation and information will be available. Interested parties who do not contact Broker and register before the Public Sale will not be permitted to participate in bidding at the Public Sale. Additional information can be found at https:// rimarketplace.com/listing/65427/ucc-disposition-sale-pledge-of-equity-interest-indirect-interest-in-an-office-property-morristown-nj.

---

### COMMERCIAL REAL ESTATE



## LAKE TAHOE CA Area

**LUXURY RIVERFRONT EQUESTRIAN ESTATE**

75 ACRES
21,000 SQ FT RESIDENCE
$7.9 MM

www.827riverranchroad.com · Call: 305-509-1245

---

### NOTICE OF SALE

NOTICE OF PUBLIC SALE OF COLLATERAL

NOTICE IS HEREBY GIVEN that, pursuant to: (a) Section 9-610 of the Uniform Commercial Code ("UCC") as in effect in the State of New York and (b) the Security Agreement, dated as of June 2, 2022 (as amended, supplemented or otherwise modified, the "Security Agreement"), by and among, Meshe Silber, an individual (the "Borrower"), Westwood Jackson Apts MM LLC, a Delaware limited liability company ("Westwood MM"), and CBRM Realty Inc., a New York corporation ("CBRM", and together with the Borrower and Westwood MM, the "Debtors"), the other debtors party thereto, and Acquiom Agency Services LLC, as secured party (the "Secured Party"), the Secured Party will offer for sale at public sales (such sales, collectively, the "Auction") all right, title and interest of the Debtors in and to the following collateral (the "Subject Collateral"): (i) Lot 1 consisting of 100% of the limited liability company membership interests in RH Dearborn Redevelopment JV LLC, a Delaware limited liability company, and all proceeds (as defined in the UCC) thereof; (ii) Lot 2 consisting of 100% of the limited liability company membership interests in Fox Capital LLC, a New York limited liability company, and all proceeds thereof; (iii) Lot 3 consisting of (x) 100% of the limited liability company membership interests in Westwood Jackson Apts MM LLC, a Delaware limited liability company, and all proceeds thereof; (iv) Lot 4 consisting of 49% of the limited liability company membership interests in 100 Phillips Parkway LLC, a Delaware limited liability company, and all proceeds of the foregoing. The Subject Collateral is security for the Borrower's obligations under the Credit Agreement, dated as of June 2, 2022 (as amended, supplemented or otherwise modified, the "Credit Agreement"), among the Borrower, the lenders party thereto, and Acquiom Agency Services LLC, as administrative agent.

TERMS AND CONDITIONS OF THE AUCTION

The Subject Collateral is being sold in four separate lots as described above on an "AS IS, WHERE IS, WITH ALL FAULTS" basis pursuant to the following terms and conditions.

1. Parties interested in bidding at the Auction may, subject to executing confidentiality agreements and meeting the bidder qualifications set forth in the bidding procedures (the "Bidding Procedures"), which can be obtained by contacting CBRE Capital Markets, Inc. ("CBRE") as provided below, obtain additional information concerning the Subject Collateral by contacting CBRE. The Bidding Procedures provide additional information about the bidding process, including bidder qualifications, Auction participation and determination of the winning bid.

2. The Auction will be held on July 25, 2024 at 10:00 AM (New York City time) via a web-based video conferencing and/or telephonic conferencing program selected by the Secured Party's access to which will be made available to qualified bidders.

3. The Subject Collateral will be sold on an "AS-IS, WHERE-IS, WITH ALL FAULTS" basis, without recourse, and without any express or implied representations or warranties whatsoever, including, without limitation, as to the condition of title, value, or quality of the Subject Collateral, or without regard to assets, liabilities, financial condition, or earnings of any debtor or any of their affiliates. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL WARRANTIES, WHETHER OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR OTHERWISE, ARE EXPRESSLY DISCLAIMED. The sale of the Subject Collateral is specifically subject to all taxes, liens (other than those of the Secured Party), claims, assessments, liabilities and encumbrances, if any, that may exist against the Subject Collateral under the UCC or other applicable law. The Secured Party makes no representations or warranties and provides no assurances as to any Subject Collateral. Prospective bidders should perform their own diligence as to the Subject Collateral.

