# EXHIBIT E



*PGSS-EXCL00001**PGSS-EXCL00001*

RECEIVED
August 12, 2024
Claims Center

# Exclusion Cover Page

Case Name: PEGASYSTEMS Securities Settlement

Case Code:  PGSS

Exclusion Deadline: August 29, 2024 (Postmarked on or before)

Name of Person Filing Exclusion:  Raymond N Scarazzo



6 Aug 2024

Pegasystems Securities Settlement
  Claims Administrator
c/o Gilardi and Co. LLC
P.O. Box 301135
Los Angeles, CA 90030 - 1135

# 1:22 - cv - 11220 - WGY

To Whom It May Concern:

Please exclude me from the settlement.
My Pegasystem shares were purchased in
2018. This is outside the stipulated
dates in the paperwork. Thank you.

Sincerely,

Raymond N Scarazzo

RAYMOND N. SCARAZZO

Scarosso





Elisabetta Sirani, 1663
National Museum of Women in the Arts



73¢

RECEIVED

AUG 1 2 2024

VERITA GLOBAL

Pegasystems Securities Settlement
Claims Administrator
C/o Gilardi and Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135