# EXHIBIT A

**EXHIBIT A**

*In re Pegasystems Inc. Securities Litigation*, Case No. 1:22-cv-11220-WGY
Robbins Geller Rudman & Dowd LLP
Inception through June 26, 2024

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Albert, Michael | (P) | 13.00 | 785 | $      10,205.00 |
| Bays, Lea M. | (P) | 107.30 | 915 | 98,179.50 |
| Gusikoff Stewart, Ellen A. | (P) | 55.30 | 1200 | 66,360.00 |
| Johnson, C. Chad | (P) | 342.00 | 1200 | 410,400.00 |
| Myers, Danielle S. | (P) | 7.50 | 1075 | 8,062.50 |
| Stewart, Christopher D. | (P) | 2,235.70 | 895 | 2,000,951.50 |
| Wyman, Debra J. | (P) | 922.50 | 1200 | 1,107,000.00 |
| Daniels, Jeremy W. | (A) | 11.50 | 375 | 4,312.50 |
| Gilliland, Nicole Q. | (A) | 213.50 | 490 | 104,615.00 |
| Khandeshi, Snehee S. | (A) | 438.70 | 465 | 203,995.50 |
| Browne, Lonnie | (A) | 629.60 | 630 | 396,648.00 |
| Oetting, Justin G. | (A) | 28.90 | 375 | 10,837.50 |
| Rossi, Megan A. | (A) | 241.60 | 560 | 135,296.00 |
| Friedman, Raphaella | (OC) | 105.70 | 535 | 56,549.50 |
| Babalola, Ayodeji | (SA) | 1,004.50 | 450 | 452,025.00 |
| Cho, Grace | (SA) | 189.90 | 460 | 87,354.00 |
| Donovan, Byron A. | (SA) | 960.00 | 440 | 422,400.00 |
| Estess, Paula L. | (SA) | 837.50 | 440 | 368,500.00 |
| Jain, Joy V. | (SA) | 818.00 | 475 | 388,550.00 |
| Ramirez, Emely | (SA) | 1,092.20 | 450 | 491,490.00 |
| Tanner, Charles W. | (SA) | 115.60 | 450 | 52,020.00 |
| Tyler, Vanita J. | (SA) | 486.00 | 475 | 230,850.00 |
| Yates, Amy | (SA) | 669.60 | 475 | 318,060.00 |
| Rudolph, Andrew J. | (FA) | 5.30 | 775 | 4,107.50 |
| Sader, Brad C. | (FA) | 693.00 | 650 | 450,450.00 |
| Fernandez, Halle | (FAI) | 29.00 | 75 | 2,175.00 |
| Singh, Amshu | (FAI) | 69.00 | 75 | 5,175.00 |
| Barhoum, Anthony J. | (EA) | 28.60 | 470 | 13,442.00 |
| Hensley, Austin B. | (EA) | 22.00 | 315 | 6,930.00 |
| Villalovas, Frank E. | (EA) | 5.90 | 460 | 2,714.00 |
| Vue, Chong | (EA) | 36.00 | 370 | 13,320.00 |
| Roelen, Scott R. | (RA) | 27.20 | 325 | 8,840.00 |
| Brandon, Kelley T. | (I) | 29.80 | 350 | 10,430.00 |
| Angotti, Madison S. | (LS) | 6.00 | 245 | 1,470.00 |
| Camozzi, Miranda C. | (LS) | 7.80 | 315 | 2,457.00 |
| Keita, Omar C. | (LS) | 165.80 | 315 | 52,227.00 |
| Milliron, Christine | (LS) | 5.50 | 415 | 2,282.50 |
| Cuevas Rios, R. Carlos | (LC) | 12.00 | 185 | 2,220.00 |

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Braby, Rachel C. | (SUA) | 32.00 | 175 | 5,600.00 |
| Kalphat-Losego, Jacob H. | (SUA) | 42.00 | 175 | 7,350.00 |
| Sanchez Gonzalez, Evelyn | (SUA) | 12.00 | 175 | 2,100.00 |
| Paralegals | | 421.10 | 360-410 | 171,909.00 |
| Document Clerks | | 335.50 | 150-160 | 53,600.00 |
| *TOTAL* | | *13,511.60* | | *$ 8,243,460.50* |

(P) Partner
(A) Associate
(OC) Of Counsel
(SA) Staff Attorney
(FA) Forensic Accountant
(FAI) Forensic Accounting Intern
(EA) Economic Analyst
(RA) Research Analyst
(I) Investigator
(LS) Litigation Support
(LC) Law Clerk
(SUA) Summer Associate