# EXHIBIT D

**EXHIBIT D**

*In re Pegasystems Inc. Securities Litigation*, Case No. 1:22-cv-11220-WGY
Robbins Geller Rudman & Dowd LLP

Transportation, Hotels, and Meals: $9,986.14

| NAME | DATE | DESTINATION | PURPOSE |
|------|------|-------------|---------|
| Stewart, Christopher | 05/15/23-05/17/23 | Boston, MA | Prepare for and attend motion to dismiss hearing |
| Johnson, Chad | 05/17/23 | Boston, MA | Prepare for and attend motion to dismiss hearing |
| Johnson, Chad | 02/26/24-02/28/24 | Boston, MA | Prepare for and attend mediation |
| Stewart, Christopher | 02/26/24-02/28/24 | Boston, MA | Prepare for and attend mediation |
| Wyman, Debra | 02/26/24-02/28/24 | Boston, MA | Prepare for and attend mediation |
| Wyman, Debra | 03/05/24-03/07/24 | Boston, MA | Last minute cancellation of hearing by the Court |
| Stewart, Christopher | 03/06/24-03/07/24 | Boston, MA | Last minute cancellation of hearing by the Court |