UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) No. 1:22-cv-11220-WGY<br>)<br>) DECLARATION OF THEODORE M. HESS-MAHAN FILED ON BEHALF OF HUTCHINGS BARSAMIAN MANDELCORN, LLP, IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES |

I, Theodore M. Hess-Mahan, declare as follows:

1. I am Of Counsel to the firm of Hutchings Barsamian Mandelcorn, LLP (the "Firm"). I am submitting this declaration in support of the application for an award of attorneys' fees and expenses/charges ("expenses") in connection with services rendered in the above-entitled action.

2. This Firm is Liaison counsel of record for Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, and Construction Industry Laborers Pension Fund.

3. The information in this declaration regarding the Firm's time and expenses is taken from time and expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business. I am the attorney who oversaw and/or conducted the day-to-day activities in the litigation and I reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation. Based on this review and the adjustments made, I believe that the time reflected in the Firm's lodestar calculation and the

expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the litigation.

4. The number of hours spent on the litigation by my Firm is 56.6. A breakdown of the lodestar is provided in **Exhibit A**. The lodestar amount for attorney/paraprofessional time based on the Firm's current rates is $25,470.00. The hourly rates shown in Exhibit A are consistent with hourly rates submitted by the Firm in other securities class action litigation. The Firm's rates are set based on periodic analysis of rates charged by firms performing comparable work both on the plaintiff and defense side.

5. My Firm seeks an award of $718.40 in expenses and charges in connection with the prosecution of the litigation. Those expenses and charges are summarized by category in **Exhibit B**.

6. The following is additional information regarding certain of these expenses:

(a) Filing, Witness and Other Fees: $675.00. These expenses have been paid to the Court for filing fees for Pro Hac Vice Motions filed on behalf of Lead Plaintiffs' counsel The vendors who were paid for these services are set forth in **Exhibit C**.

(b) Transportation: $43.40. In connection with the prosecution of this case, the Firm has paid for travel expenses to attend court hearings. The date, destination, and purpose of each trip is set forth in **Exhibit D**.

7. The expenses pertaining to this case are reflected in the books and records of this Firm. These books and records are prepared from receipts, expense vouchers, check records, and other documents and are an accurate record of the expenses.

8. The identification and background of my Firm and its partners is attached hereto as **Exhibit E**.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st day of August, 2024, at Wellesley, Massachusetts.

*/s/Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 15, 2024.

*/s/ Chad Johnson*
CHAD JOHNSON