# EXHIBIT A

**EXHIBIT A**

*In re Pegasystems Inc. Securities Litigation*, No. 1:22-cv-11220-WGY
HUTCHINGS BARSAMIAN MANDELCORN, LLP
Inception through 8/1/2024

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Theodore M. Hess-Mahan | (OC) | 56.6 | $450.00 | $25,470.00 |
| **TOTAL** | | | | **$25,470.00** |

(OC) Of Counsel

4872-6258-5810.v1