# EXHIBIT B

**EXHIBIT B**

*In re Pegasystems Inc. Securities Litigation*, No. 1:22-cv-11220-WGY
HUTCHINGS BARSAMIAN MANDELCORN, LLP
Inception through 8/1/2024

| CATEGORY | AMOUNT |
|---|---|
| Filing, Witness, and Other Fees | $675.00 |
| Transportation | $43.40 |
| TOTAL | $718.40 |

4872-6258-5810.v1