# EXHIBIT C

**EXHIBIT C**

*In re Pegasystems Inc. Securities Litigation*, No. 1:22-cv-11220-WGY
HUTCHINGS BARSAMIAN MANDELCORN, LLP
Inception through 8/1/2024

Filing, Witness, and Other Fees: $675.00

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 8/16/2022 | USDC Massachusetts | Filing fee for pro hac motion |
| 8/16/2022 | USDC Massachusetts | Filing fee for pro hac motion |
| 8/16/2022 | USDC Massachusetts | Filing fee for pro hac motion |
| 7/14/2023 | USDC Massachusetts | Filing fee for pro hac motion |
| 3/21/2024 | USDC Massachusetts | Filing fee for pro hac motion |
| 11/1/2023 | USDC Massachusetts | Filing fee for pro hac motion |

4872-6258-5810.v1