# EXHIBIT D

**EXHIBIT D**

*In re Pegasystems Inc. Securities Litigation*, No. 1:22-cv-11220-WGY
HUTCHINGS BARSAMIAN MANDELCORN, LLP
Inception through 8/1/2024

Transportation: $43.40

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Fan Pier Parking | 7/12/2023 | USDC Massachusetts | Parking-Attend Hearing |
| MassPike | 7/12/2023 | USDC Massachusetts | Tolls-Attend Hearing |

4872-6258-5810.v1