# EXHIBIT E

# HUTCHINGS BARSAMIAN

**HUTCHINGS BARSAMIAN MANDELCORN, LLP**
110 CEDAR STREET, SUITE 250  WELLESLEY HILLS, MASSACHUSETTS 02481
781-431-2231  •  FAX: 781-431-8726  •  www.hutchingsbarsamian.com

## FIRM RESUME

Hutchings Barsamian Mandelcorn, LLP, is a law firm based in Wellesley, Massachusetts, which represents individuals and businesses in litigation, corporate, trusts & estates, probate, family law, immigration, employment, health care and other matters.

## Theodore M. Hess-Mahan

Theodore M. Hess-Mahan joined the firm as Of Counsel in 2007, where he has focused in the practice areas of complex civil litigation, shareholder and consumer fraud, unfair business practice claims, and class and derivative actions in state and federal courts.

Mr. Hess-Mahan received his B.A. from Tufts University and a J.D. from Suffolk University Law School, where he was lead articles editor of the law review and director of the Honorable Frank J. Donahue Lecture Series. He has been admitted to practice in Massachusetts, the U.S. District Court for the District of Massachusetts, the U.S. Court of Appeals for the First Circuit, and the U.S. Supreme Court.

He has over thirty years of experience as an attorney in private practice. Prior to joining the firm, Mr. Hess-Mahan was a law clerk for an associate justice of the Massachusetts Supreme Judicial Court, a civil litigator at Ropes & Gray LLP, representing individuals, businesses, insurers, governmental agencies, and non-profit institutions in state and federal trial and appellate courts and administrative proceedings, and a plaintiff's attorney at Shapiro Haber & Urmy LLP, representing consumers, shareholders, businesses and institutional investors in class, derivative and individual actions involving claims under state and federal antitrust, civil rights, consumer protection, environmental, securities and unfair business practice laws.

Mr. Hess-Mahan has litigated and negotiated settlements in a variety of cases including the following:

- $12 million settlement on behalf of shareholders in securities fraud class action alleging improper revenue recognition based on undisclosed side agreements
- $11 million total settlements on behalf of shareholders in securities fraud class actions alleging that research analysts issued false and misleading reports regarding publicly traded companies
- $9.9 million settlement on behalf of shareholders in securities fraud class action alleging material overstatement of financial results based on fraudulent lending practices
- $6 million settlement on behalf of shareholders in securities fraud class action alleging improper revenue recognition in registration statement relating to initial public offering
- Represented liability insurer in one-week bench trial of $100 million insurance coverage dispute in federal court
- Represented Rhode Island State Treasurer in lawsuit involving constitutional challenge to state pension reform legislation
- Represented teaching hospital in three-week jury trial involving antitrust claims in federal court
- Represented hospitals in guardianship and civil commitment hearings and medical records privacy cases; obtained injunctive relief in case involving patient's "right-to-die"
- Successfully defended world-class academic medical center in bid protest filed with United States General Accounting Office involving award of $5 million government contract for medical research

•        Won a verdict on counts of defalcation of a fiduciary and embezzlement against a trustee who misappropriated $7 million from the trust's assets after a 5-day bench trial in an adversary proceeding seeking a determination of non-dischargeability of debt in U.S. Bankruptcy Court for the District of Massachusetts

Mr. Hess-Mahan has also been appointed to serve as lead counsel or liaison counsel in a number of securities class actions filed in the United States District Court for the District of Massachusetts, including:

*In re Polymedica Corp. Securities Litigation*, No. 1:00-cv-12426-WGY

*In re PerkinElmer, Inc.*, No. 1:02-cv-11314-GAO

*In re Sepracor, Inc. Securities Litigation*, No. 1:02-cv-12338-MEL

*Sands Point Partners v Transkaryotic Therapies Corp.,* No. 1:03-cv-10165-RWZ

*Ahearn v. Credit Suisse First Boston LLC*, No. 1:03-cv-10956-JLT

*Wilson v Microfinancial Inc.*, No. 1:03-cv-11883-RGS

*In re Biopure Corporation Securities Litigation*, No. 1:03-cv-12628-NG

*In re Ibis Technology Securities Litigation*, No. 1:04-cv-10383-DPW

*Aspen Technology, Inc. Securities Litigation*, No. 1:04-cv-12375-JLT

*Casula v. Athenahealth, Inc.*, No. 1:10-cv-10477-GAO

*Jerry L. & Mena M. Morelos Revocable Trust v. Termeer*, No. 1:10-cv-11356-JLT

*Washtenaw County Employees' Retirement System v. The Princeton Review,* No. 1:11-cv-11359-RGS

*In re Avid Technologies, Inc. Securities Litigation*, No. 1:13-cv-10686-WGY

*Gerneth v. Chiasma, Inc.*, No. 1:16-cv-11082-DJC

*Mohanty v. Avid Technology, Inc.*, No. 1:16-cv-12336-IT

*Mahoney v. Foundation Medicine, Inc.*, No. 1:17-cv-11394-LTS

*Construction Industry and Laborers Joint Pension Trust et al v. Carbonite, Inc.*, No. 1:19-cv-11662-LTS

