# EXHIBIT A

**EXHIBIT A**

*In re Pegasystems Inc. Securities Litigation*, No. 1:22-cv-11220-WGY
PHELAN PETTY, PLC
Inception through 8/6/2024

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Jonathan M. Petty | (P) | 5.8 | 500.00 | $2,900.00 |
| | (P) | | | |
| | (A) | | | |
| | (A) | | | |
| Paralegals | | | | |
| Shareholder Relations | | | | |
| *TOTAL* | | | | *$2,900.00* |

(P) Partner

(A) Associate