# EXHIBIT B

EXHIBIT B

PHELAN PETTY, PLC FIRM RESUME

---

**Phelan Petty, PLC** is a Virginia law firm engaged in general civil practice primarily involving litigation.  It has extensive experience in state and federal courts, and its members have appeared in all U.S. District Courts in the Commonwealth of Virginia and in the U.S. District Court for the Northern District of Georgia.  Its members have also made appearances *pro hac vice* in the U.S. District Court for the Eastern District of Louisiana, the U.S. District Court for the Northern District of Ohio (Western Division), the U.S. District Court for the Northern District of Texas (Dallas Division), U.S. District Court for the District of Arizona, and U.S. District Court for the Southern District of Indiana, among others.  In addition to single event complex personal injury cases, the principals and partners in the firm often represent plaintiffs in multi-district litigation involving mass torts nationwide.  The firm is regularly recognized in U.S. News and World Report's listing of Best Law Firms in the areas of Medical Malpractice Law – Plaintiff, Product Liability Litigation – Plaintiff, Personal Injury Litigation – Plaintiff, and Mass Tort Litigation/Class Actions - Plaintiff.

## Jonathan M. Petty

Jonathan Petty is a principal and partner with Phelan Petty.  He practices in the areas of state and federal litigation with a focus on complex medical malpractice and product liability actions.

Mr. Petty received a Bachelor of Arts in English from Duke University in 1991 and graduated from the Emory University School of Law in 1994.  He has been regularly recognized by peers for inclusion in Best Lawyers and in the Virginia Super Lawyers magazine in the areas of "Personal Injury Medical Malpractice Law: Plaintiff" and "Top 100 Virginia Lawyers."

## Michael G. Phelan

Michael Phelan is a principal and partner with Phelan Petty.  He practices in the areas of state and federal litigation with a focus on product liability, mass torts and complex personal injury actions.

Mr. Phelan graduated cum laude from Ohio Wesleyan University with a Bachelor of Arts in Economics in 1984 and earned his law degree from University of Richmond

EXHIBIT B

PHELAN PETTY, PLC FIRM RESUME

Law School in 1987. He has been regularly recognized by peers for inclusion in Best Lawyers and in the Virginia Super Lawyers magazine in the areas of "Personal Injury General: Plaintiff" and "Top 100 Virginia Lawyers."

**Representative complex litigation matters include:** Skochin et al. v. Genworth Life Insurance Company et al., U.S. District Court EDVA, Civil Action No. 3:19-cv-49 REP (Class Counsel); Halcom et al. v. Genworth Life Insurance Company et al., U.S. District Court EDVA, Civil Action No. 3:21-cv-19 REP (Class Counsel); In re: Interior Molded Doors Antitrust Litigation, U.S. District Court EDVA, Lead Civil Action No. 3:18-cv-718-JAG (local counsel for individual plaintiffs, pending); Xarelto Product Liability Litigation, U.S. District Court EDLA, MDL 2592 (counsel for plaintiffs, pending); In re: Bard IVC Filters Product Liability Litigation, U.S. District Court for the District of Arizona, MDL 2641 (counsel for plaintiffs, pending); In re: Cook Medical Inc., IVC Filters Marketing, Sales Practices, and Product Liability Litigation, U.S. District Court SDIN, MDL 2570 (counsel for plaintiffs, pending); DePuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation, U.S. District Court, NDOH, Western Division MDL No. 2197 (counsel for plaintiffs; DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, U.S. District Court, NDTX, Dallas Division, MDL No. 2244 (counsel for plaintiffs)