# EXHIBIT A

| Pegasystems Securities Settlement | |
| --- | --- |
| Requests for Exclusion | |
| | |
| Exclusion # | Name |
| PGSS-EXCL00001 | Raymond N Scarazzo |
| PGSS-EXCL00002 | APAG LLC |
| PGSS-EXCL00003 | Anthony Pritzker Family Foundation |
| PGSS-EXCL00004 | Arango Trading & Finance Corp. |
| PGSS-EXCL00005 | Conrad N. Hilton Foundation |
| PGSS-EXCL00006 | Children's Healthcare of Atlanta, Inc. |
| PGSS-EXCL00007 | Crown Investment Series LLC - Series 62 |
| PGSS-EXCL00008 | Gothic Corporation |
| PGSS-EXCL00009 | Gothic JBD LLC |
| PGSS-EXCL00010 | Gothic ERP LLC |
| PGSS-EXCL00011 | Gothic HSP Corporation |
| PGSS-EXCL00012 | George Kaiser Family Foundation |
| PGSS-EXCL00013 | JPAG LLC |
| PGSS-EXCL00014 | The Pierpont Morgan Library |
| PGSS-EXCL00015 | PhuketKids, LLC |
| PGSS-EXCL00016 | Praesidium Strategic Opportunities Fund, LP |
| PGSS-EXCL00017 | Praesidium Strategic Opportunities Offshore Master Fund, LP |
| PGSS-EXCL00018 | STB Holdings L.P. |
| PGSS-EXCL00019 | Eminence Fund Long Master, Ltd. |
| PGSS-EXCL00020 | Eminence Fund Master, Ltd. |
| PGSS-EXCL00021 | Eminence Fund II Master, LP |
| PGSS-EXCL00022 | Eminence Partners Long II, LP |
| PGSS-EXCL00023 | Eminence Fund Leveraged Master, Ltd. |
| PGSS-EXCL00024 | Eminence Partners, L.P. |
| PGSS-EXCL00025 | Eminence Partners II, L.P. |