UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re PEGASYSTEMS INC. SECURITIES LITIGATION | ) No. 1:22-cv-11220-WGY <br> ) <br> ) ORDER APPROVING PLAN OF ALLOCATION |

This matter having come before the Court on September 19, 2024, on Lead Plaintiffs' motion for approval of the Plan of Allocation of the settlement proceeds in the above-captioned action (ECF 149); the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the meanings as set forth in the Stipulation of Settlement dated April 23, 2024, ECF 143 (the "Stipulation").

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons who are Settlement Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

3. The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Settlement Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among the Settlement Class Members, with due consideration having been given to administrative convenience and necessity.

      4.      This Court finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable, and the Court approves the Plan of Allocation.

    IT IS SO ORDERED.

DATED:  September 25, 2024           /s/ William G. Young
                                                 THE HONORABLE WILLIAM G. YOUNG
                                                 UNITED STATES DISTRICT JUDGE