4. The Secured Party reserves the right to determine which bidders qualify for participation in the Auction, reject any bid or all bids at the Auction, to announce such other terms at the Auction as may be commercially reasonable in the Secured Party's discretion or to accept non-conforming bids. Further, the Secured Party reserves the right to cancel, postpone or adjourn the Auction by announcement made at the Auction, without further notice or after the commencement of bidding, without written notice or further publication. The Secured Party reserves the right to credit bid any portion of its secured indebtedness then outstanding under the Credit Agreement at the Auction. The Secured Party reserves the right to implement such other terms or conditions at the Auction as may be necessary to facilitate the sale of the Subject Collateral in the Secured Party's sole discretion, determine to be commercially reasonable under the circumstances.

All inquiries concerning this Notice of Public Sale and the terms and conditions of the sale (including requirements to be a "qualified bidder") should be made to: CBRE Capital Markets at CBREurcsales@cbre.com. Any person making any inquiry or request must: (i) disclose the person or entity on whose behalf such information is being sought, (ii) execute the confidentiality agreement, which can be reviewed at the website https://tinyurl. com/SilberUCC (case sensitive), and (iii) maintain the confidentiality of the information provided in accordance with the confidentiality agreement.

---

### BANKRUPTCIES

NOTICE OF INTENT TO DISPOSE OF CLIENT FILES
By Stroock & Stroock & Lavan LLP,
A New York Limited Liability Partnership in Dissolution

On November 17, 2023, the law firm of Stroock & Stroock & Lavan LLP ("Stroock") entered into dissolution and, effective as of December 31, 2023, ceased providing legal services. Currently, Stroock is winding down its affairs and liquidating its assets.

As part of its dissolution process, Stroock intends to dispose of unclaimed client files (whether physical or electronic) in its possession, or under its control, by rendering them unreadable and otherwise destroying them.

Parties who believe that their files are in the possession, or under the control, of Stroock and desire to obtain and retrieve, at their own expense, such files must complete and submit an online client file retrieval form by no later than August 9, 2024. You may obtain an online retrieval form, along with instructions about completing and submitting same, by sending a request by email to: FileRetrieval@Stroock.com.

There is no requirement for any party to retrieve a file it otherwise does not wish to retrieve.

THE DEADLINE FOR SUBMITTING AN ONLINE REQUEST TO RETRIEVE YOUR CLIENT FILES IS AUGUST 9, 2024.

IF A PROPERLY COMPLETED ONLINE RETRIEVAL FORM IS NOT SUBMITTED BY AUGUST 9, 2024, STROOCK MAY PROCEED TO DESTROY YOUR FILES AND YOU WILL RECEIVE NO FURTHER COMMUNICATION REGARDING SAME.

Dated: June 11, 2024

---

### NOTICE OF SALE

ADJOURNED NOTICE OF SALE

PLEASE TAKE NOTICE, that in accordance with applicable provisions of the Uniform Commercial Code as enacted in New York, by virtue of certain Events of Default under that certain Partnership Interests Pledge and Security Agreement dated as of November 24, 2021 (the "Pledge Agreement"), executed and delivered by CGI 1100 BISCAYNE MANAGEMENT GP, LLC and CGI 1100 BISCAYNE MANAGEMENT HOLDCO, LP (collectively, the "Pledgor"), and in accordance with it rights as holder of the security, MADISON REALTY CAPITAL DEBT MA II HOLDINGS MB LLC ("Secured Party"), by virtue of possession of those certain Share Certificates held in accordance with Article 8 of the Uniform Commercial Code of the State of New York (the "Code"), and by virtue of those certain UCC-1 Filing Statement made in favor of Secured Party, all in accordance with Article 9 of the Code, Secured Party will offer for sale, at public auction: (i) all of Pledgor's right, title, and interest in and to the following: CGI 1100 Biscayne Management, LP (the "Pledged Entity"), and (ii) certain related rights and property relating thereto (collectively, (i) and (ii) are the "Collateral"), Secured Party's understanding is that the principal asset of the Pledged Entity is the premises located at 1100 Biscayne Blvd., Miami, FL (the "Property"). Mannion Auctions, LLC ("Mannion"), under the direction of Matthew D. Mannion or William Mannion (the "Auctioneer"), will conduct a public sale consisting of the Collateral (as set forth in Schedule A below), via online bidding, on June 24, 2024 at 2:00pm, in satisfaction of an indebtedness in the approximate amount of $7,768,420.61, including principal, interest on principal, and reasonable fees and costs, plus default interest through June 24, 2024, subject to open charges and all additional costs, fees and disbursements permitted by law. The Secured Party reserves the right to credit bid. The UCC sale was previously scheduled for May 23, 2024 at 10:00 am. Online bidding will be made available via Zoom Meeting: Meeting link: https://bit. ly/1100Biscayne (URL is case sensitive) Meeting ID: 844 0471 4057 Passcode: 926256 One Tap Mobile: +1646931 3860,,84404214057#,,,,*926256# US; +16465588656,,84404214057#,,,,*926256# US (New York) Dial by your location: +1 646 931 3860 US