*City of Fort Lauderdale Police & Firefighters Retirement System v. Pegasystems, et al.* 1:22-cv-11220-WGY

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc.,* No. 1:23-cv-13065-WGY

He is a former co-chair of the Boston Bar Association Class Action Committee and a former member of the BBA Litigation Section Steering Committee, has lectured at legal seminars and published articles on class actions, securities laws, special education, and medical records privacy laws, and has been a guest lecturer on voting rights at the New England School of Law. He authored a chapter on "Depositions in Class Actions," published in the Massachusetts Deposition Practice Manual (MCLE 5th ed. 2024).

Biographies of the firm's other attorneys are as follows:

### Anthony Barsamian

Anthony Barsamian is the firm's managing partner. His practice areas include business and commercial transactions, business succession planning, estate and trusts, estate administration, real estate, and immigration.

Mr. Barsamian received his B.A. from the University of Massachusetts (Amherst), and his J.D. from Suffolk University School of Law. He is admitted to the Massachusetts and the U.S. District Court, District of Massachusetts and a member of the Massachusetts and American Bar Associations and the Armenian Bar Association. He has served on the boards of national non-profit organizations and has spoken extensively throughout the country on the topic of on-line dispute resolution. Mr. Barsamian currently serves as a Board Member of the National Council of Churches and the Armenian Assembly of America.

### Howard M. Mandelcorn

Howard M. Mandelcorn is a partner whose practice areas include wealth transfer and wealth preservation, general estate planning, sophisticated estate tax planning, estate settlement, trust administration, charitable estate planning, private foundations, family limited partnerships, asset protection planning, and business continuation planning.

Mr. Mandelcorn received his B.A. degree, cum laude, with honors, from Brandeis University, his M.P.A. degree from the University of Pennsylvania, his B.C.L. and L.L.B. degrees from McGill University Ecole du Bareau (Quebec Bar School, 1992) and his L.L.M. degree from Boston University.

He is a contributing author to Generations, Planning Your Legacy (Quantum Press, 1999) and has spoken and written extensively on international estate planning issues. He is a lecturer at the Sloan School of Management at Massachusetts Institute of Technology (MIT) and has lectured extensively before estate planning attorneys, Certified Public Accountants, and financial and insurance professionals. He is admitted to practice in Massachusetts and New York and is a member of the Massachusetts and New York Bar Associations and the Boston Estate Planning Council.

### Lisa A. Sedrakian

Lisa A. Sedrakian is Of Counsel to the firm. Her practice areas include international tax, estate planning, and corporate tax.

Before coming to the firm, Ms. Sedrakian worked in the International Tax Group at Arthur Andersen, LLP. She received her Bachelor of Arts degree in Political Science from the University of California, Berkeley, her J. D. from the University of San Francisco, and her Master of Laws in Taxation from New York University. She is admitted to practice in state and federal courts in the Commonwealth of Massachusetts and the State of California and is a member of the Massachusetts and Boston Bar Associations. Ms. Sedrakian is a lecturer in Accounting for Income Tax at Northeastern University.

**Robert Feigin**

Robert Feigin is Of Counsel to the firm. His practice areas include business law, real estate, employment, construction and home contractor disputes, defamation, and appeals.

Mr. Feigin graduated from Wesleyan University in Middletown, Connecticut with a B.A. in 1989, and he received his JD from the Boston University School of Law in 1994. He is admitted to practice in Massachusetts state and federal courts and is a member of the Massachusetts Bar Association and the Boston Bar Association. In 2004 and 2005, Mr. Feigin served as a member of the MBTA Beyond Lechmere Northwest Corridor Advisory Committee. Mr. Feigin is a member of the Board of Directors of the Massachusetts Collaborative Law Council since 2004, recently as its Secretary.

**Karen Argetsinger**

Karen Argetsinger is Of Counsel to the Firm. She is a mediator and collaborative attorney concentrating her practice in family, probate, health, employment, and elder Law.

Ms. Argetsinger has had over sixteen years of legal background which included law firm experience at Hale and Dorr, LLP (currently Wilmer Hale) and Warner & Stackpole, LLP (currently Kirpatrick & Lockhart, LLP) along with experience as a law clerk and independent consultant. She was a judicial intern for over a year with the United States District Court Magistrate Honorable Judith Dein. Karen received her Bachelor of Science at Tulane University in 1988 and her JD from Massachusetts School of Law in 2007. She is admitted to practice in Massachusetts and the U.S. District Court for the District of Massachusetts. She is a member of the Massachusetts Collaborative Law Council. She has a special interest in child advocacy and health policy and has worked to establish the John E. Lewy Foundation for Children's Health (subsidiary of American Society of Pediatric Nephrology) and assists the Department of Pediatrics at the University of Virginia Children's Hospital with health/legal issues and creating guidelines.