Bidder Qualification Deadline: Interested parties who intend to bid on the Collateral must contact Brett Rosenberg at Jones Lang LaSalle Americas, Inc. ("JLL"), 330 Madison Avenue, New York, NY 10017, (212) 812-5926, Brett.Rosenberg@jll.com, to receive the Terms and Conditions of Sale and bidding instructions by June 22, 2024 by 4:00 pm. Upon execution of a standard confidentiality and non-disclosure agreement, which can be found at the following link www.1100BiscayneBlvdUCCSale.com, additional documentation and information will be available. Interested parties who do not contact JLL and qualify prior to the sale will not be permitted to enter a bid. SCHEDULE A: Pledged Interest: PLEDGOR: CGI 1100 BISCAYNE MANAGEMENT GP, LLC, a Delaware limited liability company, ISSUER: CGI 1100 BISCAYNE MANAGEMENT, LP, a Delaware limited partnership, INTERESTS PLEDGED: its general partnership interest. PLEDGOR: CGI 1100 BISCAYNE MANAGEMENT HOLDCO, LP, a Delaware limited partnership, ISSUER: CGI 1100 BISCAYNE MANAGEMENT, LP, a Delaware limited partnership, INTERESTS PLEDGED: 100% limited partnership interest. the UCC1 was filed on November 29, 2021, with the Delaware Department of State under the Filing No. #20219652607. KRISS & FEUERSTEIN LLP. Attn: Jerold C. Feuerstein, Esq., Attorneys for Secured Party, 360 Lexington Avenue, Suite 1200, New York, New York 10017, (212) 661-2900.

---

### BUSINESS OPPORTUNITIES

## MORTGAGE REIT
**8%-9% RETURN**

TAX EFFICIENCY
REAL ESTATE SECURED
GROWTH / INCOME
SEEKING RIA'S &
ACCREDITED INVESTORS

866-700-0600

ALLIANCE MORTGAGE FUND
120 Vantis Dr., Ste. 515 • Aliso Viejo, CA 92656
www.AlliancePortfolio.com
RE Broker • CA DRE • 02066955 Broker License ID



Active Calif Gold Mine. We have permits and ready to operate. Need $2.5mm to complete and start production on $100,000,000.00+ worth of gold on our ~75 acre property. We are offering 40% partnership. Data room set up for review. neilganz61@gmail.com

---

## NEW HIGHS AND LOWS

The following explanations apply to the New York Stock Exchange, NYSE Arca, NYSE American and Nasdaq Stock Market stocks that hit a new 52-week intraday high or low in the latest session. % CHG-Daily percentage change from the previous trading session.

**Tuesday, June 11, 2024**

Highs and Lows tables follow with columns: Stock, Sym, 52-Wk Hi/Lo, % Chg.

### Highs

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| AST Space | ASTS | 9.95 | 16.4 |
| AddusHomeCare | ADUS | 118.92 | 1.0 |
| AeroVironment | AVAV | 213.46 | 3.2 |
| AmerHithcrREIT | AHR | 15.00 | 0.5 |
| AmnealPharm | AMRX | 7.19 | 2.6 |
| Apple | AAPL | 207.16 | 7.3 |
| AppliMaterials | AMAT | 230.07 | 0.8 |
| AP×Acqnl A | APXI | 11.58 | 0.1 |
| Ashland | ASH | 101.47 | 0.7 |
| Broadcom | AVGO | 1465.01 | 1.4 |
| CardiolTherap | CRDL | 2.98 | |
| CenturionAcqn | ALFUU | 10.06 | 0.3 |
| CloverLeafCap | CLOEU | 13.50 | 9.3 |
| CocaColaCon | COKE | 1037.13 | 2.2 |

*(Additional Highs and Lows listings continue in dense columns including ARBIOT, AbCelleraBio, Adient, Aditxt, AdialNortye, AllarityTherap, AllurionTechWt, AllurionTech, AltaGlobal, AltamiraTherap, AmerBatteryTech, Ampco-Pitt, AnywhereRealEst, AppliedDNA, AspiraWomenHlth, AtlasLithium, AustralianOilseeds, Baidu, BanzaiIntWt, Barnes&NobleEduc, BigLots, BinahCapital, BlackHawkAcqn, BlackSkyTech, BlackstoneMtg, BloominBrands, BrioCellTherap, BrightHouseFin, Brown-Forman A, Brown-Forman B, Culp, DDC Enterprise, DataI0, DeltaApparel, Denny's, DesignerBrands, DesktopMetal, DigitalTurbine, DineBrands, DuckhornPfd, Dynatronics, ECARX, EagleBancorp, ECPM Holdings, Emcore, EnsyscoBio, EnteroTherapeutics, Esperion, FSD Pharma, FoxxPower, FortuneRiseWt, Forza×1, FractylHealth, FreightTech, FuboTV, FulgentGenetics, GP-ActIIIAcqn, Galapagos, Gerdau, GinkgoBioworks, Globant, GoldenHeaven, GorillaTech, GreenwaveTech, HarvardBioSci, HertzGlobal, HoldcoNuvo, HoldcoNuvoWt, Holley, Hooper Holmes, Immunocore, InpixonTherp, InspirePharma, JADE, J-Long, Joyy, Jet.AI, JohnsonOutdoors, KLX Energy, KensingtonO Wt, and many others in the Highs/Lows columns — LCI Inds 100.89 -2.0, Lear 118.35 -3.2, LeddarTech 1.23 -3.1, LiAuto 18.82 -2.0, LibertySirius A 20.68 -0.3, LibertySirius C 20.60 -0.2, LiqTechInt 1.07 -5.6, LithiumAmericas 2.91 -2.9, LogicMark 0.65 -1.4, Longeveron 0.77 -22.6, Luxurban 0.21 -0.8, LyraTherap 0.30 -0.7, MBIA 5.10 -1.7, MSC Industrial 82.58 -0.9, MSP Recovery 1.83 -2.4, Magnaintl 42.78 -1.4, MarketAxess 192.54 -0.8, MastechDigital 7.15 -3.5, MMTec 0.32 -5.0, MoleculinBiotech 4.20 -0.5, MolsonCoorsB 50.71 -1.8, MolsonCoorsA 57.00 -0.8, MongoDB 219.53 -0.4, MotorcarParts 8.36 -8.7, N2OFF 0.55 -1.8, NationalGrid 55.13 -1.8, NatureWood 1.58 -0.8, Navient 13.96 -3.0, Neo-Concept 0.57 -9.9, NetworkTechs 1.58 0.6, NewFortressEner 22.22 -3.0, Northann 0.20 -8.2, NuCana 3.03 -2.9, OpalFuels 4.42 -2.4, Orange 1.64 -1.4, ORAN 10.41 -1.4, PROS 27.17 0.4, Patterson 22.65 -1.6, PaycomSoftware 142.30 -2.0, PediatrixMedical 6.70 -2.0, PineapplePinI 1.01 -2.8, Polaris 75.54 1.8, PrestigeWealth 0.77 -14.4, ProvidentFinSvcs 13.16 -5.0, Pubmatic 6.36 -5.2, Qudian 1.52 1.3, RaptTherap 3.64 -3.4, RadiusRecycling 15.46 -3.1, RedRiverBcshs 42.78 -0.5, RelianceGlobal 1.64 -8.7, Roadzen 2.45 -2.3, RyersonHolding 21.22 -1.4, SageGroup 14.30 ..., SalemMedia 0.76 -2.8, Schrodinger 21.80 -2.5, ScilexWt 0.12 7.1, SeelosTherap 0.96 1.9, SeritageGrowth 8.96 -4.8, SifyTech 2.27 0.9, SiriusXM 3.33 -0.0, Sisecam 0.82 -1.4, Solowin 3.30 -1.7, SouthernCalBncp 12.90 -0.8, StandardMotor 28.62 -2.3, Stevanato 6.31 -4.1, Sunshine Biopharma 0.33 -10.6, SurfAirMobility 3.11 -0.2, TH Int 0.76 -9.1, Tejon Pharm 1.03 ..., T Stamp 0.74 -8.3, TargetHosp 6.11 -31.5, TeladocHealth 10.40 -2.1, TelesisBio 0.72 0.3, TenaxTherap 3.36 0.3, Tharimmune 3.33 -1.2, Tilly's 5.15 -4.1, TitanInt 9.33 -7.5, TitanMachinery 17.06 0.4, TonixPharm 2.50 2.6, Unifirst 149.26 -1.7, VS Media 0.36 -7.8, Vale 11.13 -0.2, Velo3DWt 0.11 -11.3, Verastem 9.51 -8.2, VintageWineEstates 4.55 ..., Visteon 103.34 -1.0, VivosTeraWt 0.22 1.2, Volcon 7.11 -11.6, WM Tech 10.58 -2.0, Wendy's 16.22 0.2, WheelerREIT 0.30 -8.1, WhiteMtIns 1,450.40 -0.6, Workiva 71.32 -2.5, Wrap Tech 3.33 2.5, XTL Aerospace 1.60 -0.4, Yext 6.21 ..., ZK ZEPP 0.67 0.1)*

### Lows

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| AGCO | AGCO | 100.24 | 0.2 |
| AMN Healthcare | AMN | 52.04 | 2.1 |

---

THE WALL STREET JOURNAL.

## Cash Prices | wsj.com/market-data/commodities

Tuesday, June 11, 2024

These prices reflect buying and selling of a variety of actual or "physical" commodities in the marketplace—separate from the futures price on an exchange, which reflects what the commodity might be worth in future months.

| Energy | Tuesday | | | Tuesday |
|---|---|---|---|---|
| Coal,C.Aplc,12500Btu,1.2SO2-r,w | 79.400 | | Wool,64s,staple,Terr del-u,w | n.a. |
| Coal,PwdrRvrBsn,8800Btu,0.8SO2-r,w | 13.600 | | **Grains and Feeds** | |
| **Metals** | | | Bran,wheat middlings, KC-u,w | 88 |
| | | | Corn,No. 2 yellow,Cent IL-bp,u | 4.2300 |
| Gold, per troy oz | | | Corn gluten feed,Midwest-u,w | 103.2 |
| Engelhard industrial | 2313.00 | | Corn gluten meal,Midwest-u,w | 420.8 |
| Handy & Harman base | 2316.50 | | Cottonseed meal-u,w | n.a. |
| Handy & Harman fabricated | 2571.32 | | Hominy feed,Cent IL-u,w | 115 |
| LBMA Gold Price AM | *2297.65 | | Meat-bonemeal,50% pro Mnpls-u,w | 313 |
| LBMA Gold Price PM | *2304.40 | | Oats,No.2 milling,Mnpls-u | 4.0400 |
| Krugerrand,wholesale-e | 2402.82 | | Rice, Long Grain Milled, No. 2 AR-u,w | 36.25 |
| Maple Leaf-e | 2425.92 | | SoybeanMeal,Cent IL,rail,ton48%-u,w | 322.20 |
| American Eagle-e | 2425.92 | | Soybeans,No.1 yllw IL-bp,u | 11.5500 |
| Mexican peso-e | 2793.65 | | Wheat,Spring14%-pro Mnpls-u | 8.5875 |
| Austria crown-e | 2267.65 | | Wheat,No.2 soft red,St.Louis-u | 6.2800 |
| Austria phil-e | 2425.92 | | Wheat - Hard - KC (USDA) $ per bu-u | 6.8900 |
| Silver, troy oz. | | | Wheat,No.1soft white,Portld,OR-u | 6.5500 |
| Engelhard industrial | 29.3500 | | **Food** | |
| Engelhard base | 29.6900 | | Beef,carcass equiv. index | |
| Handy & Harman base | 37.1130 | | choice 1-3,600-900 lbs.-u | 295.10 |
| LBMA spot price | *£23.3800 | | select 1-3,600-900 lbs.-u | 279.17 |
| (U.S.$ equivalent) | *29.6800 | | Broilers, National comp wtd. avg.-u,w | 1.3211 |
| Coins,wholesale $1,000 face-a | 22725 | | Butter,AA Chicago-d | 3.1050 |
| Other metals | | | Cheddar cheese,bbl,Chicago-d | 201.00 |
| LBMA Platinum Price PM | *971.0 | | Cheddar cheese,blk,Chicago-d | 193.50 |
| LBMA Palladium Price PM | *912.0 | | Milk,Nonfat dry,Chicago lb.-d | 120.00 |
| Platinum,Engelhard industrial | 968.0 | | Coffee,Brazilian,Comp-y | 2.2381 |
| Palladium,Engelhard industrial | 903.0 | | Coffee,Colombian, NY-y | 2.4530 |
| Aluminum, LME, $ per metric ton | *2515.5 | | Eggs,large white,Chicago-u | 2.4750 |
| Copper,Comex spot | 4.5230 | | Flour,hard winter KC-p | 18.35 |
| Iron Ore, 62% Fe CFR China-s | *108.5 | | Hams,17-20 lbs,Mid-US fob-u | 0.93 |
| Steel, HRC USA, FOB Midwest Mill-s | *740.0 | | Hogs,Iowa-So. Minnesota-u | 90.05 |
| Battery/EV metals | | | Pork bellies,12-14 lb MidUS-u | n.a. |
| BMI Lithium Carbonate, EXW China, =99.2%-v,w | 14275 | | Pork loins,13-19 lb MidUS-u | 1.3240 |
| BMI Lithium Hydroxide, EXW China, =56.5%-v,w | 12825 | | Steers,Tex.-Okla. Choice-u | n.a. |
| BMI Cobalt sulphate, EXW China, >20.5%-v,w | 4416 | | Steers,Feeder,Okla. Ave-u,w | 304.75 |
| BMI Nickel Sulphate, EXW China, >22%-v,m | 4416 | | **Fats and Oils** | |
| BMI Flake Graphite, FOB China, -100 Mesh, 94-95%-v,m | 485 | | Degummed corn oil, crude wtd. avg.-u,w | n.a. |
| **Fibers and Textiles** | | | Grease,choice white,Chicago-h | 0.4350 |
| Burlap,10-oz,40-inch NY yd-n,w | 0.8100 | | Lard,Chicago-u | n.a. |
| Cotton,1 1/16 std lw-mdMphs-u | 0.6898 | | Soybean oil,crude,Cent IL-u,w | 0.4213 |
| Cotlook 'A' Index-t | *83.65 | | Tallow,bleach;Chicago-h | 0.4600 |
| Hides,hvy native steers piece fob-u | n.a. | | Tallow,edible,Chicago-u | n.a. |

KEY TO CODES: A=ask; B=bid; BP=country elevator bids to producers; C=corrected; D=CME; E=Manfra, Tordella & Brookes; H=American Commodities Brokerage Co;
K=bi-weekly; M=monthly; N=nominal; n.a.=not available; P=Sosland Publishing; R=SNL Energy;
S=Platts-TSI; T=Cotlook Limited; U=USDA; V=Benchmark Mineral Intelligence; W=weekly; Y=International Coffee Organization; Z=not quoted. *Data as of 6/10

Source: Dow Jones Market Data

---

ADVERTISEMENT

## Showroom

To advertise: 800-366-3975 or WSJ.com/classifieds

### LUXURY



— South Pole Vehicle Expedition —
SUPERB LIFETIME OPPORTUNITY, up to 4 adventurers. Fully participatory, professionally guided, driving expedition from Antarctic shore coastline to South Pole and return. Fly in/out from Chile. November/December 2024.
Interested? expeditions@arctictrucks.com

THE WALL STREET JOURNAL.

## SHOWROOM

ADVERTISE TODAY

(800) 366-3975

sales.showroom@wsj.com

For more information visit:
wsj.com/classifieds

© 2024 Dow Jones & Company, Inc.
All Rights Reserved.



© 2024 Dow Jones & Company, Inc.
All Rights Reserved.

ADVERTISE TODAY

(800) 366-3975

For more information visit:
wsj.com/classifieds

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Verita Global LLC f/k/a Gilardi Settlement Administration Company in San Rafael, California, hereby certify that I caused the attached notice to be printed in said publication on June 12, 2024:

Name of Publication: The Wall Street Journal

Address: 1211 Avenue of the Americas

City, State, Zip: New York, NY 10036

Phone #: 1-800-568-7625

State of: New York

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of June 2024, at Sellersville, Pennsylvania.

Carla Peak



# Robbins Geller Rudman & Dowd LLP Announces Proposed Settlement in the Pegasystems Inc. Securities Litigation

June 12, 2024 08:00 AM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP regarding the Pegasystems Inc. Securities Settlement:

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | No. 1:22-cv-11220-WGY<br><br>SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION |

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE COMMON STOCK OF PEGASYSTEMS INC. ("PEGA") BETWEEN JUNE 16, 2020 AND MAY 9, 2022, INCLUSIVE ("SETTLEMENT CLASS" OR "SETTLEMENT CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on September 19, 2024, at 2:00 p.m., before the Honorable William G. Young at the United States District Court, District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned Litigation as set forth in the Stipulation of Settlement ("Stipulation") for $35 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Lead Plaintiffs' Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amounts; (4) to pay Lead Plaintiffs for their costs and expenses in representing the Settlement Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

There exists the possibility that the Court may decide to change the date and/or time of the Settlement Hearing, conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Settlement Class Members to appear at the hearing by phone or videoconference, without further written notice to the Settlement Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Settlement Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.PegasystemsSecuritiesSettlement.com, before making any plans to attend the Settlement Hearing. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or telephonic appearances at the hearing, will also be posted to that website. Also, if the Court requires or allows Settlement Class Members to participate in the Settlement Hearing by telephone or videoconference, the access information will be posted to the Settlement website, www.PegasystemsSecuritiesSettlement.com.

IF YOU PURCHASED OR OTHERWISE ACQUIRED PEGA COMMON STOCK BETWEEN JUNE 16, 2020 AND MAY 9, 2022, INCLUSIVE, AND EXPERIENCED LOSS, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than October 7, 2024)** or electronically **(no later than October 7, 2024)**. Your failure to submit your Proof of Claim by October 7, 2024 will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or otherwise acquired Pega common stock during the period between June 16, 2020 and May 9, 2022, inclusive, and do not request exclusion from the Settlement Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

The Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), the Proof of Claim, the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice), and other important documents, may be accessed online at www.PegasystemsSecuritiesSettlement.com, or by writing to:

*Pegasystems Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE SETTLEMENT CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY AUGUST 29, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL SETTLEMENT CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD PLAINTIFFS' COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 33% OF THE $35 MILLION SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $450,000, PLUS INTEREST ON BOTH AMOUNTS, AND/OR THE PAYMENT(S) TO LEAD PLAINTIFFS FOR THEIR COSTS AND EXPENSES NOT TO EXCEED $20,000 IN THE AGGREGATE IN CONNECTION WITH THEIR REPRESENTATION OF THE SETTLEMENT CLASS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL **BY AUGUST 29, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: MAY 15, 2024      BY ORDER OF THE COURT
                         UNITED STATES DISTRICT COURT
                         DISTRICT OF MASSACHUSETTS

## Contacts
Media Contact:
Robbins Geller Rudman & Dowd LLP
Shareholder Relations Department
Greg Wood
(619) 231-1058

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Verita Global LLC f/k/a Gilardi Settlement Administration Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire

Address: 101 California Street 20th Floor

City, ST Zip: San Francisco, CA 94111

Phone #: 415-986-4422

State of: California

The press release was distributed on June 12, 2024 to the following media circuits offered by the above-referenced wire service:

1.  National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of June 2024, at Sellersville, Pennsylvania.


Carla Peak